UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DANIEL DAVID DYDZAK,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>MIDFIRST BANK; WILLIAM S. DATO; ERIC M. GEORGE; RONALD M. GEORGE; DONALD MILES; ALAN I. ROTHENBERG; CHARLES SCHWAB; TANI GORRE CANTIL-SAKAUYE; WILLIAM C. CANBY; MAXINE M. CHESNEY; MOLLY DWYER; FERDINAND FRANCIS FERNANDEZ; WILLIAM FLETCHER; RONALD M. GOULD; GEORGE KING; KIM MCCLANE WARDLAW; JORGE NAVARRETE; JOHNNIE B. RAWLINSON; EDWARD E. SCHIFFER; PETER LIND SHAW; BARRY G. SILVERMAN; RICHARD TALLMAN; WALLACE TASHIMA; SIDNEY R. THOMAS<br><br>    Defendants - Appellees. | No. 23-15784, 23-16193<br><br>D.C. No. 2:22-cv-01008-APG-VCF<br>U.S. District Court for Nevada, Las Vegas |

**APPELLEE'S SUPPLEMENTAL EXCERPTS OF RECORD
VOLUME 3 OF 4**

Ari Hoffman
  ahoffman@lewisroca.com
Edwin Barkel
  ebarkel@lewisroca.com
Lewis Roca Rothgerber Christie LLP
201 East Washington Street, Suite 1200
(602) 262-5311
Phoenix, Arizona 85004

Attorneys for Defendant – Appellee Charles Schwab

Daniel David Dydzak
Plaintiff
4265 Marina City Drive, Suite 407W
Marina del Rey, CA 90292
Telephone: (310) 867-1289
Email: ddydzak@yahoo.com

```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
          COUNSEL/PARTIES OF RECORD
        ┌─────────────────────┐
        │      AUG - 1 2022    │
        └─────────────────────┘
       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| DANIEL DAVID DYDZAK,<br><br>Plaintiff,<br><br>v.<br><br>TANI CANTIL-SAKAUYE, et al.,<br><br>Defendants. | Case No. 2:22-cv-01008-APG-VCF<br><br>**PLAINTIFF'S OPPOSITION AND RESPONSE TO MOTION TO DISMISS BY DEFENDANT WILLIAM DATO; MEMORANDUM OF POINTS AND AUTHORITIES THERETO ; EXHIBIT 1**<br><br>**Hearing Requested**<br><br>Before Hon. Andrew P. Gordon, U.S. District Judge |

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

COMES NOW Plaintiff, DANIEL DAVID DYDZAK ("DYDZAK"), and opposes and responds to the ill-advised and unsupportable Motion to Dismiss Plaintiff's Complaint by Defendant WILLIAM DATO ("DATO").

It is to be noted as a preliminary matter that Plaintiff objects to the caption of the

DYDZAK V. CANTIL-SAKAUYE

Motion to Dismiss insofar as it "plays up" improperly the government title of the moving Defendant. Defendant DATO is not named in the caption of the Complaint in his government capacity or position with respect to the judicial branch of the State of California. Moreover, as the Complaint avers, this Defendant acted unlawfully, fraudulently and in the absence of jurisdiction so he enjoys no immunity from suit. Clearly, as a sued party, Defendant DATO should be dealt with by this Court fairly and impartially regardless of his so-called title, as Plaintiff expects equal fairness and impartiality as well by this Court.

It is to be noted that Defendants CANTIL-SAKAUYE and NAVARRETE are pending parties under appeal before the Nevada Supreme Court or Nevada Court of Appeal. Opposing counsel deliberately neglects to mention same. In fact, DYDZAK got a recent Order pertaining thereto from the Chief Justice of the Nevada Supreme Court, giving him an extension to pay certain court costs related to said appeal.

It is to be further noted that the time period to respond to the Motion to Dismiss is statutorily extended by three (3) days, because DYDZAK was served via mail and not electronically with various pleadings and Court Orders.

There are a lot of misleading statements in the subject Motion to Dismiss that are irrelevant at the pleading stage. The Complaint adequately avers cognizable claims against Defendant DATO.

To show the wrongful and unlawful conduct alleged in this case, Defendant CHARLES SCHWAB is in default and refuses to respond to the lawsuit. E.g., see Exhibit 1. Plaintiff will be moving for his default shortly.

A civil lawsuit is a search for the truth in the judicial arena. Certainly, misleading, distorted and uncalled for character aspersions and misstatements of the record are not warranted at the pleading stage.

Dated: July 24, 2022

Respectfully Submitted,

DANIEL DAVID DYDZAK

Plaintiff

DYDZAK V. CANTIL-SAKAUYE                    2

## MEMORANDUM OF POINTS AND AUTHORITIES

## I

## THIS HONORABLE COURT HAS SUBJECT MATTER AND PERSONAL JURISDICTION OVER DEFENDANT DATO

Plaintiff is the one bringing the lawsuit. He elects the venue when there is a proper jurisdictional basis therefor. There are several Defendants in this case, residing in various jurisdictions such as Nevada, California, Arizona and Washington.

In this case, Defendant RAWLINSON is, and was at all times relevant to this litigation, a resident of the State of Nevada (Paragraph 7 of the Complaint). This lawsuit was properly and jurisdictionally filed in Clark County, Nevada. Venue is proper in Las Vegas, Nevada, because venue exists where any of the defendants reside. NRS 13.040.

There is proper subject matter jurisdiction in this case, because the Fifth Cause of Action for Violation of Civil Rights includes Defendant RAWLINSON, residing in Clark County, Nevada (Paragraphs 47-51 of the Complaint). The Nevada Court where this case was originally filed before it was removed has concurrent jurisdiction to hear federal claims (Paragraph 28 of the Complaint). Tafflin v. Levitt, 493 U.S. 455 (1990). As well, the gravamen of allegations against Defendant RAWLINSON implicate in lower court proceedings Defendants being sued in this lawsuit. There are therefore minimum contacts.

Under Nevada law, the district courts have original jurisdiction over all matters excluded from the jurisdiction of the justice and municipal courts and appellate jurisdiction in cases arising from these courts. Morrison v. Beach City LLC, 991 P.2d 982 (2000). This federal court has jurisdiction to hear this case because of diversity of citizenship and federal questions presented. The U.S. District Court in Nevada further has supplemental or ancillary jurisdiction to hear related state claims. Removal was appropriate where certain of the Defendants moved for same.

Defendant RAWLINSON was served with process the day after President's day. This was done by an adult over eighteen years old at the Ninth Circuit's address in

DYDZAK V. CANTIL-SAKAUYE          3

Pasadena, California. The lawsuit as well has been provided via certified mail to the local Nevada U.S. Attorney and the Attorney General of the United States in Washington, D.C.

Defendant RAWLINSON and other Defendants represented by Mr. Rose have been afforded additional time to responsively plead by this Court.

As pointed out in Plaintiff's opposition papers to the GEORGES' and ROTHENBERG's Motion to Dismiss, the wrongful, illegal, harsh and fraudulent conduct DYDZAK alleges in this lawsuit against state actors such as Defendant DATO, while new claims, emanate directly and indirectly from actions earlier taken in the Northern District of California federal court. One of the Defendants in that litigation was Defendant CANTIL-SAKAUYE, and there is no question she has acted with Defendant DATO, as alleged, to harm DYDZAK. This then led to unlawful conduct by Defendant RAWLINSON and others, as alleged in this lawsuit. The claims presented in this case have never been tried on the merits to final conclusion or informal resolution. They are therefore not barred by res judicata or collateral estoppel. There are minimum contacts implicating Defendant DATO and his conspiracy with others, such as Defendant CANTIL-SAKAUYE, to harm DYDZAK in no uncertain terms. This lawsuit is not challenging in any manner DYDZAK's illegal California disbarment.

The torts committed by Defendant DATO are more than adequately pled at the pleading stage. Purported outside evidence has no relevance at the pleading stage. The allegations, as pled, are taken as true for pleading purposes. Defendant DATO knows the tortious conduct Nevada-based RAWLINSON did with others. He is an active participant-Defendant in harming DYDZAK in Nevada and elsewhere. DYDZAK has and had a right to elect his forum in the State of Nevada. Regrettable as it is to say, it is doubtful, given the "politics" of DYDZAK's situation at play in this case that he could get a fair shake in the California state courts with the causes of action alleged herein before this federal court. DYDZAK trusts that this Honorable federal District Court will treat him fairly and give him his day in court on the merits.

Given the foregoing, Defendant DATO has minimum contacts with the State of Nevada, so that maintenance of the suit against him does not offend traditional notions of

DYDZAK V. CANTIL-SAKAUYE                    4

fair play and substantial justice. <u>International Shoe v. Washington</u>, 326 U.S. 310 (1945).
Defendant DATO did tortious acts towards DYDZAK having foreseeability liability,
producing consequences in the State of Nevada. <u>Hess v. Pawlowski</u>, 274 U.S. 352 (1927).

The "minimum contacts" doctrine recognizes the power of the sovereign state of
Nevada to exercise jurisdiction where a sufficient connection exists with a nonresident.
I.e., commonly referred to as a "long-arm" statute. Nevada has a long-arm statute, and is
interpreted broadly to reach the outer limits of federal constitutional due process. See
<u>Welburn v. Eighth Jud. Dist. Ct. of State</u>, 806 P.2d 1045 (1991).

II

## THE COMPLAINT MORE THAN SUFFICIENTLY ALLEGES CAUSES OF
## ACTION AGAINST DEFENDANT DATO

The Third Cause of Action for Conspiracy to Unlawfully Interfere with the
Processes of the Court is more than sufficiently pled with respect to Defendant DATO.
Therefore, the Motion to Dismiss should be denied with prejudice as to him. Or leave to
amend should be granted. Defendant DATO has no immunity from suit to do wrongful
acts in the absence of jurisdiction as alleged in the third count of the Complaint.

At page 5, lines 16-21 of Plaintiff's opposition papers to the GEORGES' Motion to
Dismiss, authority is cited why the conspiracy count is sufficiently pled. Same is
incorporated by reference herein with regard to Defendant DATO.

The Eighth Cause of Action for Violation of Civil Rights against Defendants
CANTIL-SAKAUYE and DATO is more than sufficiently pled to overcome the Motion
to Dismiss. Therefore, the Motion to Dismiss should be denied with prejudice as this
cause of action. Plaintiff is not suing Defendant DATO in this count for monetary
damages because he did a judicial act, albeit wrongfully. He is suing for appropriate
equitable and declaratory relief. (See Para. 66). Defendant CANTIL-SAKAUYE is on
appeal in the Nevada state court.

The United States Supreme Court recognizes that a party can bring an "independent

DYDZAK V. CANTIL-SAKAUYE                          5

claim" to challenge a fraudulent order or judgment. <u>Exxon Mobil Corp. v. Saudi Basic Industries Corp.,</u> 544 U.S. 280 (2005). See also <u>Kougasian v. TMSL, Inc.,</u> 359 F.3d 1136 (9th Cir. 2004). That appellate Court noted that , federally and in state matters, courts have equitable power to set aside illegal processes, Orders and  judgments on grounds of fraud, mistake or lack of jurisdiction. It further noted that a judgment or order is a nullity if obtained by fraud, bribes, forgery of documents and similar illegal activity.

The moving Defendant does not have absolute or even quasi-judicial immunity when he does illegal acts beyond the province of his ministerial compass. See, for example, <u>Barbera v. Smith</u>, 836 F.2d 96, 100 (2nd Cir. 1987); <u>Burns v. Reed,</u> 500 U.S. 478, 493 (1991). A state actor cannot act unreasonably and unconstitutionally, and only enjoys qualified immunity. If he acts unreasonably, he can be held accountable civilly. <u>Harlow v. Fitzgerald,</u> 457 U.S. 800 (1982).

With respect to the third count, Defendant DATO can be sued for damages and equitable/declaratory relief. He was not acting in a judicial function or capacity. Illegal ex parte contacts and communications are not allowed. Same is actionable.

In this case, Defendant DATO is not being sued for monetary damages in the 8th count , only equitable and declaratory relief. What Defendants are doing to DYDZAK here—discriminating against him in violation of his civil and constitutional rights—is actionable. See <u>Brown v. Board of Education,</u> 347 U.S. 483 (1954).

The record is clear, as alleged in the Complaint, that the moving Defendant committed  civil rights violations in addition to "fraud upon the court" or extrinsic fraud. This cannot and should not be tolerated by this federal court.

No-one is above the Rule of Law, not even the President of the United States. See <u>U.S. v. Nixon</u>, 418 U.S. 683 (1974). This Court has to do the right thing, give DYDZAK his day in court and allow him to pursue his more than sufficiently alleged causes of action.

The Due Process Clause, guaranteed by the 5th and 14th Amendments, requires that there be fairness in state proceedings and activities related thereto. This is a cornerstone of the American judicial system. This U.S. District Court cannot ignore

DYDZAK V. CANTIL-SAKAUYE                          6

tainted state proceedings and state actor misconduct.

The law favors a trial on the merits.

The moving papers offer no persuasive authority why his lawsuit should not be allowed to proceed. DYDZAK has standing to pursue federal remedies for illegal actions by the subject state actors.

This federal District Court has jurisdiction to adjudicate this case fully on the merits against Defendant DATO. This Court has the power to declare laws and improper state decisions unconstitutional. See, for example, <u>Gibson v. Chouteau</u>, 80 U.S. (13 Wall.) 92 (1872).

And certainly DYDZAK has a right of redress in this case. As Chief Justice Marshall stated in <u>Marbury v. Madison</u>, 5 U.S. 137 (18, 03): "The Government of the United States has been emphatically termed a government of laws and not of men. It will certainly cease to deserve this high appellation if the laws furnish no remedy for the violation of vested legal rights."

The Motion to Dismiss does NOT adequately address at all why DYDZAK cannot sue Defendant DATO for civil rights violations when there is a showing of extrinsic fraud, i.e., illegal and unconstitutional acts and conduct by state actors and agents. The moving papers offer no persuasive authority why the conspiracy count is not adequately pled.

Biased and unfair actions can be collaterally attacked and sued upon. See unanimous decision of United States Supreme Court, <u>Gibson v. Berryhill</u>, 411 U.S. 564 (1973) [trier of fact incompetent to act by reason of bias].

Plaintiff has already sufficiently stated causes of action through "notice" pleading—a short and plain statement of the claim showing Plaintiff is entitled to relief, See Fed.R.Civ.P. 8(a)(2).

## III

## <u>THE CAUSES OF ACTION AGAINST DEFENDANT DATO ARE NOT BARRED BY ANY IMMUNITY DEFENSE</u>

DYDZAK V. CANTIL-SAKAUYE                    7

This lawsuit is not contesting DYDZAK's illegal disbarment by the Supreme Court of California, as falsely claimed by the moving Defendant in the Motion to Dismiss.

With respect to the third count, Defendant DATO can be sued for damages, equitable relief and declaratory relief. He was not acting as a judge with respect to the allegations in that cause of action. He has no immunity from suit.

With regard to the Eighth Cause of Action against Defendants CANTIL-SAKAUYE and DATO, she was not acting in a judicial capacity but administratively, unlawfully and unethically. Therefore, Defendant CANTIL-SAKAUYE cannot avail herself of any immunity defense and can be sued for equitable and monetary relief. See, thereto, Harper v. Merckle, 638 F.2d 848 (5th Cir. 1981); Wolfe v. Strankman (No. 02-15720, 2004 9th Cir.). This issue is on appeal before the Nevada Supreme Court. Defendant DATO can be appropriately sued for declaratory and equitable relief.  As stated earlier, Defendant DATO is not being sued for damages in the eighth count.

IV

**THIS LAWSUIT IS NOT IN BAD FAITH NOR FRIVOLOUS; THEREFORE, THIS COURT, EXERCISING ITS INDEPENDENT JURISDICTION AND AUTHORITY, SHOULD NOT CONSIDER UNLAWFUL, "RIGGED" PREFILING ORDERS EMANATING FROM OTHER COURTS**

With regard to the federal judge Coughenour pre-filing Order, this Order is subject to numerous pending appeal motions in the Ninth Circuit Court of Appeals, which have not been deliberately ruled upon for years. The purported Coughenour "political" Order is not final and still being appealed in the 9th Circuit Court of Appeals.

An Order that is not final should not been given any weight or collateral estoppel effect. Griggs v. Provident Consumer Discount Co., 459 U.S. 56 (1982).

The Coughenour Order was apparently, unethically not drafted by this jurist, but, upon reasonable information and belief, fraudulently and illegally by a disgraced, former staff attorney, Lydia Yurchuk, with the Central District of CA U.S. District

Court. This is so, even though that entire Court (and roster of judges) were disqualified from hearing DYDZAK's lawsuit by Order of then Chief Judge Kozinski of the 9th Circuit. Clearly, a staff attorney with the Central District of CA should not have been working on the Order with Judge Coughenour of the State of Washington when the Central District Judges were all disqualified by then Chief Judge Kozinski. When Plaintiff brought this issue up in certain of his pleadings, attorney Lydia Yurtchuk was apparently "fired" or took an early retirement on inactive status. She no longer worked for the Central District of California federal Court. The Coughenour Order is restricted to the Central District of California, which has a political animus towards DYDZAK, and there was "fraud upon the court" towards him with respect to that Order. So that purported pre-filing Order should be disavowed and disregarded by the U.S. District Court in its ruling process.

As for the purported pre-filing Order of California Judge Dato, as set forth in the 8th Cause of Action in the Complaint, that purported pre-filing Order should not be given any weight and regard by this Honorable Court. It is DYDZAK's legitimate position that this Order is invalid/void and marked by extrinsic fraud. That pre-filing Order came about several years ago when Judge Dato was a Superior Court Judge, and the subject case was illegally transferred to him in San Diego even though there were no San Diego-based Defendants therein. It is a bogus, rigged pre-filing Order, deliberately meant to harm DYDZAK's right of redress to the Courts in California. When Judge Dato made the Order, he was "rewarded" by Defendant CANTIL-SAKAUYE, using her influence, with a subsequent appointment to the California Court of Appeal. Unfortunately, further, Judge Dato has covered up the corruption of Defendant CANTIL-SAKAUYE towards Plaintiff by sitting on the California Commission on Judicial Performance and protecting her unethical conduct towards DYDZAK. She got him appointed to that position, upon reasonable information and belief, to protect herself. Moreover, Judge DATO's credibility is undermined as well by his history of disreputable conduct. He was associated for many years with convicted, disbarred, fraudster class-action attorney Bill Lerach of San Diego. Sources

advise DYDZAK that  Judge DATO should have been indicted with Bill Lerach for

criminal conduct at that time but never was.

A Nevada Court has independent jurisdiction over whether a litigant is vexatious.

NRS 155.165; Jones v. State ex rel. Dept. of Motor Vehicles & Public Safety, 121

Nev. 44, 110 P.3d 30 (2005). Clearly, this lawsuit has merit and should be allowed to

proceed. With the new claims and causes of action presented by the Complaint, this

federal court likewise should not hold that any pre-filing order applies or that

DYDZAK is herein vexatious. The various causes action stand on their own and are

clearly not frivolous and in bad faith.

## V  **CONCLUSION**

For the reasons set forth herein, and in the interests of justice and equity, The

Motion to Dismiss Plaintiff's Complaint should be denied with

prejudice. Defendant DATO should be ordered to answer forthwith. The averments and

allegations of the Complaint are taken and presumed to be true, pending discovery, Leave

to amend should be liberally granted, if the Court so requires same. See, for instance, Rule

15(a), 16(b) NRCP; Rule 15 F.R.C.P. Bringing up irrelevant purported evidence or

distorted matters is of no consequence at the pleading stage. Engaging in purported

character assassination is irrelevant.

Dated: July 24, 2022                                  Respectfully Submitted,

DANIEL DAVID DYDZAK

Plaintiff

DANIEL DAVID DYDZAK
4265 MARINA CITY DRIVE, SUITE 407W
MARINA DEL REY, CA 90292
TELEPHONE: (310) 867-1289

Charles Schwab
c/o CT Corp
330 N. Brand Blvd, Suite 700
Glendale, CA 91203

July 5, 2022

RE: DYDZAK V. CANTIL-SAKAUYE ET AL.
U.S. DISTRICT COURT, NEVADA
2:2022cv01008

Dear Mr. Schwab:

A registered process server first attempted to serve you with my Nevada lawsuit pleadings against you, initially filed in the Eighth Judicial District state court in Las Vegas, Nevada. This service attempt was at your downtown San Francisco office whereat you have maintained a personal office for numerous years, upon information and belief. In the past, you have been served with legal papers at this address. The process server was advised at that time that CT Corp was duly authorized to accept service on your behalf and to serve it on same.

Thereafter, the Nevada lawsuit was served on you at CT Corp's former Los Angeles address in downtown Los Angeles. As you are likely aware, CT Corp is agent for service for many persons and companies, and maintains numerous offices throughout the United States. CT Corp recently moved its Los Angeles office to Glendale, CA.

The lawsuit was recently removed to the United States District Court in Las Vegas, Nevada. It is pending before an United States District Judge and U.S. Magistrate Judge. I have telephonically contacted representatives of you in San Francisco and New York indicating that you are in default of answering or otherwise responsively pleading to the lawsuit. I further have left numerous messages with various attorneys over many weeks at Arnold & Porter, one of the law firms you use, indicating that you are in default of answering or responsively pleading to the lawsuit. In fact, I have indicated to the aforesaid persons that I will be obligated to file a motion for default and default judgment if you do not respond. You are clearly "playing games."

Accordingly, I am putting you on formal notice in writing that I will be moving for your default and default judgment in the near term. A copy of this correspondence will be provided to the Court and interested parties/counsel as an Exhibit. Please govern yourself accordingly.

Very truly yours,

/S/

DANIEL DAVID DYDZAK

EXHIBIT 1

11

**SER 309**

**CERTIFICATE/PROOF OF SERVICE**

I, JIM LANE, hereby declare that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the County of Los Angeles, State of California, and that my business address is 4265 Marina City Drive, Suite 407W, Marina del Rey, CA 90292.

On July 27, 2022, I served a true and correct copy of the following document or pleading on the interested parties or their counsel of record:

PLAINTIFF'S OPPOSITION AND RESPONSE TO MOTION TO DISMISS BY DEFENDANT WILLIAM DATO; MEMORANDUM OF POINTS AND AUTHORITIES THERETO; EXHIBIT 1

[X] [BY U.S. MAIL] On this same day, I mailed the interested parties or their counsel of record the above-described document or pleading by regular United States mail to their respective service or mailing addresses.

OLSON CANNON GORMLEY & STOBERSKI
9950 WEST CHEYENE AVENUE
LAS VEGAS, NEVADA 89129

MARQUIS AURBACH
10001 PARK RUN DRIVE
LAS VEGAS, NEVADA 89145

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
200 S. VIRGINIA ST., 8TH FL.
RENO, NEVADA 89501

PATRICK A. ROSE, ESQ.
U.S. ATTORNEY OFFICE
501 LAS VEGAS BLVD. SO.
SUITE 1100
LAS VEGAS, NEVADA 89101

SER 310

1   ERIC M. GEORGE

2   RONALD M. GEORGE

3   ALAN I. ROTHENBERG

4   c/o AVENUE OF THE STARS

5   30TH FLOOR

6   LOS ANGELES, CA 90067

7

8       I declare under penalty of perjury under the laws of the United States of America that the

9   foregoing is true and correct, and that this Declaration was executed on July 27, 2022,

10  at Los Angeles, California.

11

12  _____

13  JIM LANE

14  Declarant

13



Daniel D. Tydale
1205 Mount City Dr.
#407 (W)
Corona del Rey, CA 90292

Clerk (Civil Filing)
U.S. District Court
333 S. Las Vegas Blvd.
Las Vegas, NV 89101

FILED
ENTERED

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

AUG - 1 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                    DEPUTY

U.S. MARSHALS

SER 312

1 | JASON M. FRIERSON
United States Attorney
2 | District of Nevada
Nevada Bar Number 7709
3 |
PATRICK A. ROSE
4 | Assistant United States Attorney
Nevada Bar Number 5109
5 | 501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
6 | (702) 388-6336
Patrick.Rose@usdoj.gov
7 | *Attorneys for Defendants*
*Dwyer, Shaw, Schiffer, Thomas, King*
8 |

9 |                **UNITED STATES DISTRICT COURT**
10 |                   **DISTRICT OF NEVADA**

11 |

12 | DANIEL DAVID DYDZAK,                    Case No. 2:22-cv-01008-APG-VCF

13 |                    Plaintiff,           **Joint Status Report**

14 | vs.

15 | TANI CANTIL-SAKAUYE, et al.,

16 |                    Defendants.

17 |

18 |        Pursuant to the Minutes of the Court (ECF No. 3), the undersigned *pro se* parties

19 | and the undersigned attorneys for represented parties submit this Joint Status Report.

20 |        After removing this action from state court, Defendants Molly Dwyer, Peter Shaw,

21 | Edward Schiffer, Sidney Thomas, and George King (the "Ninth Circuit Defendants") filed

22 | a motion for extension of time to respond to the complaint (ECF No. 4). Plaintiff Daniel

23 | David Dydzak filed a non-opposition (ECF No. 19), and the Court granted the motion in

24 | an order (ECF No. 20) setting August 30, 2022, as the due date for the Ninth Circuit

25 | Defendants to file a response to the complaint.[1]

26 |

27 | _____

28 | [1] There are additional named defendants who are associated with the U.S. Court of Appeals
for the Ninth Circuit and have pending requests for representation authority with the
applicable section of the Department of Justice. *See* 28 C.F.R. § 50.15.

**SER 313**

Defendants Eric George, Ronald M. George, and Alan I. Rothenberg filed a motion to dismiss (ECF No. 5, filed July 1, 2022) and a request for judicial notice (ECF No. 8, filed July 1, 2022). Plaintiff filed an opposition (ECF No. 24, filed July 20, 2022).

Defendant William Dato filed a motion to dismiss (ECF No. 14, filed July 12, 2022).

Defendant Ronald F. Miles filed a motion to dismiss (ECF No. 16, filed July 12, 2022).

Defendant MidFirst Bank (incorrectly named as 1st Century Bank and/or 1st Century Bancshares) filed a motion to dismiss (ECF No. 22, filed July 20, 2022).

Action required of the Court will be a ruling on the several motions to dismiss, as well as the request for judicial notice, after the parties file their respective oppositions and replies.

Respectfully submitted this 27th day of July 2022.

OLSON CANNON GORMLEY &
STOBERSKI

*/s/ Thomas D. Dillard*
Thomas D. Dillard, Esq.
9950 West Cheyenne Avenue
Las Vegas, NV 89129
*Attorneys for Defendants Tani G. Cantil-Sakauye, Jorge Navarrete, and William Dato*

MARQUIS AURBACH

*/s/ Craig R. Anderson*
Craig R. Anderson, Esq.
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendant Donald F. Miles*

JASON M. FRIERSON
United States Attorney

*/s/ Patrick A. Rose*
PATRICK A. ROSE
Assistant United States Attorney
*Attorneys for Defendants*
*Dwyer, Shaw, Schiffer, Thomas, King*

QUINTAIROS, PRIETO, WOOD &
BOYER, P.A.

*/s/ Michael Ayers*
Michael Ayers, Esq.
Clark Vellis, Esq.
200 S. Virginia St., 8th Fl.
Reno, NV 89501
*Attorneys for MIDFIRST BANK*
*incorrectly named herein as 1ST*
*CENTURY BANK and/or 1ST*
*CENTURY BANCSHARES, INC.*

2

1

2

3   Daniel D. Dydzak                          Eric M. George
    4265 Marina City Drive, Suite 407W       c/o 2121 Avenue of the Stars, 30th floor
4   Marina del Rey, CA 90292                 Los Angeles, California 90067
    *Plaintiff, in Pro Per*                  *Defendant in propria persona*
5

6

7   Ronald M. George   FOR                   Alan I. Rothenberg   FOR
    c/o 2121 Avenue of the Stars, 30th floor c/o 2121 Avenue of the Stars, 30th floor
8   Los Angeles, California 90067            Los Angeles, California 90067
    *Defendant in propria persona*           *Defendant in propria persona*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

SER 315

1

2

3    Daniel D. Dydzak
_____          _____
4    Daniel D. Dydzak                          Eric M. George
     4265 Marina City Drive, Suite 407W        c/o 2121 Avenue of the Stars, 30th floor
5    Marina del Rey, CA 90292                   Los Angeles, California 90067
     *Plaintiff, in Pro Per*                    *Defendant in propria persona*

6

7

8    _____          _____
     Ronald M. George                           Alan I. Rothenberg
9    c/o 2121 Avenue of the Stars, 30th floor   c/o 2121 Avenue of the Stars, 30th floor
     Los Angeles, California 90067              Los Angeles, California 90067
10   *Defendant in propria persona*             *Defendant in propria persona*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SER 316

**From:** Daniel Dydzak
**To:** Rose, Patrick (USANV)
**Subject:** [EXTERNAL] Dydzak v Cantil Sakauye
**Date:** Friday, July 22, 2022 8:46:00 AM

Dear Mr . Rose,

I have reviewed the Joint Status Report. You are authorized to print my name and date same.

Very truly yours,

Daniel D. Dydzak

Plaintiff

**SER 317**

1
**<u>Certificate of Service</u>**

I hereby certify that on July 27th, 2022, I electronically filed and served the foregoing

Joint Status Report with the Clerk of the Court for the United States District Court for the

District of Nevada using the CM/ECF system, and also served via US Mail to the parties

and addresses below.

<u>US Mail</u>

Daniel D. Dydzak
4265 Marina City Drive, Suite 407W
Marina del Rey, CA 90292
Telephone (310) 867-1289
*Plaintiff, in Pro Per*

Eric M. George
Ronald M. George
Alan I. Rothenberg
c/o 2121 Avenue of the Stars, 30th floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697
E-Mail: egeorge@egcfirm.com
*Defendants in propria persona*
*Eric M. George, Ronald M. George,*
*and Alan I. Rothenberg*

*/s/ Vera A. Minkova*<br>Paralegal Specialist

4

Eric M. George
Ronald M. George
Alan I. Rothenberg
c/o 2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697
Email: egeorge@egcfirm.com

Defendants *in propria persona*
Eric M. George, Ronald M. George, and Alan I.
Rothenberg

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL DAVID DYDZAK, | Case No. 2:22-cv-01008-APG-VCF |
| Plaintiff, | The Hon. Andrew P. Gordon |
| vs. | **DEFENDANTS ERIC GEORGE, RONALD M. GEORGE, AND ALAN I. ROTHENBERG'S REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT** |
| TANI CANTIL-SAKAUYE, et al., | |
| Defendants. | Trial Date:  None Set |

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    INTRODUCTION

Plaintiff's opposition to Defendants' motion to dismiss does nothing to show that this Court has personal jurisdiction over defendants who have no connection whatsoever to the State of Nevada.  The law is clear that each defendant to a proceeding must *independently* have sufficient connections to the forum state in order for a court to exercise personal jurisdiction over them.  Plaintiff has alleged no such connections against Defendants Eric M. George, Ronald M. George, or Alan I. Rothenberg (collectively the "Attorney Defendants") and no such connections exist. The single allegation that one of the other named Defendants, Judge Johnnie B. Rawlinson, resides in Nevada does not establish jurisdiction over the Attorney Defendants as Plaintiff argues. Accordingly, the Attorney Defendants should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(2).

### II.   ARGUMENT

#### A.   Judge Rawlinson's Alleged Connection to Nevada Does Not Provide a Sufficient Basis for Suing All Defendants In Nevada

Plaintiff's argument that Judge Rawlinson's alleged residence in the State of Nevada makes jurisdiction in Nevada proper over all Defendants is incorrect on its face.  It is a fundamental tenant of Due Process that jurisdiction must be established over each defendant individually.  "Plaintiff[] must make a prima facie showing of jurisdictional facts giving rise to specific jurisdiction over each defendant separately."  *Zeiger v. WellPet LLC*, 304 F. Supp. 3d 837 848 (N.D. Cal. 2018) (citing *Sher v. Johnson*, 911 F.2d 1357, 1365 (9th Cir. 1990)).  Likewise, the United States Supreme Court has made clear that, because personal jurisdiction must be met as to each defendant in a case, it is improper to aggregate the forum contacts of multiple defendants in order to establish jurisdiction over one.  *See Rush v. Savchuk*, 444 U.S. 320, 328, 331-32 (1980) (holding that, in a case involving a car accident, the fact that Defendant's insurer did business in the forum state was insufficient by itself to tie Defendant to the forum state); *see also Skurkis v. Montelongo*, Case No. 16-cv-0972-YGR, 2016 WL 4719271 at *4 (N.D. Cal. Sept. 9, 2016) (granting a motion to dismiss for lack of personal jurisdiction where the plaintiff failed to show

1  "*each* defendant's *own* contacts with [the forum state]" and instead only made allegations

2  concerning the entity defendants' conduct generally and as a group) (emphasis in original).

3        Here, Plaintiff alleges that Judge Rawlinson, and only Judge Rawlinson, resides in Nevada

4  (Compl. ¶ 7.)  Plaintiff's Complaint contains no other allegations that the Attorney Defendants

5  were in any way associated with the State of Nevada.  Instead, in his opposition brief, Plaintiff

6  argues that a sufficient connection exists because the Attorney Defendants were named in a prior

7  case and Judge Rawlinson was a member of the Ninth Circuit appellate panel presiding over an

8  appeal in that case.  (Opp. at 4.)  But this attenuated association does nothing to show that the

9  Attorney Defendants are subject to jurisdiction in the State of Nevada.  None of the Attorney

10  Defendants are domiciled in Nevada, nor do they have such "continuous and systematic" contacts

11  with the state that exercise of general personal jurisdiction over them in the state would be

12  considered reasonable under *Helicopteros Nacionales de Colombia, S.A. v. Hall*, 466 U.S. 408,

13  415-16 (1984).

14        Similarly, the cause of action against the Attorney Defendants, conspiracy to unlawfully

15  interfere with the processes of the court, did not arise from any alleged contact taking place in

16  Nevada.  Contrary to Plaintiff's assertion, the fact that the Attorney Defendants allegedly

17  communicated with other California-based Defendants concerning a matter in the California

18  Supreme Court arising from a California State Bar does not establish jurisdiction over the

19  Attorney Defendants in Nevada.  *See Omeluk v. Langsten Slip & Batbyggeri A/S*, 52 F.3d 267, 270

20  (9th Cir. 1995) (explaining that the test for specific personal jurisdiction involves a defendant

21  "purposefully avail[ing] himself of the privilege of conducting activities in the forum . . . .").

22  Additionally, because the cause of action pertaining to the Attorney Defendants does not arise

23  from activity taking place in Nevada, Plaintiff is unable to show that specific personal jurisdiction

24  exists here.  Accordingly, personal jurisdiction in Nevada is improper and the Attorney

25  Defendants should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(2).[1]

26

27  _____
[1] Plaintiff also incorrectly states that the Central District of California's Order, issued nearly ten years ago, is not final because it "is subject to numerous pending appeal motions in the Ninth

28

III.   **CONCLUSION**

It is clear that this Court lacks jurisdiction over Defendants Eric M. George, Ronald M. George, and Alan I. Rothenberg, and that Plaintiff attempted to bring his lawsuit in Nevada only because he is no longer permitted to bring his claims in California.  Accordingly, the Attorney Defendants respectfully request that this Court dismiss them from this litigation.

Date: July 27, 2022

Respectfully submitted,

By   _____/s/ Eric M. George_____
Eric M. George, *in propria persona*
c/o 2121 Avenue of the Stars, Suite 3000
Los Angeles, California 90067
Tel. (310) 274-7100

Date: July 27, 2022

By   _____/s/ Alan I. Rothenberg_____
Alan I. Rothenberg, *in propria persona*
c/o 2121 Avenue of the Stars, Suite 3000
Los Angeles, California 90067
Tel. (310) 274-7100

---

Circuit Court of Appeals."  (Opp. at 6.)  In May 2015, the Ninth Circuit Court of Appeals affirmed Judge Coughenour's vexatious litigant order in its entirety and denied all associated pending motions.  (*See* Attorney Defendants' Supplemental Request for Judicial Notice, Ex. A, Ninth Circuit Memorandum dated May 18, 2015, Case No. 12-56960.)  The Ninth Circuit then denied Plaintiff's motion for reconsideration, specifying that "[n]o further filings will be entertained in this closed case."  (*See* Attorney Defendants' Supplemental Request for Judicial Notice, Ex. B, Ninth Circuit Order dated August 12, 2015, Case No. 12-56960).

1   Date: July 27, 2022

2

3

4                                          By      /s/ Ronald M. George

5                                              Ronald M. George, *in propria persona*
                                               c/o 2121 Avenue of the Stars, Suite 3000
6                                              Los Angeles, California 90067
                                               Tel. (310) 274-7100

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>CERTIFICATE OF SERVICE</u>**

2         I hereby certify that on this 27 day of July, 2022, I caused a true and correct copy of

3   **DEFENDANTS ERIC GEORGE, RONALD M. GEORGE, AND ALAN I.**

4   **ROTHENBERG'S REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT**

5 to be placed in the United States Mail, with first class postage prepaid, addressed as follows:

6 Daniel D. Dyd  ak                 Plaintiff, in Pro Per
   4265 Marina City Drive, Suite 407W
7 Marina del Rey, CA  90292
   Telephone (310) 867-1289

8

9

10

11               By _____

12                   Corinne Ubence, an Employee of
                  ELLIS GEORGE CIPOLLONE O'BRIEN
13                   ANNAGUEY LLP

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SER 324**

1

## <u>CERTIFICATE OF SERVICE</u>

2       I hereby certify that on this 27 day of July, 2022, a true and correct copy of

3   **DEFENDANTS ERIC GEORGE, RONALD M. GEORGE, AND ALAN I.**

4   **ROTHENBERG'S REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT**

5   was served via the United States District Court CM/ECF system on all parties or persons requiring

6   notice.

7

8   By     _____

9             Corinne Ubence, an Employee of

10            ELLIS GEORGE CIPOLLONE O'BRIEN
              ANNAGUEY LLP

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SER 325**

1    Eric M. George
     Ronald M. George
2    Alan I. Rothenberg
     c/o 2121 Avenue of the Stars, 30th Floor
3    Los Angeles, California 90067
     Telephone: (310) 274-7100
4    Facsimile: (310) 275-5697
     Email: egeorge@egcfirm.com
5
     Defendants *in propria persona*
6    Eric M. George, Ronald M. George, and Alan I.
     Rothenberg
7

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10

11
     DANIEL DAVID DYDZAK,                    Case No. 2:22-cv-01008-APG-VCF
12
              Plaintiff,                     The Hon. Andrew P. Gordon
13
         vs.                                 **DEFENDANTS ERIC M. GEORGE,**
14                                           **RONALD M. GEORGE, AND ALAN I.**
     TANI CANTIL-SAKAUYE, et al.,            **ROTHENBERG'S SUPPLEMENTAL**
15                                           **RE   UEST FOR JUDICIAL NOTICE IN**
              Defendants.                    **SUPPORT OF MOTION TO DISMISS**
16                                           **COMPLAINT**

17                                           Trial Date:  None Set

18

19

20

21

22

23

24

25

26

27

28

1    **TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF**

2    **RECORD**

3         Defendants Eric M. George, Ronald M. George, and Alan I. Rothenberg hereby request

4    that the Court take judicial notice of the following documents in support of its concurrently filed

5    Reply in Support of Motion to Dismiss Plaintiff's Complaint:

6         1.    Ninth Circuit Memorandum dated May 18, 2015 in the matter of *yd ak v. Cantil*

7    *Sakauye*, Case No. 12-56960.  A true and correct copy is attached as **E   i  it A** hereto.

8         2.    Ninth Circuit Order dated August 12, 2015 in the matter of *yd ak v. Cantil*

9    *Sakauye*, Case No. 12-56960.  A true and correct copy is attached as **E   i  it B** hereto.

10        A court "must take judicial notice if a party requests it and the court is supplied with the

11   necessary information." Fed. R. Evid. 201(c)(2).  Pursuant to Federal Rule of Evidence 201(b),

12   courts may take judicial notice of adjudicative facts that are not subject to reasonable dispute

13   because they "can be accurately and readily determined from sources whose accuracy cannot

14   reasonably be questioned."  (Fed. R. Evid. 201(b)(2).)

15        Courts may take judicial notice of "court filings and other matters of public record."

16   *Reyn s Pasta Bella, LLC v.   isa   SA, Inc.*, 442 F.3d 741, 746, n.6 (9th Cir. 2006) (citing

17   *Burbank Glendale Pasadena Airport Auth. v. City o  Burbank*, 136 F.3d 1360, 1364 (9th Cir.

18   1998)).  Documents are properly subject to judicial notice when they are readily verifiable.  *Reyn s*

19   *Pasta Bella*, 442 F.3d at 746 n.6 (taking judicial notice of documents filed in a separate litigation

20   in another court even though the documents were filed under seal).

21        Here, Defendants request that the Court take judicial notice of a memorandum and an

22   order, both issued by the United States Court of Appeals for the Ninth Circuit.  Both documents

23   are matters of public record and they are copies of court files, which are readily verifiable.

24   Additionally, the documents are being presented to this Court in support of undisputed facts

25   recited in Defendants' reply brief.  Therefore, it is proper for this court to take judicial notice of

26   Exhibits A and B in adjudicating Defendants' Motion to Dismiss.

27        Based on the foregoing, Defendants Eric M. George, Ronald M. George, and Alan I.

28   Rothenberg respectfully request that this Court take judicial notice of the documents attached as

1    Exhibits A and B hereto.

2

3

4    Date: July 27, 2022                    Respectfully submitted,

5

6

7                                    By    _____/s/ Eric M. George_____

8                                          Eric M. George, *in propria persona*
                                           c/o 2121 Avenue of the Stars, Suite 3000
9                                          Los Angeles, California 90067
                                           Tel. (310) 274-7100
10

11

12   Date: July 27, 2022

13

14

15                                   By    _____/s/ Alan I. Rothenberg_____

16                                         Alan I. Rothenberg, *in propria persona*
                                           c/o 2121 Avenue of the Stars, Suite 3000
17                                         Los Angeles, California 90067
                                           Tel. (310) 274-7100

18

19   Date: July 27, 2022

20

21

22                                   By    _____/s/ Ronald M. George_____

23                                         Ronald M. George, *in propria persona*
                                           c/o 2121 Avenue of the Stars, Suite 3000
24                                         Los Angeles, California 90067
                                           Tel. (310) 274-7100
25

26

27

28

1

## CERTIFICATE OF SERVICE

2          I hereby certify that on this 27 day of July, 2022, I caused a true and correct copy of

3    **DEFENDANTS ERIC GEORGE, RONALD M. GEORGE, AND ALAN I.**

4    **ROTHENBERG'S SUPPLEMENTAL RE   UEST FOR   UDICIAL NOTICE IN SUPPORT**

5                    **OF MOTION TO DISMISS COMPLAINT**

6    to be placed in the United States Mail, with first class postage prepaid, addressed as follows:

7    Daniel D. Dyd  ak                              Plaintiff, in Pro Per
     4265 Marina City Drive, Suite 407W
8    Marina del Rey, CA  90292
     Telephone (310) 867-1289

9

10

11

12                          By  _____

13                              Corinne Ubence, an Employee of
                                ELLIS GEORGE CIPOLLONE O'BRIEN
14                              ANNAGUEY LLP

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>**CERTIFICATE OF SERVICE**</u>

2

   I hereby certify that on this 27 day of July, 2022, a true and correct copy of

3

**DEFENDANTS ERIC GEORGE, RONALD M. GEORGE, AND ALAN I.**

4

**ROTHENBERG'S SUPPLEMENTAL REUEST FOR UDICIAL NOTICE IN SUPPORT**

5

**OF MOTION TO DISMISS COMPLAINT**

6

was served via the United States District Court CM/ECF system on all parties or persons requiring

7

notice.

8

9

   By _____

10

   Corinne Ubence, an Employee of
   ELLIS GEORGE CIPOLLONE O'BRIEN

11

   ANNAGUEY LLP

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SER 330**

# EXHIBIT A

## Ninth Circuit Memorandum
## May 18, 2015
## *Dydzak v. Cantil-Sakauye*
## Case No. 12-56960

# EXHIBIT A

FILED

**NOT FOR PUBLICATION**

MAY 18 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DANIEL DAVID DYDZAK,

      Plaintiff - Appellant,

  v.

TANI CANTIL-SAKAUYE; et al.,

      Defendants - Appellees.

No. 12-56960

D.C. No. 2:11-cv-05560-JCC

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
John C. Coughenour, District Judge, Presiding[**]

Submitted May 13, 2015[***]

Before: LEAVY, CALLAHAN, and M. SMITH, Circuit Judges.

    Daniel David Dydzak, a disbarred California attorney, appeals pro se from

the district court's judgment dismissing his action alleging constitutional claims

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The Honorable John C. Coughenour, United States District Judge for
the Western District of Washington, sitting by designation under 28 U.S.C.
§ 292(b).

    [***]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

related to his disbarment, and from its order declaring him a vexatious litigant. We

have jurisdiction under 28 U.S.C. § 1291. We review de novo a sua sponte

dismissal for failure to state a claim. *Barrett v. Belleque*, 544 F.3d 1060, 1061 (9th

Cir. 2008). We affirm.

The district court properly dismissed Dydzak's claims against the federal

judges and California Supreme Court Chief Justice Tani Cantil-Sakauye because

they are immune from liability. *See Stump v. Sparkman*, 435 U.S. 349, 359 (1978)

("A judge is absolutely immune from liability for his judicial acts even if his

exercise of authority is flawed by the commission of grave procedural errors.").

The district court properly dismissed on the basis of the doctrine of res

judicata Dydzak's claims against defendants Scott J. Drexel, Joann Remke, the

California Supreme Court, and California Supreme Court Justices Joyce L.

Kennard, Marvin R. Baxter, Kathryn M. Werdegar, Ming W. Chin, Carol A.

Corrigan, and Ronald M. George, because Dydzak alleged nearly identical claims

related to his disbarment against these defendants in a prior federal action in which

there was a final judgment on the merits. *See Stewart v. U.S. Bancorp*, 297 F.3d

953, 956-57 (9th Cir. 2002) (setting forth elements of res judicata).

The district court properly dismissed Dydzak's claims against defendant

Beth Jay under the doctrine of collateral estoppel because the issues raised in these

12-56960

**SER 333**

claims had been previously litigated, and were necessary to the prior judgment.
*See McQuillion v. Schwarzenegger*, 369 F.3d 1091, 1096 (9th Cir. 2004) (a prior
decision has preclusive effect if the issues at stake are identical, were actually
litigated by the party against whom preclusion is asserted, and were a critical and
necessary part of the prior judgment).

  The district court did not abuse its discretion by entering a pre-filing order
against Dydzak after providing him notice and an opportunity to be heard,
developing an adequate record for review, making substantive findings regarding
his frivolous litigation history, and tailoring the restriction narrowly. *See Molski v.
Evergreen Dynasty Corp.*, 500 F.3d 1047, 1056, 1057-61 (9th Cir. 2007) (per
curiam) (setting forth standard of review and discussing factors to consider before
imposing pre-filing restrictions).

  We reject Dydzak's contentions that the district court lacked jurisdiction and
that its proceedings involved extrinsic fraud or fraud upon the court.

  Dydzak's requests for oral argument, filed on January 26, 2015 and set forth
in his opening brief, are denied.

  Dydzak's remaining requests, set forth in his opening brief, are denied.

  All pending motions are denied.

**AFFIRMED.**

**SER 334**

# EXHIBIT B

# Ninth Circuit Order
## August 12, 2015
## *Dydzak v. Cantil-Sakauye*
## Case No. 12-56960

# EXHIBIT B

FILED

UNITED STATES COURT OF APPEALS

AUG 12 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DANIEL DAVID DYDZAK,

           Plaintiff - Appellant,

v.

TANI CANTIL-SAKAUYE; et al.,

           Defendants - Appellees.

No. 12-56960

D.C. No. 2:11-cv-05560-JCC
Central District of California,
Los Angeles

ORDER

Before:     LEAVY, CALLAHAN, and M. SMITH, Circuit Judges.

      We treat Dydzak's motion for reconsideration, filed on June 1, 2015, as a

petition for panel rehearing, and deny the petition.

      All remaining motions are also denied.

      No further filings will be entertained in this closed case.

1    Brian D. Blakley, Esq.
     Nevada Bar No. 13074
2    LEWIS ROCA ROTHGERBER CHRISTIE LLP
     3993 Howard Hughes Parkway, Suite 600
3    Las Vegas, NV  89169
     Tel:     702.949.8200
4    Email:  BBlakley@lewisroca.com

5    *Attorney for Defendant Charles Schwab*

6

7

8                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF NEVADA
9

10   DANIEL DAVID DYDZAK,                          Case No. 2:22-CV-01008-APG-VCF

11            Plaintiff,

12        vs.                                      **NOTICE OF ERRATA TO
                                                   DEFENDANT CHARLES SCHWAB'S
13   TANI CANTIL-SAKAUYE; JORGE                    MOTION TO DISMISS COMPLAINT**
     NAVARRETE; THOMAS LAYTON a/k/a
14   TOM LAYTON, CHARLES SCHWAB;
     DONALD F. MILES; JOHNNIE B.
15   RAWLINSON; BARRY G. SILVERMAN;
     WILLIAM A. FLETCHER; PETER LIND
16   SHAW; RONALD M. GEORGE; ERIC M.
     GEORGE; ALAN L. ROTHENBERG; 1ST
17   CENTURY BANK; 1ST CENTURY
     BANCSHARES, INC.; EDWARD EPHRAIM
18   SCHIFFER; SIDNEY R. THOMAS;
     WILLIAM DATO; MAXINE M. CHESNEY;
19   MOLLY C. DWYER; GEORGE H. KING; A.
     WALLACE TASHIMA; FERDINAND
20   FRANCIS FERNANDEZ; KIM MCCLANE
     WARDLAW; WILLIAM C. CANBY;
21   RONALD M. GOULD; RICHARD C.
     TALLMAN and DOES 1 through 50, inclusive,
22
              Defendants.
23

24

25        Defendant CHARLES SCHWAB, ("Defendant") through its counsel of record, hereby

26   files this Notice of Errata to Defendant Charles Schwab's Motion to Dismiss. On July 26, 2022,

27   Defendant Charles Schwab filed a Motion to Dismiss Plaintiff's Complaint [ECF No. 25].

28   Counsel inadvertently filed a version of this Motion which had not been dated or signed by

*3993 Howard Hughes Parkway, Suite 600*
*Las Vegas, NV 89169*

**SER 337**

1    Defendant's counsel.

2         Furthermore, counsel inadvertently attached two incorrect exhibits to the Motion to

3    Dismiss. The erroneously attached "EXHIBIT A" to Defendant's Motion to Dismiss was a copy

4    of "EXHIBIT E" to that motion, rather than the true "EXHIBIT A." Furthermore, the exhibit

5    attached to that motion as "EXHIBIT D" had not been "rotated" for ease of review.

6         A corrected Motion to Dismiss Plaintiff's Complaint is attached. It has been dated and

7    signed by counsel, and the correct versions of "EXHIBIT A" and "EXHIBIT D" have been

8    attached to that copy. All other contents of the Motion to Dismiss  [ECF No. 25] remain

9    unchanged.

10         Dated this 26th day of July, 2022.

11

12                                    LEWIS ROCA ROTHGERBER CHRISTIE LLP

13

14                                    By: */s Brian Blakley*
                                          Brian D. Blakley
15                                        Nevada Bar No. 13074
                                          3993 Howard Hughes Parkway, Suite 600
16                                        Las Vegas, NV  89169

17                                        *Attorney for Charles Schwab*

18

19

20

21

22

23

24

25

26

27

28

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

**LEWIS ROCA**

1

**<u>CERTIFICATE OF SERVICE</u>**

2

  I hereby certify that, on July 26, 2022, a true and exact copy of the foregoing has been

3

served upon all parties via CM/ECF.

4

5

6

          /s/ Annette Jaramillo
         An employee of Lewis Roca

7

         Rothgerber Christie LLP

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

LEWIS ROCA

**SER 339**

# EXHIBIT E

 CT Corporation

**Service of Process Transmittal**
03/28/2022
CT Log Number 541306368

**TO:**     Corporate Legal Services
Charles Schwab & Co. Inc.
9825 Schwab Way # DENR3-03-187
Lone Tree, CO 80124-5377

**RE:**     **Process Served in California**

**FOR:**    Charles Schwab & Co., Inc.  (Domestic State: CA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Daniel David Dydzak vs. Tani Cantil-Sakauye |
| **DOCUMENT(S) SERVED:** | Summons, Affidavit, Attachment(s), Complaint |
| **COURT/AGENCY:** | Clark County District Court, NV<br>Case # A22847734C |
| **NATURE OF ACTION:** | Complaint for Damages and Equitable Relief |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, GLENDALE, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/28/2022 at 11:14 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | DANIEL DAVID DYDZAK<br>4265 Marina City Drive, Suite 407W<br>Marina del Rey, CA 90292<br>310-867-1289 |
| **REMARKS:** | Please note even though the documents are directed to CHARLES SCHWAB, our records indicate that we are agent for all entities beginning with this name and they all share the same delivery instructions. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/29/2022, Expected Purge Date: 04/03/2022<br><br>Image SOP<br><br>Email Notification,  Corporate Legal Services  tpa.info@schwab.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

**SER 341**

 CT Corporation

**Service of Process
Transmittal**
03/28/2022
CT Log Number 541306368

**TO:**  Corporate Legal Services
Charles Schwab & Co. Inc.
9825 Schwab Way # DENR3-03-187
Lone Tree, CO 80124-5377

**RE:  Process Served in California**

**FOR:**  Charles Schwab & Co., Inc.  (Domestic State: CA)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 2 of  2 / DL

**SER 342**



# PROCESS SERVER DELIVERY DETAILS

**Date:**                                     Mon, Mar 28, 2022
**Server Name:**                              Sonia Rivera

| Entity Served | CHARLES SCHWAB |
|---|---|
| Case Number | A-22-847734-C |
| Jurisdiction | CA |

| Inserts | | |
|---|---|---|
| | | |



**SER 343**

Print Form

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SUMM**

### DISTRICT COURT

### CLARK COUNTY, NEVADA

DANIEL DAVID DYDZAK,

Plaintiff(s),

-vs-

TANI CANTIL-SAKAUYE,
[ATTACHMENT]
Defendant(s).

CASE NO. A-22-847734-C
DEPT. NO. 27

### SUMMONS - CIVIL

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

1.   If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:

(a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

(b) Serve a copy of your response upon the attorney whose name and address is shown below.

SUMM Civil/7/23/2009

**SER 344**

2.     Unless you respond, your default will be entered upon application of the
Plaintiff(s) and failure to so respond will result in a judgment of default
against you for the relief demanded in the Complaint, which could result in
the taking of money or property or other relief requested in the Complaint.

3.     If you intend to seek the advice of an attorney in this matter, you should do
so promptly so that your response may be filed on time.

4.     The State of Nevada, its political subdivisions, agencies, officers,
employees, board members, commission members and legislators each
have 45 days after service of this Summons within which to file an Answer
or other responsive pleading to the Complaint.

STEVEN D. GRIERSON
CLERK OF COURT         2/14/2022

Submitted by:

By: _____

DANIEL DAVID DUDZAK
_____

Deputy Clerk                    Date
Robyn Rodriguez
Regional Justice Center
200 Lewis Avenue
Las Vegas, NV 89155

NOTE: When service is by publication, add a brief statement of the object of the
action.  See Nevada Rules of Civil Procedure 4(b).

2

SUMM Civil/7/23/2009

**SER 345**

**AFFIDAVIT OF SERVICE**

STATE OF                    )
                           )    ss:
COUNTY OF                   )

_____, being duly sworn, says: That at all times herein affiant was and is over 18 years of age, not a party to nor interested in the proceeding in which this affidavit is made.  That affiant received _____ copy(ies) of the Summons and Complaint, _____ on the _____ day of _____, 20_____ and served the same on the _____ day of _____, 20_____ by:

**(Affiant must complete the appropriate paragraph)**

1.    Delivering and leaving a copy with the Defendant _____ at (state address) _____

2.    Serving the Defendant _____ by personally delivering and leaving a copy with
       _____, a person of suitable age and discretion residing at the Defendant's usual
       place of abode located at (state address) _____

       **[Use paragraph 3 for service upon agent, completing (a) or (b)]**

3.    Serving the Defendant _____ by personally delivering and leaving a copy at
       (state address) _____

       (a)    With _____ as _____, an agent lawfully designated by statute to accept
               service of process;

       (b)    With _____, pursuant to NRS 14.020 as a person of suitable age and
               discretion at the above address, which address is the address of the
               resident agent as shown on the current certificate of designation filed with
               the Secretary of State.

4.    Personally depositing a copy in a mail box of the United States Post Office,
       enclosed in a sealed envelope, postage prepaid (Check appropriate method):

                              ☐ Ordinary mail
                              ☐ Certified mail, return receipt requested
                              ☐ Registered mail, return receipt requested

3

SUMM Civil/7/23/2009

**SER 346**

addressed to the Defendant _____ at Defendant's last known address which is

(state address) _____

I declare under penalty of perjury under the law of the State of Nevada that the

foregoing is true and correct.

EXECUTED this _____ day of _____, 20_____.

_____

Signature of person making service

4

**SER 347**

1

ATTACHMENT (SUMMONS)

2

3   JORGE NAVARRETE, THOMAS LAYTON, aka TOM LAYTON, CHARLES

4   SCHWAB, DONALD F. MILES, JOHNNIE B. RAWLINSON, BARRY G.

5   SILVERMAN, WILLIAM A. FLETCHER, PETER LIND SHAW, RONALD M.

6   GEORGE, ERIC M. GEORGE, ALAN I. ROTHENBERG, 1ST CENTURY BANK, 1ST

7   CENTURY BANCSHARES, INC., EDWARD EPHRAIM SCHIFFER, SIDNEY R.

8   THOMAS, WILLIAM DATO, MAXINE M. CHESNEY, MOLLY G. DWYER,

9   GEORGE H. KING, A. WALLACE TASHIMA, FERDINAND FRANCIS

10  FERNANDEZ, KIM MCCLANE WARDLAW, WILLIAM C. CANBY, RONALD M.

    GOULD, RICHARD C. TALLMAN, and DOES 1 through 50, inclusive,
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                              5

ATTACHMENT

Electronically Filed
2/3/2022 11:58 AM
Steven D. Grierson
CLERK OF THE COURT

1  DANIEL D. DYDZAK
   Plaintiff
2  4265 Marina City Drive, Suite 407W
   Marina del Rey, CA 90292
3  Telephone: (310) 867-1289

CASE NO: A-22-847734-C
Department 27

4

5

6

7              **DISTRICT COURT**

8          **CLARK COUNTY, NEVADA**

9

10  DANIEL DAVID DYDZAK,                    )  **Case No.**
                                            )  **Dept. No.**
11                                          )
                 Plaintiff,                 )  COMPLAINT FOR DAMAGES AND
12                                          )  EQUITABLE RELIEF
                                            )
13        v.                                )
                                            )
14  TANI CANTIL-SAKAUYE, JORGE              )  DEMAND FOR JURY TRIAL
    NAVARRETE, THOMAS LAYTON, aka TOM       )
15  LAYTON, CHARLES SCHWAB, DONALD F.       )
    MILES, JOHNNIE B. RAWLINSON, BARRY      )
16  G. SILVERMAN, WILLIAM A. FLETCHER,      )
    PETER LIND SHAW, RONALD M. GEORGE,      )
17  ERIC M. GEORGE, ALAN I. ROTHENBERG,     )
    1ST CENTURY BANK, 1ST CENTURY           )
18  BANCSHARES, INC., EDWARD EPHRAIM        )
    SCHIFFER, SIDNEY R. THOMAS, WILLIAM     )
19  DATO, MAXINE M. CHESNEY, MOLLY C.       )
    DWYER, GEORGE H. KING, A. WALLACE       )
20  TASHIMA, FERDINAND FRANCIS              )
    FERNANDEZ, KIM MCCLANE WARDLAW,         )
21  WILLIAM C. CANBY, RONALD M. GOULD,      )
    RICHARD C. TALLMAN, and DOES 1 through  )
22  50, inclusive,                          )
                                            )
23              Defendants.                 )
                                            )
24                                          )

25  _____

26

27  COMPLAINT

28

COMES NOW Plaintiff, DANIEL D. DYDZAK ("DYDZAK"), and alleges as follows:

## PRELIMINARY ALLEGATIONS

1.   Plaintiff is, and was at all times herein mentioned, an individual over eighteen years old residing in the County of Los Angeles, State of California.

2.   Plaintiff is informed and believes, and thereon alleges, that Defendant TANI CANTIL-SAKAUYE ("CANTIL-SAKAUYE") is, and at all times herein mentioned, an individual residing in the County of San Francisco, State of California.

3.   Plaintiff is informed and believes, and thereon alleges, that Defendant JORGE NAVARRETE ("NAVARRETE") is, and was at all times herein mentioned, an individual residing in the County of San Francisco, State of California.

4.   Plaintiff is informed and believes, and thereon alleges, that Defendant THOMAS LAYTON, aka TOM LAYTON ("LAYTON"), is, and was at all times herein mentioned, an individual residing in the County of Los Angeles, State of California.

5.   Plaintiff is informed and believes, and thereon alleges, that Defendant DONALD F. MILES ("MILES") is, and was at all times herein mentioned, an individual residing in Redding, California.

6.   Plaintiff is informed and believes, and thereon alleges, that Defendant CHARLES SCHWAB ("SCHWAB") is, and was at all times herein mentioned, an individual residing in the County of San Francisco, State of California.

7.   Plaintiff is informed and believes, and thereon alleges, that Defendant JOHNNIE B. RAWLINSON ("RAWLINSON") is, and was at all times herein mentioned, an individual residing

COMPLAINT                                    2

in the City of Las Vegas, State of California.

8.   Plaintiff is informed and believes, and thereon alleges, that Defendant BARRY G. SILVERMAN ("SILVERMAN") is, and was at all times herein mentioned, an individual residing in the City of Phoenix, State of Arizona.

9.   Plaintiff is informed and believes, and thereon alleges, that Defendant WILLIAM A. FLETCHER ("FLETCHER") is, and was at all times herein mentioned, an individual residing in the County of San Francisco, State of California.

10. Plaintiff is informed and believes, and thereon alleges, that Defendant PETER LIND SHAW ("SHAW") is, and was at all times herein mentioned, an individual residing in the County of San Francisco, State of California.

11.   Plaintiff is informed and believes, and thereon alleges, that Defendant RONALD M. GEORGE ("GEORGE") is, and was at all times herein mentioned, an individual residing in the County of San Francisco, State of California.

12.   Plaintiff is informed and believes, and thereon alleges, that Defendant ERIC M. GEORGE  ("E.GEORGE") is, and was at all times herein mentioned, an individual residing in the County of Los Angeles, State of California.

13.   Plaintiff is informed and believes, and thereon alleges, that Defendant ALAN I. ROTHENBERG ("ROTHENBERG") is, and was at all times herein mentioned, an individual residing in the County of Los Angeles, State of California.

14.  Plaintiff is informed and believes, and thereon alleges, that Defendant 1ST CENTURY BANK ("BANK") is, and was at all times herein mentioned, a legal entity, exact status unknown at this time, located and providing financial services in the County of Los Angeles, State of California. Plaintiff will amend this Complaint accordingly at or before trial when the exact legal status and

COMPLAINT                                          3

1    identity of Defendant BANK is ascertained.

2        15.   Plaintiff is informed and believes, and thereon alleges, that Defendant 1st CENTURY

3    BANCSHARES, INC. ("BANCSHARES") is, and was at all times herein mentioned, a corporation

4    duly organized and existing under and by virtue of the laws of the State of Delaware, engaged in

5    providing financial and banking services. Upon further information and belief,  Defendant

6    BANCSHARES' business address is, and was at all times relevant hereto, in Wilmington,

7    Delaware. Upon further information and belief, said Defendant is, and was at all times herein

8    mentioned, a holding company for Defendant BANK.

9        16.   Plaintiff is informed and believes, and thereon alleges, that Defendant EDWARD

10   EPHRAIM SCHIFFER ("SCHIFFER") is, and was at all times herein mentioned, an individual

11   residing in the County of San Francisco, State of California.

12       17.   Plaintiff is informed and believes, and thereon alleges, that Defendant SIDNEY R.

13   THOMAS ("THOMAS") is, and was at all times herein mentioned, an individual residing in

14   Billings, Montana.

15       18.   Plaintiff is informed and believes, and thereon alleges, that Defendant WILLIAM

16   DATO ("DATO") is, and was at all times herein mentioned, an individual residing in the County of

17   San Diego, State of California.

18       19.   Plaintiff is informed and believes, and thereon alleges, that Defendant MAXINE M.

19   CHESNEY ("CHESNEY") is, and was at all times herein mentioned, an individual residing in the

20   County of San Francisco, State of California.

21       20.   Plaintiff is informed and believes, and thereon alleges, that Defendant MOLLY C.

22   DWYER ("DWYER") is, and was at all times herein mentioned, an individual residing in the

23   County of San Francisco, State of California.

24       21.   Plaintiff is informed and believes, and thereon alleges, that Defendant A. WALLACE

25   TASHIMA ("TASHIMA") is, and was at all times herein mentioned, an individual residing in the

26   COMPLAINT                              4

27

28

1  County of Los Angeles, State of California.

2    22.    Plaintiff is informed and believes, and thereon alleges, that Defendants

3  FERDINAND FRANCIS FERNANDEZ ("FERNANDEZ") and KIM MCLANE WARDLAW

4  ("WARDLAW") are, and were at all times herein mentioned, individuals residing in the County

5  of Los Angeles, State of California.

6    23.    Plaintiff is informed and believes, and thereon alleges, that Defendant WILLIAM

7  C. CANBY ("CANBY") is, and was at all times herein mentioned, an individual residing in the

8  City of Phoenix, State of Arizona.

9    24.    Plaintiff is informed and believes, and thereon alleges, that Defendant RONALD M.

10  GOULD ("GOULD") is, and was at all times herein mentioned, an individual residing in the City

11  of Seattle, State of Washington.

12    25.    Plaintiff is informed and believes, and thereon alleges, that Defendant RICHARD

13  C. TALLMAN ("TALLMAN") is, and was at all times herein mentioned, an individual residing

14  in the City of Seattle, State of Washington.

15    26.    Plaintiff is unaware at the present time of the identities and capacities of

16  Defendants fictiously named and designated as DOES 1 through 50, inclusive. Plaintiff alleges

17  that said DOE Defendants, and each of them, are responsible and liable for the wrongful and

18  unlawful acts of the other Defendants and acted in concert with each other. Plaintiff will seek

19  leave to amend this Complaint at or before trial to set forth their true names and capacities when

20  ascertained. DYDZAK is entitled to appropriate monetary and equitable relief against them,

21  according to proof.

22    27.    Furthermore, Plaintiff alleges that these DOE Defendants have damaged him and

23  otherwise acted illegally and against his civil and constitutional rights, as herein alleged.

## JURISDICTION

24    28.    Venue is proper in this Court because one of the parties resides in Clark County

25  and committed wrongful acts against Plaintiff in this jurisdiction. Nevada NRS 13.040. Moreover,

26  state courts have concurrent jurisdiction with federal courts to hear federal claims, such as

27  violation of civil rights. Tafflin v. Levitt, 493 U.S. 455 (1990).

COMPLAINT                    5

**FIRST CAUSE OF ACTION**

**(VIOLATION OF CIVIL RIGHTS)**

**(AGAINST DEFENDANTS CANTIL-SAKAUYE AND NAVARRETE)**

29.  Plaintiff refers to and incorporates, as though fully set forth herein, Paragraphs 1 through 28, inclusive, of the Complaint, and any and all allegations contained therein.

30.  This is a civil rights complaint for declaratory relief, equitable relief and other appropriate relief pursuant to 42 U.S.C. 1983 et seq. Plaintiff's civil rights have been violated, as alleged and described herein.

31.     On or about September 13, 2019, and continuing to the present, in Case No. S179850, Defendants CANTIL-SAKAUYE and NAVARRETE illegally conspired to not file, as required, legal pleadings, motions and papers duly submitted by DYDZAK for docket filing with the Clerk's Office of the Supreme Court of California. Furthermore, Defendant CANTIL-SAKAUYE issued a fraudulent, perjurous, void and illegal Order on September 11, 2021 in said case in conspiracy with Defendant NAVARRETE.

32.  As state actors employed as officers of the Court in California, Defendants CANTIL-SAKAUYE acted unreasonably and unlawfully so as to violate Plaintiff's constitutional and federally protected rights, as herein alleged and described.

33.  As a direct, legal and proximate result of their misconduct and unlawful, wrongful actions, as herein alleged and described. Plaintiff has sustained general damages, including, without limitation, suffering, and continuing to suffer, physical and mental pain and anguish, and severe emotional distress. Plaintiff has also suffered economic losses, according to proof. The exact amount of such general damages is unknown at this time, but will be ascertained and set forth before or at time of trial, according to proof.

34.   Plaintiff is entitled to appropriate declaratory and equitable relief, declaring that his civil and constitutional rights have been violated as aforesaid by Defendants CANTIL-SAKAUYE and

COMPLAINT                                     6

1   NAVARRETE. A Temporary Restraining Order (TRO), Preliminary Injunction and Permanent

2   injunction should issue, enjoining said Defendants from continuing to violate Plaintiff's civil and

3   constitutional rights.

4       35.   Plaintiff is also entitled to an award of punitive damages due to a showing of malice,

5   fraud and oppression by said Defendants towards DYDZAK, in the amount of $ 10,000,000.

6

7               **SECOND CAUSE OF ACTION**

          **(VIOLATION OF WIRETAP ACT, 18 USC 2511)**

8

             **(AGAINST DEFENDANT LAYTON)**

9

10       36.   Plaintiff refers to and incorporates, as though fully set forth herein, Paragraphs 1

11   through 35, inclusive, of the Complaint, and any and all allegations contained therein.

12       37.   On or about September 11, 2019, and continuing to the present, Defendant LAYTON

13   has, upon reasonable information and belief, illegally interfered with and intercepted on a constant

14   basis Plaintiff's wire and electronic communications, including but not limited to telephonic

15   communications and texts with third persons, relayed on his cell phone, 310-867-1289, contrary to

16   the Federal Wiretap Act. Plaintiff is entitled to appropriate equitable relief and to recover from

17   Defendant LAYTON damages, attorney's fees, costs and penalties, as provided for in said Wiretap

18   Act pursuant to 18 USC 2511 and according to proof. LAYTON has, and had at all times relevant

19   hereto, an unsavory reputation, being known as the "bagman" and "fixer" for disgraced, disbarred

20   attorney, Thomas V. Girardi.

21

22              **THIRD CAUSE OF ACTION**

23   .**(CONSPIRACY TO UNLAWFULLY ~~INTERE~~ TO INTERFERE WITH THE PROCESSES OF THE COURT)**

24   **(AGAINST DEFENDANTS SCHWAB, MILES, GEORGE, E.GEORGE, ROTHENBERG,**

25   **BANK, BANCSHARES, DATO)**

26

27   COMPLAINT                 7

28

38. Plaintiff refers to and incorporates, as though fully set forth herein, Paragraphs 1 through 37, inclusive, of the Complaint and any and all allegations contained therein.

39. Plaintiff is informed and believes, and thereon alleges, that the above-named Defendants had improper, unethical and illegal ex parte, extra-judicial communications and contacts with Defendants CANTIL-SAKAUYE and NAVARRETE on or about September 11, 2019, and on other occasions thereafter, and continuing to the present, to affect the outcome of the California Supreme Court Case No. S179850 and harm DYDZAK, as herein alleged. Such overt acts were done as part of a conspiracy to obstruct justice and interfere with the processes of that Court.

40. As a direct, legal and proximate result of such wrongful and illegal acts, Plaintiff has suffered general damages, according to proof. Such acts were also done with malice, fraud and oppression, entitling Plaintiff to an award of punitive damages against said Defendants, and each of them, in the amount of $ 10,000,000, jointly and severally.

## FOURTH CAUSE OF ACTION

## (VIOLATION OF CIVIL RIGHTS)

## (AGAINST DEFENDANTS DWYER AND THOMAS)

41. Plaintiff refers to and incorporates, as though fully set forth herein, Paragraphs 1 through 39, inclusive, of the Complaint, and any and all allegations contained therein.

42. This is a civil rights complaint for declaratory relief, equitable relief and other appropriate relief pursuant to 42 U.S.C. 1983 et seq. Plaintiff's civil rights have been violated by Defendant

COMPLAINT                                    8

DWYER illegally blocking, or causing to be blocked, his cell phone number, 310-867-1289, to the San Francisco Clerk's Office of the Ninth Circuit Court of Appeals, telephone number 415-355-8000. This blockage, upon reasonable information and belief, was done with the wrongful, unconstitutional and illegal authorization, consent, knowledge, supervision and ratification of Defendant THOMAS. It was done more than a year ago and continues to the present. Defendants DWYER and THOMAS were put on notice, administratively, and at all times relevant hereto, that DYDZAK's cell phone was unlawfully blocked, against due process, equal protection of laws and his First Amendment right to access to the courts. As of the date of this Complaint, and continuing to the present, Defendants DWYER and THOMAS have not unblocked, or taken steps to unblock, Plaintiff's cell phone to the aforesaid Ninth Circuit number, all to his damage and prejudice and against his civil and constitutional rights.

43.     Federal actors, such as Defendants DWYER and THOMAS, acing under color of federal authority can be sued for violation of civil rights <u>Bivens v. Six Unnamed Agents</u>, 403 U.S. 388 (1971). Since both of them were acting administratively, illegally and in bad faith, said Defendants enjoy no immunity from monetary damages. In this matter, Defendants DWYER and THOMAS, and each of them, acted unreasonably and unlawfully so as to violate Plaintiff's constitutionally and federally protected rights, as herein alleged and described.

44.     As a direct, legal and proximate result of the above-referenced Defendants' misconduct and unlawful, wrongful actions, as herein alleged and described, Plaintiff has sustained general damages, according to proof.

45.     Plaintiff is entitled to appropriate declaratory and equitable relief, declaring that his

COMPLAINT                                  9

1   civil and constitutional rights have been violated as aforesaid by Defendants DWYER and THOMAS.

2   A Temporary Restraining Order (TRO), Preliminary Injunction and Permanent Injunction should

3   issue, enjoining said Defendants from continuing to violate Plaintiff's civil and constitutional rights.

4        46.    Plaintiff is also entitled to an award of punitive damages due to a showing of malice,

5   fraud and oppression by said Defendants towards DYDZAK, in the amount of $ 10,000,000.

6

7

8   **FIFTH CAUSE OF ACTION**

9   **(VIOLATION OF CIVIL RIGHTS)**

10   **(AGAINST DEFENDANTS CHESNEY, SILVERMAN, FLETCHER AND RAWLINSON)**

11

12        47.    Plaintiff refers to and incorporates, as though fully set forth herein, Paragraphs 1

13   through 46, inclusive, of the Complaint, and any and all allegations contained therein.

14        48.    The above-named Defendants, and each of them, violated Plaintiff's civil rights by the

15   following:

16

17        (1)    Defendant CHESNEY violated her oath to be fair and impartial as a federal judge in a

18   case filed in the Northern District of California U.S. District Court, DYDZAK V. USA et al

19   ["NORTHERN DISTRICT CASE"]. She was disqualified in law and fact, subject to disqualification,

20   and has biases and conflicts of interest or the appearance of same. Any and all of her Orders and

21   rulings are therefore void ab initio, including a "fraud upon the court", overbroad and void Pre-filing

22   Order against DYDZAK.

23

24        (2)    Defendant CHESNEY had the case illegally transferred to her after having, upon

25   information and belief, improper ex parte and extrajudicial communications and contacts with third

26   COMPLAINT               10

27

28

parties and Defendant CANTIL-SAKAUYE and/or agents of said latter Defendant She had an

unethical, preexisting relationship with material witness and party, CANTIL-SAKAUYE.

(3)     As a "senior status" judge, Defendant CHESNEY was not properly, legally assigned to

hear the NORTHERN DISTRICT CASE per statutory requirements under 28 USC Section 294. She

therefore did not have jurisdiction and standing to hear and adjudicate the case, and acted in the

absence of jurisdiction. <u>Mireles v. Waco</u>, 502 U.S. 9 (1991).

(4)     Defendants SILVERMAN, FLETCHER and RAWLINSON, and each of them, acted

unethically, fraudulently and illegally in the appeal of the NORTHERN DISTRICT CASE (18-15673,

9th Cir.) by ruling since said Panel had a "senior status" judge, Defendant SILVERMAN, who was

not properly, legally assigned to the case. 28 USC Section 294.

(5)     Defendants SILVERMAN, FLETCHER and RAWLINSON, and each of them, violated

DYDZAK's civil rights by not ruling on four pending motions in case 18-15673, thereby obstructing

justice.

49.     At all times relevant hereto, and continuing to the present, Defendant THOMAS and

Defendant SCHIFFER, upon reasonable information and belief, knew about the aforesaid wrongful

conduct by Defendants CHESNEY, SILVERMAN, FLETCHER and RAWLINSON and have

acquiesced in the judicial corruption and misconduct at issue.

50.     With respect to the Fifth Cause of Action herein, Plaintiff is not suing Defendants

CHESNEY, SILVERMAN, FLETCHER and RAWLINSON for monetary damages, only appropriate

equitable and declaratory relief. As federal actors, acting under color of federal law, said Defendants,

and each of them, acted unreasonably and unlawfully so as to violate Plaintiff's constitutional and

federally protected rights, as herein alleged and described.

COMPLAINT                              11

51.     Plaintiff is entitled to appropriate declaratory and equitable relief, declaring that his constitutional and civil rights have been violated as aforesaid by the aforementioned Defendants. A TRO, Preliminary Injunction and Permanent Injunction should issue, enjoining said Defendants from continuing to violate Plaintiff's civil and constitutional rights.

## SIXTH CAUSE OF ACTION

## (VIOLATION OF CIVIL RIGHTS)

## (AGAINST DEFENDANTS SHAW, SCHIFFER, CANBY, GOULD AND TALLMAN)

52.     Plaintiff refers to and incorporates, as though fully set forth herein, Paragraphs 1 through 51, inclusive, of the Complaint and any and all allegations contained therein.

53.     The above-named Defendants, and each of them, violated Plaintiff's civil rights by the following:

(1)     In the Ninth Circuit case, 10-80193, In re DANIEL DAVID DYDZAK, Esq., Defendant SHAW misrepresented to DYDZAK, at all times relevant hereto, that he could make rulings and conduct an evidentiary hearing in a judicial capacity. This was a false misrepresentation and extrinsic fraud or "fraud upon the court." The Judicial Council of the United States confirmed to DYDZAK that Defendant SHAW is an inactive attorney and not a qualified federal judge. At present, and at all times relevant hereto, Defendant SHAW is and was not an Article III Judge. Thus, any and all rulings and Orders by Defendant SHAW in Case No. 10-80193 are, and were at all times herein mentioned, void ab initio and should be reversed and set aside.

(2)     Defendant SCHIFFER, as a federally licensed attorney who assisted Defendant SHAW

COMPLAINT                                      12

1   in the aforesaid 9th Circuit case is, and was aware at all times herein mentioned, that Defendant SHAW

2   is not a proper federal judge but has perpetuated with Defendant SHAW that fraud upon the court.

3       (3)    Upon information and belief, Defendants SHAW and SCHIFFER have been "bribed" by

4   financial incentives and illicit payments by Defendant SCHWAB to harm DYDZAK and prepare

5   rulings against him. At the very least, these Defendants have financial conflicts of interest or the

6   appearance of same.

7       (4)    Defendants CANBY, GOULD and TALLMAN acted unethically, fraudulently and

8   illegally by doing rulings and Orders adverse to DYDZAK in Case No. 10-80193 without a proper

9   and legal three-judge quorum, as required by 28 USC Section 46©. Furthermore, they violated the

10  statutory requirements of 28 USC Section 294, because Defendant CANBY could not act as a "senior

11  status" judge on the case, as he was not duly appointed pertaining thereto. As well, Defendants

12  CANBY, GOULD and TALLMAN perpetrated a "fraud upon the court" by using Defendant SHAW

13  as a purported judicial officer or judge when he is not a proper Article III Judge but simply an inactive

14  attorney. At all times relevant hereto, and continuing to the present, Defendants CANBY, GOULD,

15  TALLMAN, SHAW and SCHIFFER knew, or reasonably should have known, they the Panel was

16  irregular and unlawful. They all further knew that Defendant SHAW is not a proper judge or judicial

17  officer. Upon further information and believe, all of these Defendants had biases and conflicts of

18  interest, or the appearance of same, towards Plaintiff.

19      (5)    At all times relevant hereto, and continuing to the present, Defendants CANBY,

20  GOULD, TALLMAN, SHAW and SCHIFFER are acting illegally and obstructing justice by there

21  not being rulings in the Ninth Circuit on pending motions filed in or about 2016 and 2017. Defendant

22  COMPLAINT                            13

THOMAS is, and was at all times herein mentioned, aware of this situation but, administratively, does nothing about the aforesaid unlawful and fraudulent conduct. The Rule of Law means nothing to these Defendants. The fair and proper administration of justice means nothing to these Defendants.

54.     Defendants CANBY, GOULD and TALLMAN are being sued in the Sixth Cause of Action for only equitable and declaratory relief. Plaintiff is not seeking monetary damages against any of these Defendants with regard to the Sixth Count of this Complaint.

55.     Defendants SHAW and SCHIFFER are being sued in the Sixth Cause of Action for monetary damages, equitable and declaratory relief. As federal actors illegally acting under color of authority, they do not have absolute immunity from damages but only quasi-judicial immunity. They can be personally sued for damages because their illegal conduct offends constitutional norms and they did not, and continue to not, act reasonably and fairly towards DYDZAK. Harlow v. Fitzgerald, 457 U.S. 800 (1982). Their tortious conduct is, and was at all times herein mentioned, unpardonable and flagrantly illegal and offensive. Their conduct is criminal as well, because they have acted, and are continuing to act, to obstruct justice in harming and injuring DYDZAK. They should be held in civil and criminal contempt. Defendants CANBY, GOULD, TALLMAN and THOMAS' willing acquiescence in this criminal and civil wrongdoing is, and was at all times herein mentioned, actionable and unconscionable.

56.     The above-named Defendants, and each of them, as federal actors, acted unreasonably and unlawfully, so as to violate Plaintiff's constitutional and federally protected rights, as herein alleged and described.

57.     As a direct, legal and proximate result of the above-referenced Defendants' misconduct and unlawful, wrongful actions, as herein alleged and described, Plaintiff has sustained

COMPLAINT                              14

general damages, according to proof, with respect to Defendants SHAW and SCHIFFER. With regard to all of the named Defendants herein, Plaintiff is entitled to appropriate equitable and declaratory relief, including a TRO, Preliminary Injunction and Permanent Injunction, against them.

58.    With regard to Defendants SHAW and SCHIFFER, they acted with malice, fraud and oppression towards DYDZAK. An award of punitive damages is therefore warranted against them in the amount of $ 10,000,000.

### SEVENTH CAUSE OF ACTION

### (VIOLATION OF CIVIL RIGHTS)

### (AGAINST DEFENDANTS KING, FERNANDEZ, TASHIMA AND WARDLAW)

59.    Plaintiff refers to and incorporates, as though fully set forth herein, Paragraphs 1 through 58, inclusive, of the Complaint, and any and all allegations contained therein.

60.    As federal actors, the above-named Defendants acted under color of authority to violate DYDZAK's civil and constitutional rights in IN RE DANIEL DAVID DYDZAK in the County of Los Angeles, State of California, on or about February 11, 2013, on other relevant dates, and continuing to the present.

61.    The following wrongful actions were committed by these Defendants, without limitation:

(1)  In a case in the federal District Count in Los Angeles, California (D.C. No. 2:10-mc-00270-GHK), Defendant KING had, upon information and belief, improper ex parte communications and contacts to affect the outcome of this case. Defendant KING further has, and had at all times

COMPLAINT                                    15

SER 363

herein mentioned, biases and conflicts of interest, or the appearance of same, towards DYDZAK, including but not limited to taking bribes or financial incentives from Defendant SCHWAB.

(2)     Defendant KING denied as a jurist DYDZAK a fair and impartial process in the aforementioned case, and would not provide him an evidentiary hearing to contest certain disciplinary proceedings affecting DYDZAK. Same is, and was at all times herein mentioned, against, without limitation, substantive and procedural due process, equal protection of laws, and proper First Amendment access to the courts.

(3)     Upon information and belief, Defendant KING had improper, unethical and unlawful communications with Defendants GEORGE and CANTIL-SAKAUYE, so as to fraudulently and maliciously do rulings adverse to DYDZAK.

(4)     As a result of the foregoing, Defendant KING's rulings and Orders adverse to DYDZAK are, and were at all times herein mentioned, void ab initio.

(5)     In the appeal of the aforesaid District Court case, 9th Circuit Case No. 11-56028, Defendants FERNANDEZ, TASHIMA and WARDLAW, individually and as jurists, acted unlawfully and unconstitutionally towards Plaintiff by doing rulings and Orders adverse to him. In particular, they acted and are acting without a proper legal quorum as "senior status" Defendant FERNANDEZ was not duly appointed to rule in the case. Further, they have, and had at all times herein mentioned, biases and conflicts of interest, or the appearance of same towards Plaintiff, and they are willingly, unethically refusing to rule on pending motions. In particular, Defendant WARDLAW was wrongfully bribed by Defendant SCHWAB to harm DYDZAK, or has and had financial conflicts of interest involving Defendant SCHWAB or his business entities. Upon further information and belief, Defendant TASHIMA has and had financial conflicts of interest, making

COMPLAINT                           16

*which DR*

1   monies from the State Bar of California who dislikes DYDZAK for exposing its corruption and

2   judicial corruption. These Defendants, upon further information and belief, have been involved in

3   ongoing improper and unethical ex parte and extrajudicial communications with Defendants

4   ROTHENBERG, GEORGE, E.GEORGE, and CANTIL-SAKAUYE to harm and injure DYDZAK.

5      62.   Egregiously, and against DYDZAK's civil and constitutional rights, Defendants

6   FERNANDEZ, WARDLAW and TASHIMA continue to not disqualify themselves in the aforesaid

7   appeal despite an illegal panel. Upon information and belief, they further are involved in an illegal

8   cover-up of not having the Ninth Circuit Court of Appeals rule in this appeal on pending, valid

9   motions filed on April 1, 2016, and January 28, 2020.  This ongoing unlawful failure to rule and

10  obstruct justice is known, administratively, to Defendant THOMAS and Defendant SCHIFFER. who

11  have taken no steps to remedy the wrongful situation.

12     63.   Defendants KING, FERNANDEZ, WARDLAW and TASHIMA are not being sued

13  in this Seventh Cause of Action for monetary damages but only appropriate equitable and declaratory

14  relief declaring that DYDZAK's civil and constitutional rights have been violated. Due to the illegal

15  conduct of said Defendants, a TRO, Preliminary Injunction and Permanent Injunction should issue as

16  well to protect Plaintiff's civil and constitutional rights, according to proof.

## EIGHTH CAUSE OF ACTION

## (VIOLATION OF CIVIL RIGHTS)

## (AGAINST DEFENDANTS DATO AND CANTIL-SAKAUYE)

     64.   Plaintiff refers to and incorporates, as though fully set forth herein, Paragraphs 1

17

SER 365

through 63, inclusive, of the Complaint and any and all allegations contained therein.

65.     This is a civil rights complaint pursuant to 42 U.S.C. 1983 et seq. where appropriate declaratory and equitable relief is sought. Plaintiff's civil rights have been violated, as herein alleged.

66.     Defendant DATO is not being sued in this 8th count for monetary damages, only appropriate declaratory and equitable relief. Since Defendant CANTIL-SAKAUYE is acting in an administrative capacity as head of the Judicial Council of California, she can be sued in this cause of action for damages and equitable and declaratory relief for violating Plaintiff's civil and constitutional rights.

67.     Upon information and belief, on April 5, 2013, and continuing to the present Defendant CANTIL-SAKAUYE had improper ex parte and extrajudicial communications with Defendant DATO to cause Plaintiff to be improperly put on a Vexatious Litigant List or Pre-filing List with respect to Plaintiff's being able to file any legal cases in the State of California. Defendant DATO had no jurisdiction to act and acted in the absence of jurisdiction because of his illegal and improper contacts and communications with Defendant CANTIL-SAKAUYE. He thereby conspired with Defendant CANTIL-SAKAUYE to commit extrinsic fraud or a "fraud upon the court" in a case illegally transferred to the San Diego Superior Court from Orange County Superior Court involving DYDZAK. There were no San Diego based Defendants warranting the case being heard in that judicial territory or jurisdiction.

68.     Upon further information and belief, Defendant DATO was rewarded by Defendant CANTIL-SAKAUYE for the aforesaid extrinsic fraud by his being subsequently promoted to the San Diego Court of Appeal as a jurist. She also used her influence as well in his being appointed as a member serving on the California Commission On Judicial Performance. She did so in order that he

18

1    could protect her history of judicial corruption and malfeasance towards Plaintiff and others.

2          69.    State actors, such as Defendants DATO and CANTIL-SAKAUYE, acting under

3    color of state authority, can be sued for violation of civil rights. DYDZAK is being unfairly

4    denied access to the California courts due to the wrongful and unlawful acts of the aforesaid

5    Defendants.

6          70.    Plaintiff is entitled to an award of general damages, according to proof, against

7    Defendant CANTIL-SAKAUYE. Because of her malice, fraud and oppression towards him,

8    Plaintiff is also entitled to an award of punitive damages in the amount of $ 10,000,000.

9          71.    Appropriate equitable and declaratory relief should be granted against these

10   Defendants and the issuance of appropriate injunctive relief, according to proof.

11

12         WHEREFORE, Plaintiff prays judgment as follows:

13

14   1.  For appropriate equitable, declaratory and injunctive relief, as prayed and according to

      proof;

15   2.  For punitive damages, as prayed and according to proof;

16   3.  For reasonable attorney's fees, according to proof;

17   4.  For costs of suit incurred hereinl and

18   5.  For such other and further relief as the Court deems proper and just in the premises.

19

20

21   Dated: November 28, 2021

22                           DANIEL DAVID DYDZAK

23                           Plaintiff

24

25

26

27

28                       19

DISTRICT COURT CIVIL COVER SHEET
~~CLARK~~ County, Nevada

CASE NO: A-22-847734-C
Department 27

Case No. _____
*(Assigned by Clerk's Office)*

## I. Party Information *(provide both home and mailing addresses if different)*

| Plaintiff(s) (name/address/phone): | Defendant(s) (name/address/phone): |
|---|---|
| **DANIEL DAVID DYDZAK** | **TANI CANTIL-SAKAUYE** |
| **4265 Marina City Drive, Suite 407W** | **350 McAllister St., San Francisco, CA 94102** |
| **Marina del Rey, CA 90292** | **Telephone: (415) 865-7000** |
| **Telephone: (310) 867-1289** | **[Attachment]** |
| Attorney (name/address/phone): | Attorney (name/address/phone): |
| **Not Applicable** | **Unknown** |

## II. Nature of Controversy *(please select the one most applicable filing type below)*

### Civil Case Filing Types

| Real Property | Negligence | Torts |
|---|---|---|
| **Landlord/Tenant** | | **Other Torts** |
| ☐ Unlawful Detainer | ☐ Auto | ☐ Product Liability |
| ☐ Other Landlord/Tenant | ☐ Premises Liability | ☐ Intentional Misconduct |
| **Title to Property** | ☐ Other Negligence | ☐ Employment Tort |
| ☐ Judicial Foreclosure | **Malpractice** | ☐ Insurance Tort |
| ☐ Other Title to Property | ☐ Medical/Dental | ☒ Other Tort |
| **Other Real Property** | ☐ Legal | |
| ☐ Condemnation/Eminent Domain | ☐ Accounting | |
| ☐ Other Real Property | ☐ Other Malpractice | |

| Probate | Construction Defect & Contract | Judicial Review/Appeal |
|---|---|---|
| **Probate** *(select case type and estate value)* | **Construction Defect** | **Judicial Review** |
| ☐ Summary Administration | ☐ Chapter 40 | ☐ Foreclosure Mediation Case |
| ☐ General Administration | ☐ Other Construction Defect | ☐ Petition to Seal Records |
| ☐ Special Administration | **Contract Case** | ☐ Mental Competency |
| ☐ Set Aside | ☐ Uniform Commercial Code | **Nevada State Agency Appeal** |
| ☐ Trust/Conservatorship | ☐ Building and Construction | ☐ Department of Motor Vehicle |
| ☐ Other Probate | ☐ Insurance Carrier | ☐ Worker's Compensation |
| **Estate Value** | ☐ Commercial Instrument | ☐ Other Nevada State Agency |
| ☐ Over $200,000 | ☐ Collection of Accounts | **Appeal Other** |
| ☐ Between $100,000 and $200,000 | ☐ Employment Contract | ☐ Appeal from Lower Court |
| ☐ Under $100,000 or Unknown | ☐ Other Contract | ☐ Other Judicial Review/Appeal |
| ☐ Under $2,500 | | |

| Civil Writ | | Other Civil Filing |
|---|---|---|
| **Civil Writ** | | **Other Civil Filing** |
| ☐ Writ of Habeas Corpus | ☐ Writ of Prohibition | ☐ Compromise of Minor's Claim |
| ☐ Writ of Mandamus | ☐ Other Civil Writ | ☐ Foreign Judgment |
| ☐ Writ of Quo Warrant | | ☐ Other Civil Matters |

*Business Court filings should be filed using the Business Court civil coversheet.*

**November 28, 2021**
_____
Date

_____
Signature of initiating party or representative

*See other side for family-related case filings.*

1

ATTACHMENT

2

(CIVIL COVER SHEET)

3

4    Defendant JORGE NAVARRETE

5    350 McAllister St.

6    San Francisco, CA 94102

7    Telephone: (415) 865-7000

8

9    Defendant THOMAS LAYTON

10   1951 Ravista Lane

11   La Canada Flintfridge, CA 91011

     Telephone: Unknown2

12

13   Defendant CHARLES SCHWAB

14   211 Main Street

15   San Francisco, CA 94105

16   Telephone: (866) 855-9102

17

18   Defendant DONALD F. MILES

19   6328 Quail Creek Rd.

20   Redding, CA 96002

21   Telephone: Unknown

22

23   Defendant JOHNNIE B. RAWLINSON

24   333 Las Vegas Blvd.

25   Las Vegas, NV 89101

26   Telephone: Unknown

27

28   CIVIL COVER SHEET                 2

1  Defendant BARRY G. SILVERMAN

2  401 West Washington St.

3  Phoenix, Arizona 85003

4  Telephone: Unknown

5

6  Defendant WILLIAM A. FLETCHER

7  95 Seventh St.

8  San Francisco, CA 94119

9  Telephone: (415) 355-8000

10

11  Defendant PETER LIND SHAW

12  95 Seventh St.

13  San Francisco, CA 94119

14  Telephone: (415) 355-8000

15

16  Defendant RONALD M. GEORGE

17  1333 Jones St.

18  Suite 706

19  San Francisco, CA 94109

20  Telephone: (415) 314-1896

21  Defendant ERIC M. GEORGE

22  2121 Avenue of the Stars

23  Suite 2800

24  Los Angeles, CA 90067

25  Telephone: (310) 274-7100

26

27

28

3

1   Defendant ALAN I ROTHENBERG

2   1875 Century Park East

3   Ste 1400

4   Los Angeles, CA 90067

5   Telephone: (310) 270-9501

6

7   Defendant 1ST CENTURY BANK

8   1875 Century Park East

9   Suite 100

10  Los Angeles, CA 90067

11  Telephone: (310) 270-9500

12

13  Defendant 1ST CENTURY BANCSHARES, INC.

14  1875 Century Park East

15  Suite 1400

16  Los Angeles, CA 90067

17  Telephone: (310) 270-9500

18  Defendant EDWARD EPHRAIM SCHIFFER

19  95 Seventh St.

20  San Francisco, CA 94119

21  Telephone: (415) 355-7935

22

23  Defendant SIDNEY R. THOMAS

24  2601 2nd Avenue North

25  Billings, MT 59101

26  Telephone: Unknown

27

28                          4

1  Defendant WILLIAM DATO

2  750 B Street

3  Suite 300

4  San Diego, CA 92101

5  Telephone: (619) 744-0760

6

7  Defendant MAXINE M. CHESNEY

8  455 Golden Gate Avenue

9  San Francisco, CA 94102

   Telephone: (415) 522-2000

10

11

12  Defendant MOLLY C. DWYER

13  95 Seventh Street

    San Francisco, CA 94119

14

15  Telephone: (415) 355-8000

16

17  Defendant GEORGE H. KING

18  555 W. 5th St., 32nd Floor

19  Los Angeles, CA 90013

20  Telephone: (213) 253-9706

21  Defendant A. WALLACE TASHIMA

22  125 S. Grand Ave.

23  Pasadena, CA 91105

24  Telephone: (213) 894-3570

25

26

27

28                                5

1    Defendant FERDINAND FRANCIS FERNANDEZ

2    125 S. Grand Ave.

3    Pasadena, CA 91105

4    Telephone: (213) 894-3570

5

6    Defendant KIM MCCLANE WARDLAW

7    125 S. Grand Ave.

8    Pasadena, CA 91105

9    Telephone: (213) 894-3570

10

11    Defendant WILLIAM C. CANBY

12    401 West Washington St.

13    Phoenix, Arizaona 85003

      Telephone: Unknown

14

15    Defendant RONALD M. GOULD

16    1010 Fifth Avenue

17    Seattle, WA 98104

18    Telephone: Unknown

19

20    Defendant RICHARD C. TALLMAN

21    1010 Fifth Avenue

22    Seattle, WA  98104

23    Telephone: Unknown

24

25

26

27

28                  6

1   Brian D. Blakley, Esq.
    Nevada Bar No. 13074
2   LEWIS ROCA ROTHGERBER CHRISTIE LLP
    3993 Howard Hughes Parkway, Suite 600
3   Las Vegas, NV  89169
    Tel:    702.949.8200
4   Email:  BBlakley@lewisroca.com

5   *Attorney for Defendant Charles Schwab*

6

7

8                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF NEVADA
9

10  DANIEL DAVID DYDZAK,                    Case No. 2:22-CV-01008-APG-VCF

11                  Plaintiff,

12          vs.                             **DEFENDANT CHARLES SCHWAB'S
                                            MOTION TO DISMISS COMPLAINT
13  TANI CANTIL-SAKAUYE; JORGE              PURSUANT TO FRCP 12(B)(1) AND
    NAVARRETE; THOMAS LAYTON a/k/a          12(B)(2)**
14  TOM LAYTON, CHARLES SCHWAB;
    DONALD F. MILES; JOHNNIE B.
15  RAWLINSON; BARRY G. SILVERMAN;
    WILLIAM A. FLETCHER; PETER LIND
16  SHAW; RONALD M. GEORGE; ERIC M.
    GEORGE; ALAN L. ROTHENBERG; 1ST
17  CENTURY BANK; 1ST CENTURY
    BANCSHARES, INC.; EDWARD EPHRAIM
18  SCHIFFER; SIDNEY R. THOMAS;
    WILLIAM DATO; MAXINE M. CHESNEY;
19  MOLLY C. DWYER; GEORGE H. KING; A.
    WALLACE TASHIMA; FERDINAND
20  FRANCIS FERNANDEZ; KIM MCCLANE
    WARDLAW; WILLIAM C. CANBY;
21  RONALD M. GOULD; RICHARD C.
    TALLMAN and DOES 1 through 50, inclusive,
22
                    Defendants.
23

24

25          Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(2), Defendant Charles

26  Schwab moves to dismiss Plaintiff Daniel D. Dydzak's ("Plaintiff") Complaint for lack of subject

27  matter jurisdiction and lack of personal jurisdiction. Alternatively, Defendant Charles Schwab

28  moves to dismiss for insufficient service of process (pursuant to Rule 12(b)(4) and 4(c)) and for

118250098.1

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

LEWIS ROCA

1   failure to state a claim (pursuant to Rule 12(b)(6)). Finally, Defendant Charles Schwab

2   ("Schwab") moves to dismiss Plaintiff's Complaint on the grounds that it is in violation of a

3   March 19, 2018 order arising from the Northern District of California declaring Plaintiff a

4   vexatious litigant and forbidding him from pursuing this suit in federal court without leave. This

5   Motion is made and based upon all the pleadings and papers on file herein, the attached Points &

6   Authorities, and any oral argument the Court entertains.

**INTRODUCTION**

*A.*   *Nature of the Case*

9       Plaintiff is a disbarred, former California attorney who filed suit in the Eighth Judicial

10  District Court of Nevada on February 3, 2022. Plaintiff has spent the past twelve years

11  unsuccessfully attempting to challenge his 2010 California disbarment. (*See* California Supreme

12  Court Case No. S179850.) California State and federal courts have repeatedly rejected his claims.

13  *See e.g.*, *Dydzak v. United States*, 2017 WL 4922450 (N.D. Cal. Oct. 31, 2017); *Dydzak v. Chen*,

14  2018 WL 10455693 (N.D. Cal. April 20, 2018). As a result of Plaintiff's actions, he has been

15  declared a vexatious litigant by State and federal courts in California. *See Dydzak v. Cantil-*

16  *Sakauye*, No. C11-5560-JCC, ECF No. 35 (C.D. Cal. Sept. 25, 2012) (**Exhibit A**);  *Dydzak v.*

17  *United States*, 2018 U.S. Dist. LEXIS 44805 (N.D. Cal. Mar. 19, 2018) (**Exhibit B**); Dydzak v.

18  United States, 2018 U.S. Dist. LEXIS 44842 (N.D. Cal. 2018) (**Exhibit C**);

19  https://www.courts.ca.gov/documents/vexlit.pdf (listing Dydzak as a vexatious litigant) (**Exhibit**

20  **D**).

21      In an attempt to circumvent his vexatious litigant designation, Plaintiff has now moved his

22  claims to Nevada, with the sole justification that "one of the parties resides in Clark County."

23  (Compl., ECF No. 1-2 at ¶ 5). In this case, Plaintiff, a California resident, has sued 24 defendants,

24  a majority of whom are current or former California state judicial officers or federal judges

25  located in California.

26      As the Complaint makes clear, Schwab is "an individual residing in the County of San

27  Francisco, State of California." (*Id.*, at ¶ 6). Schwab founded a financial services company known

28  as Charles Schwab & Co., Inc. (a/k/a) The Charles Schwab Corporation (the "Corporation"),

*3993 Howard Hughes Parkway, Suite 600*
*Las Vegas, NV  89169*

LEWIS ROCA

1   which was headquartered in San Francisco, California until January 1, 2020, when it moved its

2   headquarters to Westlake, Texas. The Corporation is not a defendant in this suit, and Schwab

3   himself has no personal ties or connections to the State of Nevada.

4          The only allegation nominally directed at Schwab is Plaintiff's Third Cause of Action.

5   While his name appears in the heading of the Third Cause of Action, Schwab is not mentioned in

6   the substance of the allegations. Instead Plaintiff claims only that "the above-named Defendants

7   had improper, unethical and illegal ex parte, extra-judicial communications and contacts with

8   Defendants CANTIL-SAKAUYE and NAVARRETE" and that "[s]uch overt acts were done as

9   part of a conspiracy to obstruct justice and interfere with the processes of the Court." (*Id*., at ¶

10  39). It bears repeating: there isn't a single factual allegation that so much as mentions Schwab in

11  the Third Cause of Action.

12         Other than the reference to Schwab in the heading of Plaintiff's Third Cause of Action and

13  in Plaintiff's identification of Schwab as a party, the Complaint references him only in passing

14  and in passive tense in the Sixth and Seventh Causes of Action for an unspecified "Violation of

15  Civil Rights." These causes of action are not directed against Schwab, and indeed both are

16  asserted only against "federal actors," which Schwab is not. (*Id*., at ¶¶ 56, 60).

17  **B.      *Jurisdictional Allegations***

18         Plaintiff identifies himself as a person residing in the County of Los Angeles, California

19  (*Id*., at ¶ 1). Plaintiff sued the now-dismissed Defendants Judge Tani G. Cantil-Sakauye and Jorge

20  Navarrete as individuals residing in San Francisco, California. (*Id*., at ¶¶ 2-3). Plaintiff is also

21  suing a number of California Supreme Court Judges, California State Bar Court Hearing Judges,

22  California State Bar investigators and panel members, Ninth Circuit Court of Appeals Judges, a

23  California Bank, a State of Delaware Corporation, and Schwab. (*Id*., at ¶¶ 2-25). Plaintiff does

24  not allege that any of these defendants, including Schwab, took any actions in, or directed

25  towards Nevada.

26         Plaintiff references Nevada only once in the entire Complaint—namely, when he alleges

27  that Ninth Circuit Judge Johnnie B. Rawlinson is an individual residing in the City of Las Vegas.

28

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

LEWIS ROCA

(*Id.*, at ¶ 7).[1]  Plaintiff does not allege that Judge Rawlinson performed any judicial or non-judicial act in Nevada. It appears that Judge Rawlinson's only involvement in the subject matter of the Complaint was as a Ninth Circuit judge assigned to one of Plaintiff's appeals in a Court based in San Francisco, California. The Complaint most certainly does not allege any joint action between Judge Rawlinson and Schwab—or even a tangential connection between the allegations against Judge Rawlinson and the allegations against Schwab. *See generally Id.*

In short, the Complaint does not establish any nexus whatsoever between Schwab and Nevada. Thus, it fails to establish personal jurisdiction over him.

## APPLICABLE LEGAL STANDARDS

### A.    *Standards for Subject Matter Jurisdiction*

The defense of lack of jurisdiction over the subject matter, may, at the option of the defendant, be made by motion. *See* Fed. R. Civ. P. 12(b)(1). Rule (12)(h)(3) provides that "[i]f the court determines at any time that it lacks subject-matter jurisdiction, the court <u>must</u> dismiss the action." (emphasis added). The plaintiff has the burden of proving subject matter jurisdiction. *See Consejo de Desarrollo Economico de Mexicali v. United States*, 417 F. Supp. 2d 1176, 1181 (D. Nev. 2006). If the movant challenges the existence of subject matter jurisdiction, the pleadings are treated as evidence on the issue. The non-moving party cannot rest on the allegations of the complaint but must present evidence to defeat the motion. *Nevada v. U.S.*, 221 F.Supp. 2d 1241, 1248 (D. Nev. 2002); *Charles A. Wright & Arthur R. Miller*, Federal Practice and Procedure §1363 at 653-54 (1969).

### B.    *Standards for Personal Jurisdiction*

Furthermore, to survive a motion to dismiss for lack of personal jurisdiction, a plaintiff must "prove sufficient facts to establish that jurisdiction is proper" by "presenting sufficient evidence to establish that (1) personal jurisdiction is proper under the laws of the state where it is asserted; and (2) the exercise of jurisdiction does not violate the defendant's right to due process

---

[1]    Although even here, Plaintiff does not mention Nevada, alleging that Judge Rawlinson instead resides in "the City of Las Vegas, State of California." (*Id.*, at ¶7). While the complaint may be read as referring to Nevada, for the reasons set forth below, it nevertheless does not allege sufficient grounds for jurisdiction in this Court.

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

LEWIS ROCA

secured by the United States Constitution." *Prescott v. Slide Fire Sols.*, LP, 341 F. Supp. 3d 1175, 1180 (D. Nev. 2018) (internal citations omitted). When considering a motion to dismiss for lack of personal jurisdiction, the plaintiff is required to go beyond the pleadings and proffer some competent evidence supporting a finding of personal jurisdiction. *In re Boon Glob. Ltd.*, 923 F.3d 643, 650 (9th Cir. 2019) (internal citations omitted) (explaining that the plaintiff "cannot simply rest on the bare allegations of its complaint").

**C.      Standards for Insufficient Service of Process**

Under Rules 4(e), a plaintiff must serve an individual by "following state law for service of the summons… in the state where the district court is located" or by "doing any of the following: (A) delivering a copy of the summons and of the complaint to the individual personally; (B) leaving a copy of each at the individual's dwelling or usual place of abode with a person of suitable age and discretion who resides there; or (C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process." Fed. R. Civ. P. 4(e)(1)-(2). Plaintiff must serve the summons and complaint within 90 days of filing the complaint unless the court grants an extension. Fed. R. Civ. P. 4(m). If service is not made within this time period, the court <u>must</u> dismiss the action without prejudice. *Id*. (emphasis added).

**D.      Standard for Failure to State a Claim**

In considering a Rule 12(b)(6) motion to dismiss, a complaint "must plead 'enough facts to state a claim to relief that is plausible on its face.'" *Cousins v. Lockyer*, 568 F.3d 1063, 1067 (9th Cir. 2009). A complaint "must plead 'enough facts to state a claim to relief that is plausible on its face.'" *Id*. "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal*, 556 U.S. 662, 678, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009). The plausibility standard "asks for more than sheer possibility that a defendant acted unlawfully." *Id*. A claim that is possible but is not supported by enough facts to "nudge [it] across the line from conceivable to plausible . . . must be dismissed." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 547, 127 S. Ct. 1955, 1960, 167 L. Ed. 2d 929 (2007).

Additionally, under Rule 8(a)(2), each asserted claim must contain "a short and plain

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

LEWIS ROCA

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

LEWIS ☐ ROCA

1    statement of the claim showing that the pleader is entitled to relief." This rule requires that a

2    Complaint "give the defendant fair notice of what the … claim is and the grounds upon which it

3    rests." *Twombly*, 550 U.S. at 545.

4    **E.      *Judicial Notice of Court Documents***

5            Schwab requests that this Court take judicial notice of publicly recorded documents

6    without converting this motion into one for summary judgment. A court may consider matters of

7    public record in ruling on a motion to dismiss. *Harris v. Cty. of Orange*, 682 F.3d 1126, 1132 (9th

8    Cir. 2012). Further, it is well established that a court may take judicial notice of facts that are not

9    subject to reasonable dispute as evidenced by public records outside of the Rule 56 context.

10   *MGIC Indemn. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986). This includes taking

11   judicial notice of pleadings, memoranda, and other court filings. *Reyn's Pasta Bella, LLC v. VISA*

12   *USA, Inc.*, 442 F.3d 741, 746 N.6 (9th Cir. 2006). This also includes taking judicial notice of a

13   vexatious litigant designation. *Baker v. Firstcom Music*, 2021 U.S. Dist. LEXIS 250351, *6 (C.D.

14   Cal. 2021).

15                                 **LEGAL ARGUMENT**

16   **A.      *The Complaint Must Be Dismissed for Lack of Subject Matter Jurisdiction***

17           This Court lacks subject matter jurisdiction over this case, which is styled as a collateral

18   attack on attorney discipline rendered <u>by the State Bar of California</u> against Plaintiff's <u>California</u>

19   <u>law license</u>. (*See e.g.* Compl., ECF No. 1-2 at ¶¶ 39, 48-50, 61, 67-68). State supreme courts are

20   the ultimate arbiters of attorney behavior and discipline in their respective states. Thus, a Federal

21   District Court in Nevada lacks subject matter jurisdiction to evaluate (or unwind) attorney

22   discipline imposed on California attorneys by the California Supreme Court. While Nevada

23   Supreme Court Rule 105(3)(b) creates subject matter jurisdiction for the Nevada Supreme Court

24   to review discipline imposed by the Nevada State Bar, neither it, nor any other rule, provides

25   grounds for the Nevada Supreme Court to review discipline imposed by the State of California.

26   Moreover, there is no statute providing jurisdiction to a Federal District Court to review attorney

27   discipline imposed by any state bar, including Nevada.

28           The law on this point is settled. In *Clark v. State of Washington*, 366 F.2d 678 (9th Cir.

1996), the Ninth Circuit held that a lower federal court did not have subject matter jurisdiction to consider a collateral attack on a decision by the Washington State Supreme Court to disbar an attorney. The United States Supreme Court agreed in *Dist. of Columbia Ct. of App. v. Feldman*, 460 U.S. 462, 482 fn.16 (1983) ("'[O]rders of a state court relating to the admission, discipline, and disbarment of members of its bar may be reviewed only by the Supreme Court of the United States certiorari to the State Court, and not by means of an original action in a lower federal court'.") (internal citations omitted). Here, Plaintiff's Complaint is nothing more than a collateral challenge to his disbarment and the numerous denials of his repeated attempts to overturn said disbarment. (*See e.g.* Compl., ECF No. 1-2 at ¶¶ 39, 48-50, 61, 67-68). Plaintiff seeks only to circumvent and overturn the rulings of the California courts, but this Court lacks subject matter jurisdiction to do so. Thus, the Complaint <u>must</u> be dismissed, under Rule 12(b)(1), for lack of subject matter jurisdiction.

**B.      *The Complaint Must Be Dismissed for Lack of Personal Jurisdiction***

The Court also lacks personal jurisdiction over Schwab. To survive this motion to dismiss, Plaintiff must "prove sufficient facts to establish that jurisdiction is proper" by "presenting sufficient evidence to establish that (1) personal jurisdiction is proper under the laws of the state where it is asserted; and (2) the exercise of jurisdiction does not violate the defendant's right to due process secured by the United States Constitution." *Prescott*, 341 F. Supp. 3d at 1180. A court analyzes the issues of due process by considering whether personal jurisdiction is either "general" or "specific." *See Helicopteros Nacionales De Columbia, S.A. v. Hall*, 466 U.S. 408, 414-415 (1984).

Here, Plaintiff has pled no facts that could establish this Court's general or specific personal jurisdiction over Schwab, a California resident. Plaintiff does not allege that the injuries he sustained occurred in Nevada, that Schwab engaged in any conduct in or directed to Nevada, that Schwab was served with process in Nevada, or that this case has anything at all to do with Nevada. *See Nguyen v. Margines*, 2021 WL 5761766 *2 (D. Nev. Dec. 3, 2021) (finding lack of personal jurisdiction and dismissing where plaintiff sued California judges and sought damages for rulings in California cases). Plaintiff makes no allegation that this Court has jurisdiction over

1   Schwab. Instead—and at the very most—he alleges only that one unrelated Defendant (Judge

2   Rawlinson of the Ninth Circuit) is a Las Vegas resident. (*See e.g.* Compl., ECF No. 1-2 at ¶¶ 7,

3   28, 48). Therefore, Plaintiff has failed to establish personal jurisdiction over Schwab, and the

4   claims against him must be dismissed under Rule 12(b)(2).

5         **1.**    **Schwab is Not Subject to General Jurisdiction**

6        Because Plaintiff does not (and cannot) allege that Schwab, a California resident, has had

7   continuous and systematic contacts in Nevada, this Court lacks general jurisdiction over him.

8   General jurisdiction exists only where the defendant's activities in the forum state are so

9   substantial or continuous and systematic that it may be deemed present in the forum and hence

10   subject to suit over claims unrelated to its activities here. *Helicopteros*, 466 U.S. at 415-16;

11   *Edwards v. Juan Martinez, Inc.*, 506 F.Supp.3d 1061, 1068 (D. Nev. Dec. 10, 2020). This

12   jurisdiction is necessary where a defendant is held to answer in a forum for causes of action

13   unrelated to his forum activities. *Edwards,* 506 F.Supp.3d at 1070.

14        In this case, Plaintiff alleges that Schwab, like previously dismissed defendants Chief

15   Justice Cantil-Sakauye and Jorge Navarrete, is a resident in the State of California and is

16   domiciled in California. (Compl.. ECF No. 1-2 at ¶¶ 2, 3, 6 ). Further, the Complaint makes clear

17   that the conduct complained of occurred in California. (*See e.g. Id*. at ¶¶ 31-32, 37, 39, 42, 48, 53,

18   60-62, 67-68). The entirety of the allegations pertain to attorney discipline taken against Plaintiff

19   in the State of California, including his disbarment and denial of Plaintiff's various complaints

20   and petitions to overturn that discipline, as well as a state order declaring Plaintiff a vexatious

21   litigant. *Id*.

22        Continuing his vexatious litigation practices, Plaintiff simply brought suit in this forum

23   because he has been declared a vexatious litigant by both state and federal courts in California

24   and is barred from further litigation there (and, indeed, elsewhere, as described below). *See*

25   *Dydzak v. Cantil-Sakauye*, No. C11-5560-JCC, ECF No. 35 (**Exhibit A**); *Dydzak v. United*

26   *States*, 2018 U.S. Dist. LEXIS 44805 (**Exhibit B**); *Dydzak v. United States*, 2018 U.S. Dist.

27   LEXIS 44842 (**Exhibit C**); https://www.courts.ca.gov/documents/vexlit.pdf (listing Dydzak as a

28   vexatious litigant) (**Exhibit D**);  *see also* Compl., ECF No. 1-2 at ¶ 67. Now, he impermissibly

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

LEWIS ■ ROCA

- 8 -

seeks to avail himself of access to this Nevada Court, because one of many jurists who exercised

jurisdiction over his California case, the Honorable Judge Rawlinson, still allegedly maintains a

home office in Nevada. The mere fact that Judge Rawlinson served as a U.S. District Court Judge

in Nevada (before her elevation to the Ninth Circuit) and still lives in Nevada does not establish

personal jurisdiction over the other defendants, including Schwab. In total, Plaintiff has alleged

no set of facts to establish that this Court has general jurisdiction over Schwab.

### 2. Schwab is Not Subject to Specific Jurisdiction

Schwab is also not subject to specific jurisdiction because Plaintiff has not alleged that

Schwab had any contacts whatsoever with the State of Nevada. The due process clause forbids

haling a defendant into court that does not have certain minimum contacts with the forum state

such that jurisdiction does not offend traditional notions of fair play and substantial justice. *See*

*International Shoe Co. v. State of Washington*, 326 U.S. 310, 316 (1945) (quotation omitted).

Here, the Complaint does not allege that Schwab has <u>any</u> contact with Nevada. Thus, there can be

no specific personal jurisdiction.

Under the United States Constitution, due process requires minimum contact between

defendants and Nevada such that "the maintenance of the suit does not offend 'traditional notions

of fair play and substantial justice'." *International Shoe*, 326 U.S. at 316 (quotation omitted). The

defendant's contact with the forum state must be such that the defendant "should reasonably

anticipate being haled into court there." *World-Wide Volkswagen Corp. v. Woodson*, 444 U.S.

286, 297 (1980). To show specific jurisdiction, as is at issue here, Plaintiff must demonstrate facts

showing that the defendant purposefully availed himself of the privilege of acting in Nevada or

caused important consequences here, that the cause of action arises from the defendant's activities

in Nevada, and that those activities, or the consequences thereof, have such a substantial

connection with Nevada as to make the exercise of jurisdiction over the defendant reasonable.

*Stevo Design, Inc. v. SBR Mktg. Ltd.,* 968 F. Supp. 2d 1082, 1086–87 (D. Nev. 2013).

Given this standard, and the absence of general jurisdiction here, specific jurisdiction

exists only when a plaintiff can satisfy a three-prong test. First, Plaintiff must establish that the

non-resident defendant purposefully directed his activities or some transaction with the forum

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

LEWIS ROCA

state or a resident thereof or performed some act by which he purposefully availed himself of the privilege of conducting activities in the forum state. Second, the claim must be one that arises out of or relates to the defendant's forum-related activities. Third, and finally, the exercise of jurisdiction must comport with fair play and substantial justice; i.e., it must be reasonable. *Rutsky & Co. Ins. Services, Inc. v. American Special Risk Ins. Services*, 328 F.3d 1122, 1129 (9th Cir. 2003). Plaintiff bears the burden of establishing personal jurisdiction as to all elements. *See Huffy Corp. v. Overlord Industries, et. al*, 246 F. Supp. 2d 1093, 1096 (D. Nev. 2003).

Here, Plaintiff cannot satisfy any one, let alone all, of the elements in the three-prong test. First, Plaintiff does not allege, or even remotely suggest, that Schwab "purposefully directed" any activity towards Nevada. Plaintiff's Complaint clearly indicates that all of the allegations involve acts that occurred in California. Second, there isn't anything to suggest that any of Plaintiff's claims arise out of any activities within the state of Nevada. The Complaint is further devoid of any allegations drawing any connection, let alone a direct nexus, between any purported acts of Schwab in California and the acts of Judge Rawlinson in a federal appellate case. This analysis is also dispositive of the third element. Since Schwab did not purposely avail himself of Nevada and the Complaint does not allege any forum-related activities, jurisdiction is inherently unreasonable.

Plaintiff still seeks to force Schwab (in addition to the host of other unrelated defendants) to defend against his vague, far-flung claim in Nevada. Plaintiff is using this suit as a method of burdening and harassing those he purportedly holds responsible for his disbarment and his failed efforts to reverse it. Plaintiff's previous frivolous and unjustified positions led to repeated findings that he is a vexatious litigant. As a result, Plaintiff has continued his campaign here in Nevada in hopes of avoiding the orders of the California courts. The precise reasons for Plaintiff's decision to blame Schwab are unclear, but the effect is that Schwab has been caught up in this campaign against these judicial officials. Despite his efforts, Plaintiff has overwhelmingly failed to meet his burden with respect to any of the three requirements for specific jurisdiction. Thus, the claims against Schwab must be dismissed.

. . .

. . .

*C.*     ***Schwab Has Not Been Served: Plaintiff Served a Corporation Rather than Schwab, an Individual***

Further, Plaintiff never served Schwab as required by Rule 4(e), and Rule 4(m)'s 90-day deadline for service expired long ago. It is beyond dispute that Plaintiff failed to serve Schwab personally. Likewise, Plaintiff did not serve Schwab via a suitable person residing at Schwab's abode, and he did not deliver the summons and complaint to an agent authorized to receive service for Schwab. At best, Plaintiff served the Corporation rather than Schwab the individual. Since the Corporation is not a party to this suit, and since Schwab has not been properly served, the Complaint must be dismissed as to Schwab.

Plaintiff filed his Complaint on February 10, 2022. Plaintiff purports to have served Schwab in California via CT Corporation System ("CT Corp."), however, he has not filed a proof of service with the Court. In addition, CT Corp. acts as an agent for process service to corporations rather than individuals. It is, in fact, the registered agent of the Corporation, but has no authority to accept service on behalf of Schwab the individual. This is facially evident from CT Corp.'s "Process Server Delivery Details" acknowledgement form, which reflects that CT Corp. was acting on behalf of the non-party Corporation and the process server did not serve Schwab the individual. ("Process Delivery Details," **Exhibit E**). The Process Delivery Details form reflects that service of process occurred on an "entity," <u>not an individual</u>. (*See id.*). There is no reference to service upon an individual. This purported service took place on March 28, 2022. It has now been over 90 days since Plaintiff first filed his Complaint, and Plaintiff did not request that this Court issue an extension of the time to serve Schwab.

Plaintiff is a former attorney who has filed this and numerous other proceedings to reinstate his law license and assert his alleged competence to practice law. Nevertheless, he sought to obtain service from CT Corp. while it was acting as the registered agent of record for service for the Corporation, with no evidence that it was authorized to act on behalf of Schwab the individual. Even a cursory review of CT Corp.'s website or any degree of inquiry directed at CT Corp. prior to or after attempting service would have revealed that it acts as an agent for corporations, not individuals. Plaintiff has no excuse for his lack of diligence in timely effecting

service.

The fact that Schwab is represented here by counsel does not excuse Plaintiff's failure to serve him, nor may Plaintiff excuse his failure to serve Schwab by arguing that Schwab ultimately had notice of the instant suit. *Benny v. Pipes*, 799 F.2d 489, 492 (9th Cir. 1986). Furthermore, service on a legally separate entity cannot bind Schwab. *Lawrence v. Las Vegas Metro. Police Dep't*, 451 F. Supp. 3d 1154, 1165-7 (D. Nev. 2020). Finally, because Schwab is only making a limited appearance to file the instant motion to dismiss, he has not waived, and is not waiving service. Plaintiff cannot evade dismissal for ignoring the rules for service.

### D.   The Complaint Fails to State a Claim for Relief as to Schwab

The Complaint fails to state a claim for relief against Schwab. Only Plaintiff's Third Cause of Action ("Conspiracy to Unlawfully do [sic] Interfere With the Processes of the Court") is nominally stated against Schwab, in the sense that he is listed on its heading alongside "DEFENDANTS… MILES, GEORGE, E. GEORGE, ROTHENBERG, BANK, BANCSHARES [and] DATO." (Compl., ECF No. 1-2 at 7.) But all that is stated in the actual allegation is that:

> the above-named Defendants had improper, unethical and illegal <u>ex parte</u>, extra-judicial communications and contacts with Defendants CANTIL-SAKAUYE and NAVARRETE on or about September 11, 2019, and on other occasions thereafter, and continuing to the present, to affect the outcome of the California Supreme Court Case No S179850 and harm DYDZAK, as herein alleged. Such overt acts were done as part of a conspiracy to obstruct justice and interfere with the processes of the Court.

(*Id.*, at ¶ 39)(emphasis in original). Plaintiff fails to provide any further detail regarding those alleged "communications and contacts." They appear to be distinct from the alleged conduct described in paragraphs 53 and 61, where Schwab is actually mentioned, since those claims involve different defendants. (*Id.*, at ¶¶ 53, 61.) There is no specific allegation regarding Schwab's agreement or involvement in the alleged conspiracy set forth in the Third Cause of Action, whatever it is. These threadbare allegations fail to state a claim for at least three reasons.

First, this claim has already been dismissed as to defendants Justice Cantil-Sakauye and Navarrete, (Order Granting Defendants' Motion to Dismiss, June 3, 2022), and must likewise be

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

LEWIS ROCA

1   dismissed as to Schwab. Plaintiff's Complaint appears to nominally allege that Schwab engaged

2   in some sort of conspiracy to convince or induce Justice Cantil-Sakauye and Navarrete to harm

3   him. (Compl., ECF No. 1-2 at ¶ 39) In this circumstance, Schwab can be held liable for the

4   alleged conspiracy only when there is a resulting wrongful act by Justice Cantil-Sakauye and/or

5   Navarrete. *Fleeger v. Bell*, 95 F. Supp. 2d 1126, 1130–31 (D. Nev. 2000), *aff'd*, 23 F. App'x 741

6   (9th Cir. 2001). Because this Court dismissed this claim as to Justice Cantil-Sakauye and

7   Navarrete, who allegedly committed the wrongful act, it must also dismiss it as to Schwab. *Id.*

8   *See also Motogolf.com, LLC v. Top Shelf Golf, LLC*, 528 F. Supp. 3d 1168, 1180 (D. Nev. 2021).

9       Second, even if Plaintiff's Third Cause of Action against Schwab could otherwise survive

10   the dismissal of Justice Cantil-Sakauye and Navarrete, it fails to present a "short and plain

11   statement of the claim" as required by Rule 8(a)(2) and therefore does not "give [Schwab] fair

12   notice of what the … claim is and the grounds upon which it rests." *Twombly*, 550 U.S. at 545.

13   There is no description of the alleged communications with Justice Cantil-Sakauye and Navarrete.

14   Nor is Schwab's name or supposed conduct mentioned specifically. The mere allegation that a

15   nebulous group of defendants communicated and conspired to "harm DYDZAK" fails to put

16   Schwab on any notice of what he is accused of doing wrong. Indeed, it is exactly the type of

17   "unadorned, the-defendant-unlawfully-harmed-me accusation" that the Supreme Court has held

18   fails to rise "above the speculative level" or state a claim. *Iqbal*, 556 U.S. at 678. Mere allusions

19   to conspiracy, with nothing more as to Schwab, require dismissal for failure to state a claim.

20   *Flowers v. Carville*, 266 F. Supp. 2d 1245, 1251 (D. Nev. 2003).

21       Third, even assuming the alleged communications did take place, the Third Cause of

22   Action fails to state a claim against Schwab.  Schwab was not a party to California Supreme

23   Court Case No S179850, and such communications would not have been "ex parte." Furthermore,

24   Schwab is not a licensed attorney nor is he a judicial official, and this Court is therefore not

25   empowered to punish him for alleged "unethical communications" even if they had taken place.

26   The use of such phrases demonstrates that these allegations cannot be logically applied to

27   Schwab.

28       Since Plaintiff's Third Cause of Action is the only one nominally state against Schwab,

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

LEWIS ROCA

1    dismissal of Plaintiff's Third Cause of Action as to Schwab should dismiss the totality of

2    Plaintiff's Complaint as to Schwab. However, because of Plaintiff's scattershot pleading style and

3    history of vexatious litigation, Plaintiff may seek to twist other allegations in the Complaint to

4    target Schwab. As set forth below, that should not be permitted, and dismissal of the whole

5    Complaint as to Schwab is warranted.

6         Although Schwab is mentioned in Plaintiff's Sixth and Seventh Causes of Action for

7    alleged, nebulously-defined infringement of Plaintiff's "CIVIL RIGHTS," neither cause of action

8    is directed at Schwab. Plaintiff's Sixth Cause of Action is only stated "AGAINST

9    DEFENDANTS SHAW, SCHIFFER, CANBY, GOULD AND TALLMAN." (Compl., ECF No.

10   1-2 at 12). Plaintiff's Sixth Cause of Action further clarifies that all defendants to which it applies

11   are "federal actors." (*Id.* at ¶ 56). Schwab's name is absent from this list, and he is not a federal

12   actor. In reference to Schwab, Plaintiff's Sixth Cause of Action states only in the passive tense,

13   that "Defendants SHAW and SCHIFFER have been 'bribed' by financial incentives and illicit

14   payments by Defendant SCHWAB to harm DYDZAK and prepare rulings against him. At the

15   very least, these Defendants have financial conflicts of interest or the appearance of same." (*Id.*,

16   at ¶ 53(3)). For all these reasons, this claim is clearly not stated against Schwab. And even if it

17   were, Plaintiff has failed to state any facts sufficient to demonstrate a nexus between himself and

18   Schwab, to identify any nexus between Schwab and Shaw/Schiffer, to describe in detail sufficient

19   to put Schwab on notice of the alleged "financial incentives and illicit payments" purportedly at

20   issue or even to allege why Schwab would make said payments.

21        Likewise, Plaintiff's Seventh Cause of Action is only stated "AGAINST DEFENDANTS

22   KING, FERNANDEZ, TASHIMA AND WARDLAW." (*Id.*, at 15). Like Plaintiff's Sixth Cause

23   of Action, Plaintiff's Seventh Cause of Action is confined to "federal actors." (*Id.*, at ¶ 60).

24   Because Schwab is not listed under this Cause of Action, and is not a federal actor, this Cause of

25   Action likewise does not state a claim against Schwab. Similarly, Plaintiff's Seventh Cause of

26   Action only references Schwab indirectly, and in the passive tense: "…Defendant WARDLAW

27   was wrongfully bribed by Defendant SCHWAB to harm DYDZAK, or has and had financial

28   conflicts of interest involving Defendant SCHWAB or his business entities" *Id.*, at ¶ 61(5); *see*

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

LEWIS ROCA

*also id.* at ¶ 61(1) ("Defendant KING further has, and had at all times herein mentioned, biases and conflicts of interest, or the appearance of same, towards DYDZAK, including but not limited to taking bribes or financial incentives from Defendant SCHWAB."). Again, for all these reasons, this claim is clearly not stated against Schwab, And even if it were, again, Plaintiff failed to allege sufficient facts to put Schwab on notice of any nexus between Schwab and Defendants King, Fernandez, Tashima and Wardlaw.

In other words, neither Plaintiff's Sixth nor Seventh Cause of Action state a claim against Schwab. Both are phrased solely in passive tense, and both clearly read as directed at other parties. And the mere mention of Schwab within these Causes of Action is insufficient to put Schwab on notice of any claims against him.

Finally, even if Plaintiff's Sixth or Seventh Cause of Action could otherwise survive dismissal, Plaintiff's claims for violation of his civil rights may not be asserted against Schwab, a private individual not acting under color of law. *Secress v. Ullman*, 147 F. App'x 636, 637–38 (9th Cir. 2005). "[V]ague and conclusory allegations of official participation in civil rights violations are not sufficient to withstand a motion to dismiss. Nor is a conclusory allegation of conspiracy between a private person and a judge sufficient to establish the private person acted under color of law." *Id.*, citing *Ivey v. Board of Regents*, 673 F.2d 266, 268 (9th Cir. 1982); *see also Burns v. County of King*, 883 F.2d 819, 821 (9th Cir. 1989); *Schucker v. Rockwood*, 846 F.2d 1202, 1205 (9th Cir. 1988). Here, Plaintiff cannot even muster an insufficient, conclusory allegation against Schwab. The Complaint does not state what "Civil Right[]" was allegedly violated, nor what alleged conduct of Schwab was responsible for the purported violation of Plaintiff's civil rights. Plaintiff's unsupported allegations of conspiracy fail to state a claim here, just as they did in the Northern District of California. *Dydzak v. United States*, 2017 U.S. Dist. LEXIS 180458, *11 (N.D. Cal. 2017) (dismissing Plaintiff's previous, similar allegations against Schwab of conspiracy for failure to state a claim). To the extent that either Plaintiff's Sixth or Seventh Cause of Action might be construed as against Schwab they must be dismissed as to him.

### D.    *Plaintiff's Claims are Barred by his Vexatious Litigant Designation*

Plaintiff is a registered vexatious litigant who is subject to a March 19, 2018 order from

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

LEWIS ROCA

the Northern District of California prohibiting him from pursuing suit in <u>any</u> federal court "arising out of, or related to his disbarment" without leave of court (the "Vexatious Litigant Order"). *Dydzak v. United States*, 2018 U.S. Dist. LEXIS 44842, *5, fn. 3 (**Exhibit C**). Plaintiff's Complaint arises out of and relates to his disbarment, and is exactly the sort of frivolous, specious filing the Vexatious Litigant Order was designed to prevent. Plaintiff does not have or even claim to have leave of court to pursue this suit, which must therefore be dismissed.

Plaintiff was declared a vexatious litigant multiple times—including by the Central District of California, the Los Angeles Superior Court, and the San Diego Superior Court. *See e.g., Dydzak v. Cantil-Sakauye*, No. C11-5560-JCC, ECF No. 35 (**Exhibit A**); *Dydzak v. United States*, 2018 U.S. Dist. LEXIS 44805 (**Exhibit B**); *Id*. (**Exhibit C**); https://www.courts.ca.gov/documents/vexlit.pdf (listing Dydzak as a vexatious litigant) (**Exhibit D**). In addition, on March 19, 2018, Judge Maxine Chesney of the Northern District of California, ruled as follows as to Plaintiff:

> Plaintiff is hereby PROHIBITED from initiating any further litigation in this **or any other federal** court raising any claim **based on, arising out of, or related to his disbarment** or alleging that orders entered in lawsuits previously filed by him related to the same were rigged, fixed, or otherwise unlawful or illegitimate, without prior authorization from the federal court in which he seeks to initiate such litigation.

*Dydzak*, 2018 U.S. Dist. LEXIS 44842, at *5 (**Exhibit C**) (emphasis added). The present action unquestionably arises out of Plaintiff's disbarment. As stated above, Plaintiff's Third Cause of Action (the only one directed against Schwab), alleges that Schwab (and others) "had improper, unethical and illegal ex parte, extra-judicial communications and contacts with Defendants CANTIL-SAKAUYE and NAVARRETTE on or about September 11, 2019, and on other occasions thereafter, and continuing to the present, to affect the outcome of the California Supreme Case No. S179850 and harm Dydzak." (Compl., ECF No. 1-2 at ¶ 39). California Supreme Case No. S179850 is a proceeding pertaining to Plaintiff's disbarment. Moreover Plaintiff's Sixth and Seventh causes of action (which mention but are not directed at Schwab) also arise out of proceedings related to his disbarment. All of these causes of action are based entirely on (groundless) allegations that these proceedings were "rigged, fixed, or otherwise unlawful or

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

LEWIS ROCA

1   illegitimate." *Dydzak*, 2018 U.S. Dist. LEXIS 44842, at *5.

2         Where, as here, a district court issues an order barring a plaintiff from pursuing litigation

3   in any federal court, that ruling is binding outside of the district where it was issued. *Justice v.*

4   *Luna*, 2016 U.S. Dist. LEXIS 164557, *2-3 (E.D. Cal. 2016) (dismissing action by vexatious

5   litigant where another district issued vexatious litigant order prohibiting plaintiff "from filing any

6   new civil actions in any federal court of the United States, without first obtaining leave of that

7   court.") (internal citations omitted); *see also In re Fillbach*, 223 F.3d 1089, 1090 (9th Cir. 2000)

8   (noting court has authority to dismiss where litigant filed in one district court to avoid a vexatious

9   litigant order in another court).

10        This applies even where another party removed an action to federal court. *Jemzura v.*

11  *Mikoll*, 2001 U.S. Dist. LEXIS 13550 (N.D.N.Y. 2001) (barring filing in the Northern District of

12  New York as violating vexatious litigant order where suit had been filed in state court then

13  removed by defendants because the suit fell "squarely" within the parameters of the vexatious

14  litigant prohibition); *see also Dantzler v. United States Equal Emp't Opportunity Comm'n*, 810 F.

15  Supp. 2d 312, 319 (D.D.C. 2011) (noting that "[a] litigant should not be allowed to intentionally

16  circumvent the spirit and intent of an injunction barring future filings by simply filing a new

17  complaint in another court or jurisdiction"); *Whitehead v. Twentieth Century Fox Film Corp.*,

18  2005 U.S. Dist. LEXIS 18893, 2005 WL 3275905, at *1 (D.D.C. Aug. 29, 2005) (dismissing the

19  plaintiff's claim that was filed in state court to avoid a prior injunction issued in federal court,

20  thereby violating the "intent and spirit" of the injunctive order); *Martin-Trigona v. Shaw*, 986

21  F.2d 1384, 1387 (11th Cir. 1993) (concluding that the "district court was within its authority in

22  dismissing" a suit for failure to comply with another jurisdiction's pre-filing injunction, and

23  noting that the pre-filing injunction had been enforced "by various courts around the country").

24        Plaintiff's claims fall squarely within the parameters of the Northern District of

25  California's injunction, and Plaintiff may not pursue them without prior authorization. Plaintiff

26  did not obtain such prior authorization and does not claim otherwise. Plaintiff has been deemed a

27  vexatious litigant in both California state and federal courts. *See Dydzak v. Cantil-Sakauye*, No.

28  C11-5560-JCC, ECF No. 35 (**Exhibit A**); *Dydzak v. United States*, 2018 U.S. Dist. LEXIS 44805

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

LEWIS ROCA

(**Exhibit B**); *Dydzak v. United States*, 2018 U.S. Dist. LEXIS 44842 (**Exhibit C**);

https://www.courts.ca.gov/documents/vexlit.pdf (listing Dydzak as a vexatious litigant) (**Exhibit D**); *see also* Compl., ECF No. 1-2 at ¶ 67. He now seeks to pursue the same vexatious claims in Nevada in an attempt to resuscitate his long-discredited improper claims. This end-run around the Northern District of California's injunction and other courts' must not stand. Plaintiff's claims run contrary to the spirit and intent of that order. For this further reason, this matter should be dismissed with prejudice.

**CONCLUSION**

For the foregoing reasons, the claims against Charles Schwab (the individual) should be dismissed for lack of subject matter jurisdiction, lack of personal jurisdiction, insufficient service of process, failure to state a claim, and because Plaintiff is barred from filing these claims as a vexatious litigant.

Dated this ___ day of July, 2022.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By_____
        Brian D. Blakley
        Nevada Bar No. 13074
        3993 Howard Hughes Parkway, Suite 600
        Las Vegas, NV  89169

        *Attorney for Charles Schwab*

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that, on July 25, 2022, a true and exact copy of the foregoing has been

3

served upon all parties via CM/ECF.

4

5

6

7

   /s/ Annette Jaramillo
An employee of Lewis Roca
Rothgerber Christie LLP

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

 **CT Corporation**

**Service of Process Transmittal**
03/28/2022
CT Log Number 541306368

| TO: | Corporate Legal Services |
| --- | --- |
| | Charles Schwab & Co. Inc. |
| | 9825 Schwab Way # DENR3-03-187 |
| | Lone Tree, CO 80124-5377 |

**RE:** **Process Served in California**

**FOR:** Charles Schwab & Co., Inc.  (Domestic State: CA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
| --- | --- |
| **TITLE OF ACTION:** | Daniel David Dydzak vs. Tani Cantil-Sakauye |
| **DOCUMENT(S) SERVED:** | Summons, Affidavit, Attachment(s), Complaint |
| **COURT/AGENCY:** | Clark County District Court, NV |
| | Case # A22847734C |
| **NATURE OF ACTION:** | Complaint for Damages and Equitable Relief |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, GLENDALE, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/28/2022 at 11:14 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | DANIEL DAVID DYDZAK |
| | 4265 Marina City Drive, Suite 407W |
| | Marina del Rey, CA 90292 |
| | 310-867-1289 |
| **REMARKS:** | Please note even though the documents are directed to CHARLES SCHWAB, our records indicate that we are agent for all entities beginning with this name and they all share the same delivery instructions. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/29/2022, Expected Purge Date: 04/03/2022 |
| | Image SOP |
| | Email Notification,  Corporate Legal Services  tpa.info@schwab.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System |
| | 330 N BRAND BLVD |
| | STE 700 |
| | GLENDALE, CA 91203 |
| | 877-564-7529 |
| | MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

**SER 394**

 CT Corporation

**Service of Process Transmittal**
03/28/2022
CT Log Number 541306368

**TO:**   Corporate Legal Services
Charles Schwab & Co. Inc.
9825 Schwab Way # DENR3-03-187
Lone Tree, CO 80124-5377

**RE:**   **Process Served in California**

**FOR:**   Charles Schwab & Co., Inc.  (Domestic State: CA)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 2 of  2 / DL

**SER 395**



# PROCESS SERVER DELIVERY DETAILS

**Date:**                                  Mon, Mar 28, 2022
**Server Name:**                           Sonia Rivera

| Entity Served | CHARLES SCHWAB |
|---|---|
| Case Number | A-22-847734-C |
| Jurisdiction | CA |

| Inserts | | |
|---|---|---|
| | | |



Print Form

1  **SUMM**
2
3
4
5
6                              DISTRICT COURT
7                          CLARK COUNTY, NEVADA
8   DANIEL DAVID DYDZAK,
9
10
11                    Plaintiff(s),        CASE NO. A-22-847734-C
12            -vs-                         DEPT. NO.  27
13   TANI CANTIL-SAKAUYE,
14   [ATTACHMENT]        Defendant(s).
15
16                          SUMMONS - CIVIL
17  NOTICE!  YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU
18  WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS.
    READ THE INFORMATION BELOW.
19
20  TO THE DEFENDANT(S):  A civil Complaint has been filed by the Plaintiff(s) against
21  you for the relief set forth in the Complaint.
22      1.    If you intend to defend this lawsuit, within 20 days after this Summons is
23            served on you, exclusive of the day of service, you must do the following:
24            (a) File with the Clerk of this Court, whose address is shown below, a
25                formal written response to the Complaint in accordance with the rules
26                of the Court, with the appropriate filing fee.
27            (b) Serve a copy of your response upon the attorney whose name and
28                address is shown below.

                                          SUMM Civil/7/23/2009

**SER 397**

2.   Unless you respond, your default will be entered upon application of the
     Plaintiff(s) and failure to so respond will result in a judgment of default
     against you for the relief demanded in the Complaint, which could result in
     the taking of money or property or other relief requested in the Complaint.

3.   If you intend to seek the advice of an attorney in this matter, you should do
     so promptly so that your response may be filed on time.

4.   The State of Nevada, its political subdivisions, agencies, officers,
     employees, board members, commission members and legislators each
     have 45 days after service of this Summons within which to file an Answer
     or other responsive pleading to the Complaint.

STEVEN D. GRIERSON
CLERK OF COURT          2/14/2022

Submitted by:

DANIEL DAVID DUDAK

By: _Robyn Rodriguez_

Deputy Clerk                    Date
Robyn Rodriguez
Regional Justice Center
200 Lewis Avenue
Las Vegas, NV 89155

NOTE: When service is by publication, add a brief statement of the object of the
action.  See Nevada Rules of Civil Procedure 4(b).

2

SUMM Civil/7/23/2009

**SER 398**

**AFFIDAVIT OF SERVICE**

STATE OF         )

                   )   ss:

COUNTY OF      )

_____, being duly sworn, says: That at all times herein affiant was and is over 18

years of age, not a party to nor interested in the proceeding in which this affidavit is

made.  That affiant received _____ copy(ies) of the Summons and Complaint, _____ on

the _____ day of _____, 20_____ and served the same on the _____ day of _____,

20_____ by:

**(Affiant must complete the appropriate paragraph)**

1.     Delivering and leaving a copy with the Defendant _____ at (state address) _____

2.     Serving the Defendant _____ by personally delivering and leaving a copy with

      _____, a person of suitable age and discretion residing at the Defendant's usual

      place of abode located at (state address) _____

      **[Use paragraph 3 for service upon agent, completing (a) or (b)]**

3.     Serving the Defendant _____ by personally delivering and leaving a copy at

      (state address) _____

      (a)     With _____ as _____, an agent lawfully designated by statute to accept

             service of process;

      (b)     With _____, pursuant to NRS 14.020 as a person of suitable age and

             discretion at the above address, which address is the address of the

             resident agent as shown on the current certificate of designation filed with

             the Secretary of State.

4.     Personally depositing a copy in a mail box of the United States Post Office,

      enclosed in a sealed envelope, postage prepaid (Check appropriate method):

          ☐ Ordinary mail
          ☐ Certified mail, return receipt requested
          ☐ Registered mail, return receipt requested

3

SUMM Civil/7/23/2009

1      addressed to the Defendant _____ at Defendant's last known address which is

2      (state address) _____

3

4      I declare under penalty of perjury under the law of the State of Nevada that the

5 foregoing is true and correct.

6      EXECUTED this _____ day of _____, 20_____.

7

8                      _____

9                      Signature of person making service

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

ATTACHMENT (SUMMONS)

JORGE NAVARRETE, THOMAS LAYTON, aka TOM LAYTON, CHARLES
SCHWAB, DONALD F. MILES, JOHNNIE B. RAWLINSON, BARRY G.
SILVERMAN, WILLIAM A. FLETCHER, PETER LIND SHAW, RONALD M.
GEORGE, ERIC M. GEORGE, ALAN I. ROTHENBERG, 1ST CENTURY BANK, 1ST
CENTURY BANCSHARES, INC., EDWARD EPHRAIM SCHIFFER, SIDNEY R.
THOMAS, WILLIAM DATO, MAXINE M. CHESNEY, MOLLY G. DWYER,
GEORGE H. KING, A. WALLACE TASHIMA, FERDINAND FRANCIS
FERNANDEZ, KIM MCCLANE WARDLAW, WILLIAM C. CANBY, RONALD M.
GOULD, RICHARD C. TALLMAN, and DOES 1 through 50, inclusive,

5

ATTACHMENT

Electronically Filed
2/3/2022 11:58 AM
Steven D. Grierson
CLERK OF THE COURT

1   DANIEL D. DYDZAK
    Plaintiff
2   4265 Marina City Drive, Suite 407W
    Marina del Rey, CA 90292
3   Telephone: (310) 867-1289

CASE NO: A-22-847734-C
Department 27

4

5

6

7                    **DISTRICT COURT**

8                **CLARK COUNTY, NEVADA**

9

10  DANIEL DAVID DYDZAK,              )   Case No.
                                      )   Dept. No.
11                    Plaintiff,      )
                                      )   COMPLAINT FOR DAMAGES AND
12                                    )   EQUITABLE RELIEF
                                      )
13          v.                        )
                                      )
14  TANI CANTIL-SAKAUYE, JORGE        )   DEMAND FOR JURY TRIAL
    NAVARRETE, THOMAS LAYTON, aka TOM )
15  LAYTON, CHARLES SCHWAB, DONALD F. )
    MILES, JOHNNIE B. RAWLINSON, BARRY )
16  G. SILVERMAN, WILLIAM A. FLETCHER, )
    PETER LIND SHAW, RONALD M. GEORGE, )
17  ERIC M. GEORGE, ALAN I. ROTHENBERG, )
    1ST CENTURY BANK, 1ST CENTURY     )
18  BANCSHARES, INC., EDWARD EPHRAIM  )
    SCHIFFER, SIDNEY R. THOMAS, WILLIAM )
19  DATO, MAXINE M. CHESNEY, MOLLY C.  )
    DWYER, GEORGE H. KING, A. WALLACE  )
20  TASHIMA, FERDINAND FRANCIS        )
    FERNANDEZ, KIM MCCLANE WARDLAW,   )
21  WILLIAM C. CANBY, RONALD M. GOULD,  )
    RICHARD C. TALLMAN, and DOES 1 through )
22  50, inclusive,                    )
                                      )
23                    Defendants.     )
                                      )
24                                    )

25  _____

26

27  COMPLAINT

28

**SER 402**

COMES NOW Plaintiff, DANIEL D. DYDZAK ("DYDZAK"), and alleges as follows:

### PRELIMINARY ALLEGATIONS

1.  Plaintiff is, and was at all times herein mentioned, an individual over eighteen years old residing in the County of Los Angeles, State of California.

2.  Plaintiff is informed and believes, and thereon alleges, that Defendant TANI CANTIL-SAKAUYE ("CANTIL-SAKAUYE") is, and at all times herein mentioned, an individual residing in the County of San Francisco, State of California.

3.  Plaintiff is informed and believes, and thereon alleges, that Defendant JORGE NAVARRETE ("NAVARRETE") is, and was at all times herein mentioned, an individual residing in the County of San Francisco, State of California.

4.  Plaintiff is informed and believes, and thereon alleges, that Defendant THOMAS LAYTON, aka TOM LAYTON ("LAYTON"), is, and was at all times herein mentioned, an individual residing in the County of Los Angeles, State of California.

5.  Plaintiff is informed and believes, and thereon alleges, that Defendant DONALD F. MILES ("MILES") is, and was at all times herein mentioned, an individual residing in Redding, California.

6.  Plaintiff is informed and believes, and thereon alleges, that Defendant CHARLES SCHWAB ("SCHWAB") is, and was at all times herein mentioned, an individual residing in the County of San Francisco, State of California.

7.  Plaintiff is informed and believes, and thereon alleges, that Defendant JOHNNIE B. RAWLINSON ("RAWLINSON") is, and was at all times herein mentioned, an individual residing

COMPLAINT                                   2

1    in the City of Las Vegas, State of California.

2          8.   Plaintiff is informed and believes, and thereon alleges, that Defendant BARRY G.

3    SILVERMAN ("SILVERMAN") is, and was at all times herein mentioned, an individual residing

4    in the City of Phoenix, State of Arizona.

5          9.   Plaintiff is informed and believes, and thereon alleges, that Defendant WILLIAM A.

6    FLETCHER ("FLETCHER") is, and was at all times herein mentioned, an individual residing in the

7    County of San Francisco, State of California.

8          10. Plaintiff is informed and believes, and thereon alleges, that Defendant PETER LIND

9    SHAW ("SHAW") is, and was at all times herein mentioned, an individual residing in the County

10   of San Francisco, State of California.

11         11.  Plaintiff is informed and believes, and thereon alleges, that Defendant RONALD M.

12   GEORGE ("GEORGE") is, and was at all times herein mentioned, an individual residing in the

13   County of San Francisco, State of California.

14         12.  Plaintiff is informed and believes, and thereon alleges, that Defendant ERIC M.

15   GEORGE ("E.GEORGE") is, and was at all times herein mentioned, an individual residing in the

16   County of Los Angeles, State of California.

17         13.  Plaintiff is informed and believes, and thereon alleges, that Defendant ALAN I.

18   ROTHENBERG ("ROTHENBERG") is, and was at all times herein mentioned, an individual

19   residing in the County of Los Angeles, State of California.

20         14,  Plaintiff is informed and believes, and thereon alleges, that Defendant 1ST CENTURY

21   BANK ("BANK") is, and was at all times herein mentioned, a legal entity, exact status unknown at

22   this time, located and providing financial services in the County of Los Angeles, State of California.

23   Plaintiff will amend this Complaint accordingly at or before trial when the exact legal status and

COMPLAINT                     3

SER 404

1  identity of Defendant BANK is ascertained.

2      15.   Plaintiff is informed and believes, and thereon alleges, that Defendant 1st CENTURY

3  BANCSHARES, INC. ("BANCSHARES") is, and was at all times herein mentioned, a corporation

4  duly organized and existing under and by virtue of the laws of the State of Delaware, engaged in

5  providing financial and banking services. Upon further information and belief,  Defendant

6  BANCSHARES' business address is, and was at all times relevant hereto, in Wilmington,

7  Delaware. Upon further information and belief, said Defendant is, and was at all times herein

8  mentioned, a holding company for Defendant BANK.

9      16.   Plaintiff is informed and believes, and thereon alleges, that Defendant EDWARD

10  EPHRAIM SCHIFFER ("SCHIFFER") is, and was at all times herein mentioned, an individual

11  residing in the County of San Francisco, State of California.

12      17.   Plaintiff is informed and believes, and thereon alleges, that Defendant SIDNEY R.

13  THOMAS ("THOMAS") is, and was at all times herein mentioned, an individual residing in

14  Billings, Montana.

15      18.   Plaintiff is informed and believes, and thereon alleges, that Defendant WILLIAM

16  DATO ("DATO") is, and was at all times herein mentioned, an individual residing in the County of

17  San Diego, State of California.

18      19.   Plaintiff is informed and believes, and thereon alleges, that Defendant MAXINE M.

19  CHESNEY ("CHESNEY") is, and was at all times herein mentioned, an individual residing in the

20  County of San Francisco, State of California.

21      20.   Plaintiff is informed and believes, and thereon alleges, that Defendant MOLLY C.

22  DWYER ("DWYER") is, and was at all times herein mentioned, an individual residing in the

23  County of San Francisco, State of California.

24      21.   Plaintiff is informed and believes, and thereon alleges, that Defendant A. WALLACE

25  TASHIMA ("TASHIMA") is, and was at all times herein mentioned, an individual residing in the

26  COMPLAINT                          4

27

28

County of Los Angeles, State of California.

22.     Plaintiff is informed and believes, and thereon alleges, that Defendants FERDINAND FRANCIS FERNANDEZ ("FERNANDEZ") and KIM MCLANE WARDLAW ("WARDLAW") are, and were at all times herein mentioned, individuals residing in the County of Los Angeles, State of California.

23.     Plaintiff is informed and believes, and thereon alleges, that Defendant WILLIAM C. CANBY ("CANBY") is, and was at all times herein mentioned, an individual residing in the City of Phoenix, State of Arizona.

24.     Plaintiff is informed and believes, and thereon alleges, that Defendant RONALD M. GOULD ("GOULD") is, and was at all times herein mentioned, an individual residing in the City of Seattle, State of Washington.

25.     Plaintiff is informed and believes, and thereon alleges, that Defendant RICHARD C. TALLMAN ("TALLMAN") is, and was at all times herein mentioned, an individual residing in the City of Seattle, State of Washington.

26.     Plaintiff is unaware at the present time of the identities and capacities of Defendants fictitiously named and designated as DOES 1 through 50, inclusive. Plaintiff alleges that said DOE Defendants, and each of them, are responsible and liable for the wrongful and unlawful acts of the other Defendants and acted in concert with each other. Plaintiff will seek leave to amend this Complaint at or before trial to set forth their true names and capacities when ascertained. DYDZAK is entitled to appropriate monetary and equitable relief against them, according to proof.

27.     Furthermore, Plaintiff alleges that these DOE Defendants have damaged him and otherwise acted illegally and against his civil and constitutional rights, as herein alleged.

## JURISDICTION

28.     Venue is proper in this Court because one of the parties resides in Clark County and committed wrongful acts against Plaintiff in this jurisdiction. Nevada NRS 13.040. Moreover, state courts have concurrent jurisdiction with federal courts to hear federal claims, such as violation of civil rights. Tafflin v. Levitt, 493 U.S. 455 (1990).

COMPLAINT                                  5

**FIRST CAUSE OF ACTION**

**(VIOLATION OF CIVIL RIGHTS)**

**(AGAINST DEFENDANTS CANTIL-SAKAUYE AND NAVARRETE)**

29.  Plaintiff refers to and incorporates, as though fully set forth herein, Paragraphs 1 through 28, inclusive, of the Complaint, and any and all allegations contained therein.

30.  This is a civil rights complaint for declaratory relief, equitable relief and other appropriate relief pursuant to 42 U.S.C. 1983 et seq. Plaintiff's civil rights have been violated, as alleged and described herein.

31.  On or about September 13, 2019, and continuing to the present, in Case No. S179850, Defendants CANTIL-SAKAUYE and NAVARRETE illegally conspired to not file, as required, legal pleadings, motions and papers duly submitted by DYDZAK for docket filing with the Clerk's Office of the Supreme Court of California. Furthermore, Defendant CANTIL-SAKAUYE issued a fraudulent, perjurous, void and illegal Order on September 11, 2021 in said case in conspiracy with Defendant NAVARRETE.

32.  As state actors employed as officers of the Court in California, Defendants CANTIL-SAKAUYE acted unreasonably and unlawfully so as to violate Plaintiff's constitutional and federally protected rights, as herein alleged and described.

33.  As a direct, legal and proximate result of their misconduct and unlawful, wrongful actions, as herein alleged and described. Plaintiff has sustained general damages, including, without limitation, suffering, and continuing to suffer, physical and mental pain and anguish, and severe emotional distress. Plaintiff has also suffered economic losses, according to proof. The exact amount of such general damages is unknown at this time, but will be ascertained and set forth before or at time of trial, according to proof.

34.  Plaintiff is entitled to appropriate declaratory and equitable relief, declaring that his civil and constitutional rights have been violated as aforesaid by Defendants CANTIL-SAKAUYE and

COMPLAINT                                      6

1   NAVARRETE. A Temporary Restraining Order (TRO), Preliminary Injunction and Permanent

2   injunction should issue, enjoining said Defendants from continuing to violate Plaintiff's civil and

3   constitutional rights.

4       35.   Plaintiff is also entitled to an award of punitive damages due to a showing of malice,

5   fraud and oppression by said Defendants towards DYDZAK, in the amount of  $ 10,000,000.

6

7                    **SECOND CAUSE OF ACTION**

8                **(VIOLATION OF WIRETAP ACT, 18 USC 2511)**

9                    **(AGAINST DEFENDANT LAYTON)**

10      36.   Plaintiff refers to and incorporates, as though fully set forth herein, Paragraphs 1

11  through 35, inclusive, of the Complaint, and any and all allegations contained therein.

12      37.   On or about September 11, 2019, and continuing to the present, Defendant LAYTON

13  has, upon reasonable information and belief, illegally interfered with and intercepted on a constant

14  basis Plaintiff's wire and electronic communications, including but not limited to telephonic

15  communications and texts with third persons, relayed on his cell phone, 310-867-1289, contrary to

16  the Federal Wiretap Act. Plaintiff is entitled to appropriate equitable relief and to recover from

17  Defendant LAYTON damages, attorney's fees, costs and penalties, as provided for in said Wiretap

18  Act pursuant to 18 USC 2511 and according to proof. LAYTON has, and had at all times relevant

19  hereto, an unsavory reputation, being known as the "bagman" and "fixer" for disgraced, disbarred

20  attorney, Thomas V. Girardi.

21

22                  **THIRD CAUSE OF ACTION**
                                    to interfere
23  .**(CONSPIRACY TO UNLAWFULLY ~~INTERE~~ WITH THE PROCESSES OF THE COURT)**

24  **(AGAINST DEFENDANTS SCHWAB, MILES, GEORGE, E.GEORGE, ROTHENBERG,**

25  **BANK, BANCSHARES, DATO)**

26

27  COMPLAINT                              7

28

38.     Plaintiff refers to and incorporates, as though fully set forth herein, Paragraphs 1 through 37, inclusive, of the Complaint and any and all allegations contained therein.

39.     Plaintiff is informed and believes, and thereon alleges, that the above-named Defendants had improper, unethical and illegal ex parte, extra-judicial communications and contacts with Defendants CANTIL-SAKAUYE and NAVARRETE on or about September 11, 2019, and on other occasions thereafter, and continuing to the present, to affect the outcome of the California Supreme Court Case No. S179850 and harm DYDZAK, as herein alleged. Such overt acts were done as part of a conspiracy to obstruct justice and interfere with the processes of that Court.

40.     As a direct, legal and proximate result of such wrongful and illegal acts, Plaintiff has suffered general damages, according to proof. Such acts were also done with malice, fraud and oppression, entitling Plaintiff to an award of punitive damages against said Defendants, and each of them, in the amount of $ 10,000,000, jointly and severally.

## FOURTH CAUSE OF ACTION

## (VIOLATION OF CIVIL RIGHTS)

## (AGAINST DEFENDANTS DWYER AND THOMAS)

41.   Plaintiff refers to and incorporates, as though fully set forth herein, Paragraphs 1 through 39, inclusive, of the Complaint, and any and all allegations contained therein.

42.   This is a civil rights complaint for declaratory relief, equitable relief and other appropriate relief pursuant to 42 U.S.C. 1983 et seq. Plaintiff's civil rights have been violated by Defendant

COMPLAINT                                    8

DWYER illegally blocking, or causing to be blocked, his cell phone number, 310-867-1289, to the San Francisco Clerk's Office of the Ninth Circuit Court of Appeals, telephone number 415-355-8000. This blockage, upon reasonable information and belief, was done with the wrongful, unconstitutional and illegal authorization, consent, knowledge, supervision and ratification of Defendant THOMAS. It was done more than a year ago and continues to the present. Defendants DWYER and THOMAS were put on notice, administratively, and at all times relevant hereto, that DYDZAK's cell phone was unlawfully blocked, against due process, equal protection of laws and his First Amendment right to access to the courts. As of the date of this Complaint, and continuing to the present, Defendants DWYER and THOMAS have not unblocked, or taken steps to unblock, Plaintiff's cell phone to the aforesaid Ninth Circuit number, all to his damage and prejudice and against his civil and constitutional rights.

43.     Federal actors, such as Defendants DWYER and THOMAS, acing under color of federal authority can be sued for violation of civil rights <u>Bivens v. Six Unnamed Agents</u>, 403 U.S. 388 (1971). Since both of them were acting administratively, illegally and in bad faith, said Defendants enjoy no immunity from monetary damages. In this matter, Defendants DWYER and THOMAS, and each of them, acted unreasonably and unlawfully so as to violate Plaintiff's constitutionally and federally protected rights, as herein alleged and described.

44.     As a direct, legal and proximate result of the above-referenced Defendants' misconduct and unlawful, wrongful actions, as herein alleged and described, Plaintiff has sustained general damages, according to proof.

45.     Plaintiff is entitled to appropriate declaratory and equitable relief, declaring that his

COMPLAINT                                        9

civil and constitutional rights have been violated as aforesaid by Defendants DWYER and THOMAS.

A Temporary Restraining Order (TRO), Preliminary Injunction and Permanent Injunction should

issue, enjoining said Defendants from continuing to violate Plaintiff's civil and constitutional rights.

46.     Plaintiff is also entitled to an award of punitive damages due to a showing of malice,

fraud and oppression by said Defendants towards DYDZAK, in the amount of $ 10,000,000.

## FIFTH CAUSE OF ACTION

## (VIOLATION OF CIVIL RIGHTS)

## (AGAINST DEFENDANTS CHESNEY, SILVERMAN, FLETCHER AND RAWLINSON)

47.     Plaintiff refers to and incorporates, as though fully set forth herein, Paragraphs 1

through 46, inclusive, of the Complaint, and any and all allegations contained therein.

48.     The above-named Defendants, and each of them, violated Plaintiff's civil rights by the

following:

(1)     Defendant CHESNEY violated her oath to be fair and impartial as a federal judge in a

case filed in the Northern District of California U.S. District Court, DYDZAK V. USA et al

["NORTHERN DISTRICT CASE"]. She was disqualified in law and fact, subject to disqualification,

and has biases and conflicts of interest or the appearance of same. Any and all of her Orders and

rulings are therefore void ab initio, including a "fraud upon the court", overbroad and void Pre-filing

Order against DYDZAK.

(2)     Defendant CHESNEY had the case illegally transferred to her after having, upon

information and belief, improper ex parte and extrajudicial communications and contacts with third

COMPLAINT                                      10

SER 411

1   parties and Defendant CANTIL-SAKAUYE and/or agents of said latter Defendant. She had an

2   unethical, preexisting relationship with material witness and party, CANTIL-SAKAUYE.

3       (3)   As a "senior status" judge, Defendant CHESNEY was not properly, legally assigned to

4   hear the NORTHERN DISTRICT CASE per statutory requirements under 28 USC Section 294. She

5   therefore did not have jurisdiction and standing to hear and adjudicate the case, and acted in the

6   absence of jurisdiction. <u>Mireles v. Waco</u>, 502 U.S. 9 (1991).

7
8       (4)   Defendants SILVERMAN, FLETCHER and RAWLINSON, and each of them, acted

9   unethically, fraudulently and illegally in the appeal of the NORTHERN DISTRICT CASE (18-15673,

10  9th Cir.) by ruling since said Panel had a "senior status" judge, Defendant SILVERMAN, who was

11  not properly, legally assigned to the case. 28 USC Section 294.

12      (5)   Defendants SILVERMAN, FLETCHER and RAWLINSON, and each of them, violated

13  DYDZAK's civil rights by not ruling on four pending motions in case 18-15673, thereby obstructing

14  justice.

15
16      49.   At all times relevant hereto, and continuing to the present, Defendant THOMAS and

17  Defendant SCHIFFER, upon reasonable information and belief, knew about the aforesaid wrongful

18  conduct by Defendants CHESNEY, SILVERMAN, FLETCHER and RAWLINSON and have

19  acquiesced in the judicial corruption and misconduct at issue.

20      50.   With respect to the Fifth Cause of Action herein, Plaintiff is not suing Defendants

21  CHESNEY, SILVERMAN, FLETCHER and RAWLINSON for monetary damages, only appropriate

22  equitable and declaratory relief. As federal actors, acting under color of federal law, said Defendants,

23  and each of them, acted unreasonably and unlawfully so as to violate Plaintiff's constitutional and

24  federally protected rights, as herein alleged and described.

25

26  COMPLAINT                    11

27

28

51.     Plaintiff is entitled to appropriate declaratory and equitable relief, declaring that his constitutional and civil rights have been violated as aforesaid by the aforementioned Defendants. A TRO, Preliminary Injunction and Permanent Injunction should issue, enjoining said Defendants from continuing to violate Plaintiff's civil and constitutional rights.

### SIXTH CAUSE OF ACTION

### (VIOLATION OF CIVIL RIGHTS)

### (AGAINST DEFENDANTS SHAW, SCHIFFER, CANBY, GOULD AND TALLMAN)

52.     Plaintiff refers to and incorporates, as though fully set forth herein, Paragraphs 1 through 51, inclusive, of the Complaint and any and all allegations contained therein.

53.     The above-named Defendants, and each of them, violated Plaintiff's civil rights by the following:

(1)     In the Ninth Circuit case, 10-80193, In re DANIEL DAVID DYDZAK, Esq., Defendant SHAW misrepresented to DYDZAK, at all times relevant hereto, that he could make rulings and conduct an evidentiary hearing in a judicial capacity. This was a false misrepresentation and extrinsic fraud or "fraud upon the court." The Judicial Council of the United States confirmed to DYDZAK that Defendant SHAW is an inactive attorney and not a qualified federal judge. At present, and at all times relevant hereto, Defendant SHAW is and was not an Article III Judge. Thus, any and all rulings and Orders by Defendant SHAW in Case No. 10-80193 are, and were at all times herein mentioned, void ab initio and should be reversed and set aside.

(2)     Defendant SCHIFFER, as a federally licensed attorney who assisted Defendant SHAW

COMPLAINT                          12

in the aforesaid 9th Circuit case is, and was aware at all times herein mentioned, that Defendant SHAW is not a proper federal judge but has perpetuated with Defendant SHAW that fraud upon the court.

(3)     Upon information and belief, Defendants SHAW and SCHIFFER have been "bribed" by financial incentives and illicit payments by Defendant SCHWAB to harm DYDZAK and prepare rulings against him. At the very least, these Defendants have financial conflicts of interest or the appearance of same.

(4)     Defendants CANBY, GOULD and TALLMAN acted unethically, fraudulently and illegally by doing rulings and Orders adverse to DYDZAK in Case No. 10-80193 without a proper and legal three-judge quorum, as required by 28 USC Section 46©. Furthermore, they violated the statutory requirements of 28 USC Section 294, because Defendant CANBY could not act as a "senior status" judge on the case, as he was not duly appointed pertaining thereto. As well, Defendants CANBY, GOULD and TALLMAN perpetrated a "fraud upon the court" by using Defendant SHAW as a purported judicial officer or judge when he is not a proper Article III Judge but simply an inactive attorney. At all times relevant hereto, and continuing to the present, Defendants CANBY, GOULD, TALLMAN, SHAW and SCHIFFER knew, or reasonably should have known, they the Panel was irregular and unlawful. They all further knew that Defendant SHAW is not a proper judge or judicial officer. Upon further information and believe, all of these Defendants had biases and conflicts of interest, or the appearance of same, towards Plaintiff.

(5)     At all times relevant hereto, and continuing to the present, Defendants CANBY, GOULD, TALLMAN, SHAW and SCHIFFER are acting illegally and obstructing justice by there not being rulings in the Ninth Circuit on pending motions filed in or about 2016 and 2017. Defendant

COMPLAINT                                        13

1    THOMAS is, and was at all times herein mentioned, aware of this situation but, administratively,

2    does nothing about the aforesaid unlawful and fraudulent conduct. The Rule of Law means nothing

3    to these Defendants. The fair and proper administration of justice means nothing to these Defendants.

4        54.    Defendants CANBY, GOULD and TALLMAN are being sued in the Sixth Cause of

5    Action for only equitable and declaratory relief. Plaintiff is not seeking monetary damages against

6    any of these Defendants with regard to the Sixth Count of this Complaint.

7        55.    Defendants SHAW and SCHIFFER are being sued in the Sixth Cause of Action for

8    monetary damages, equitable and declaratory relief. As federal actors illegally acting under color of

9    authority, they do not have absolute immunity from damages but only quasi-judicial immunity. They

10    can be personally sued for damages because their illegal conduct offends constitutional norms and

11    they did not, and continue to not, act reasonably and fairly towards DYDZAK. Harlow v. Fitzgerald,

12    457 U.S. 800 (1982). Their tortious conduct is, and was at all times herein mentioned, unpardonable

13    and flagrantly illegal and offensive. Their conduct is criminal as well, because they have acted, and

14    are continuing to act, to obstruct justice in harming and injuring DYDZAK. They should be held in

15    civil and criminal contempt. Defendants CANBY, GOULD, TALLMAN and THOMAS' willing

16    acquiescence in this criminal and civil wrongdoing is, and was at all times herein mentioned,

17    actionable and unconscionable.

18        56.    The above-named Defendants, and each of them, as federal actors, acted unreasonably

19    and unlawfully, so as to violate Plaintiff's constitutional and federally protected rights, as herein

20    alleged and described.

21        57.    As a direct, legal and proximate result of the above-referenced Defendants'

22    misconduct and unlawful, wrongful actions, as herein alleged and described, Plaintiff has sustained

COMPLAINT                14

general damages, according to proof, with respect to Defendants SHAW and SCHIFFER. With regard to all of the named Defendants herein, Plaintiff is entitled to appropriate equitable and declaratory relief, including a TRO, Preliminary Injunction and Permanent Injunction, against them.

58.    With regard to Defendants SHAW and SCHIFFER, they acted with malice, fraud and oppression towards DYDZAK. An award of punitive damages is therefore warranted against them in the amount of $ 10,000,000.

### SEVENTH CAUSE OF ACTION

### (VIOLATION OF CIVIL RIGHTS)

### (AGAINST DEFENDANTS KING, FERNANDEZ, TASHIMA AND WARDLAW)

59.    Plaintiff refers to and incorporates, as though fully set forth herein, Paragraphs 1 through 58, inclusive, of the Complaint, and any and all allegations contained therein.

60.    As federal actors, the above-named Defendants acted under color of authority to violate DYDZAK's civil and constitutional rights in IN RE DANIEL DAVID DYDZAK in the County of Los Angeles, State of California, on or about February 11, 2013, on other relevant dates, and continuing to the present.

61.    The following wrongful actions were committed by these Defendants, without limitation:

(1)  In a case in the federal District Count in Los Angeles, California (D.C. No. 2:10-mc-00270-GHK), Defendant KING had, upon information and belief, improper ex parte communications and contacts to affect the outcome of this case. Defendant KING further has, and had at all times

COMPLAINT                              15

SER 416

1  herein mentioned, biases and conflicts of interest, or the appearance of same, towards DYDZAK,

2  including but not limited to taking bribes or financial incentives from Defendant SCHWAB.

3      (2)     Defendant KING denied as a jurist DYDZAK a fair and impartial process in the

4  aforementioned case, and would not provide him an evidentiary hearing to contest certain disciplinary

5  proceedings affecting DYDZAK. Same is, and was at all times herein mentioned, against, without

6  limitation, substantive and procedural due process, equal protection of laws, and proper First

7  Amendment access to the courts.

8

9      (3)     Upon information and belief, Defendant KING had improper, unethical and unlawful

10  communications with Defendants GEORGE and CANTIL-SAKAUYE, so as to fraudulently and

11  maliciously do rulings adverse to DYDZAK.

12      (4)     As a result of the foregoing, Defendant KING's rulings and Orders adverse to DYDZAK

13  are, and were at all times herein mentioned, void ab initio.

14      (5)     In the appeal of the aforesaid District Court case, 9th Circuit Case No. 11-56028,

15  Defendants FERNANDEZ, TASHIMA and WARDLAW, individually and as jurists, acted

16

17  unlawfully and unconstitutionally towards Plaintiff by doing rulings and Orders adverse to him. In

18  particular, they acted and are acting without a proper legal quorum as "senior status" Defendant

19  FERNANDEZ was not duly appointed to rule in the case. Further, they have, and had at all times

20  herein mentioned, biases and conflicts of interest, or the appearance of same towards Plaintiff, and

21  they are willingly, unethically refusing to rule on pending motions. In particular, Defendant

22  WARDLAW was wrongfully bribed by Defendant SCHWAB to harm DYDZAK, or has and had

23  financial conflicts of interest involving Defendant SCHWAB or his business entities. Upon further

24  information and belief, Defendant TASHIMA has and had financial conflicts of interest, making

25

26  COMPLAINT                          16

27

28

*which DR*

1    monies from the State Bar of California who dislikes DYDZAK for exposing its corruption and

2    judicial corruption. These Defendants, upon further information and belief, have been involved in

3    ongoing improper and unethical ex parte and extrajudicial communications with Defendants

4    ROTHENBERG, GEORGE, E.GEORGE, and CANTIL-SAKAUYE to harm and injure DYDZAK.

5        62.    Egregiously, and against DYDZAK's civil and constitutional rights, Defendants

6    FERNANDEZ, WARDLAW and TASHIMA continue to not disqualify themselves in the aforesaid

7

8    appeal despite an illegal panel. Upon information and belief, they further are involved in an illegal

9    cover-up of not having the Ninth Circuit Court of Appeals rule in this appeal on pending, valid

10   motions filed on April 1, 2016, and January 28, 2020.  This ongoing unlawful failure to rule and

11   obstruct justice is known, administratively, to Defendant THOMAS and Defendant SCHIFFER. who

12   have taken no steps to remedy the wrongful situation.

13       63.    Defendants KING, FERNANDEZ, WARDLAW and TASHIMA are not being sued

14

15   in this Seventh Cause of Action for monetary damages but only appropriate equitable and declaratory

16   relief declaring that DYDZAK's civil and constitutional rights have been violated. Due to the illegal

17   conduct of said Defendants, a TRO, Preliminary Injunction and Permanent Injunction should issue as

18   well to protect Plaintiff's civil and constitutional rights, according to proof.

19

20                        **EIGHTH CAUSE OF ACTION**

21                        **(VIOLATION OF CIVIL RIGHTS)**

22

23            **(AGAINST DEFENDANTS DATO AND CANTIL-SAKAUYE)**

24

25       64.    Plaintiff refers to and incorporates, as though fully set forth herein, Paragraphs 1

26                                17

27

28

through 63, inclusive, of the Complaint and any and all allegations contained therein.

65.     This is a civil rights complaint pursuant to 42 U.S.C. 1983 et seq. where appropriate declaratory and equitable relief is sought. Plaintiff's civil rights have been violated, as herein alleged.

66.     Defendant DATO is not being sued in this 8th count for monetary damages, only appropriate declaratory and equitable relief. Since Defendant CANTIL-SAKAUYE is acting in an administrative capacity as head of the Judicial Council of California, she can be sued in this cause of action for damages and equitable and declaratory relief for violating Plaintiff's civil and constitutional rights.

67.     Upon information and belief, on April 5, 2013, and continuing to the present Defendant CANTIL-SAKAUYE had improper ex parte and extrajudicial communications with Defendant DATO to cause Plaintiff to be improperly put on a Vexatious Litigant List or Pre-filing List with respect to Plaintiff's being able to file any legal cases in the State of California. Defendant DATO had no jurisdiction to act and acted in the absence of jurisdiction because of his illegal and improper contacts and communications with Defendant CANTIL-SAKAUYE. He thereby conspired with Defendant CANTIL-SAKAUYE to commit extrinsic fraud or a "fraud upon the court" in a case illegally transferred to the San Diego Superior Court from Orange County Superior Court involving DYDZAK. There were no San Diego based Defendants warranting the case being heard in that judicial territory or jurisdiction.

68.     Upon further information and belief, Defendant DATO was rewarded by Defendant CANTIL-SAKAUYE for the aforesaid extrinsic fraud by his being subsequently promoted to the San Diego Court of Appeal as a jurist. She also used her influence as well in his being appointed as a member serving on the California Commission On Judicial Performance. She did so in order that he

18

1 could protect her history of judicial corruption and malfeasance towards Plaintiff and others.

2   69.   State actors, such as Defendants DATO and CANTIL-SAKAUYE, acting under

3 color of state authority, can be sued for violation of civil rights. DYDZAK is being unfairly

4 denied access to the California courts due to the wrongful and unlawful acts of the aforesaid

5 Defendants.

6   70.   Plaintiff is entitled to an award of general damages, according to proof, against

7 Defendant CANTIL-SAKAUYE. Because of her malice, fraud and oppression towards him,

8 Plaintiff is also entitled to an award of punitive damages in the amount of $ 10,000,000.

9   71.   Appropriate equitable and declaratory relief should be granted against these

10 Defendants and the issuance of appropriate injunctive relief, according to proof.

11

12   WHEREFORE, Plaintiff prays judgment as follows:

13   1.   For appropriate equitable, declaratory and injunctive relief, as prayed and according to

14    proof;

15   2.   For punitive damages, as prayed and according to proof;

16   3.   For reasonable attorney's fees, according to proof;

17   4.   For costs of suit incurred hereinl and

18   5.   For such other and further relief as the Court deems proper and just in the premises.

19

20

21 Dated: November 28, 2021

22   DANIEL DAVID DYDZAK

23   Plaintiff

24

25

26

27

28   19

DISTRICT COURT CIVIL COVER SHEET
~~CLARK~~ County, Nevada

CASE NO: A-22-847734-C
Department 27

Case No. _____
*(Assigned by Clerk's Office)*

## I. Party Information *(provide both home and mailing addresses if different)*

| Plaintiff(s) (name/address/phone): | Defendant(s) (name/address/phone): |
|---|---|
| **DANIEL DAVID DYDZAK** | **TANI CANTIL-SAKAUYE** |
| **4265 Marina City Drive, Suite 407W** | **350 McAllister St., San Francisco, CA 94102** |
| **Marina del Rey, CA 90292** | **Telephone: (415) 865-7000** |
| **Telephone: (310) 867-1289** | **[Attachment]** |
| Attorney (name/address/phone): | Attorney (name/address/phone): |
| **Not Applicable** | **Unknown** |

## II. Nature of Controversy *(please select the one most applicable filing type below)*

### Civil Case Filing Types

| Real Property | Torts | |
|---|---|---|
| **Landlord/Tenant** | **Negligence** | **Other Torts** |
| ☐ Unlawful Detainer | ☐ Auto | ☐ Product Liability |
| ☐ Other Landlord/Tenant | ☐ Premises Liability | ☐ Intentional Misconduct |
| **Title to Property** | ☐ Other Negligence | ☐ Employment Tort |
| ☐ Judicial Foreclosure | **Malpractice** | ☐ Insurance Tort |
| ☐ Other Title to Property | ☐ Medical/Dental | ☒ Other Tort |
| **Other Real Property** | ☐ Legal | |
| ☐ Condemnation/Eminent Domain | ☐ Accounting | |
| ☐ Other Real Property | ☐ Other Malpractice | |

| Probate | Construction Defect & Contract | Judicial Review/Appeal |
|---|---|---|
| **Probate** *(select case type and estate value)* | **Construction Defect** | **Judicial Review** |
| ☐ Summary Administration | ☐ Chapter 40 | ☐ Foreclosure Mediation Case |
| ☐ General Administration | ☐ Other Construction Defect | ☐ Petition to Seal Records |
| ☐ Special Administration | **Contract Case** | ☐ Mental Competency |
| ☐ Set Aside | ☐ Uniform Commercial Code | **Nevada State Agency Appeal** |
| ☐ Trust/Conservatorship | ☐ Building and Construction | ☐ Department of Motor Vehicle |
| ☐ Other Probate | ☐ Insurance Carrier | ☐ Worker's Compensation |
| **Estate Value** | ☐ Commercial Instrument | ☐ Other Nevada State Agency |
| ☐ Over $200,000 | ☐ Collection of Accounts | **Appeal Other** |
| ☐ Between $100,000 and $200,000 | ☐ Employment Contract | ☐ Appeal from Lower Court |
| ☐ Under $100,000 or Unknown | ☐ Other Contract | ☐ Other Judicial Review/Appeal |
| ☐ Under $2,500 | | |

| Civil Writ | Other Civil Filing | |
|---|---|---|
| **Civil Writ** | **Other Civil Filing** | |
| ☐ Writ of Habeas Corpus | ☐ Writ of Prohibition | ☐ Compromise of Minor's Claim |
| ☐ Writ of Mandamus | ☐ Other Civil Writ | ☐ Foreign Judgment |
| ☐ Writ of Quo Warrant | | ☐ Other Civil Matters |

*Business Court filings should be filed using the Business Court civil coversheet.*

| | |
|---|---|
| **November 28, 2021** | *(signature)* |
| Date | Signature of initiating party or representative |

*See other side for family-related case filings.*

ATTACHMENT

(CIVIL COVER SHEET)


Defendant JORGE NAVARRETE

350 McAllister St.

San Francisco, CA 94102

Telephone: (415) 865-7000


Defendant THOMAS LAYTON

1951 Ravista Lane

La Canada Flintfridge, CA 91011

Telephone: Unknown2


Defendant CHARLES SCHWAB

211 Main Street

San Francisco, CA 94105

Telephone: (866) 855-9102


Defendant DONALD F. MILES

6328 Quail Creek Rd.

Redding, CA 96002

Telephone: Unknown


Defendant JOHNNIE B. RAWLINSON

333 Las Vegas Blvd.

Las Vegas, NV 89101

Telephone: Unknown


CIVIL COVER SHEET                      2

1  Defendant BARRY G. SILVERMAN

2  401 West Washington St.

3  Phoenix, Arizona 85003

4  Telephone: Unknown

5

6  Defendant WILLIAM A. FLETCHER

7  95 Seventh St.

8  San Francisco, CA 94119

9  Telephone: (415) 355-8000

10

11 Defendant PETER LIND SHAW

12 95 Seventh St.

13 San Francisco, CA 94119

14 Telephone: (415) 355-8000

15

16 Defendant RONALD M. GEORGE

17 1333 Jones St.

18 Suite 706

19 San Francisco, CA 94109

20 Telephone: (415) 314-1896

21 Defendant ERIC M. GEORGE

22 2121 Avenue of the Stars

23 Suite 2800

24 Los Angeles, CA 90067

25 Telephone: (310) 274-7100

26

27

28                                    3

1   Defendant ALAN I ROTHENBERG

2   1875 Century Park East

3   Ste 1400

4   Los Angeles, CA 90067

5   Telephone: (310) 270-9501

6

7   Defendant 1ST CENTURY BANK

8   1875 Century Park East

9   Suite 100

10  Los Angeles, CA 90067

11  Telephone: (310) 270-9500

12

13  Defendant 1ST CENTURY BANCSHARES, INC.

14  1875 Century Park East

15  Suite 1400

16  Los Angeles, CA 90067

17  Telephone: (310) 270-9500

18

19  Defendant EDWARD EPHRAIM SCHIFFER

20  95 Seventh St.

21  San Francisco, CA 94119

22  Telephone: (415) 355-7935

23

24  Defendant SIDNEY R. THOMAS

25  2601 2nd Avenue North

26  Billings, MT 59101

27  Telephone: Unknown

28

4

1    Defendant WILLIAM DATO

2    750 B Street

3    Suite 300

4    San Diego, CA 92101

5    Telephone: (619) 744-0760

6

7    Defendant MAXINE M. CHESNEY

8    455 Golden Gate Avenue

9    San Francisco, CA 94102

     Telephone: (415) 522-2000

10

11

12   Defendant MOLLY C. DWYER

13   95 Seventh Street

14   San Francisco, CA 94119

15   Telephone: (415) 355-8000

16

17   Defendant GEORGE H. KING

18   555 W. 5th St., 32nd Floor

19   Los Angeles, CA 90013

     Telephone: (213) 253-9706

20

21   Defendant A. WALLACE TASHIMA

22   125 S. Grand Ave.

23   Pasadena, CA 91105

24   Telephone: (213) 894-3570

25

26

27

28                              5

SER 425

Defendant FERDINAND FRANCIS FERNANDEZ

125 S. Grand Ave.

Pasadena, CA 91105

Telephone: (213) 894-3570


Defendant KIM MCCLANE WARDLAW

125 S. Grand Ave.

Pasadena, CA 91105

Telephone: (213) 894-3570


Defendant WILLIAM C. CANBY

401 West Washington St.

Phoenix, Arizaona 85003

Telephone: Unknown


Defendant RONALD M. GOULD

1010 Fifth Avenue

Seattle, WA 98104

Telephone: Unknown


Defendant RICHARD C. TALLMAN

1010 Fifth Avenue

Seattle, WA  98104

Telephone: Unknown

6

# EXHIBIT B

**SER 427**

 Positive
As of: July 25, 2022 10:40 PM Z

# *Dydzak v. United States*

United States District Court for the Northern District of California

March 19, 2018, Decided; March 19, 2018, Filed

Case No. 17-cv-04360 MMC; Case No. 17-cv-06843-MMC

**Reporter**
2018 U.S. Dist. LEXIS 44805 *; 2018 WL 1400248

DANIEL D. DYDZAK, Plaintiff, v. UNITED STATES OF AMERICA, et al., Defendants.DANIEL D. DYDZAK, Plaintiff, v. EDWARD M. CHEN, et al., Defendants.

**Subsequent History:** Motion denied by *Dydzak v. Chen, 2018 U.S. Dist. LEXIS 53801 (N.D. Cal., Mar. 29, 2018)*

Motion granted by, Dismissed by, in part *Dydzak v. Chen, 2018 U.S. Dist. LEXIS 53807 (N.D. Cal., Mar. 29, 2018)*

Motion granted by, Dismissed by, in part *Dydzak v. Chen, 2018 U.S. Dist. LEXIS 54015 (N.D. Cal., Mar. 29, 2018)*

Later proceeding at *Dydzak v. Chen, 2018 U.S. Dist. LEXIS 53802 (N.D. Cal., Mar. 29, 2018)*

Dismissed by *Dydzak v. Chen, 2018 U.S. Dist. LEXIS 67173 (N.D. Cal., Apr. 20, 2018)*

Appeal dismissed by *Dydzak v. Chen, 2018 U.S. App. LEXIS 29591 (9th Cir. Cal., July 20, 2018)*

Appeal dismissed by, Motion denied by *Dydzak v. Chen, 2019 U.S. App. LEXIS 11963 (9th Cir. Cal., Apr. 23, 2019)*

Motion denied by, Request denied by *Dydzak v. Chen, 2019 U.S. App. LEXIS 33217 (9th Cir. Cal., Nov. 5, 2019)*

**Prior History:** *Dydzak v. United States, 2017 U.S. Dist. LEXIS 150396 (N.D. Cal., Sept. 15, 2017)*

## Core Terms

district judge, disqualification, undersigned, recusal, cases, reassigned, disqualification motion, vexatious litigant, show cause, disqualify, assigned judge, substitution, allegations, assigned

**Counsel:  [\*1]** Daniel D. Dydzak, Plaintiff (3:17-cv-04360-MMC), Pro se, Maina Del Rey, CA.

For Charles Schwab, Defendant (3:17-cv-04360-MMC): Kenneth G. Hausman, LEAD ATTORNEY, Arnold & Porter LLP, San Francisco, CA.

For Tani Canti-Sakauye, Defendant (3:17-cv-04360-MMC): John P. Devine, Office of the Attorney General, San Francisco, CA.

For State Bar of California, Defendant (3:17-cv-04360-MMC): Sean T. Strauss, State Bar of California, San Francisco, CA.

Daniel D. Dydzak, Plaintiff (3:17-cv-06843-MMC), Pro se, Maina Del Rey, CA.

For Eric M. George, Alan Rothenberg, 1st Century Bank, N.A., Defendants (3:17-cv-06843-MMC): Edward F. Donohue, LEAD ATTORNEY, Hinshaw & Culbertson LLP, San Francisco, CA; Radhika V Thanedar, Hinshaw and Culbertson LLP, San Francisco, CA United Sta.

For William Wardlaw, Defendant (3:17-cv-06843-MMC): Geoffrey T. Holtz, LEAD ATTORNEY, Morgan, Lewis & Bockius LLP, San Francisco, CA.

For State Bar of California, Defendant (3:17-cv-06843-MMC): Sean T. Strauss, LEAD ATTORNEY, State Bar of California, San Francisco, CA.

For United States, Amicus (3:17-cv-06843-MMC): Sara Winslow, LEAD ATTORNEY, United States Attorney's Office, Northern District of California, San Francisco, CA.

**Judges:** MAXINE M. **[\*2]**  CHESNEY, United States District Judge.

**Opinion by:** MAXINE M. CHESNEY

# Opinion

2018 U.S. Dist. LEXIS 44805, *2

## ORDER FINDING NO BASIS FOR DISQUALIFICATION

Before the Court is plaintiff Daniel D. Dydzak's request, filed March 15, 2018, by which said plaintiff asks the Court to "Disqualify Herself as Federal Judge on This Pending Litigation on Her Own Motion" (hereinafter, "Request"). Having read and considered the Request, the Court rules as follows.[1]

## BACKGROUND

Presently pending before the undersigned are two cases filed by plaintiff. Although plaintiff's Request was filed in only one of the two cases, the Court has considered the matters raised therein to the extent applicable to both.

The Court next summarizes the procedural history of the two cases.

### A. Dydzak v. United States, et al., Case No. C-17-4360 ("Dydzak I")

On August 1, 2017, plaintiff filed Dydzak I, in which he named the following twenty-six defendants: the United States of America, the Chief Justice of the California Supreme Court, the former Chief Justice of the California Supreme Court, the Chief Judge of the Ninth Circuit Court of Appeals, three judges of the Ninth Circuit Court of Appeals, two district judges of the Northern District of California, four district judges of the **[*3]** Central District of California, a district judge for the District of Columbia, a district judge for the Western District of Washington, a district judge for the Eastern District of California, the Clerk of the Ninth Circuit Court of Appeals, the Clerk of the Central District of California, three attorneys in private practice, the husband of a district court judge, a management consulting firm, a bank, a holding company, and financial executive Charles Schwab.

The complaint consisted of twenty-eight causes of action, which, in general, challenged adverse judicial rulings plaintiff received in various cases he previously had filed. (See, e.g., Dydzak I Compl. ¶ 65 (alleging

state and federal judges, after assertedly receiving "favorable financial treatment" from Charles Schwab, issued "rulings and judgments adverse to [plaintiff]"); ¶ 162 (alleging decision issued by Ninth Circuit panel was improper because one of judges had "a pro-government bias against [plaintiff]").)

The matter was assigned to United States District Judge Edward M. Chen, who, on September 15, 2017, directed plaintiff to show cause why the complaint should not be dismissed. Specifically, Judge Chen directed plaintiff **[*4]** to show cause why (1) specified claims should not be dismissed for failure to comply with a vexatious litigant order issued by the Central District of California and affirmed by the Ninth Circuit, (2) his claims against judges and clerks of court were not barred by, respectively, judicial immunity and quasi-judicial immunity, (3) his claims against the United States were not barred by sovereign immunity, and (4) his claims otherwise failed to state any claim upon which relief could be granted.

On September 25, 2017, plaintiff filed a motion to disqualify Judge Chen, the asserted grounds being that (1) Judge Chen had bank accounts with a non-party bank that had been a client of Charles Schwab, (2) two named defendants had "involvement in promoting him" to the position of district judge (see Doc. No. 19 at 5:1-4), (3) he had attended legal conferences and other law-related events where he interacted with some of the judges named as defendants and with other judges who, according to plaintiff, were potential witnesses, (4) he had issued rulings adverse to plaintiff in the case, and (5) he had issued, in cases in which plaintiff was not a party, rulings with which plaintiff did not agree. **[*5]** By order filed October 6, 2017, Judge Chen denied the motion to disqualify, finding no cognizable basis for disqualification had been shown.

On October 13, 2017, plaintiff filed a second motion to disqualify Judge Chen, the asserted grounds being (1) Judge Chen had attended conferences and events in addition to those identified in the first motion, at which time he interacted with certain of the named judicial defendants and with others who, according to plaintiff, were potential witnesses, and (2) he was responsible for the blocking of plaintiff's telephone calls to the Northern District. By order filed October 17, 2017, Judge Chen denied the second motion to disqualify, finding the first of the above-referenced grounds was not a cognizable basis for disqualification and that second ground was not supported by an affidavit and was wholly lacking in specificity.

---

[1] The Court is also in receipt of and has considered a letter from plaintiff, filed March 16, 2018, in which he reiterates his request for disqualification.

On October 26, 2017, Judge Chen conducted a hearing on the above-referenced order to show cause why the action should not be dismissed, as well as on a motion to dismiss that had been filed by one of the defendants. On October 31, 2017, Judge Chen issued an order dismissing the complaint in its entirety, and the Clerk of Court **[*6]** closed the file. That same date, Judge Chen issued an order directing plaintiff to show cause (hereinafter, "OSC"), no later than November 30, 2017, why he should not be declared a vexatious litigant.

On November 13, 2017, plaintiff filed a third motion to disqualify Judge Chen, repeating some of the assertions made in his prior motions to disqualify and, in addition, challenging the manner in which the October 26 hearing had been conducted. By order filed December 14, 2017, Judge Chen denied plaintiff's third motion to disqualify, finding the motion was made for purposes of delaying resolution of the vexatious litigant issue, lacked a supporting affidavit, and failed to identify any cognizable basis for disqualification. Lastly, in that same order, Judge Chen stated he had become aware that he had been named as a defendant in a new action filed by plaintiff. Although Judge Chen found such circumstance did not require recusal, he nonetheless sua sponte recused himself, noting that, with the exception of the vexatious litigant issue, all proceedings in the case had concluded and, consequently, reassignment would not constitute a needless burden on the district court.

Thereafter, the matter **[*7]** was reassigned to United States District Judge William H. Orrick III. On January 8, 2018, Judge Orrick, noting plaintiff had not responded to the OSC, sua sponte extended, to January 29, 2018, the deadline for plaintiff to file a response. On January 26, 2018, plaintiff filed a motion to disqualify Judge Orrick, and, on February 7, 2018, Judge Orrick recused himself.[2]

On February 8, 2018, the matter was reassigned to the undersigned.

## B. Dydzak v. Chen, et al., Case No. 17-6843 ("Dydzak II")

On November 29, 2017, the day before plaintiff's initial deadline to respond to the OSC in Dydzak I, plaintiff filed Dydzak II. In his new action, plaintiff names the following thirty-seven defendants: the Chief Justice of the California Supreme Court, the former Chief Justice of the California Supreme Court, the Chief Judge of the Ninth Circuit Court of Appeals, eleven judges of the Ninth Circuit Court of Appeals, an Appellate Commissioner of the Ninth Circuit Court of Appeals, four district judges of the Northern District of California, including Judge Chen, five district judges of the Central District of California, the Clerk of the Ninth Circuit Court of Appeals, the husband of a Ninth Circuit judge, **[*8]** the husband of a district court judge, the State Bar of California, four attorneys in private practice, a bank, a holding company, a Special Agent of the Federal Bureau of Investigation, a former deputy sheriff of the Los Angeles Sheriff's Department, and Charles Schwab.[3]

The complaint consists of eleven causes of action, in which plaintiff's claims are, again, based in general on the theory that he is entitled to relief because, according to plaintiff, adverse judicial rulings he received were improper. (See, e.g., Dydzak II Compl. ¶ 75 (challenging Judge Chen's orders denying plaintiff's motions to disqualify); ¶ 162 (alleging plaintiff had been denied "fair and impartial judicial proceedings" by specified Ninth Circuit judges).)

As in Dydzak I, the complaint also names as defendants Does 1 through 10, each of whom, according to plaintiff, "participated or acted in concert with the other named [d]efendants, and each of them" and is "liable in some manner" for the acts alleged. (See Dydzak I Compl. ¶ 30; Dydzak Compl. II ¶ 39). On December 14, 2017, the matter was assigned to United States District Judge Richard Seeborg. Less than three weeks later, plaintiff, on January 2, 2018, **[*9]** filed a notice, purporting to have "discovered" that "the true identity and name" of "Doe 1" is Judge Seeborg. Thereafter, on January 25, 2018, plaintiff filed another notice, in this instance purporting to have "discovered" that "the true identity and name" of "Doe 2" is Judge Orrick; the notice was filed four days before the deadline to show cause set by Judge Orrick in Dydzak I. On February 12, 2018, four days after Dydzak I had been reassigned to the undersigned, plaintiff filed a third notice, this time purporting to have "discovered" that "the true identity and name" of "Doe 3" is the undersigned.

On February 13, 2018, the Court granted defendant State Bar of California's request for an order finding Dydzak I and Dydzak II are related cases within the

---

[2] The record does not indicate the basis for the recusal.

[3] Sixteen of the above defendants were named as well in Dydzak I.

meaning of *Civil Local Rule 3-12(a)*.[4] Thereafter, the Clerk of Court reassigned Dydzak II to the undersigned.

## DISCUSSION

In his Request, plaintiff argues disqualification is proper in light of the substitution of the undersigned for a "Doe" defendant in Dydzak II.[5] The Court considers whether disqualification is warranted in light of such substitution.[6]

Under *28 U.S.C. § 455*, a judge "shall disqualify himself in any proceeding in which his impartiality might reasonably **[*10]** be questioned," see *28 U.S.C. § 455(a)*, as well as where the judge is "a party to the proceeding," see *28 U.S.C. § 455(b)(5)(i)*. "A judge is not disqualified," however, "merely because a litigant sues or threatens to sue him." See *Ronwin v. State Bar of Arizona, 686 F.2d 692, 701 (9th Cir. 1981)* (internal quotation, citation, and alteration omitted) (stating, "[s]uch an easy method for obtaining disqualification should not be encouraged or allowed"); see also *United States v. Studley, 783 F.2d 934, 940 (9th Cir. 1986)* (holding "[a] judge is not disqualified by a litigant's suit or threatened suit against him"). The Ninth Circuit has applied this principle both in cases in which the litigant named the assigned judge as a defendant in another case, see, e.g., *Studley, 783 F.2d at 940*; *Ronwin, 686 F.2d at 701*, and in cases in which the assigned judge is named in the case pending before him, see, e.g., *Gabor v. Seligmann, 222 Fed. Appx. 577, 578 (9th Cir. 2007)*.

---

[4] At the time of such ruling, the Court was unaware of plaintiff's notice substituting the undersigned for "Doe 3," as the notice was entered on the docket by the Clerk of Court on February 14, 2018, the day after the Court issued its order.

[5] In the Request, plaintiff also asserts, without explanation, that the Court should consider whether disqualification is appropriate on the additional grounds that the Court "was not properly assigned to the case, and has 'senior' status, a jurisdictional bar." (See Request at 2:8-9.) As plaintiff has not identified any impropriety as to the assignment and there is no authority jurisdictionally barring senior district judges from hearing cases, disqualification is not warranted on those grounds.

[6] To the extent plaintiff, in his Request, also asks the Court to stay the case in light of "settlement discussions with certain defendants" and an "offer" he made to one of the defendants (see Request at 2:24-25), the Court having considered the asserted grounds therefor, the proposed stay is hereby DENIED.

In such cases, district courts have found disqualification is not warranted where the plaintiff's allegations against the sued judge pertained to prior rulings in the case, see, e.g., *Springer v. Hunt, 2017 U.S. Dist. LEXIS 123786, 2017 WL 3380675, at *2-4 (D. Haw. August 4, 2017)* (finding no basis to recuse, where, after adverse ruling, plaintiff added assigned judge as defendant), and where the plaintiff has made no specific allegations against the assigned judge, see, e.g., *Sharp v. Montana, 2014 U.S. Dist. LEXIS 10330, 2014 WL 824820, at *5 and n.1 (D. Mont. March 3, 2014)* (finding no basis for disqualification where plaintiffs added assigned judge as defendant **[*11]** and made "no specific allegations" against him). Here, the Dydzak II complaint includes no factual allegations against the undersigned, only the wholly conclusory assertion that "Doe 3" has "participated or acted in concert with the other named [d]efendants, and each of them" and is "liable in some manner." (See Dydzak II Compl. ¶ 39).

Moreover, where a party files a lawsuit against a judge to gain an advantage, such as to delay proceedings, recusal is not warranted. See *In re Hipp, 5 F.3d 109, 116-17 (5th Cir. 1993)* (affirming order finding no basis for recusal, where defendant filed civil lawsuit against judge assigned to criminal case in order to "gain a continuance" of scheduled trial date). Here, it is readily apparent that plaintiff's intent in adding the undersigned and other judges as parties to Dydzak II is to delay the determination as to whether he should be declared a vexatious litigant. Plaintiff filed Dydzak II and named Judge Chen as a defendant thereto shortly after Judge Chen, in Dydzak I, issued the OSC directing plaintiff to show cause why plaintiff should not be declared a vexatious litigant. Next, plaintiff substituted Judge Orrick for a "Doe" defendant in Dydzak II shortly after Dydzak I was reassigned to **[*12]** Judge Orrick and he ordered plaintiff to respond to said OSC. More recently, shortly after Dydzak I was reassigned to the undersigned, plaintiff substituted the undersigned for a "Doe" defendant in Dydzak II. Were this Court to find disqualification warranted based upon such substitution, the instant related cases would be reassigned to yet another district judge, and it takes no great guesswork to predict the next "Doe" defendant to be "discovered."

In sum, the Court finds the following analysis by the Eastern District of California applicable to the instant actions:

> Normally, when a judge is sued, and is also assigned to the case, the required action is to simply recuse oneself and have another judge

decide the matter. [*28 U.S.C.] § 455(b)(5)(i)*. Indeed, the statutory section heading provides that the judge 'shall recuse himself.' However, when vexatious litigants sue multiple judges on multiple occasions, and use the court only for spite purposes naming whomever they please, especially highly placed government officials and judges, for whatever preposterous allegations they determine to allege, an assigned, but sued judge, has the duty to say, 'enough is enough.' The Supreme Court has recognized that although **[*13]** the use of 'shall' in a statute is normally mandatory, there will be situations where 'practical necessity' permits the use of discretion even in the presence of a 'shall.' *Town of Castle Rock, Colo. v. Gonzalez, 545 U.S. 748, 761-62, 125 S.Ct. 2796, 2806, 162 L.Ed.2d 658 (2005)*[.]

See *Mellow v. Sacramento County, 2008 U.S. Dist. LEXIS 112452, 2008 WL 2169447, at *2 (E.D. Cal. May 23, 2008)*.

Here, as in Mellow, enough is enough:

The present situation demonstrates that if courts are not simply to be abused on the whim of litigants, a judge has discretion not to recuse when the facts of the situation allow for no other conclusion [than] that the courts are being abused. Any other ruling permits ever expansive suits against judges where the judge in the present proceeding is added to the next lawsuit for spite purposes, and so on and so on. This action, and others filed by [the plaintiff], have that very real potential. The recusal statutes do not have to be applied to their illogical extreme.

See id.

**CONCLUSION**

For all of the reasons stated above, the Court finds no basis exists to warrant disqualification under *§ 455*.

**IT IS SO ORDERED**.

Dated: March 19, 2018

/s/ Maxine M. Chesney

MAXINE M. CHESNEY

United States District Judge

**End of Document**

# EXHIBIT C

 Neutral

As of: July 25, 2022 10:41 PM Z

## *Dydzak v. United States*

United States District Court for the Northern District of California

March 19, 2018, Decided; March 19, 2018, Filed

Case No. 17-cv-04360-MMC

**Reporter**

2018 U.S. Dist. LEXIS 44842 *

DANIEL D. DYDZAK, Plaintiff, v. UNITED STATES OF AMERICA, et al., Defendants.

**Prior History:** *Dydzak v. United States, 2017 U.S. Dist. LEXIS 150396 (N.D. Cal., Sept. 15, 2017)*

## Core Terms

show cause, vexatious litigant, frivolous, harassing, cases, pre-filing, district court, above-titled, lawsuits, filings, notice of appeal, instant action, federal court, authorization, disqualified, quotation, vexatious, initiate, issuance, narrowly, listing, motions, Notice, oppose, tailor

**Counsel:** **[*1]** Daniel D. Dydzak, Plaintiff, Pro se, Maina Del Rey, CA.

For Charles Schwab, Defendant: Kenneth G. Hausman, LEAD ATTORNEY, Arnold & Porter LLP, San Francisco, CA.

For Tani Canti-Sakauye, Defendant: John P. Devine, Office of the Attorney General, San Francisco, CA.

For State Bar of California, Defendant: Sean T. Strauss, State Bar of California, San Francisco, CA.

**Judges:** MAXINE M. CHESNEY, United States District Judge.

**Opinion by:** MAXINE M. CHESNEY

## Opinion

**ORDER FINDING PLAINTIFF TO BE A VEXATIOUS LITIGANT; PREFILING ORDER**

By order filed October 31, 2017 (hereinafter, "Order to Show Cause"), the Court[1] directed plaintiff Daniel D. Dydzak to show cause why he should not be declared a vexatious litigant and, as such, subject to pre-filing requirements as set forth therein. On December 21, 2017, plaintiff filed an objection to the Order to Show Cause. Having fully considered the matter, the Court rules as follows.

Before a district court may issue an order finding a litigant to be vexatious and imposing pre-filing restrictions, such court "must: (1) give [the] litigant[ ] notice and an opportunity to oppose the order before it is entered; (2) compile an adequate record for appellate review, including a listing of all the cases **[*2]** and motions that led the district court to conclude that a vexatious litigant order was needed; (3) make substantive findings of frivolousness or harassment; and (4) tailor the order narrowly so as to closely fit the specific vice encountered." See *Ringgold-Lockhart v. County of Los Angeles, 761 F.3d 1057, 1062 (9th Cir. 2014)* (internal quotations, citation, and alteration omitted).

Here, the Order to Show Cause provided plaintiff with an opportunity to oppose issuance of a vexatious litigant order, and plaintiff has taken such opportunity. In his objection, plaintiff first asserts the Court lacks jurisdiction to impose a vexatious litigant order because the above-titled action has been dismissed (see Order, filed October 31, 2017) (hereinafter, "Order of Dismissal") and he has filed a notice of appeal from the Order of Dismissal. Plaintiff is incorrect. See *Ringgold-Lockhart, 761 F.3d at 1062 n.2* (rejecting as "without merit" argument that "filing a notice of appeal divest[s] the district court of jurisdiction to issue [a] vexatious litigant order"). Plaintiff also contends the Order to Show Cause is "void," for the asserted reason that Judge

---

[1] The Order to Show Cause was issued by Judge Edward M. Chen, after which the above-titled action was, on February 8, 2018, reassigned to the undersigned.

Chen, who, as noted above, issued said order, should have been disqualified from hearing the above-titled action. Such contention likewise is unpersuasive. ( **[*3]** See Document Nos. 24, 32, 45 (denying plaintiff's motions to disqualify).)

Next, the Order to Show Cause lists the cases and motions that led the Court to find issuance of a vexatious litigant order is warranted, specifically (1) four filings and one oral motion in the above-titled action (see Order to Show Cause at 2:2-10); (2) five filings in Dydzak v. Schwab, Civil Case No. 16-4799, a prior action filed in this district (see Order to Show Cause at 2:11-19); (3) five cases filed by plaintiff in the Central District of California (see Order to Show Cause at 1:26-27), which cases formed the basis for an order, issued in that district and affirmed by the Ninth Circuit Court of Appeals, finding plaintiff to be a vexatious litigant (see Req. for Judicial Notice, filed September 8, 2017, Ex. A) (see id. Ex. B); (4) plaintiff's appeal from the Central District's dismissal of his complaint filed in Dydzak v. Schwarzenegger (see Order to Show Cause at 2:27), which appeal the Ninth Circuit found frivolous (see Order of Dismissal at 4:15 - 5:8);[2] and (5) the complaint filed in Dydzak v. Alexander (see Order to Show Cause at 1:28), a case dismissed by the Central District, which found plaintiff's **[*4]** claims to be "the latest in a long list of frivolous lawsuits" (see Order Dismissing Complaint, filed June 1, 2016, in Dydzak v. Alexander, at 1:19; see also Order of Dismissal, filed in the instant action, at 5:11-13).

Further, the Order to Show Cause made "substantive findings of frivolousness or harassment," see *Ringgold-Lockhart, 761 F.3d at 1064*, specifically, that plaintiff has engaged in a "pattern of harassing behavior and frivolous filings" (see Order to Show Cause at 2:20-21). The Order of Dismissal, which was incorporated by reference in the Order to Show Cause, identifies frivolous and/or harassing claims made in the instant action (see Order of Dismissal at 8-18), as well as frivolous and/or harassing claims made in five prior cases filed by plaintiff (see id. at 2-6). The Order of Dismissal makes clear that plaintiff has manifested a pattern in which, after a case is dismissed, he names the judge assigned to that dismissed case as a

defendant in one or more of his subsequent lawsuits. (See id.)[3]

Lastly, the Order to Show Cause is narrowly tailored, as it will prevent plaintiff "only from filing the type of claims [he] has been filing vexatiously." See *Ringgold-Lockhart, 761 F.3d at 1066* (internal quotation and citation omitted); (see also **[*5]** Order to Show Cause at 3:1-5).

Accordingly, for the reasons stated above and in the Order to Show Cause, the Court finds plaintiff is a vexatious litigant, and hereby imposes the following pre-filing conditions:

1. Plaintiff is hereby PROHIBITED from initiating any further litigation in this or any other federal court raising any claim based on, arising out of, or related to his disbarment or alleging that orders entered in lawsuits previously filed by him related to the same were rigged, fixed, or otherwise unlawful or illegitimate, without prior authorization from the federal court in which he seeks to initiate such litigation.

2. Plaintiff is hereby REQUIRED to provide security in the amount of $5000 for each defendant against whom he seeks to proceed with court authorization in the future.

**IT IS SO ORDERED**.

Dated: March 19, 2018

/s/ Maxine M. Chesney

MAXINE M. CHESNEY

United States District Judge

---

**End of Document**

---

[2] In the Order to Show Cause, plaintiff was advised that his "history of meritless litigation is described in greater detail in the Court's concurrently-issued order of dismissal" (see Order to Show Cause at 1:16-17), and that the basis for the Order to Show Cause was based in part on the contents of the Order of Dismissal (see id. at 2:20 - 3:7).

[3] Additionally, the Order to Show Cause identifies several other courts, specifically, the Central District of California, the Los Angeles Superior Court, and the San Diego Superior Court, in which plaintiff has been found to be a vexatious litigant. (See Order to Show Cause at 2:25-28.)

# EXHIBIT D

SER 436

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| A & R TOWING, INC. | | | Santa Clara Superior Court | 5075C002040 | 08/02/07 | Also see Vincent Cardinalli |
| A D MOON CO. | | | Los Angeles Superior Court | BC340942 | 04/01/08 | Amended Order 6/4/2008 & Order 9/30/08 |
| A D MOON COMPANY | | | Los Angeles Superior Court | BC340942 | 04/01/08 | Amended Order 6/4/2008 & Order 9/30/08 |
| A D MOON CONSTRUCTION CO. | | | Los Angeles Superior Court | BC340942 | 04/01/08 | Amended Order 6/4/2008 & Order 9/30/08 |
| A D MOON CONSTRUCTION | | | Los Angeles Superior Court | BC340942 | 04/01/08 | Amended Order 6/4/2008 & Order 9/30/08 |
| A D MOON CONSTRUCTION COMPANY | | | Los Angeles Superior Court | BC340942 | 04/01/08 | Amended Order 6/4/2008 & Order 9/30/08 |
| ABATECOLA | Aldo | | Court of Appeal, 4th Dist, Div 2 | E032511 | 11/21/03 | |
| ABBOTT | Cesar | Luis | Orange County Superior Court | A219294 | 01/26/06 | |
| ABBOTT | Robert | L. | Marin Superior Court | CV011726 | 09/28/04 | |
| ABNER | Janice | | Los Angeles Superior Court | TC019311 | 03/03/06 | |
| ABRAHAM | Roy | | Santa Clara Superior Court | 16CV290410 | 03/30/16 | |
| ABRAHAMS | Charles | L. | San Diego Superior Court | 37201600018061CUORCTL | 05/05/17 | |
| ABREAU (H-16924) | Armando | | Kings Superior Court | 10C0462 | 06/16/11 | |
| ACAR | Kazim | | San Francisco Superior Court | CGC16551043 | 01/20/17 | |
| ACUNA (CDC#RK-43165) | Arcadio | | Del Norte Superior Court | CVCV092017 | 06/28/11 | |
| ADAMS | Merrill | | Santa Clara Superior Court | 20111CV204753 | 04/25/16 | |
| ADDAMS-MORE | Marti | | Los Angeles Superior Court | BC324812 | 05/26/06 | |
| AFOS, JR. | Prisco | | Santa Clara Superior Court | 19CV345943 | 07/25/19 | |
| AGHA | Ali | T. | Sonoma Superior Court | 209605 | 05/24/95 | |
| AGHAEGBUNA | Chukwu | | Los Angeles Superior Court | 18STCV01841 | 03/01/19 | aka George Aghaegbuna |
| AGOPIAN | Serge | | Los Angeles Superior Court | ES005460 | 04/16/99 | |
| AGOPIAN | Serge | | Court of Appeal, 2nd Dist, Div 2 | B124766 | 09/08/99 | |
| AGRA | Gideon | | San Bernardino Superior Court | CIVRS1107035 | 08/03/12 | |
| AGUILAR | Teresa | | Los Angeles Superior Court | BC341498 | 01/25/06 | Order states specifics. |
| AHEAGN | Cynthia | Clancy | Los Angeles Superior Court | SC108471 | 10/20/10 | |
| AHMADI | Arash | | Alameda Superior Court | RG15784017 | 02/05/16 | |
| AJEGBO | Felix | | Los Angeles Superior Court | BC658924 | 02/03/21 | |
| AJEGBO | Felix | E. | Los Angeles Superior Court | BC658924 | 02/03/21 | |
| AKBAR | Alex | M. | Orange County Superior Court | 778364 | 05/14/98 | |
| AKBAR | Touba | N. | Orange County Superior Court | 778364 | 05/14/98 | |
| AKBAR | Zahra | | Orange County Superior Court | 778364 | 05/14/98 | |
| AL FAME | | | San Diego Superior Court | GIC760144 | 02/14/01 | See SCSD GIC758829 & GIC758748 |
| AL-HAKIM | Abdul-Jalil | | Alameda Superior Court | C-811337 | 06/17/19 | |
| ALATRAOCHI | Rashid | | San Francisco Superior Court | CGC11516342 | 03/13/14 | Order states specifics. |
| ALBERTS | David | | San Diego Superior Court | 37-2014-00034869-CUROCTL | 04/03/15 | |
| ALCANTAR | Miguel | A | Los Angeles Superior Court | 21STCV01445 | 03/04/21 | |
| ALDRIDGE | Stephen | M. | Court of Appeal, 2nd Dist, Div 7 | B116354 | 03/02/99 | |
| ALEXANDER | Cherie | | San Diego Superior Court | GIC351029 | 01/09/06 | |
| ALEXIS | Brian | | Los Angeles Superior Court | BD431906 | 12/18/13 | |
| ALFORD | Paul | | Court of Appeal, 4th Dist, Div 2 | E039756 | 02/14/07 | |
| ALFORQUE | Casiano | N. | San Diego Superior Court | 728543 | 05/14/99 | |
| ALI | Jumah | | Monterey Superior Court | M82821 | 09/13/07 | aka Jumah Thomas Ali-Moore |
| ALI | Jumah | Abdullahi | Monterey Superior Court | M82821 | 09/13/07 | aka Jumah Thomas Ali-Moore |
| ALI | Sherif | | San Diego Superior Court | D387067 | 07/14/97 | |
| AL AKBAR | Hakim | E. | Lassen Superior Court | 54688 | 01/10/12 | aka Frederick Jones (CDC#R5158) |
| ALIGANGA | Frances | | Solano Superior Court | FCS024767 | 03/28/05 | |
| ALI-MOORE | Jumah | Thomas | Monterey Superior Court | M82821 | 09/13/07 | aka Jumah Thomas Ali-Moore |
| ALI-MOORE (CDC#RD-62389) | Jumah | Thomas | Monterey Superior Court | M82821 | 09/13/07 | |
| ALI-THOMAS MOORE | Jumah | | Monterey Superior Court | M82821 | 09/13/07 | aka Jumah Thomas Ali-Moore |

Vexatious Litigant List
**BOLD** = Added names

7/11/2022

**SER 437**

7/11/2022

**VEXATIOUS LITIGANT LIST**
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| ALL SAINTS TURNING POINT RECOVERY CENTER | | | Alameda Superior Court | 79695519 | 02/05/99 | |
| ALLEN | Bruce | G. | Santa Clara Superior Court | 733454 | 11/10/94 | |
| ALLEN | Deloris | | Alameda Superior Court | 7513916 | 01/14/97 | |
| ALLEN | Patricia | L. | Santa Clara Superior Court | 733454 | 11/10/94 | |
| ALLEN | Rosella | M. | Santa Clara Superior Court | CV756875 | 09/10/96 | |
| ALLEN SUPPLY | | | Los Angeles Superior Court | 20STLC02276 | 09/28/21 | AKA Dave Bishof |
| ALOMATSI | David | | Los Angeles Superior Court | 20STCV40828 | 02/10/22 | |
| AL-SALAHUDDIN | Tunisia | Evans | Contra Costa Superior Court | D0902832 | 02/23/15 | |
| ALSTON | Warren | | San Bernardino Superior Court | FAMSS800121 | 08/07/08 | |
| ALTHEA | Lorraine | | Los Angeles (Beverly Hills) Muni | 97U00788 | 10/30/98 | |
| ALTWJI | Abbott | | Los Angeles Superior Court | LC099159 | 03/11/13 | |
| ALVA | Christopher | G. | Contra Costa Superior Court | MSD00704899 | 05/24/10 | |
| ALVAREZ | Ana | | San Mateo Superior Court | 21CIV03982 | 05/02/22 | |
| ALVAREZ | Francisca | Montalvo | Los Angeles Superior Court | KC069825 | 02/13/19 | |
| ALVAREZ | Manuel | Ayala | Sacramento Superior Court | 07AS00760 | 06/15/07 | |
| ALVAREZ | Martha | B. | Los Angeles Superior Court | YS020153 | 12/10/09 | |
| ALZAGHARI | Eva | | San Mateo Superior Court | F055586 | 03/25/03 | |
| AMAYA | Heidi | | Orange County Superior Court | 302009327852 | 04/09/12 | |
| AMI ELECTRIC | | | Sacramento Superior Court | 34201000080500 | 01/31/11 | see Nikiforos Kalfountzos |
| AMINA | Salee | | Los Angeles Superior Court | SS024858 | 01/22/15 | aka Salee Amina Mohammad, Salee Amina; Salee |
| | | | | BC570001 | 05/7/2015 | aka Salee-Amina Mohammad, Salee Amina Barnes Mohammed; |
| AMINA-MOHAMMAD | Salee | | Los Angeles Superior Court | SS024858 | 01/22/15 | aka Salee Barnes-Barnes, Salee Amina Barnes Mohammed; Salee Aubrein- |
| | | | | BC570001 | 05/7/2015 | Salee Amina Barnes Mohammed; Salee Aubrein- |
| AMKANITSKITY | Alexandr | | San Diego Superior Court | GIC760144 | 02/14/01 | See SCSD GIC758829 & GIC758748 |
| AMKANITSKY | Mikhail | | San Diego Superior Court | GIC760144 | 02/14/01 | See SCSD GIC758829 & GIC758748 |
| AMKHANITSKAYA | Fanya | | San Diego Superior Court | GIC760144 | 02/14/01 | See SCSD GIC758829 & GIC758748 |
| AMKHANITSKIY | Aleks | | San Diego Superior Court | GIC760144 | 02/14/01 | See SCSD GIC758829 & GIC758748 |
| AMKHANITSKIY | Fanya | | San Diego Superior Court | GIC760144 | 02/14/01 | See SCSD GIC758829 & GIC760144 |
| AMKHANITSKIY | Mike | | San Diego Superior Court | GIC760144 | 02/14/01 | See SCSD GIC758829 & GIC760144 |
| AMKHANITSKIY | Mikhail | (Fanya) | San Diego Superior Court | GIC758748 | 02/14/01 | See SCSD GIC758829 & GIC760144 |
| AMKHANITSKIY | Mikhail | (Al Fame) | San Diego Superior Court | GIC760144 | 02/14/01 | See SCSD GIC758829 & GIC758748 |
| AMKHANITSKIY | Mikhail | (Mike) | San Diego Superior Court | GIC758829 | 02/14/01 | See SCSD GIC758829 & GIC758748 |
| ANAYA | Gustave | R. | Los Angeles Superior Court | LC041597 | 02/20/98 | |
| ANAYA | Olivia | A. | Los Angeles Superior Court | LC041597 | 02/20/98 | |
| ANDERSEN (CDCHF-39343) | Andrew | | Monterey Superior Court | M96461 | 06/11/10 | |
| ANDERSEN | Nicholas | | Santa Barbara Superior Court | 1196888 | 06/19/06 | |
| ANDERSON | Dwayne | | Los Angeles Superior Court | 21CHCV00059 | 02/22/22 | |
| ANDERSON | Jaslynn | | Alameda Superior Court | RG11554554 | 04/27/11 | |
| ANDERSON | Mae | | Los Angeles Superior Court | BP3827 | 11/09/93 | Order states specifics. |
| ANDREWS | Antolin | | Los Angeles Superior Court | BC243366 | 02/01/02 | aka: Antolin Patric Wayne / Antolin Andrew Marks |
| ANDREWS | Derrick | C. | Humboldt Superior Court | CV160696 | 11/18/16 | aka Rara Rey Meniooh |
| ANDRISANI | Albert | | Court of Appeal, 2nd Dist, Div 5 | B069085 | 09/02/92 | |
| ANDRISANI | Samuel | | Court of Appeal, 2nd Dist, Div 5 | B094897 | 02/05/96 | |
| ANGELES | Ronald | K. | San Diego Superior Court | D516729 | 05/17/17 | |
| ANGELO | Denise Rachele | D'Sant | Ventura Superior Court | CIV235809 | 12/04/09 | aka Denise D'Sant Angelo |
| ANKELE | Griselda | | Santa Clara Superior Court | 101PR148677 | 11/26/07 | |
| ANSARI | Aneesah | Zakiyiah | San Bernardino Superior Court | CIVVS1101464 | 03/14/11 | |
| ARANDA (T-39259) | Fernando | | Sacramento Superior Court | 34201000085401 | 03/12/12 | |

**SER 438**

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| ARAUJO | Marcia | | Riverside Superior Court | SCPS2100378 | 10/01/21 | |
| ARCHIE | Tina | Lechelle | Contra Costa Superior Court | D0900446 | 12/06/10 | |
| ARELLANO | Raul | | San Diego Superior Court | 37-2019-23551 | 12/04/20 | |
| ARINZE | Anthony | C. | San Diego Superior Court | D468614DMS | 03/07/03 | |
| ARMENTERO (CDCR V90174) | Luis | Lorenzo | Solano Superior Court | FCS036085 | 09/14/11 | |
| ARONOFF | Gloria | | Orange County (South) Muni Ct | 82194 | 02/23/93 | |
| ARORA | Vasu | D. | San Francisco Superior Court | CGC-13-533184 | 01/22/15 | Order states specifics. |
| **ARUNACHALAM** | **Lakshmi** | | **San Mateo Superior Court** | **21-CIV-03199** | **06/10/22** | |
| ASBERRY | Phillip | | Fresno Superior Court | 19CECG02677 | 03/24/20 | |
| ASHANTI (DIP8935/M-224L) | Akia | S. | Sacramento Superior Court | 05AS04843 | 06/14/06 | |
| ASHWORTH | Maya | | San Luis Obispo Superior Court | CV020374 | 05/19/03 | |
| ASSLIN-NORMAND | Johnathan | | Sacramento Superior Court | 34-2018-00228188 | 11/02/18 | |
| ASTORGA | Maria | J. | San Joaquin Superior Court | 233678 | 05/16/91 | |
| ATKINSON | Barbara | J. | Ventura Superior Court | CIV173053 | 01/29/98 | |
| ATKINSON | Stanley | | Monterey Superior Court | 19CV003671 | 01/10/20 | |
| AUBREIN-BARNES | Salee | | Los Angeles Superior Court | SS024858 | 01/22/15 | aka Salee Amina; Salee Amina Mohammad; Salee Amina Mohammad; Salee |
| | | | | BC570001 | 05/7/2015 | aka Salee Amina; Salee Amina Mohammad; Salee Amina; Salee Aubrein-Barnes, Salee Amina Barnes Amina; Salee Aubrein-Barnes; Salee Amina Barnes Mohammed; Salee Barnes; Saleeamina Mohammed; Louise Barnes |
| AUBRIENNE | Salee | | Los Angeles Superior Court | BC570001 | 05/7/2015 | aka Melanie Chantell Latronica |
| AUGUST | Melanie | | Merced Superior Court | 149945 | 01/23/09 | aka Melanie Chantell Latronica |
| AUGUST | Melanie | | Merced Superior Court | 149983 | 01/23/09 | aka Melanie Chantell Latronica |
| AUGUST | Melanie | | Merced Superior Court | 149982 | 01/23/09 | aka Melanie Chantell Latronica |
| AUGUST | Melanie | | Merced Superior Court | 149981 | 01/23/09 | aka Melanie Chantell Latronica |
| AUGUST | Melanie | | Merced Superior Court | 149980 | 01/23/09 | aka Melanie Chantell Latronica |
| AUGUST | Melanie | | Merced Superior Court | 149978 | 01/23/09 | aka Melanie Chantell Latronica |
| AUGUST | Melanie | | Merced Superior Court | 149994 | 01/23/09 | aka Melanie Chantell Latronica |
| AUGUST | Melanie | | Merced Superior Court | 150444 | 01/23/09 | aka Melanie Chantell Latronica |
| AUGUST | Melanie | | Merced Superior Court | 150259 | 01/23/09 | aka Melanie Chantell Latronica |
| AUGUST | Melanie | | Merced Superior Court | 149997 | 01/23/09 | aka Melanie Chantell Latronica |
| AUGUST | Melanie | | Merced Superior Court | 149996 | 01/23/09 | aka Melanie Chantell Latronica |
| AUGUST | Melanie | | Merced Superior Court | 149995 | 01/23/09 | aka Melanie Chantell Latronica |
| AUGUST | Melanie | | Merced Superior Court | 149993 | 01/23/09 | aka Melanie Chantell Latronica |
| AUGUST | Melanie | | Merced Superior Court | 150065 | 01/23/09 | aka Melanie Chantell Latronica |
| AUGUST | Melanie | | Merced Superior Court | 150274 | 01/23/09 | aka Melanie Chantell Latronica |
| AUGUST | Melanie | | Merced Superior Court | 150275 | 01/23/09 | aka Melanie Chantell Latronica |
| AUGUST | Melanie | | Merced Superior Court | 150323 | 01/23/09 | aka Melanie Chantell Latronica |
| AUGUST | Melanie | | Merced Superior Court | 150399 | 01/23/09 | aka Melanie Chantell Latronica |
| AUGUST | Melanie | | Merced Superior Court | 150398 | 01/23/09 | aka Melanie Chantell Latronica |
| AUGUST | Melanie | | Merced Superior Court | 150459 | 01/23/09 | aka Melanie Chantell Latronica |
| AUGUST | Melanie | | Merced Superior Court | 151712 | 01/23/09 | aka Melanie Chantell Latronica |
| AUGUST | Melanie | | Merced Superior Court | 151702 | 01/23/09 | aka Melanie Chantell Latronica |
| AUGUST | Melanie | | Merced Superior Court | 150062 | 01/23/09 | aka Melanie Chantell Latronica |
| AUGUST | Michael | | Court of Appeal, 2nd Dist., Div 1 | B232996 | 10/10/12 | |
| AUSTEN | Donald | Kieran | Los Angeles Superior Court | LC022570 | 08/01/94 | Order states specifics. |

Vexatious Litigant List
**BOLD** = Added names

7/11/2022

**SER 439**

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| AUSTIN | Heather | | Los Angeles Superior Court | BC529982 | 03/19/14 | |
| AYALA | Jose | | Los Angeles Superior Court | BC378832 | 04/08/08 | |
| AYRS | Julian | | Los Angeles Superior Court | BC119945 | 06/19/95 | |
| AZAMI | Abe | | Los Angeles Superior Court | LC040637 | 08/14/01 | |
| AZAMI | Kylym | | Los Angeles Superior Court | LC040637 | 08/14/01 | |
| AZAMI | Cyrus | Lynn | Los Angeles Superior Court | BC103383 | 01/06/95 | |
| AZZARMI | Aasir | | Los Angeles Superior Court | 19TRCV00759 | 02/04/20 | |
| AZZARMI | Aasir | | Los Angeles Superior Court | 19TRCV00603 | 02/05/20 | |
| B & C TOWING | | | Santa Clara Superior Court | 506SC001625 | 06/01/07 | |
| B., J. | | | Los Angeles Superior Court | BC460339 | 09/19/11 | aka's Jones-Theophilus; Brach; Toriano Keefe Rana-Shapel Hitrappes Jones-Theophilus; Brach; Branch; B.J. |
| BACCHUS | Haroun | | Los Angeles Superior Court | LAM15K00946 | 09/03/20 | |
| BACH | John | N. | Butte Superior Court | 107377 | 04/24/92 | |
| BAECKEL | Sherryl | Leigh | San Bernardino Superior Court | SBFS326581 | 06/22/10 | |
| BAGHDASARIAN | Asatour | | Los Angeles Superior Court | BC462397 | 01/06/16 | |
| BAHINIPATY | Lingaraj | | San Diego Superior Court | N64956 | 05/01/95 | |
| BAHR | Jo-Ann | Lynn | San Diego Superior Court | DN138.96 | 01/13/20 | |
| BAIDOODIONSO-IAM | Nana | | Los Angeles Superior Court | BC429745 | 04/26/10 | |
| BAILEY | Russell | | San Diego Superior Court | 702830 | 09/12/97 | |
| BAILEY | Warren | L. | Court of Appeal, 2nd Dist, Div 5 | B067849 | 07/28/93 | |
| BAINS | Satnam | Singh | Los Angeles Superior Court | LD063045 | 05/13/15 | |
| BAIRES | Gladys | | Los Angeles Superior Court | BS120668 | 05/08/09 | |
| BAKER | Alexander | Collin | Los Angeles Superior Court | LD068701 | 07/25/18 | |
| BAKER | Joel | Ph.D. | Alameda Superior Court | RG15778301 | 12/10/15 | |
| BAKER | Melody | Joy | Ventura Superior Court | 2007D06024 | 11/07/08 | |
| BAKER, JR. | Robert | Francis | Monterey Superior Court | M41121 | 09/11/00 | |
| BAKSHI | Alfred | | Los Angeles Superior Court | BC221477 | 03/10/03 | |
| BALASSY | Albert | | Los Angeles Superior Court | C706380 | 09/25/91 | |
| BALASSY | Albert | | Court of Appeal, 2nd Dist, Div 1 | B064187 | 03/01/93 | |
| BALIK | Jeremiah | W. | San Luis Obispo Superior Court | 562015004744BPCL8TV7A 15LC-0842 | 03/03/16 | |
| BALIA | Arren | | Los Angeles Superior Court | 18LBP70026A | 06/01/22 | |
| BALLONOFF | Selene | | San Francisco Superior Court | PCN12295409 | 03/01/19 | |
| BALTIERRA, M.D. | Maria | de Jesus | San Diego Superior Court | GIC791147 | 02/07/03 | |
| BALZARINI (B-78150) | Michael | | Kings Superior Court | 04C0253 | 09/14/04 | |
| BALZARINI (B-78150) | St. Michael | Doc | Kings Superior Court | 04C0253 | 09/14/04 | |
| BANET | Hausmann | | San Francisco Superior Court | CGC06459078 | 02/22/08 | |
| BANET | Hausmann | Alain | San Francisco Superior Court | CGC06459078 | 02/22/08 | |
| BANET | Dr. Hausmann- | Alain | San Francisco Superior Court | CGC06459078 | 02/22/08 | |
| BANH | Vivian | | Los Angeles Superior Court | 19STCV36677 | 11/05/20 | |
| BANKS | Alfred | | San Diego Superior Court | 627247 | 05/29/91 | |
| BAPTISTE, SR. | Edward | J. | Santa Clara Superior Court | CV769018 | 12/12/97 | |
| BARABINO | Robert | E. | Sacramento Superior Court | 544944 | 05/04/95 | |
| BARBA | Lenia | | Los Angeles Superior Court | 18STPT01357 | 10/22/19 | |
| BARKER | Dewitt | | Sonoma Superior Court | SFL53925 | 03/14/13 | |

4

**SER 440**

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| BARNARD | Jason | | Riverside Superior Court | PSC1500497, 499, 502, 552, 553, 555 | 06/10/15 | |
| BARNARD | Laura | | Orange Superior Court | 3020090285660 | 07/06/15 | |
| BARNER | Larry | | Los Angeles Superior Court | 11S00811 | 09/06/11 | |
| BARNES | Brenda | | Los Angeles Superior Court | BC483237 | 07/08/15 | |
| BARNES | Jamie | Yvonne | Sacramento Superior Court | 34201200130337 | 08/01/13 | |
| BARNES | Louise | | Los Angeles Superior Court | SS024858 | 01/22/15 | aka Salee Amina; Salee Amina Mohammad; Salee |
| | | | | BC570001 | 05/7/2015 | Amina; Salee Aubrein-Barnes, Salee Amina Barnes |
| BARNES | Salee | | Los Angeles Superior Court | SS024858 | 01/22/15 | aka Salee Amina; Salee Amina Mohammad; Salee |
| | | | | BC570001 | 05/7/2015 | Amina; Salee Aubrein-Barnes, Salee Amina Barnes |
| BARON | Robert | | Orange Superior Court | 302009008837LCUOELDC | 01/03/22 | |
| BARRETO | Wendy | | San Bernardino Superior Court | CIVDS1806802 | 03/12/19 | aka Wendy Barreto Karina, Wendy Barreto Karina |
| BARROGA | Lucio | A. | Los Angeles Superior Court | KC030508 | 07/12/99 | |
| BARRY | Patricia | | San Mateo Superior Court | PRO121437 | 11/16/12 | Order states specifics in re: Michele Fotinos |
| BARTNOFF | Barbara | | Los Angeles Superior Court | SS013955 | 01/17/20 | Stephen Pincus, M.D. |
| BASHKIN | Paul | | Court of Appeal, 4th Dist, Div 1 | D043857 | 09/30/04 | |
| BASKINS | DiWanna | Elizabeth | Los Angeles Superior Court | 16UN03580 | 01/02/18 | Aka DiWanna E. Baskins Harris, DiWanna Harris |
| BASKINS HARRIS | DiWanna | E. | Los Angeles Superior Court | 16UN03580 | 01/02/18 | aka DiWanna Elizabeth Baskins, DiWanna Harris |
| BASOCO | Ernest | | Sonoma Superior Court | SFL72709 | 08/21/20 | |
| BASSI | Susan | | Santa Clara Superior Court | 612FL009065 | 09/15/16 | |
| BASSLER | Natalie | Panossian | Riverside Superior Court | SWD1700586 | 05/11/22 | |
| BAUER | Michael | | Los Angeles Superior Court | 03S01142 | 05/07/03 | |
| BAZLEY | Michael | | Sacramento Superior Court | 34201600197344 | 04/27/17 | |
| BEAZLEY | Dwight | T. | Orange County Superior Court | AD65814 | 09/14/94 | |
| BECKER | John | | Mendocino Superior Court | SCUKCVG0185184 | 04/30/18 | |
| BECKETT | Marcus | Riley | San Francisco Superior Court | CGC1554 7698 | 11/02/12 | |
| BEHFARIN | Fred | | Orange County Superior Court | 08D008249 | 01/19/95 | |
| BEHFARIN | Fred | | Los Angeles Superior Court | SC029688 | 10/21/94 | |
| BELL (Not on his own a vre lit, Mr. Goyens using name) | Artis | C. | Alameda Superior Court | BG05244910 | 04/30/07 | See Alameda RG07312218 |
| BELL (J-4254 D3-109) | Horace | | Kern Superior Court | S1500CV272714 | 04/17/12 | |
| BELL (CDCJ342454) | Horace | | Lassen Superior Court | No Case # | 01/29/13 | |
| BELL (J-42454) | Horace (Horace) | | Kern Superior Court | S1500CV273801 | 02/29/12 | |
| BELL OUTLAW | Larry | | Sacramento Superior Court | 06AS04002 | 07/06/09 | |
| BELL OUTLAW | Carlos | F. | Los Angeles Superior Court | BC257946 | 12/19/01 | |
| BELL OUTLAW | Carlos | F. | Los Angeles Superior Court | BC206320 | 06/15/99 | |
| BELAIR | Betti | | San Francisco Superior Court | CGC1554 7698 | 04/04/16 | aka Yutz McDougal, Ralph Raisonheimer, Jessie |
| BELTON | Larry | E. | Sacramento Superior Court | 94C04424 | 05/18/95 | |
| BELTRAN-SELL | Michele | A. | Santa Barbara Superior Court | 19CV06054 | 12/03/19 | |
| BELTRAN-SELL | Michele | A. | Santa Barbara Superior Court | 19CV06055 | 12/03/19 | |
| BELTRAN-SELL | Michele | A. | Santa Barbara Superior Court | 19CV06056 | 12/03/19 | |
| BELTRAN-SELL | Michele | A. | Santa Barbara Superior Court | 19CV06057 | 12/03/19 | |
| BENHAM | Erik | | Santa Barbara Superior Court | 1269282 | 12/17/14 | |
| BENNETT | J. | W. | San Mateo Superior Court | PR0117503 | 02/27/09 | |
| BENNETT | J. | W. | San Mateo Superior Court | PR0117212 | 02/27/09 | |
| BENNETT | J. | W. | San Mateo Superior Court | PR0117168 | 02/27/09 | |
| BENNETT | J. | W. | San Mateo Superior Court | PR0117468 | 02/27/09 | |
| BENNETT | J. | W. | San Mateo Superior Court | PR0117171 | 02/27/09 | |

5

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| BENNETT | J. | W. | San Mateo Superior Court | PR0117170 | 02/27/09 | |
| BENNETT | J. | W. | San Mateo Superior Court | PR0117169 | 02/27/09 | |
| BENNETT | J. | W. | San Mateo Superior Court | PR0117167 | 02/27/09 | |
| BENNETT | James | | San Diego Superior Court | 372015000243 6CUFRNC | 05/03/17 | |
| BENNETT | Pamela | | San Diego Superior Court | 372015000243 6CUFRNC | 05/03/17 | |
| BENNETT | Shawn | Dennis | San Joaquin Superior Court | STK-CV-UF-2021-0005093 | 09/09/21 | |
| BENNETT | Shawn | Dennis | San Joaquin Superior Court | STK-CV-UF-2021-0005103 | 09/09/21 | |
| BENNETT | Stephen | H. | Orange Superior Court | 302011004971436CUROC | 11/03/17 | |
| BENYAMINI | Robert | | San Luis Obispo Superior Court | 14CVP0049 & 0051 | 10/17/16 | |
| BERG | Jerome | | San Francisco Superior Court | CGC02403816 | 08/20/02 | |
| BERGE | Gregg | Allen | San Luis Obispo Superior Court | CV041038 | 05/19/05 | |
| BERGE | Gregg | Allen | San Luis Obispo Superior Court | CV030214 | 07/10/03 | Order states specifics. |
| BERMAN | Scot | | San Diego Superior Court | 372007000018931PRTRCTL | 02/10/09 | |
| BERNARD | Dawn | A. | Orange County Superior Court | D305932 | 07/14/00 | |
| BERNARD | Dawn | A. | Orange County Superior Court | 94D07791 | 05/27/00 | |
| BERNIER | Rejeanne | M. | San Diego Superior Court | 37-2011-97017 | 06/09/14 | |
| BERRY | Ethan | A. | Contra Costa Superior Court | D9800245 | 04/13/04 | |
| BERRY | Graham | E. | Los Angeles Superior Court | BC184355 | 08/20/99 | |
| BEXTON | Alana | Poole | Kern County Superior Court | S31384 | 12/12/95 | |
| BHAMBRA | Harjit | | Alameda Superior Court | RG09490964 | 09/02/10 | |
| BHAMBRA | Harjit | | Contra Costa Superior Court | L0908493 | 04/06/11 | |
| BHARDWAJ | Sanjay | | Alameda Superior Court | FF0838D050 | 07/02/13 | |
| BHATIA | Ram | S. | Los Angeles Superior Court | P0011462 | 02/05/04 | |
| BIANCHI | Alfred | | San Mateo Superior Court | CIV417277 | 07/25/07 | |
| BIANCHI | Lois | K. | San Mateo Superior Court | CIV417277 | 07/25/07 | |
| BIBLE | Aleksandr | | Los Angeles Superior Court | 19STCV02421 | 05/24/19 | |
| BICKMORE | Gregory | L. | Butte Superior Court | 118290 | 08/11/95 | |
| BIEBER | Milton | | Court of Appeal, 4th Dist, Div 3 | G045397 | 02/07/13 | |
| BILECKY | Paul | | Los Angeles Superior Court | BC463048 | 11/08/11 | |
| BILLINGS | Christina | Gerasimos | Los Angeles (Pasadena) Muni Ct | 93M05279 | 11/23/94 | |
| BIRD | Donald | M. | Tehama Superior Court | CI65825 | 01/09/12 | |
| BIRENBAUM | Nidia | | Los Angeles Superior Court | SCO79729 | 10/02/15 | |
| BIRENBAUM | Sam | | Los Angeles Superior Court | SCO79729 | 10/02/15 | |
| BISCHOF | Dave | | Los Angeles Superior Court | 14K14212 | 08/20/18 | AKA Allen Supply |
| BISHOP | Reggie | Lyn | Los Angeles Superior Court | BC478175 | 09/28/15 | |
| BITTAKER | Lawrence | S. | Marin Superior Court | 155223 | 04/20/93 | |
| BIZZARI-LUSK | Nancy | | San Diego Superior Court | D511245 | 08/19/09 | |
| BLACK | Yvette | L. | Los Angeles Superior Court | BC061325 | 09/10/93 | |
| BLACKWELL (HE506458-4-225L) | Rodney | Karl | Los Angeles Superior Court | BC377798 | 05/16/08 | |
| BLANCHARD | Jessica | | Riverside Superior Court | PSP1100599 | 06/12/13 | |
| BLAND | Joshua | | Kern County Superior Court | BCV181021010RL | 07/10/19 | |
| BLICKENSTAFF | Evan | | Alameda Superior Court | RG14734163 | 09/28/17 | |
| BLEISCH | William | | San Diego Superior Court | D294829 | 09/14/94 | |
| BLIGHT | Harvey | | San Mateo Superior Court | CIV528692 | 07/25/14 | |
| BLODGETT | John | Timothy | Riverside Superior Court | INF056270 | 12/01/09 | |
| BLOOM | Michael | | Riverside Superior Court | IND095864 | 08/10/09 | |
| BLUME | James | | Los Angeles Superior Court | BC453664 | 06/17/13 | |
| BLYTHE | Barry | | Riverside Superior Court | MCC1400169 | 10/07/15 | |

Vexatious Litigant List
**BOLD** = Added names

SER 442

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| BOECKER | Maria | | Los Angeles Superior Court | 20LBCV00522 | 02/24/22 | |
| BOISSIERE | Alexis | | Contra Costa Superior Court | N101600 | 01/07/11 | |
| BOISVERT | Rene | Guy | Alameda Superior Court | RG17883968 | 05/17/18 | |
| BOLGAR | Peter | | Los Angeles Superior Court | BC464010 | 03/15/12 | aka: Vladimir Yovev |
| BOMANI | Hashim | | Los Angeles Superior Court | VD065587 | 09/21/11 | |
| BONAR | Richard | Louis | San Luis Obispo Superior Court | LC031126 | 04/23/04 | |
| BONILLA (J-48500) | Steven | Wayne | Marin Superior Court | CIV1203101 | 02/20/13 | |
| BOOTHE | Beverly | Ann | Orange County Superior Court | 30200900121173 | 10/05/09 | |
| BORESS | Harry | | Contra Costa Superior Court | C0202127 | 01/07/03 | |
| BORLAND | Barbara | | Los Angeles (Newhall) Muni Ct | 91CO2011 | 10/21/92 | |
| BOTELLO | Ruben | B. | Humboldt Superior Court | 92DR0221 | 11/02/92 | |
| BOTHELL | Brad | E. | Santa Clara Superior Court | 105CV046193 | 03/27/07 | |
| BOUNDS | Scott | | Orange Superior Court | 07DO04839 | 09/25/15 | |
| BOUTROS | George | | Butte Superior Court | 20CV00784 | 03/24/21 | |
| BOVERSON | Christina | | Ventura Superior Court | D311718 | 02/15/17 | |
| BOWEN | Patricia | L. | Los Angeles Superior Court | BC088198 | 02/23/95 | |
| BOWIE | Vernon | L. | Los Angeles Superior Court | BC448043 | 03/01/11 | |
| BOWLES | John | | Contra Costa Superior Court | C9501573 | 10/05/00 | |
| BOWMAN | Joshua | | Los Angeles Superior Court | 21LBCV00212 | 04/13/21 | |
| BOWMAN | Joshua | | Los Angeles Superior Court | 21LBCV00211 | 04/13/21 | |
| BOWMAN | Joshua | | Los Angeles Superior Court | 21LBCV00210 | 04/13/21 | |
| BOWMAN | Joshua | | Los Angeles Superior Court | 21LBCV00209 | 04/13/21 | |
| BOWMAN | Joshua | | Los Angeles Superior Court | 21LBCV00208 | 04/13/21 | |
| BOWMAN | Joshua | | Los Angeles Superior Court | 21LBCV00207 | 04/13/21 | |
| BOWMAN | Joshua | | Los Angeles Superior Court | 21LBCV00206 | 04/13/21 | |
| BOWMAN | Joshua | | Los Angeles Superior Court | 21LBCV00205 | 04/13/21 | |
| BOWMAN | Joshua | | Los Angeles Superior Court | 21LBCV00204 | 04/13/21 | |
| BOWMAN | Joshua | | Los Angeles Superior Court | 21LBCV00203 | 04/13/21 | |
| BOWMAN | Joshua | | Los Angeles Superior Court | 21LBCV00202 | 04/13/21 | |
| BOWMAN | Joshua | | Los Angeles Superior Court | 21LBCV00182 | 04/13/21 | |
| BOWMAN | Joshua | | Los Angeles Superior Court | 21LBCV00177 | 04/13/21 | |
| BOWMAN | Joshua | | Los Angeles Superior Court | 21LBCV00172 | 04/13/21 | |
| BOWMAN | Joshua | | Los Angeles Superior Court | 21LBCV00222 | 05/12/21 | |
| BOWMAN | Joshua | | Los Angeles Superior Court | 21LBCV00221 | 05/12/21 | |
| BOWMAN | Joshua | | Los Angeles Superior Court | 21LBCV00242 | 05/12/21 | |
| BOWMAN | Joshua | | Los Angeles Superior Court | 21LBCV00248 | 05/12/21 | |
| BOWMAN | Joshua | | Los Angeles Superior Court | 21LBCV00249 | 05/12/21 | |
| BOWMAN | Joshua | | Los Angeles Superior Court | 21LBCV00250 | 05/12/21 | |
| BOYD | Anthony | H. | Kern Superior Court | 51638 | 09/12/94 | Order states specifics. |
| BRACH | Keefe | | Los Angeles Superior Court | BC460339 | 09/19/11 | aka S Jones-Theophilus; Brach; Toriano Keefe Kana- |
| BRADFORD (H-16258) | Raymond | Alford | Kings Superior Court | 06CO360 & 06CO361 | 12/07/07 | |
| BRADFORD | Raymond | Alford | Kern Superior Court | BCM-15-000015 | 11/19/15 | |
| BRADLEY | Audrey | | Orange County Superior Court | 699626 | 11/17/97 | |
| BRADLEY | Jacqueline | | Alameda Superior Court | BG05223156 | 10/19/05 | |
| BRADLEY | Melissanne | | Marin Superior Court | FL1603174 | 06/08/18 | aka Melissanne Gallant, Melissanne Velyvis |
| BRAINARD | William | J. | Tuolomne Superior Court | CV56801 | 12/14/11 | |
| BRANCH | K. | T. | Los Angeles Superior Court | BC460339 | 09/19/11 | aka S Jones-Theophilus; Brach; Toriano Keefe Kana- |
| BRANCH | Keefe | T. | Los Angeles Superior Court | BC460339 | 09/19/11 | aka S Jones-Theophilus; Brach; Toriano Keefe Kana- |

Vexatious Litigant List
**BOLD** = Added names

**SER 443**

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| BRANCH | Keith | | Los Angeles Superior Court | BC460339 | 09/19/11 | aka's Jones-Theophilus; Brach; Toriano Keefe Kana- |
| BRANDES | Alaine | | Riverside Superior Court | 70405 | 03/08/94 | Order states specifics. |
| BRANDES | Linnea | | Riverside Superior Court | 70405 | 03/08/94 | Order states specifics. |
| BRANDT | Donald | K. | Los Angeles Superior Court | BC597864 | 01/22/16 | |
| BRANDT | Tzipora | | Los Angeles Superior Court | BC597864 | 01/22/16 | |
| BRAVO | Victor | J. | San Diego Superior Court | SB7515 | 11/17/00 | |
| BRAZIL, JR. | Joseph | F. | Sonoma Superior Court | SCV85414 | 05/26/98 | |
| BRELAND, JR. | Frank | | San Diego Superior Court | 708311 | 12/15/97 | |
| BROADNAX | Lawrence | | Los Angeles Superior Court | BC214701 | 05/15/01 | |
| BRODEUR | Mona | Theresa | San Mateo Superior Court | F012037 | 07/30/93 | |
| BRODEUR | Mona | Theresa | San Mateo Superior Court | 384113 | 07/30/93 | |
| BRODEUR | Mona | Theresa | San Mateo Superior Court | 384114 | 07/30/93 | |
| BRODEUR | Mona | Theresa | San Mateo Superior Court | F011422 | 07/14/93 | |
| BROEMER | Glen | | Central District Court of CA | CV 10-05193 MMM | 02/07/14 | |
| BROOKSHIRE | Cory | L | Los Angeles Superior Court | 18STCV03281 | 04/15/19 | aka C.L. Brookshire |
| BROSNAN | John | | Contra Costa Superior Court | C9501573 | 10/05/00 | |
| BROSNAN | John | | Contra Costa Superior Court | C0303021 | 11/04/03 | |
| BROSNAN | John | | Contra Costa Superior Court | C0400329 | 04/14/04 | |
| BROW | Jennifer | A. | Kern (Bakersfield) Municipal Ct | 109705 | 09/04/98 | Order states specifics. |
| BROW | Richard | J. | Kern (Bakersfield) Municipal Ct | 109705 | 09/04/98 | Order states specifics. |
| BROWN | Dusileana | | Los Angeles Superior Court | BD563217 | 06/03/14 | |
| BROWN | James | Earl | Los Angeles Superior Court | SC116133 | 08/21/12 | |
| BROWN | Joyce | Willes | Court of Appeal, 2nd Dist, Div 5 | B080364 | 07/07/94 | |
| BROWN | Rodney | | Central District Court of CA | CV11541SCAS | 09/20/13 | Ronson Brown and various iterations thereof |
| BROWN | Ronnie | O'Neal | Central District Court of CA | CV11541SCAS | 09/20/13 | Ronson Brown and various iterations thereof |
| BROWN | Ronson | | Central District Court of CA | CV11541SCAS | 09/20/13 | Rodney Brown and various iterations thereof |
| BROWN | Sharon | | San Diego Superior Court | DN123810 SVK | 01/07/11 | aka Sharon Mork |
| BROWN | Sherwood | | San Diego Superior Court | 703585 | 03/21/97 | |
| BROWN, II | William | Odessa | Monterey Superior Court | M82457 | 08/08/07 | |
| BROWN-WILLIAMS | Judith | M. | Los Angeles Superior Court | PC056141 | 05/05/15 | |
| BROWNING | Howard | | Los Angeles Superior Court | BC016615 | 10/28/94 | |
| BROWNING | Johnny | | Alameda Superior Court | RG16830727 | 08/14/18 | |
| BRUDER | Caroline | | Orange Superior Court | 17D001964 | 08/14/20 | |
| BRUMBAUGH | Edna | Louise | San Diego Superior Court | GIN008472 | 07/07/08 | |
| BRUZZONE | Michael | | Santa Clara Superior Court | 1-14-CV-273902 | 05/27/15 | |
| BRYAN | Catherine | | San Diego Superior Court | 00043868-CU-OR-NC | 11/06/18 | |
| BRYAN | Kimberley | A. | Placer Superior Court | SDR034388 | 11/30/21 | |
| BRYANT | David | L. | Sacramento Superior Court | JC2081 | 08/05/96 | |
| BRYANT | Kevin | D. | Solano Superior Court | FCS041980 | 07/15/14 | |
| BRYANT | Mary | | Tulare Superior Court | VCU269281 | 07/27/17 | |
| BUCHANAN | Andrew | | San Bernardino Superior Court | BVFHS01508 | 01/26/06 | |
| BUCKS | Janel | Hyeshia | Orange Superior Court | 00608668-CU-PA-CIC | 12/11/14 | aka Janel Buycks |
| BUISSON | Linda | | Placer Superior Court | MCV0063469 | 07/16/15 | |
| BULMER | David | | Ventura Superior Court | D371883 | 02/16/17 | |
| BUONO | Salvatore | | Riverside Superior Court | SWD003122 | 07/08/10 | |
| BURGAN (MOSIER) | Kelly | | San Diego Superior Court | ED54597 | 01/13/09 | |
| BURGUIN | Mike | | Ventura Superior Court | 56201200411205CUCNVTA | 08/13/12 | |
| BURK | Linda | J. | Orange Superior Court | A186412 | 08/25/15 | |

8

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| BURK | Mark | Anthony | Riverside Superior Court | INV012815 | 08/28/09 | |
| BURKE | Sherry | | Sonoma Superior Court | 180076 | 10/21/94 | |
| BURLINI | David | | Santa Clara Superior Court | 108PR163916 | 02/25/10 | aka Thomass Findlay (order has additional language) |
| BURMISTER | Jessica | | Modoc County Superior Court | CU-18-125 | 10/25/18 | |
| BURNS | Julia | | Shasta Superior Court | 01CV0089 | 03/29/02 | |
| BURRELL | Roger | W. | Los Angeles Superior Court | BC085778 | 02/23/94 | |
| BURT | William | Edward | San Diego Superior Court | 37201700343475CSCNC | 03/29/17 | |
| BURUGA | Gabriel | | Orange County Superior Court | 05CC12637 | 01/31/06 | |
| BUSH | James | Alan | Santa Clara Superior Court | 108CV119008 | 10/03/08 | |
| BUTLER | Shavon | | Santa Clara Superior Court | 113CV252392 | 1/10/2014 | |
| BUYCKS | Janel | | Merced Superior Court | 17CV04136 | 12/5/17 | aka Suki Lee, Suki L.E.E., Nicki Minaj, Ketara Shavon Wyatt |
| CABRERA | Luis | B. | Orange Superior Court | 0060868-CU-PA-CJC | 12/11/14 | aka Janel Hyeshia Bucks |
| CABRERA | Norma | | San Mateo Superior Court | 19CIV06946 | 08/03/20 | |
| CADE | Lafayette | | San Mateo Superior Court | 19CIV06946 | 08/03/20 | |
| CADE | Lafayette | | Kern Superior Court | S1500CV269059SPC | 10/18/10 | |
| CAIN | Inventor | Daryl | Los Angeles Superior Court | GC044230 | 11/12/10 | |
| CAIN | Reverend | Daryl | San Diego Superior Court | SC595575 | 09/18/91 | |
| CAIN | Daryl | | San Diego Superior Court | SC595575 | 09/18/91 | |
| CALDERON | Crystal | | San Diego Superior Court | SC595575 | 09/18/91 | |
| CALDERON LOPEZ | Ricardo | J. | Orange County Superior Court | 3020090033186399RGPUC | 02/17/12 | |
| CALDWELL | Ginny | | San Diego Superior Court | SC088518 | 05/26/06 | |
| CALIHAN | Kenneth (Kenny) | | San Diego Superior Court | D537320 | 03/07/13 | also see Ginny Edmunds |
| CALIP | Tajai | | Amador Superior Court | 12CVC08086 | 06/12/13 | |
| CALLAHAN | Sherry | | Alameda Superior Court | RG147710028 | 07/22/14 | |
| CALLENDER (CDC # F-27511) | Vincent | A. | Sonoma Superior Court | 180076 | 10/21/94 | |
| CALLOWAY | Jamise | | Kings Superior Court | 19C0232 | 01/09/20 | |
| CALLOWAY | Jamisi | J. | San Joaquin Superior Court | STKCVUCR2017001319S | 03/01/18 | |
| CAMARGO | Alejandro | | San Joaquin Superior Court | STKCVUPR017001155B | 06/21/18 | |
| CAMARGO | Olivia | Aquila | Los Angeles Superior Court | VC055702 | 08/02/10 | |
| CAMBEROS | Julie | | Los Angeles Superior Court | VC055702 | 08/02/10 | |
| CAMPBELL | Betty | | San Diego Superior Court | 2007101478 | 03/02/11 | |
| CAMPBELL | Carmen | E. | Sacramento Superior Court | 342017002106171CUWEGDS | 10/01/19 | |
| CAMPBELL | Coral | A. | Los Angeles Superior Court | NC026096 | 10/28/99 | |
| CAMPBELL | Evangelist | Maggie | Mendocino Superior Court | SCUK-CVG-2016-68387 | 11/13/18 | PJ Moorman denied request to remove 6/22/2020 |
| CAMPBELL | Larry | W. | Los Angeles Superior Court | PC037608 | 11/07/05 | also see Maggie Campbell & Maggie-Judith Fluker |
| CAMPBELL | Larry | W. | Placer Superior Court | SDR7097 | 01/30/02 | |
| CAMPBELL | Maggie | | Placer Superior Court | SCV15460 | 07/08/04 | |
| CAMPBELL | Stuart | | Los Angeles Superior Court | PC037608 | 11/07/04 | also see Maggie-Judith A. Fluker |
| CAMPBELL-SMITH | Anne | | Los Angeles Superior Court | BC038368 | 04/15/92 | |
| CAMPOS | Alicia | | Los Angeles Superior Court | BC038368 | 04/15/92 | |
| CAMPOS-RIEDEL | Sofia | | San Diego Superior Court | D487786 | 11/01/11 | |
| CAMPOS-RIEDEL | Sofia | | Placer Superior Court | SSP000587 | 10/16/12 | |
| CAMPUZANO | Galilea | | Placer Superior Court | SDR10354 | 02/23/07 | |
| CANTARELLA | David | Wayne | Los Angeles Superior Court | 18STRO06211 | 01/09/19 | |
| CAPABLANCA | David | | Orange Superior Court | 06D006157 | 07/23/10 | |
| CAPABLANCA | David | | Los Angeles Superior Court | 17VESC09033 | 01/17/19 | |
| CAPABLANCA | David | | Los Angeles Superior Court | 18SMSC03314 | 01/17/19 | |

Vexatious Litigant List
**BOLD** = Added names

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| CAPABLANCA | David | | Los Angeles Superior Court | 18SMSC03315 | 01/17/19 | |
| CAPABLANCA | David | | Los Angeles Superior Court | 18SMSC03316 | 01/17/19 | |
| CAPABLANCA | David | | Los Angeles Superior Court | 18SMSC03490 | 01/17/19 | |
| CAPABLANCA | David | | Los Angeles Superior Court | 18SMSC03491 | 01/17/19 | |
| CAPABLANCA | David | | Los Angeles Superior Court | 18SMSC03492 | 01/17/19 | |
| CAPABLANCA | David | | Los Angeles Superior Court | 18SMSC03493 | 01/17/19 | |
| CAPABLANCA | David | | Los Angeles Superior Court | 18SMSC03495 | 01/17/19 | |
| CAPABLANCA | David | | Los Angeles Superior Court | 18SMSC03849 | 01/17/19 | |
| CAPABLANCA | David | | Los Angeles Superior Court | 18STSC10822 | 01/17/19 | |
| CAPABLANCA | David | | Los Angeles Superior Court | 18STSC11531 | 01/17/19 | |
| CAPABLANCA | David | | Los Angeles Superior Court | 18STSC11532 | 01/17/19 | |
| CAPABLANCA | David | | Los Angeles Superior Court | 18STSC11533 | 01/17/19 | |
| CAPABLANCA | David | | Los Angeles Superior Court | 18STSC11690 | 01/17/19 | |
| CAPABLANCA | David | | Los Angeles Superior Court | 18STSC13423 | 01/17/19 | |
| CAPABLANCA | David | | Los Angeles Superior Court | 18VESC02607 | 01/17/19 | |
| CAPABLANCA | David | | Los Angeles Superior Court | 18VESC03319 | 01/17/19 | |
| CAPABLANCA | David | | Los Angeles Superior Court | 18SMSC03493 | 01/17/19 | |
| CAPABLANCA | David | | Los Angeles Superior Court | 18STSC13779 | 01/17/19 | |
| CAPABLANCA | David | | Los Angeles Superior Court | 18STSC12896 | 01/17/19 | |
| CAPABLANCA | David | | Los Angeles Superior Court | 18STSC12966 | 01/17/19 | |
| CAPABLANCA | David | | Los Angeles Superior Court | 18VESC04343 | 01/17/19 | |
| CAPABLANCA | David | | Los Angeles Superior Court | 18VESC05908 | 01/17/19 | |
| CARDAN | Cyrus | | Los Angeles Superior Court | BC103383 | 01/06/95 | |
| CARDENAS | Ricardo | | San Diego Superior Court | 37201000078616CUWESC | 02/17/11 | |
| CARDINALLI | Vincent | | Santa Clara Superior Court | 5075C002040 | 08/02/07 | Also see A&R Towing, Inc. |
| CARLOCK | Gaynor | | Orange County Superior Court | 30201200572203 | 02/04/13 | |
| CARLSON | Patricia | | Madera Superior Court | MCV086145 | 03/15/22 | |
| CARMICHAEL | Caroline | | San Diego Superior Court | D532329 | 12/02/15 | |
| CARMICHAEL | Gina | D. | Sacramento Superior Court | 02AS06090 | 09/23/05 | |
| CARON | Craya | Contradina | San Diego Superior Court | 37201900022267CUWMNC | 07/26/19 | aka Craig Conradin Caron |
| CARREA, JR. | Christopher | | San Diego Superior Court | 727411 | 06/25/99 | |
| CARRILLO | Alberto | | Alameda Superior Court | H273431 | 03/12/02 | |
| CARRION | Carlo | A. | Los Angeles Superior Court | BP162926 | 06/21/17 | |
| CARROLL | David | | Orange Superior Court | 12D005798 | 08/23/19 | |
| CARSLAKE | Troy | Timothy | Alameda Superior Court | HF15794456 | 03/23/18 | |
| CARTER | Bradley | C. | Riverside Superior Court | 314204 | 07/29/98 | |
| CARTER | James | | Orange County Superior Court | 720486 | 03/28/94 | |
| CARTER | Tramell | | Los Angeles Superior Court | 19STRO01814 | 05/06/19 | |
| CARTHAN | Tacarra | | Los Angeles Superior Court | 20STCV42159 | 06/30/21 | aka Tacarra Williams |
| CASE | Cash | | Los Angeles Superior Court | BC713696 | 05/30/19 | aka Case Cash, aka Sun Kim |
| CASS | Robert | A. | Los Angeles Superior Court | BC063327 | 05/03/93 | |
| CASSANO | Christine | | San Bernardino Superior Court | BVFH501508 | 01/26/06 | |
| CASSANO | Christine | | San Bernardino Superior Court | BBCH500912 | 01/26/06 | |
| CASSERLEY | Norman | | Court of Appeal, 4th Dist, Div 1 | D015562 | 11/16/93 | |
| CASSERLEY | Norman | | Court of Appeal, 4th Dist, Div 1 | D017008 | 11/16/93 | |
| CASSIDY | Patrick | A. | San Joaquin Superior Court | 70255 | 04/09/02 | |
| CASTANEDA | Jose | | Los Angeles Superior Court | BC466737 | 05/18/12 | |

10

SER 446

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| CASTILLO | Victorino | | Orange County Superior Court | 30201801008810 | 12/06/18 | |
| CASTORINA | Bryan | Thomas | Los Angeles Superior Court | BC308156 | 09/01/06 | Order states specifics. |
| CASTRO | Stacey | Lee | Kern Superior Court | S1500PB58678 | 10/25/16 | aka Stacey Castro |
| CASTRO | Stacy | | Kern Superior Court | S1500PB58678 | 10/25/16 | aka Stacey Lee Castro |
| CASTRO-GUARDADO | Marison | | Sacramento Superior Court | 96FL01361 | 04/28/06 | |
| CATO | Mark | A. | San Francisco Superior Court | PCN09292293 | 04/11/12 | Also see Janice Mendenhall |
| CAVIC | Danny | | Orange County Superior Court | 30200800110288 | 02/26/13 | aka Dusko Cavic |
| CAVIC | Dusko | | Orange County Superior Court | 30200800110288 | 02/26/13 | aka Danny Cavic |
| CDPG | | | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| CDPR | | | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| CHADBOURNE | Bruce | | Napa Superior Court | 19CV000046 | 10/22/21 | |
| CHADDA | Solange | | Los Angeles Superior Court | BC249530 | 06/21/02 | |
| CHADWICK | Anne | | Los Angeles Superior Court | C740760 | 08/04/92 | |
| CHADWICK | Suzanne | | Los Angeles Superior Court | C740760 | 08/04/92 | |
| CHAKER | Darren | D. | San Diego Superior Court | 591421 | 12/02/97 | See SCSD  GIC757326 |
| CHAKER | Darren | D. | San Diego Superior Court | GIC757326 | 06/22/01 | |
| CHAKER | Darren | David | San Diego Superior Court | GIC757326 | 06/22/01 | |
| CHAN | Adeline | Hsu | Alameda Superior Court | RG14714028 | 05/16/14 | |
| CHANG | Eugene | | Contra Costa Superior Court | P0100045 | 04/13/01 | |
| CHANTEL | Darlene | | Madera Superior Court | 48592 | 04/27/94 | Order states specifics. |
| CHANTEL | Roger | | Madera Superior Court | 48592 | 04/27/94 | Order states specifics. |
| CHAPMAN | Barbara | S. | Alameda Superior Court | RG07355928 | 03/26/08 | |
| CHAPPELL | Shaun | | Los Angeles Superior Court | BC538619 | 01/29/14 | |
| CHARLES | Jeffrey | | Riverside Superior Court | RIC1715059 | 09/25/17 | |
| CHAVEZ | Brenda | F. | Los Angeles Superior Court | TD003224 | 04/16/98 | Order states specifics. |
| CHAVEZ | Marinela | Ortiz | Santa Clara Superior Court | 18FL004060 | 09/23/21 | |
| CHEA | Sahara | | Kern Superior Court | 569756 | 07/10/02 | |
| CHEN | Kang | Shen | Orange County Superior Court | 30201500772578 | 11/10/15 | |
| CHEPEL | Igor | | Sacramento Superior Court | 332012001117BSCUPOG0S | 03/07/13 | |
| CHERINKA | Patricia | | Placer Superior Court | S060045142 | 03/21/22 | |
| CHESTANG | Daniel | K. | Solano Superior Court | FCS044707 | 08/10/15 | |
| CHEVALIER | Kia | C. | Alameda Superior Court | RG03095066 | 08/13/04 | |
| CHILDS | Juanita | W. | Kern Superior Court | 220662 | 09/22/92 | Order states specifics. |
| CHINON | Wallbridge | R.R. | Los Angeles Superior Court | BC174567 | 04/24/98 | |
| CHIRALIA | Cornel | | Los Angeles Superior Court | BP048997 | 09/07/01 | |
| CHIRALIA | Cornel | | Los Angeles Superior Court | 00E01716 | 07/24/02 | |
| CHOU | Wen | Hsiang | Los Angeles Superior Court | BC426931 | 02/25/10 | |
| CHOUDHURI | Kabita | | Marin Superior Court | CIV1204681 | 05/17/13 | |
| CHOW | Esther | | Court of Appeal, 2nd Dist, Div 5 | B082247 | 08/12/94 | |
| CHOW | Jenny | Y. | Los Angeles Superior Court | BC586001 | 10/20/16 | |
| CHOW | Peter | S. | Los Angeles Superior Court | BC586001 | 10/20/16 | |
| CHOYCE | Bruce | E. | Alameda Superior Court | Misc | 10/29/96 | |
| CHOYCE | Bruce | E. | San Francisco Superior Court | 963660 | 03/01/95 | |
| CHRISTIAN | Tia | | Orange County Superior Court | 30201300621962 | 03/04/13 | Also see Tia Ladette Christian, Tia Ladette Williams & Tia Williams |
| CHRISTIAN | Tia | Ladette | Orange County Superior Court | 30201300621962 | 03/04/13 | Also see Tia Christian, Tia Ladette Williams & Tia Williams |
| CHRISTIANA | John | Thomas | Orange County Superior Court | 30201700918017 | 09/24/18 | |
| CHRISTOPHER | Stephen | Don | San Joaquin Superior Court | 289253 | 09/22/99 | |
| CHURCH | Tom | | San Francisco Superior Court | 407114 | 08/08/02 | |

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| CHURCH | Tom | | Court of Appeal, 1st District | A103344 | 08/01/03 | |
| CLAIBORNE [E-91198] | Dennis | Gerald | Monterey Superior Court | M82579 | 05/24/07 | |
| CLAMPITT | Rosemarie | | Los Angeles Superior Court | BC059801 | 10/13/93 | |
| CLARK | Barbara | | Kern Superior Court | S1500CV2653445PC | 01/05/09 | |
| CLARK | Diddo | | Contra Costa Superior Court | C06-01091 | 07/08/08 | |
| CLARK | James | Lee | Los Angeles Superior Court | BC534086 | 01/07/16 | |
| CLARK | Peter | | Santa Clara Superior Court | 16PR179269 | 07/26/21 | |
| CLARKE | Idelle | | Los Angeles Superior Court | BC243403 | 08/26/02 | |
| CLAY-HUNTER | Pauline | | Los Angeles Superior Court | BC121678 | 03/14/96 | |
| CLAYTON | Lynell | Patricia | Los Angeles Superior Court | 19LBR001696 | 11/07/19 | |
| CLAYTON | Sholeh | Davari Tehrani | Orange Superior Court | 302016080840244 | 12/02/16 | |
| CLEAVER | Lance | | Monterey Superior Court | 16CV003486 | 12/13/16 | |
| CLEAVER | Lance dba | Cypress Properties | Monterey Superior Court | 16CV003486 | 12/13/16 | |
| CLEMONS | Gregory | L. | Kern Superior Court | 22572 | 02/27/98 | |
| CLYMER | Raoul | | Riverside Superior Court | CVR12103391 | 06/02/22 | |
| COHAN | Nedjatollah | | Los Angeles Superior Court | LC103040 | 12/31/15 | |
| COHEN | Bezad | | Los Angeles Superior Court | BC285673 | 04/15/03 | |
| COLEMAN | Laquesha | | Fresno Superior Court | 07CECL08156 | 01/03/08 | |
| COLEMAN | Shirell | | Los Angeles Superior Court | 18AVCV00096 | 02/27/19 | |
| COLEN | John | V. | Riverside Superior Court | RIC1309969 | 01/16/14 | |
| COLLIER | Etta | M. | Los Angeles Superior Court | BC299951 | 06/15/04 | |
| COLLINS | Janie | | San Francisco Superior Court | CGC07463744 | 05/05/09 | |
| COLOMBO | Ralph | | Orange County Superior Court | 30-2014-00745347 | 02/17/15 | |
| CONETTA | Michael | Patrick | San Diego Superior Court | 200892437 | 04/24/09 | |
| CONO | Leo | | Los Angeles Superior Court | 21STCV07520 | 08/05/21 | |
| CONWAY | Lee | | Alameda Superior Court | AF13663117 | 04/14/14 | |
| COOK | Caroline | M. | Monterey Superior Court | 21CV000425 | 03/11/21 | |
| COOK | Caroline | M. | Monterey Superior Court | 20CV003220 | 05/04/21 | |
| COOK | Graham | | Napa Superior Court | 2601469 | 07/08/98 | |
| COOK | Kha'ry | | Solano Superior Court | FSC063636 | 12/15/20 | |
| COOK | Kha'ry | | Solano Superior Court | FSC063637 | 12/15/20 | |
| COOKS | Charles | R. | Sacramento Superior Court | 34201600205504 | 12/01/17 | |
| COOLEY | Nathan | | Los Angeles Superior Court | 09C00290 | 06/08/11 | |
| COONEY | Deborah | | San Diego Superior Court | 00030747-CU-UD-CTL | 02/25/16 | |
| COOPER | Bobby | K. | Los Angeles Superior Court | BC110162 | 03/10/95 | |
| COOPER | Christina | D. | Calaveras Superior Court | CV34178 | 12/30/20 | |
| COOPER | Craig | B. | Marin Superior Court | CIV1504572 | 06/01/17 | |
| COOPER | Johnny | D. | Fresno Superior Court | 10CECG03974 | 12/08/10 | aka for Johnny D. Cooper, Sr. |
| COOPER | Mark | K. | Sonoma Superior Court | MCV148876 | 10/06/97 | |
| COOPER, SR. | Johnny | D. | Fresno Superior Court | 10CECG03974 | 12/08/10 | |
| COPLAN | Debra | D. | Los Angeles Superior Court | BC049781 | 08/17/92 | |
| COPLAN | Debra | D. | Court of Appeal, 2nd Dist, Div 1 | B079363 | 11/30/94 | |
| COREAS | Victor | Manuel | Los Angeles Superior Court | BC594492 | 01/15/16 | |
| CORKERY | Henry | | Los Angeles Superior Court | D0W12S00220 | 04/09/12 | |
| COULOMBE | Jackie | | Ventura Superior Court | CIV246856 | 06/21/07 | |
| COULOMBE | Jackie | | Ventura Superior Court | CIV246957 | 06/21/07 | |
| COURI | James | | Riverside Superior Court | SC1600482 | 04/28/16 | |
| COWAN | Cathy | | Los Angeles Superior Court | SWD101781 | 10/09/98 | |

Vexatious Litigant List
BOLD = Added names

7/11/2022

SER 448

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| COWAN | Rennie | | Los Angeles Superior Court | BC377362 | 01/10/08 | |
| COX | Ernest | | Amador Superior Court | 15-CV-9306 | 10/19/15 | |
| CRANE | Robert | | Marin Superior Court | FL1503702 | 03/21/17 | |
| CRAYTON (PO736 ASU1-148) | Timothy | | Kern Superior Court | S1500CV2722915PC | 06/13/12 | |
| CRIGLER | Saglenda | | San Francisco Superior Court | CGC13-535903 | 05/01/14 | |
| CROCKETT, JR. | Homer | E. | Los Angeles Superior Court | 13K14067 | 05/28/14 | |
| CROOK | Jasper | | Riverside Superior Court | PRRI1901129 | 09/28/20 | |
| CROSS | Nancy | Jewell | San Mateo Superior Court | 369856 | 04/28/92 | |
| CROTEAU | Hans | | San Diego Superior Court | GIE020950 | 01/21/05 | |
| CROW | Brad | | San Diego Superior Court | 1794 | 06/09/92 | |
| CROW | D. | Bradley | San Diego Superior Court | 1794 | 06/09/92 | |
| CROWE | Kelly | | Sacramento Superior Court | 04CS01039 | 05/25/06 | |
| CRUZ | Guillermo | Trujillo | Kern Superior Court | BCV1610376 & BCV1710145 | 06/28/18 | |
| CRUZ | Lily | | Alameda Superior Court | RG16833855 | 12/15/16 | aka Doris Marret Walker |
| CSERNA | Kathryn | | Santa Clara Superior Court | 116CV290006 | 07/19/16 | |
| CUMBY | Lamont | | Los Angeles Superior Court | 18STRO01473 | 03/23/18 | |
| CUMMING | Steven | Robertson | San Bernardino Superior Court | PROPS1601037 | 04/05/21 | |
| CUNNEEN | Garrett | Daniel | San Francisco Superior Court | CGC03416312 | 04/18/05 | |
| CUNNINGHAM | Archibald | | Sacramento Superior Court | FD03753770 | 04/13/09 | |
| CUNNINGHAM (DR98935/M-224L) | Lorenzo | | Sacramento Superior Court | 05AS04843 | 06/14/06 | |
| CUNNINGHAM | Nanette | C. | Kern Superior Court | D352403 | 09/18/09 | See Ventura re: Cunningham, N (in this matter only) |
| CUNNINGHAM | Nanette | C. | Ventura Superior Court | S1501PT28170 | 08/30/12 | See Kern re: Cunningham, N (in this matter only) |
| CUPP | Ronald | V. | Alameda Superior Court | RG15780643 | 11/12/15 | |
| CURRIE | Maneva | A. | Court of Appeal, 2nd Dist, Div 5 | B253379 | 11/14/14 | |
| CURRY | Elizabeth | | Alameda Superior Court | RG21101019 | 09/24/21 | see Elizabeth White |
| CYRUS | Suprina | | Los Angeles Superior Court | C687542 | 11/03/92 | |
| DADASHIAN | Ramin | | Contra Costa Superior Court | D13-04989 | 01/31/22 | |
| DADON | David | | Los Angeles Superior Court | BC690015 | 05/31/18 | aka David J. Dadones, David I. Dadone |
| DADONE | David | J. | Los Angeles Superior Court | BC690015 | 05/17/18 | aka David J. Dadones, David Dadon |
| DADONES | David | J. | Los Angeles Superior Court | BC690015 | 05/17/18 | aka David J. Dadone, David Dadon |
| DAIRE | Edmound | | Los Angeles Superior Court | BC560228 | 09/26/18 | |
| DALEY | Ronald | | Court of Appeal, First District, Div 1 | A126490 | 03/04/11 | |
| DALTON | Dawn | | Orange County Superior Court | D305932 | 07/14/00 | |
| DALTON | Dawn | A. | Orange County Superior Court | 94D07791 | 05/27/00 | |
| DALY | Jerome | | Contra Costa Superior Court | C9500593 | 07/21/95 | |
| DALY | Jerome | | Contra Costa Superior Court | C9501643 | 07/21/95 | |
| DALY | Jerome | | Contra Costa Superior Court | C9502872 | 07/21/95 | |
| DAMASCUS | Alexander | | Santa Clara Superior Court | CV759969 | 09/15/97 | |
| DANIELS | Brian | | San Diego Superior Court | 672592 | 12/23/94 | |
| DANIELS | Diane | | Orange County Superior Court | 00033427-CU-FR-CTL | 10/29/18 | |
| DARBY | Jaymz | | Los Angeles Superior Court | BF033706 | 10/01/14 | |
| DARDEN | Marvin | | Los Angeles Superior Court | BC374669 | 02/20/08 | |
| DARDEN | Marvin | L. | Los Angeles Superior Court | BC374669 | 02/20/08 | |
| DARDEN | Marvin | Lamott | Los Angeles Superior Court | BC374669 | 02/20/08 | |
| DARIA | Haley | | San Luis Obispo Superior Court | 15CV0314 | 06/15/16 | |
| DARLING | T. | A. | Placer Superior Court | SDR0047636 | 06/15/18 | aka Tomery Artimes Powell |
| DAVILA | Jose | | Los Angeles Superior Court | BC455846 | 06/09/11 | |
| DAVILA | Sean | | Los Angeles Superior Court | BC678005 | 01/31/18 | |

Vexatious Litigant List
**BOLD** = Added names

SER 449

7/1/2022

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| DAVIS | BJ | | Los Angeles Superior Court | ES016929 | 01/21/14 | |
| DAVIS | Charles | | Los Angeles Superior Court | BP045908 | 07/20/98 | |
| DAVIS | Debra | | Los Angeles Municipal Court | 94K30159 | 03/30/95 | |
| DAVIS | Gavin | B. | San Diego Superior Court | D555614 | 03/08/16 | |
| DAVIS | James | S. | Riverside Superior Court | RIC1402874 & 6217 | 10/17/14 | whether in propria persona or through attorney |
| DAVIS | Keith | O. | San Diego Superior Court | 37202000040437CUFRCTL | 02/22/21 | |
| DAVIS | Mayrdawna | Ane' | Solano Municipal Court | 55967A | 10/24/91 | |
| DAVIS | Michael | | Contra Costa Superior Court | D9300892 | 12/01/03 | |
| DAVIS | Michael | Jack | Contra Costa Superior Court | D9300892 | 05/14/00 | |
| DAVIS | Stephanie | | San Bernardino Superior Court | SCV53055 | 02/02/99 | |
| DAVIS | Tina | | Los Angeles Superior Court | BC642078 | 07/06/17 | |
| DAVIS | Williene | D. | Sacramento Superior Court | 06CS01584 | 06/25/10 | |
| DAVIS (F22106) | Michael | | Contra Costa Superior Court | D9300892 | 05/23/06 | |
| DAYTON | Edward | | Solano Superior Court | FCS055478 | 08/09/21 | |
| DE DULING | Nancy | Cueva | Orange County (West) Muni Ct | 238097 | 06/01/98 | aka Nancy Amparo Cuevas |
| DE LA HOYA | Steven | Jesus | San Francisco Superior Court | FPF-15-376950 | 05/23/19 | |
| DEAL | Thomas | Mark | Alameda Superior Court | CH222312 | 11/19/2007 4/17/18 | |
| DEAN | Michael | | Sacramento Superior Court | 34201100009458CUBCGDS | 03/10/11 | |
| DEARWESTER | Frank | Lee | Lassen Superior Court | 61430 | 08/16/18 | |
| DAVENPORT | Paul | | Ventura Superior Court | CIV226492 | 12/03/04 | |
| DEFILIPPIS | Edward | | Humboldt Superior Court | CP040411 | 08/27/04 | |
| DEFORE | August | Michael | Los Angeles Superior Court | PQ017241 | 12/01/15 | |
| DEGRATE | Niles | | Los Angeles Superior Court | LF007104 | 06/02/03 | |
| DE JESUS | Primo | Anthony | Los Angeles Superior Court | 19SMCV01458 | 10/09/20 | |
| DELAQUADRA | Anne | Katherine | Mendocino Superior Court | SCUKCVPD197734 | 10/11/19 | Katherine delaquadra |
| DEL NERO | Darren | | San Diego Superior Court | GIC757326 | 06/22/01 | |
| DEL NERO | Darren | David | San Diego Superior Court | GIC757326 | 06/22/01 | |
| DEL R. PADILLA | Maria | | San Joaquin Superior Court | 233678 | 05/16/91 | |
| DELMAN | David | | Los Angeles Superior Court | BC106174 | 10/20/94 | file no further Superior Court actions without permission." |
| DELONG | Charlene | | Los Angeles Superior Court | SBA05502364 | 09/28/05 | |
| DEMARTINI | Michael | | Marin Superior Court | CIV085235 | 02/06/13 | (Also see Renate DeMartini) |
| DEMARTINI | Renate | | Marin Superior Court | CIV085235 | 02/06/13 | (Also see Michael DeMartini) |
| DEN BESTE | Melody | | Sonoma Superior Court | MCV178973 | 04/11/07 | |
| DEN BESTE | Paul | | Sonoma Superior Court | MCV178973 | 04/11/07 | |
| DEN BESTE | Paul | | Court of Appeal, 1st Dist, Div 5 | A131076 | 01/27/12 | of The Fiorani Living Trust, Danielle Duperret, Robert Van Zandt, Paul Den Beste |
| DENEAL | James | Henry | Orange Superior Court | 07CC05611 | 03/03/08 | Order was not sent to AOC until 5/9/2014 |
| DEREZINSKI | Maksymilian | Max | San Diego Municipal Court | 575600 | 12/19/95 | |
| DESFOSSES | Dorothy | R. | San Mateo Superior Court | PRO113987 | 12/12/11 | |
| DESIRE | MELLO | | Los Angeles Superior Court | 20STCV49530 | 08/18/21 | AKA Mello R. Desire, AKA Mello Rachel Desire, AKA Rev. Dr. Mello R |
| DEUSCHEL | Laurie | A. | Placer Superior Court | MCV7184 | 04/06/01 | |
| DEVEREAUX | Robyn | R. | Orange County Superior Court | 07HL01113 | 09/17/08 | |
| DE VILLERS | Michael | Lee | Kern Superior Court | BCV-19-101544 TSC | 07/07/20 | |
| DEWEY | Melike | | Los Angeles Superior Court | BC349817 | 07/10/07 | |
| DHIR | Brij | Mohan | Alameda Superior Court | RG07318802 | 01/05/09 | |
| DIAMOND | Angel | Ortiz | Los Angeles Superior Court | BP048332 | 11/04/98 | |

14

Vexatious Litigant List
**BOLD** = Added names

7/1/2022

SER 450

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| DIAMOND | Angel | Ortiz | Contra Costa Superior Court | C9900720 | 04/19/99 | See LASC BP048332 |
| DIAMOND | Angel | Ortiz | Contra Costa Superior Court | C9900718 | 04/19/99 | See LASC BP048332 |
| DIAMOND-SIMMONS | Cynthia | | El Dorado Superior Court | PD3452 | 04/17/03 | |
| DIAZ | Melissa | P. | Los Angeles Superior Court | VC065388 | 06/10/19 | |
| DIAZ (T-83077) | Miguel | | Solano Superior Court | FCS047488 | 10/19/20 | |
| DIGIORGIO | Francine | | Riverside Superior Court | RIV1601613 | 02/24/17 | aka Francine DiGiorgio Martin, Francine Irene McGwire |
| DILDAY | Donna | Rae | Orange County Superior Court | D292961 | 03/06/98 | |
| DIMOV | Jim | | Los Angeles Superior Court | BP008800 | 03/24/93 | |
| DIMOV | Jim | | Court of Appeal, 2nd Dist, Div 4 | B079154 | 03/06/95 | |
| DINKINS | Andrew | Monroe | Los Angeles Superior Court | BP048332 | 11/04/98 | |
| DISMUKE | Benaiah | | Los Angeles Superior Court | 20STCV00154 | 09/24/20 | |
| DLP | Transportation | | Los Angeles Superior Court | BC640572 | 04/12/18 | Lester Payne dba DLP Transportation, Whitfield DL Payne, Whitfield Derick Lester Payne |
| DOAN | Diep | Mong | Los Angeles Superior Court | LS024008 | 11/12/14 | requires permission from Court prior to filing any |
| DOAN | Karonie | | Los Angeles Superior Court | BC554777 & LS024008 | 10/09/14 | requires permission from Court prior to filing any |
| DOBARD | Raymond | | San Francisco Superior Court | 975192 | 09/18/96 | |
| DOBOS | Agneta | | Los Angeles Superior Court | 99V26412 et al | 04/19/00 | |
| DOE | John | | Los Angeles Superior Court | BC119945 | 06/19/95 | |
| DOLMO | Bess | Carolina | Sacramento Superior Court | 17FL04019 | 04/26/21 | |
| DOLZHENKO | Gennady | | Los Angeles Superior Court | BC472321 | 10/10/12 | |
| DOLZHENKO | Zina | | Los Angeles Superior Court | BC630791 | 10/13/16 | aka Zinaida Dolzhenko |
| DOLZHENKO | Zinaida | | Los Angeles Superior Court | BC630791 | 10/13/16 | aka Zina Dolzhenko |
| DOMINICK | Francois | | Los Angeles Superior Court | 5F001575 | 04/13/22 | |
| DOMINEY | Lawrence | | Orange Superior Court | 30201700953682CUPCCJC | 06/12/18 | |
| DONAHUE | Heather | | Los Angeles Superior Court | ES012780 | 04/10/09 | |
| DONG | Diana | | Santa Clara Superior Court | 608FL000101 | 06/10/15 | |
| DONOVAN | Richard | C. | San Diego Superior Court | IC777372 | 06/21/02 | |
| DOOSE | Ginn | | Ventura Superior Court | 123460 | 02/09/93 | |
| DOOSE | Virginia | | Ventura Superior Court | 123460 | 02/09/93 | |
| DOTSON | Ethel | | Contra Costa Superior Court | C9500727 | 09/06/95 | |
| DOTSON | Nina | | Los Angeles Superior Court | BC436929 | 05/10/10 | Order states specifics. |
| DOWNS (CDCR#42693) | Gregory | | San Diego Superior Court | 37201100103045CUBCTL | 02/22/13 | aka Mr. Gregory Downs, Mr Gregory Downs |
| DOWNS | Mr. Gregory | | San Diego Superior Court | 37201100103045CUBCTL | 02/22/13 | aka see Downs, Gregory (CDCR#42693) |
| DOWNS | Mr Gregory | | San Diego Superior Court | 37201100103045CUBCTL | 02/22/13 | aka see Downs, Gregory (CDCR#42693) |
| DOYLE | Arthur | | Los Angeles Superior Court | BC57989 | 03/07/16 | |
| DREVALEVA | Tatyana | | First Appellate District , Div 4 | A158862 | 08/31/20 | |
| DRIVER JR. | Billy | | Los Angeles Superior Court | 13K12541 | 10/27/14 | |
| DROMMERHAUSEN III | Daniel | G. | Ventura Superior Court | BP086023 | 07/26/11 | |
| D'SAINT ANGELO | Denise | | Ventura Superior Court | CIV235809 | 12/04/09 | aka's see Fennell, Lucich, D'Sant Angelo |
| D'SANT ANGELO | Denise | | Ventura Superior Court | CIV235809 | 12/04/09 | aka's see Fennell, Lucich |
| D'SANT ANGELO | Denise Rachelle | | Ventura Superior Court | CIV235809 | 12/04/09 | aka's see Fennell, Lucich |
| DUCKWALD | Stephen | | Madera Superior Court | 54563 | 12/29/94 | |
| DUGAR | Ernesto III | | Alameda Superior Court | RG16838796 | 02/22/17 | |
| DUHON | Eric James | | Los Angeles Superior Court | LF000084 | 08/27/01 | |
| DULDE | Jason | T. | Los Angeles Superior Court | 08K11707 | 06/02/09 | |
| DUNCAN | Deidre | | Los Angeles Superior Court | BC527041 | 08/10/15 | Deirdra Bonita Duncan. |

15

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| DUNCAN | Deirdra | | Los Angeles Superior Court | BC527041 | 08/10/15 | Deirdra Bonita Duncan. |
| DUNCAN | Deirdra | | Los Angeles Superior Court | BC527041 | 08/10/15 | Deirdra Bonita Duncan. |
| DUNCAN | Deirdra | B. | Los Angeles Superior Court | BC527041 | 08/10/15 | Deirdra Bonita Duncan. |
| DUNCAN | Deirdra | Bonita | Los Angeles Superior Court | BC527041 | 08/10/15 | Deirdra B. Duncan. |
| DUNCAN | Larry | C. | Los Angeles Superior Court | BC424915 | 02/15/11 | |
| DUNCAN | Renee | | Alameda Superior Court | RG13664130 | 08/07/13 | |
| DUNCAN | Roger | | Fresno Superior Court | 18CECG02381 | 07/15/19 | |
| DUPERRET | Danielle | | Court of Appeal, 1st Dist, Div 5 | A131076 | 01/27/12 | of The Fiorani Living Trust, Danielle Duperret, Robert Van Zandt, Paul Den Beste |
| DUPLANTIS | Kathy | | Riverside Superior Court | INV005092 | 07/31/09 | |
| DUPRE | Donald | | Court of Appeal, 2nd Dist, Div 5 | B069056 | 07/26/93 | |
| DURRUTHY | Juan | R. | San Diego Superior Court | 00024273CUFRCTL | 01/18/19 | |
| DURRUTHY | Juana | | San Diego Superior Court | 00024273CUFRCTL | 01/18/19 | |
| DURSTON | Ernest | A. | San Bernardino Superior Court | VCV017060 | 01/03/06 | |
| DYDZAK | Daniel | | San Diego Superior Court | 3020120058031 | 04/05/13 | |
| DYMITS | Lee | | Court of Appeal, 1st Dist, Div 5 | A075028 | 03/20/97 | |
| D'ZESATI | Eileen | Bradley | Sacramento Superior Court | 97AS03786 | 06/04/98 | |
| EARDLEY | Jon | | Los Angeles Superior Court | BC379528 | 09/08/09 | |
| EARLS | Mari-Lynne | | Santa Clara Superior Court | 1971027294 | 08/30/11 | |
| EAST | Ebone | Leroy | San Bernardino Superior Court | CIVDS1302660 | 06/18/13 | |
| EATON | Grace | Sylvia Adokailey | San Diego Superior Court | 00018832-CU-PO-CTL | 09/11/15 | |
| EBERWEIN (Not on this own, see III Ms. Goyette suing name) | Robert | | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| EDMUNDS | Ginny | | San Diego Superior Court | D537320 | 03/07/13 | also see Ginny Caldwell |
| EDWARDS | Cherie | Ann | Humboldt Superior Court | DR081204 | 09/07/09 | |
| EDWARDS | William | E. | San Diego Superior Court | N72330 | 07/22/97 | |
| EHRINGER | Orion | | Sierra Superior Court | 7527 | 05/28/15 | |
| EICHHORN JR. | Adam | | Los Angeles Superior Court | BC295091 | 08/29/03 | |
| EL DELON | | | San Diego Superior Court | GIC760144 | 02/14/01 | See SCSD  GIC758829 & GIC758748 |
| ELAMIN | Eman | | Orange Superior Court | 14726400 | 06/14/17 | |
| ELEBYANY | Adham | | San Diego Superior Court | DN187058 | 12/12/19 | |
| ELIAS | Nikolaos | Sotirios | Los Angeles (Pasadena) Muni Ct | 93M05279 | 11/23/94 | |
| ELKINS | Cynthia | | San Diego Superior Court | 37-2019-00047419-CL-CO-CL | 02/28/20 | |
| ELNAGGAR | Badria | | Orange Superior Court | 14726400 | 06/14/17 | |
| EL-SHADDAI (CDCRC08082) | Adonai | | Lassen Superior Court | 42621 | 06/07/10 | aka James Ray Wilkerson |
| EMERSON | Judy | | Orange County Superior Court | 3020100386031 | 04/13/11 | |
| ENG | Martin | | San Francisco Superior Court | CGC10496656 | 11/09/10 | |
| ERDE | Shmuel | | Los Angeles Superior Court | SC090068 | 03/03/10 | |
| ERENYI | Leslie | | Los Angeles Superior Court | GC004063 | 11/19/93 | |
| ERGUR | Koray | | San Francisco Superior Court | CGC21592041 | 02/09/22 | |
| ESPINOSA | Darrel | L. | Colusa Superior Court | CV20390 | 11/09/98 | |
| ESPINOZA | Lorenzo | | Orange Superior Court | 05D006540 | 04/29/19 | |
| ESTILLORE | Gloria | | Fresno Superior Court | 16CECG03525 | 09/12/17 | |
| ESTRELLA | Lucia | | Tulare Superior Court | VCU214944 | 03/14/07 | |
| ESTRELLA | Lucia | | Tulare Superior Court | VCU214278 | 03/14/07 | |
| ESTRELLA | Lucia | | Tulare Superior Court | VCU218563 | 03/14/07 | |
| ETTLIN | Walter | G. | Humboldt Superior Court | DR080054 | 08/06/98 | |
| EVANS | Allen | A. | San Diego Superior Court | 717594 | 02/09/98 | |
| EVANS | Brian | Lee | San Luis Obispo Superior Court | CV050145 | 05/19/05 | |

16

Vexatious Litigant List
BOLD = Added names

7/11/2022

SER 452

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| EVANS | Jamar | James | Merced Superior Court | 151050 | 10/01/08 | |
| EVANS | Jorsh | | San Bernardino Superior Court | C0283947 | 06/07/93 | |
| EVANS | Mattie | Belinda | Los Angeles Superior Court | 19STCV22284 | 08/28/19 | aka Mattie Belinda Evans, Alter Ego Plaintiff for Mattie B. Evans Family Trust dated 06/07/2012 |
| EVANS | Milton | | San Bernardino Superior Court | VCICS020230 | 07/07/00 | |
| EVANS | Shirley | M. | San Bernardino Superior Court | VCICS020230 | 07/07/00 | |
| EVANS | Shirley | M. | San Bernardino Superior Court | VCVVS020286 | 06/19/00 | |
| EWING | Anton | | San Diego Superior Court | 37201600028312CUBTCTL 37201700022986CUBTCCT 37201600038027CUBTCCT | 12/05/17 | |
| EZ LIVING FAMILY LIMITED PARTNERSHIP | | | Orange County Superior Court | 788246 | 01/12/98 | |
| FABE | James | | Los Angeles Superior Court | BD 378035 | 11/26/14 | |
| FACIANE | Kirby | Adam | San Diego Superior Court | DN171322 | 02/25/14 | |
| FAERBER | Rainer | | San Francisco Superior Court | CGC08476903 | 12/29/08 | |
| FAGORALA | Ade | O. | Contra Costa Superior Court | C1501142 | 06/23/16 | |
| FAHY | Francis | | San Francisco Superior Court | 315225 | 02/21/01 | |
| FAIRCHILD | Alison | Helen | Los Angeles Superior Court | BC607945 | 04/11/16 | |
| FALK | Jean | Marie | Orange County Superior Court | A165783 | 02/14/97 | Order states specifics. |
| FALLON | David | Anthony | San Mateo Superior Court | CIV454254 | 09/01/06 | |
| FAMILIES VOLUNTEER PROGRAMS FOUNDATION | | | Los Angeles Superior Court | KC069825 | 02/13/19 | |
| FANAKA | Jamaa | | Los Angeles Superior Court | BC140436 | 10/25/96 | Order states specifics. |
| FARD | Fareed- | Sepehry | Santa Clara Superior Court | 16CV296244 | 09/30/16 | |
| FARIAS | Manuel | Alcala | Kern Superior Court | S1500CV267172SPC | 06/11/09 | |
| FARINA | Daniela | | Napa Superior Court | 20CV001250 | 01/31/22 | Daniela Malmquist, Daniela Malmquist Farina, Danielle Nicolosi Malmquist |
| FARNOOSH | Ghorbanali | | Los Angeles Superior Court | SS017425 | 11/12/08 | |
| FARNOOSH | Ghorbanali | Allen | Los Angeles Superior Court | SS017425 | 11/12/08 | |
| FARRELL | Frances | | Los Angeles (Pasadena) Muni Ct | 92C02163 | 10/19/92 | |
| FARSHI | Esmaeil | | San Diego Superior Court | 372011000945990CUFRCTL | 09/23/11 | |
| FASHION | Gino | | San Diego Superior Court | 37-2015-23186-CUCOCTL | 02/05/16 | aka Yeugehy Fashion, Eugene G. German, Yevgeny German |
| FASHION | Yeugeny | | San Diego Superior Court | 37-2015-23186-CUCOCTL | 02/05/16 | aka Gino Fashion, Eugene G. German, Yevgeny German |
| FAZELIMA | Shahnaz | | San Francisco Superior Court | SC122561 | 12/19/14 | AKA Shahnaz Fazelmia |
| FEDERICO | Teresa | | Ventura Superior Court | 117366 | 05/04/93 | |
| FELLER | Andrew | Walker | Los Angeles Superior Court | SC102782 | 08/12/09 | Also see Andrew Walker |
| FENNELL | Denise | Rachelle | Ventura Superior Court | CIV235809 | 12/04/09 | Aka D'Saint Angelo, D'Saint Angelo, Lucich |
| FERLINGERE | Robert | D. | Amador Superior Court | 95CI7246 | 06/29/95 | |
| FERRY | Kirsten | | Alameda Superior Court | HG16907341 | 12/13/18 | |
| FIELDS | Leslie | | San Bernardino Superior Court | SCVSS111685 | 01/09/06 | |
| FIELDS (P-83425) | Kevin | | Kings Superior Court | 13IC0049 | 12/06/13 | |
| FIELDS (P-83425) | Kevin | | Kings Superior Court | 13IC0090 | 12/05/13 | |
| FIELDS (P-83425) | Kevin | | Kings Superior Court | 13IC0092 | 01/08/14 | |
| FILHO | Roberto | Lobo | San Francisco Superior Court | CGC06458176 | 05/03/07 | |
| FILHO | Roberto | Lobo | San Francisco Superior Court | CGC06455369 | 08/16/07 | |
| FINDLAY | Thomass | | Santa Clara Superior Court | 108PR163916 | 02/25/10 | aka David Burlin (order has additional language) |
| FINLEY (#E06421) | Jowell | | Fresno Superior Court | 04CECLD1648 | 05/04/06 | |
| FIRSOV | Sergey | | Santa Clara Superior Court | 20CV368660 | 11/13/20 | |
| FISCHER | Terrence | | Kern Superior Court | 576424 | 04/18/03 | |
| FISET | Eugene | R. | Orange County Superior Court | 30200900300664 | 03/10/10 | |

SER 453

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| FISZLEWICZ | Tristana | | San Diego Superior Court | 37200900015127PRGPCTL | 06/30/10 | |
| FITZGERALD | J. | E. | Stanislaus Superior Court | 2016466 | 02/03/16 | |
| FLAGG | David | | Contra Costa Superior Court | MSD1104154 | 08/14/17 | |
| FLORES | Eduardo | | San Diego | 37201700033989CUMMCTL | 01/03/19 | |
| FLORES | Erlinda | V. | Alameda Superior Court | RG06298953 | 03/29/07 | |
| FLORES | Joe | | Fresno Superior Court | 07CECG03711 | 08/26/08 | |
| FLOWERS | Michelle | | Stanislaus Superior Court | 313550 | 01/11/95 | Orders state specifics. |
| FLOWERS | Michelle | | Stanislaus Superior Court | 314171 | 01/11/95 | Orders state specifics. |
| FLOYD | Anthony | | Los Angeles (Newhall) Muni Ct | 91C20011 | 09/10/92 | |
| FLUKER | Maggie-Judith | A. | Los Angeles Superior Court | PC030977 | 03/28/03 | also see Maggie Campbell |
| FLYNN | Errol | | Los Angeles Superior Court | BC087355 | 05/17/94 | |
| FODOR | Gyorgy | | Los Angeles Superior Court | SC090655 | 11/01/06 | Order states specifics. |
| FOLADPOUR | Foroud | | San Bernardino Superior Court | CIV051905297 | 12/19/19 | |
| FOLEY | Darrell | D. | Alameda Superior Court | RG06281831 | 12/07/06 | |
| FORBES | Thomas | J. | Alameda Superior Court | RG12651110 | 01/31/13 | |
| FORD | Arnett, Jr. | | Los Angeles Superior Court | 161WSC03834 | 12/08/16 | |
| FORD | Isaac | | Los Angeles Superior Court | BC191724 | 08/20/98 | |
| FORD | Lowell | | Los Angeles Superior Court | 14K15804 | 11/02/15 | |
| **FORDE** | **Stephen** | | **Los Angeles Superior Court** | **BC597220** | **06/02/22** | **in any other capacity whatsoever in which he may purport to file litigation** |
| FORERUNNER INDUSTRIES, INC. | | | Los Angeles Superior Court | LC61078 | 09/13/02 | |
| FORREST | Ernestine | | Court of Appeal, 2nd Dist, Div 5 | B077881 | 04/25/94 | |
| FORTE | Eugene | | Court of Appela, 5th Dist. | F066514 | 02/25/13 | |
| FOSCALINA | Joel | J. | Tehama Superior Court | FL63924 | 08/26/13 | |
| FOSTER | Mark | Antoine | San Diego Superior Court | 37201199901CUWTCTL | 03/11/13 | |
| FOTINOS | Michele | | San Mateo Superior Court | PRO1121437 | 11/16/12 | Order states specifics. |
| FRANCE | Gabrielle | | Orange County Superior Court | 00D011497 | 08/06/13 | |
| FRANCHINI | Gloria | | Los Angeles Superior Court | GS005460 | 06/02/00 | Order states specifics. |
| FRANCHINI | Gloria | | Los Angeles Superior Court | GS005461 | 06/02/00 | Order states specifics. |
| FRANCHINI | Gloria | | Los Angeles Superior Court | GS005462 | 06/02/00 | Order states specifics. |
| FRANCEVICH | Robert | | Los Angeles Superior Court | KP011610 | 05/16/11 | |
| FRANKLIN | Herman | J. | Los Angeles Superior Court | BC165002 | 06/19/98 | |
| FRANKLIN | Jerrianne | | Riverside Superior Court | TEC10012836 | 03/23/11 | Also see Jerrianne Ritchie |
| FRANKLIN | Jerrianne | | Riverside Superior Court | SWDO13129 | 12/01/14 | Also see Jerrianne Ritchie |
| FRANKLIN | Mary | L. | Los Angeles Superior Court | BC165002 | 06/19/98 | |
| FRAZIER JR. | Willie | D. | Los Angeles Superior Court | 19STCV05643 | 06/25/19 | |
| FREDERICK | Lucas | | Sacramento Superior Court | 34-2014-00169190 | 06/22/15 | |
| FREITAG | John | Paul | San Diego Superior Court | 37201500037TGCUMCCTL | 04/11/16 | |
| FREITAS | Keith | A. | Marin Superior Court | CIV011710 | 07/22/05 | |
| FRITCHER | Julie | | Inyo Superior Court | SICVCV1253906 | 02/08/13 | |
| FRITCHER | Julie | | Inyo Superior Court | SICVCV1253905 | 02/08/13 | |
| FU | Bowan | | San Francisco Superior Court | CGC12522565 | 09/21/12 | Also see PO WAN FU, P.W. FU, PW FU |
| FU | Bowan | | San Francisco Superior Court | CGC12523134 | 09/21/12 | Also see PO WAN FU, P.W. FU, PW FU |
| FU | Bowan | | San Francisco Superior Court | CGC12523169 | 09/21/12 | Also see PO WAN FU, P.W. FU, PW FU |
| FU | Bowan | | San Francisco Superior Court | CGC12523173 | 09/21/12 | Also see PO WAN FU, P.W. FU, PW FU |
| FU | Bowan | | San Francisco Superior Court | CGC12523946 | 09/21/12 | Also see PO WAN FU, P.W. FU, PW FU |
| FU | Bowan | | San Francisco Superior Court | CSM12840515 | 09/21/12 | Also see PO WAN FU, P.W. FU, PW FU |
| FU | Bowan | | San Francisco Superior Court | CSM12840883 | 09/21/12 | Also see PO WAN FU, P.W. FU, PW FU |

18

Vexatious Litigant List
**BOLD** = Added names

7/1/2022

SER 454

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| FU | Bowan | | San Francisco Superior Court | CSM12841182 | 09/21/12 | Also see PO WAN FU, P.W. FU, PW FU |
| FU | Bowan | | San Francisco Superior Court | CSM12841215 | 09/21/12 | Also see PO WAN FU, P.W. FU, PW FU |
| FU | Bowan | | San Francisco Superior Court | CSM12841574 | 09/21/12 | Also see PO WAN FU, P.W. FU, PW FU |
| FU | Bowan | | San Francisco Superior Court | CSM12841577 | 09/21/12 | Also see PO WAN FU, P.W. FU, PW FU |
| FU | Bowan | | San Francisco Superior Court | CSM12841592 | 09/21/12 | Also see PO WAN FU, P.W. FU, PW FU |
| FU | Bowan | | San Francisco Superior Court | CSM12841625 | 09/21/12 | Also see PO WAN FU, P.W. FU, PW FU |
| FU | Bowan | | San Francisco Superior Court | CSM12841627 | 09/21/12 | Also see PO WAN FU, P.W. FU, PW FU |
| FU | Bowan | | San Francisco Superior Court | CSM12841879 | 09/21/12 | Also see PO WAN FU, P.W. FU, PW FU |
| FU | P. | W. | San Francisco Superior Court | CGC12522565 | 09/21/12 | Also see BOWAN FU, PW FU, PO WAN FU (same case nos.) |
| FU | PW | | San Francisco Superior Court | CGC12522565 | 09/21/12 | Also see BOWAN FU, P.W. FU, PO WAN FU (same case nos.) |
| FU | Po | Wan | San Francisco Superior Court | CGC12522565 | 09/21/12 | Also see BOWAN FU, P.W. FU, PW FU (same case nos.) |
| FUCHON | John | | Sacramento Superior Court | 14F106681 | 02/10/20 | |
| FUDGE, JR. | Reg | | Los Angeles Superior Court | LC045566 | 04/28/99 | |
| FUENTES | Letisia | Macias | Santa Cruz Superior Court | 20CV00011 | 01/29/21 | |
| FUENTES | Ramon | Rodriguez | Santa Cruz Superior Court | 20CV00011 | 01/29/21 | |
| FULCHER | Rhakila | | Los Angeles Superior Court | BS156527 | 01/26/16 | aka Khakila Fulcher |
| FUHRER | Noushin | | Santa Barbara Superior Court | 16CV04532 | 01/20/17 | aka Noushin Toraban |
| FULLER | Sharrell | Lynn | Los Angeles Superior Court | BC325432 | 03/10/05 | |
| FUNDERBURK | Darryl | Wesley | Court of Appeal, 2nd Dist, Div 5 | B115968 | 08/26/98 | |
| FUNG | Helen | | Los Angeles Superior Court | YC071585 | 02/27/18 | |
| FUNTANILLA, JR. (C-90825) | Gregorio | C. | Kings Superior Court | 00CV77214 | 10/09/01 | |
| FURR | Ralph | M. | Butte Superior Court | 120168 | 12/10/97 | |
| FYKE | Kathey | | COA, Sixth Appellate District | H034104 | 05/11/12 | |
| FYKE | Kathey | | COA, Sixth Appellate District | H034127 | 05/11/12 | |
| FYKE | Kathey | | COA, Sixth Appellate District | H034869 | 05/11/12 | |
| FYKE | Kathey | | COA, Sixth Appellate District | H035337 | 05/11/12 | |
| FYKE | Kathey | | COA, Sixth Appellate District | H036368 | 05/11/12 | |
| GABRIEL | Isaac | | Los Angeles Superior Court | BC465481 | 12/23/11 | |
| GALLANT | Melissanne | | Marin Superior Court | FL1603174 | 06/08/18 | aka Melissanne Bradley, Melissanne Velyvis |
| GALLEGO | Norm | | San Diego Superior Court | 372018000061095CUHICTL | 04/05/18 | |
| GALLO | David | Michael | El Dorado Superior Court | PD4254 | 12/09/02 | |
| GAMBINO | Antonio | | San Diego Superior Court | 714943 | 05/20/99 | |
| GAMEZ | R. | | Los Angeles Superior Court | BC534593 | 05/22/14 | See also Ricardo Gamez |
| GAMEZ | Ricardo | | Los Angeles Superior Court | BC534593 | 05/22/14 | See also R. Gamez |
| GANJAI | Jeff | | Orange County Superior Court | 692193 | 12/09/92 | |
| GANT | Tony | Austin | Shasta Superior Court | 184953 | 04/24/17 | |
| GAO | Xin | | Los Angeles Superior Court | EC060958 | 06/12/14 | Cross-complainant |
| GARAVITO | Jose | F. | Orange County Superior Court | 16891098 | 04/05/17 | |
| GARCIA | Adam | | Riverside Superior Court | RIC2003842 | 01/29/21 | |
| GARCIA | Eric | | Orange County Superior Court | 07CC07870 | 11/05/08 | |
| GARCIA | Maria | Elena | Orange County Superior Court | 302017000905175CUDFCIC | 03/13/18 | |
| GARTH | Oliver | Wendell | Los Angeles Superior Court | BC132086 | 02/20/97 | |
| GARZA-WIESAND | Rosalinda | | Los Angeles Superior Court | BC465205 | 07/19/16 | |
| GASKIN | Timothy | | Alameda Superior Court | HG19012881 | 09/08/20 | Aka Arthur Master |
| GASTON | Anthony | Ivory | Monterey Superior Court | M133151 | 12/12/16 | |
| GBANE | Alain | | San Francisco Superior Court | CGC06459078 | 02/22/08 | |
| GBANE | Ousmanne | | San Francisco Superior Court | CGC06459078 | 02/22/08 | |
| GBANE | Ousmann | Alain | San Francisco Superior Court | CGC06459078 | 02/22/08 | |

SER 455

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| GBANE | Dr. Ousmann- | Alain | San Francisco Superior Court | CGC06459078 | 02/22/08 | |
| GEBLIN | Timothy | J. | Orange County Superior Court | 03D008358 | 01/09/13 | |
| GEE | Shari | | Sacramento Superior Court | 05SC06372 | 04/10/06 | |
| GELSINGER | David | | Santa Barbara Superior Court | 1244455 | 09/22/09 | |
| GELUZ | Antonio | | San Bernardino Superior Court | CIVDS1939291 | 07/07/20 | |
| GENTHNER | Debby | | Fresno Superior Court | 14CECG02739 | 01/02/15 | |
| GEORGE | Edward | | San Joaquin Superior Court | 39201300029736CUPSTK | 10/06/14 | |
| GEORGE | Roy | L. | Sacramento Superior Court | 95AS05670 | 10/19/98 | |
| GEORGESCU | Alexandra | B. | Contra Costa Superior Court | D1700739 | 07/01/19 | |
| GEORGI | Hugh | | Los Angeles (Pasadena) Muni Ct | 93C01405 | 05/31/95 | |
| GEORGI | Peter | | Los Angeles (Pasadena) Muni Ct | 93C01405 | 05/31/95 | |
| GERMAN | Eugene | G. | San Diego Superior Court | 37-2015-23186-CUCOCTL | 02/05/16 | aka Yeugeniy Fashion, Gino Fashion, Yevgeny German |
| GERMAN | Yevgeny | | San Diego Superior Court | 37-2015-23186-CUCOCTL | 02/05/16 | aka Gino Fashion, Eugene G. German, Yeugeniy Fashion |
| GETTINGS | Jimmy | L. | Shasta Superior Court | 155598 | 12/19/06 | |
| GHAFUR | Khadijah | | Los Angeles Superior Court | EC050452 | 11/25/09 | |
| GHARRITY | Patrick | | Santa Cruz Municipal Court | M930525 | 07/07/93 | |
| GHIGLIOTTI, JR. | Jerome | J. | Napa Superior Court | 26-65299 | 12/16/14 | |
| GHOSH | Rash | B. | Court of Appeal, 1st Dist. | 2002-43750 | 08/10/16 | |
| GIANNARIS | Nick | | Los Angeles Superior Court | FAM01139610 | 07/06/18 | |
| GIBSON | Karrie | | Los Angeles Superior Court | 17PSC00745 | 02/19/20 | |
| GIBSON | Patrick | A. | Los Angeles Superior Court | EC005928 | 07/21/94 | |
| GIBSON | Ramanas | | Los Angeles Superior Court | BC667142 | 01/17/19 | |
| GIFFORD | Roger | | Court of Appeal, 1st Dist, Div 5 | SCCVCV170961 | 12/05/17 | |
| GILBERT | Herbert | | Court of Appeal, 1st Dist, Div 5 | A066450 | 07/19/95 | |
| GILBERT | Herbert | | Los Angeles Superior Court | A066451 | 07/19/95 | |
| GILBERT | Nicole | Karman | Los Angeles Superior Court | BD259451 | 04/24/00 | |
| GILBERT | William | | Shasta Superior Court | 13CL0353 | 01/29/14 | |
| GILBERT | William | | Shasta Superior Court | 192918 | 06/24/19 | |
| GILL | Loria | Gene | Los Angeles Superior Court | BY542186 | 01/26/16 | |
| GILLINGS | Francis | | Alpine Superior Court | 1505 | 03/31/97 | |
| GILLINGS | Ruth | | Alpine Superior Court | 1505 | 03/31/97 | |
| GILLIS | Craig | | Orange Superior Court | 11D006792 | 11/10/21 | |
| GILLIS | Otis | Oren | Tulare Trial Courts | 97181220 | 03/10/98 | |
| GINDENTULLER | Irina | | San Diego Superior Court | GIC810205 | 02/16/05 | |
| GIPSON | Deloris | | Alameda Superior Court | 7513916 | 01/14/97 | |
| GJERDE | Sean | | Sacramento Superior Court | 34201600203092 | 03/15/17 | |
| GLAIR | Richard | J. | Los Angeles Superior Court | BC485686 | 11/05/13 | |
| GLASSEY | Todd | S. | Santa Cruz Superior Court | 17CV01908 | 01/22/18 | Also see Michael E. McNeil |
| GLAUDE | Royal | Edward | Los Angeles Superior Court | BC073447 | 05/06/98 | Order states specifics. |
| GLAUDE | Donald | | Alameda County Superior Court | RG17874853 | 02/01/22 | |
| GLEASON | Stanley | | Los Angeles Superior Court | BC456374 | 01/04/12 | |
| GOFFA | Alfred | | Los Angeles Superior Court | BC440798 | 02/10/11 | |
| GOFFNEY | Keith | | Los Angeles Superior Court | BC047650 | 10/05/93 | |
| GOLAND | Michael | | Los Angeles Superior Court | BC410835 | 10/30/09 | |
| GOLDBERG | Elaine | M. | Los Angeles (Beverly Hills) Muni | 92C01497 | 08/27/92 | |
| GOLDBERG | Ruth | | Los Angeles Superior Court | BC087364 | 01/27/94 | |
| GOLDEN | Lisa | | San Diego Superior Court | 37201200098546CUPNCTL | 09/04/13 | See also Mariner Pacific Properties |
| GOLDEN | Stephen | H. | Los Angeles Superior Court | BC095858 | 01/21/94 | |

Vexatious Litigant List
**BOLD** = Added names

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| GOLDMAN | Todd | | Los Angeles Superior Court | BD610524 | 10/26/18 | |
| GOLDWASSER | Harold | | Los Angeles Superior Court | 90K220077 | 08/22/91 | |
| GOLIN | Elsie | Y. | Santa Clara Superior Court | 107CV082823 | 11/20/07 | |
| GOMON | Frank | | Los Angeles Municipal Court | 89KS00726 | 07/10/91 | |
| GOMON | Frank | | Los Angeles Superior Court | 05V00384 | 03/09/05 | |
| GONZABA | Lizabeth | | San Diego Superior Court | EC6770 | 12/12/95 | Order states specifics. |
| GONZABA | Mark | | San Diego Superior Court | EC6770 | 12/12/95 | Order states specifics. |
| GONZALES | Johnny | | Fresno Superior Court | 22CECG00244 | 03/22/22 | |
| GONZALES (CDCR #D-81011) | Michael | | Kings Superior Court | 11C0144 | 05/11/12 | |
| GONZALEZ | Alfred | | Ventura Superior Court | CIV234951 | 10/05/05 | |
| GONZALEZ | Brenda | | Los Angeles Superior Court | VF012385 | 05/18/17 | |
| GONZALEZ | Daniel | E. | Sacramento Superior Court | 34-2012-00134527 | 02/19/16 | |
| GONZALEZ | Luis | | Riverside Superior Court | 287057 | 07/01/98 | |
| GONZALEZ | Marco | | Los Angeles Superior Court | BC700077 | 11/14/18 | |
| GONZALEZ | Maria | | Riverside Superior Court | 287057 | 07/01/98 | |
| GONZALEZ | Raul | Marin | Los Angeles Superior Court | BC127349 | 07/12/95 | Order states specifics. |
| GONZALEZ | Rose | | Sonoma Superior Court | BS053662 | 10/15/98 | Order states specifics. |
| GOODHART | Alexander | | Sonoma Superior Court | SCV232990 | 11/04/03 | |
| GOODWIN | Eddie | | Kern Superior Court | KD072453 | 06/19/17 | |
| GOOLSBY (F-19778) | Thomas | | Los Angeles Superior Court | S1500CL26686415E | 10/09/12 | |
| GOSBY, JR. | Andrew | | Los Angeles Superior Court | BC349310 | 06/13/06 | |
| GOSSMAN | Sanford | I. | Marin Superior Court | SC108587A | 06/08/99 | |
| GOSSMAN | Sanford | I. | Marin Superior Court | V931462 | 11/30/93 | |
| GOTTSCHALK | Ronald | | Orange Superior Court | 30201300625017 | 02/11/14 | |
| GOTTSCHALK | Ronald | | Orange Superior Court | 30201300666115 | 03/07/14 | |
| GOUGH-ONASSIS | Deborah | Elizabeth | Los Angeles Superior Court | 16STSC02527, 16STSC02530 16STSC05891, 16STSC05919 16STSC00169, 17STSC00659 17STSC00767, 17STSC07997 | 04/27/18 | formerly Foster, formerly Lockett |
| GOUGH-AOSHIMA | Jeff | S. | San Diego Superior Court | 2008-79935 | 03/27/09 | |
| GOVINDAN | Palani | | Los Angeles Superior Court | BC122129 | 07/18/95 | |
| GOYENS | C | D | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| GOYENS | CDPP | | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| GOYENS | CDPR | | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| GOYENS | Chaledeeamka | CDPR | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| GOYENS | Chaledeeamka | D. | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| GOYENS | Chaledeeamka | D.A. | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| GOYENS | Chaledeeamka | Debora | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| GOYENS | Chaledeeamka | Debora Ann | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| GOYENS | Chaledeeamka | Document Preparer | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| GOYENS | Freddie | | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| GOYENS | Kamaal | R. | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| GOYENS | O'Levia | Del-Agape | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| GOYENS | O'evia | | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| GOYENS | Chaledeeamka | | Alameda Superior Court | BG05244910 | 04/30/07 | See Alameda RG07312218 |
| GOYENS BELL | Chaledeeamka | C. | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |

Vexatious Litigant List
**BOLD** = Added names

7/11/2022

**SER 457**

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| GOYENS BELL | Chakedeeanka | D. | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| GOYENS BELL | Chakedeeanka | Debora Ann | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| GOYENS BELL WILLIAMS | Chakedeeanka | Debora Ann | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| GOYENS DBA DOCUMENT PREPARER GOYENS | Chakedeeanka | | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| GOYENS DOC PREP GOYENS | Chakedeeanka | | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| GOYENS DOCUMENT PREPARER | Chakedeeanka | | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| GOYENS DOCUMENT PREPARER GOYENS BELL | Chakedeeanka | | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| GOYENS LIVING/WORK SPACE PROPERTY MANAGEMENT | Chakedeeanka | | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| GOYENS PROMULGATORESS | Chakedeeanka | | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| GOYENS PROPERTY MANAGEMENT | Chakedeeanka | | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| GOYENS RELOCATION | Chakedeeanka | | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| GOYENS RELOCATION FOR REPAIRS AGENT | Chakedeeanka | | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| GOYENS TENANT IN POSSESSION | Chakedeeanka | | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| GOYENS-PROMULGATORESS | Chakedeeanka | | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| GRANT | Daryl | | Sacramento Superior Court | 00AS04794 | 06/04/02 | |
| GRANT | Miesha | | Los Angeles Superior Court | BP114689 | 02/25/20 | AKA Misha Grant, AKA Ayisha Grant |
| GRANT | Sherry | | Los Angeles Superior Court | BP114689 | 02/25/20 | AKA Sherri Grant |
| GRASSI | David | | San Francisco Superior Court | CGC1D500974 | 06/08/11 | Also see Professional Concrete Work |
| GRASSI | David | H. | San Francisco Superior Court | CGC1D500974 | 06/08/11 | Also see Professional Concrete Work |
| GRASSI | David | Hillel | San Francisco Superior Court | CGC1D500974 | 06/08/11 | Also see Professional Concrete Work |
| GRASSO | Eugene | | San Diego Superior Court | N59028 | 07/16/93 | |
| GRASSO | Eugene | | San Diego Superior Court | N60008 | 07/16/93 | |
| GRAVATT | Adiel | | Los Angeles Superior Court | TCO2806,27,28,31,32, 85,86,87,89,90,91,92 | 09/07/17 | |
| GRAVEN | Will | | San Bernardino Superior Court | CIVVS903689 | 09/03/09 | |
| GRAVES | Michael | Ben | Court of Appeal, 2nd Dist, Div 8 | B262225 | 07/24/15 | |
| GRAY | Gracie | | Los Angeles Superior Court | BC110668 | 11/07/95 | |
| GRAY (C-32633) | Ricky | | Kings Superior Court | 11CO190 | 09/27/11 | |
| GREEN | Nikira | | Los Angeles Superior Court | NF013374 | 02/25/20 | |
| GREEN | Tina | | Los Angeles Superior Court | BC355435 | 12/11/06 | |
| GREENBERG | Robert | I. | Orange County (South) Muni Ct | 1534 | 06/12/95 | Order states specifics. |
| GREENE | Cedric | | Court of Appeal, Third District | B218223 | 09/22/10 | |
| GREER | Brian | | Court of Appeal, First District | A125741 | 06/25/10 | |
| GREER | Brian | | Court of Appeal, First District | A126623 | 06/25/10 | |
| GREER | Paul | S. | Santa Clara Superior Court | 5065C001625 | 06/01/07 | |
| GREGORY | Adela | | Los Angeles Superior Court | BC398253 | 09/21/11 | aka Adela Gregory Ohanesian |
| GRIGSBY | Kenneth | | Alameda Superior Court | 7332892 | 09/15/94 | |
| GRIMES | Jerome | L. | San Francisco Superior Court | PES-12-295916 | 01/09/14 | |
| GRIMES (D72759) | Joseph | | Kern Superior Court | S1500CV274858WDP | 11/02/12 | |
| GRIMES, SR. | Phillip | E. | Solano Superior Court | FCS026386 | 02/23/06 | |
| GRIMM | Glenn | Christian | Sacramento Superior Court | 06FL05581 | 08/18/10 | |
| GROSS | Elena | | Riverside Superior Court | IND098669 | 01/21/11 | |
| GROSZ | Robert | W.G. | Los Angeles Superior Court | BC519399 | 10/31/14 | |
| GRUDZINSKI | Christina | B. | Orange County Superior Court | 753438 | 01/16/98 | |
| GSCHWEND | Mary | Ann | Contra Costa Superior Court | WS020208 | 07/18/08 | |
| GUAJARDO | Miraya | Elena | Los Angeles Superior Court | 18STPT02820 | 01/06/20 | |
| GULBENKIAN | Paul | | San Francisco Superior Court | 946688 | 02/24/93 | |

Vexatious Litigant List
**BOLD** = Added names

7/11/2022

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| GUPTA | Vinay | | San Bernardino Superior Court | SCVSS84277 | 08/02/07 | |
| GURALINK | Nina | | San Francisco Superior Court | 400044 | 05/04/05 | |
| GUTHRIE | Michael | | Los Angeles Superior Court | LS016410 | 11/25/08 | |
| GUTIERREZ | Marco | | Alameda Superior Court | RG14719793 | 10/30/14 | |
| GUTIERREZ | Tammy | | Kern Superior Court | BCV-18-101636 | 12/17/18 | |
| GUY | Edward | Leon | Los Angeles Superior Court | 21STCV02805 | 06/30/21 | |
| GUZZETTA | Larry | | Riverside Superior Court | INC012295 | 10/17/02 | |
| GWIN | Jinny | | Sacramento Superior Court | 13FL04926 | 09/20/19 | AKA Jinny Gwin Breschini AKA Jinny Breschini |
| HA | Hung | | Alameda Superior Court | 2002074172 | 01/24/05 | |
| HA | Thuan | Huy | Orange Superior Court | 3.02017E+13 | 09/28/17 | |
| HAACKE | Rodney | | Riverside Superior Court | MCC2000862 | 04/06/22 | |
| HADDOCK | Kevin | A.E. | San Joaquin Superior Court | 392009002122100PRFTSTK | 09/07/12 | |
| HADSELL | Christopher | James | Contra Costa Superior Court | D1100775 | 05/03/16 | |
| HAGE | Ghassan | | Santa Clara Superior Court | 2013GF01015Z0 | 08/01/17 | |
| HAGGARD | Daniel | | Humboldt Superior Court | FL940776 | 01/21/03 | |
| HAGHNAZARIAN | Lala | | Los Angeles Superior Court | BC704116 | 07/08/20 | |
| HAGHNAZARIAN | Leilyan | | Los Angeles Superior Court | BC704116 | 07/08/20 | |
| HAGHNAZARIAN | Osheen | | Los Angeles Superior Court | BC704116 | 07/08/20 | |
| HAKIMIAN | Bijan | | San Bernardino Superior Court | CIVDS1714303 | 05/29/18 | |
| HALE | Myron | | Los Angeles Superior Court | BC677288 | 07/20/18 | |
| HALIMI | Evelyn | | Los Angeles Superior Court | SC109456 | 06/29/12 | (also see Azita Zendel) |
| HALL | Annie | | Los Angeles Superior Court | BC470105 | 04/20/12 | |
| HALL | David Jr. | | Los Angeles Superior Court | 19STLC03737 | 12/17/19 | |
| HALL | Monica | Rene | Los Angeles Superior Court | 19STLC03737 | 12/17/19 | |
| HALL | Nathan | | Marin Superior Court | CIV160025021 | 09/19/17 | |
| HALLIGAN | Marjory | A. | San Francisco Superior Court | PTR11294184 | 05/26/17 | |
| HALLIWELL | Michael | | Sonoma Superior Court | MCV191306 | 04/17/09 | |
| HALLSTEAD | Gary | | Los Angeles Superior Court | SF001096 | 02/04/15 | rec'd second order file date 11/13/13 |
| HALTERMAN | Gloria | | Monterey Superior Court | 101857 | 10/24/95 | Order states specifics. |
| HAMILTON | Paul | C. | Marin Superior Court | CIV1503123 | 04/18/17 | |
| HAMMERSTROM | Bruce | | Stanislaus Superior Court | 85540 | 06/04/96 | Order states specifics. |
| HAMMLER | Allen | | Sacramento Superior Court | 34201600197599 | 02/23/17 | |
| HAMMONDS | Gloria | Mae | Alameda Municipal Court | 538761 | 06/23/93 | |
| HAN | Kwang | Wei | Orange County Superior Court | 791685 | 08/24/98 | |
| HANCOCK | Anne | | Contra Costa Superior Court | MSC20-00274 | 06/30/20 | |
| HANEY | Monte | | Lassen Superior Court | 61655 | 12/13/18 | |
| HANNA | Michael | James | Riverside Superior Court | MCC1701055 | 06/07/18 | |
| HANNA | Rimon | | San Diego Superior Court | 372015000203905CUWTCTL | 04/12/16 | |
| HANSEN | Gregg | | Marin Superior Court | CIV1802175 | 08/20/19 | |
| HANTZIS | Andrew | | Orange County Superior Court | 30-2013-00643242 | 02/23/15 | |
| HAQUE | Serajul | | Santa Clara Superior Court | 103CV004961 | 05/11/04 | |
| HAQUE | Simon | M. | Santa Clara Superior Court | 104FL119967 | 08/14/06 | |
| HARCHOL | Amy | | Orange County Superior Court | 30201000352550 | 12/06/10 | |
| HARDAWAY (P-45579) | Sonny | Ray | Kings Superior Court | 05C0021 | 07/29/05 | |
| HARGREAVES | Philip | | San Diego Superior Court | SC692146 | 01/31/96 | Order states specifics. |
| HARMS | Dale | | Contra Costa Superior Court | MSC20-00236 | 09/08/20 | |
| HARPER | Daniel | | Fresno Superior Court | 13CECL02971 | 08/30/13 | |
| HARPER | Paul | | Los Angeles Superior Court | NC030129 | 07/24/01 | |

Vexatious Litigant List
**BOLD** = Added names

7/11/2022

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| HARRELL | Joshua | Neil | Sacramento Superior Court | 34201600195189CUMMGDS | 09/12/17 | |
| HARRELL, SR. | Paul | A. | San Francisco Superior Court | 301591 | 10/22/99 | Order states specifics. |
| HARRIS | Christopher | | Los Angeles Superior Court | 18LBUD00786 | 02/08/21 | |
| HARRIS | DiWanna | | Los Angeles Superior Court | 16UN03580 | 01/02/18 | aka DiWanna Elizabeth Baskins, DiWanna E. Baskins Harris |
| HARRIS | Jacqueline | | Los Angeles Superior Court | 18STRC04276 | 07/31/18 | |
| HARRIS | Marlyn | | Los Angeles Superior Court | LAM02M00280 | 03/01/02 | |
| HARRIS | Michael | | Los Angeles Superior Court | BC576373 | 08/12/15 | |
| HARRIS | Stacy | C. | Orange County Superior Court | 30201100532451 | 08/10/12 | |
| HARRIS | Star | | Los Angeles Superior Court | NC044390 | 11/13/12 | |
| HARRIS (G36394) | Wayde | Hollis | Solano Superior Court | FCS056147 | 06/30/21 | |
| HARRISON | Carla | | Los Angeles Superior Court | YF001925 | 10/26/01 | |
| HARTER | David | N. | San Diego Superior Court | SB006183 | 03/18/98 | |
| HARTMAN | Robert | C. | San Francisco Superior Court | CGC12517400 | 01/01/13 | |
| HARTUNIAN | Papken | S. | Los Angeles Superior Court | 98K13311 | 05/16/00 | |
| HARVILLE | Quincy | | Los Angeles Superior Court | 92K07562 | 08/15/95 | |
| HARZINSKI | Michael | | Los Angeles Superior Court | SC114780 | 01/30/13 | |
| HASSMAN | Sara | | San Diego Superior Court | 09D002792 | 09/30/16 | |
| HASTINGS | Kimberly | S. | Santa Clara Superior Court | 2013-1-CV-256494 | 03/13/20 | |
| HATHAWAY | Darlene | Ann | Santa Clara Superior Court | EC6770 | 12/12/95 | Order states specifics. |
| HAVENS | Warren | | Alameda Superior Court | 2002-070640 | 06/13/19 | |
| HAWKINS | Joe | | San Francisco Superior Court | CGC09485317 | 07/07/09 | Amended from June 3 Order to include aka's |
| HAWKINS | Joe | P. | San Francisco Superior Court | ArO09485317 | 07/07/09 | Amended from June 3 Order to include aka's |
| HAWKINS | Joe | Pat | San Francisco Superior Court | CGC09485317 | 07/07/09 | Amended from June 3 Order to include aka's |
| HAWKINS | Joseph | | San Francisco Superior Court | CGC09485317 | 07/07/09 | Amended from June 3 Order to include aka's |
| HAWKINS | Joseph | (Joe Pat) | San Francisco Superior Court | CDO09485317 | 07/07/09 | Amended from June 3 Order to include aka's |
| HAWKINS | Yancy | | Los Angeles Superior Court | BC055678 | 07/29/93 | |
| HAWKS | Dixianne | | Orange County Superior Court | NC036943 | 05/11/07 | |
| HAYCOCK | Don | H. | San Francisco Superior Court | BC467531 | 01/05/12 | |
| HAYCOCK | Don | H. | Court of Appeal, 2nd Dist., Div 3 | B236803 | 10/30/12 | |
| HAYES | Arika | | Los Angeles Superior Court | BC565496 | 03/03/15 | a.k.a. Arika Matelyan |
| HAYES | Chase | | San Diego Superior Court | GIC840834 | 07/11/05 | |
| HAYES | J. | Marshall | San Diego Superior Court | 653618 | 09/21/92 | |
| HAYES | J. | Marshall | San Diego Superior Court | 653619 | 09/21/92 | |
| HAYES | Joseph | M. | San Deigos Superior Court | 653619 | 09/21/92 | |
| HAYES | Michael | | Los Angeles Superior Court | NC013213 | 12/02/94 | |
| HAYES | Joseph | M. | San Diego Superior Court | 653618 | 09/21/92 | |
| HAYNES | Barbara | | Court of Appeal, Fifth District | F063789 | 07/17/12 | |
| HAYNIE | Gary | W. | Santa Clara Superior Court | 106CV059813 | 07/12/06 | |
| HAZARI | Cyrus | | Santa Clara Superior Court | 16CV295730 | 08/27/21 | |
| HEALY | Kevin | M. | Sacramento Superior Court | 04AS01711 | 07/28/08 | |
| HEBERT | Patricia | | Humboldt Superior Court | CP110238 | 09/18/12 | |
| HEDJAZI | Toofan | | Orange County Superior Court | 30201200592941 | 04/29/13 | |
| HEDMAN | Adrialyn | Varilla | San Joaquin Superior Court | STKCVUF20140008254 | 01/30/17 | |
| HEDMAN | Keith | Olin | San Joaquin Superior Court | STKCVUF20140008254 | 01/30/17 | |
| HEILMAN (H-76785 B-6-239) | Thomas | J. | Solano Superior Court | FCS041028 | 08/26/13 | |
| HEIMER | Majorie | | Santa Barbara Superior Court | 1156417 | 08/30/04 | |
| HEIMER | Majorie | | Santa Barbara Superior Court | 1110991 | 08/30/04 | |
| HEIMER | Majorie | | Santa Barbara Superior Court | 1156866 | 08/30/04 | |

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| HEIMER | Majorie | | Santa Barbara Superior Court | 1156915 | 08/30/04 | |
| HEIMER | Majorie | | Santa Barbara Superior Court | 1132324 | 08/30/04 | |
| HEIMER | Majorie | | Santa Barbara Superior Court | 1037548 | 08/30/04 | |
| HEIMER | Majorie | | Santa Barbara Superior Court | 1037549 | 08/30/04 | |
| HEKKING | Fred | | Santa Clara Superior Court | 104FL118424 | 12/03/12 | |
| HENDERSON | Damon | | Los Angeles Superior Court | CF028063 | 11/22/95 | |
| HENDERSON | Glenn | | Los Angeles Superior Court | SC085392 | 09/19/05 | |
| HENDERSON | Helen | J. | San Bernardino Superior Court | FAMSS1504949 | 05/05/21 | |
| HENDERSON | Lisa | Renee | Alameda Superior Court | RG19-018342 | 11/15/19 | |
| HENSLEY | Barry | Lyn | Ventura Superior Court | CIV226131 | 06/23/04 | |
| HENSLEY | Gary | Lee | Ventura Superior Court | P68549 | 12/01/94 | |
| HENSLEY | Terry | Lou | Ventura Superior Court | CIV226131 | 06/23/04 | |
| HENSLEY | Wanda | R. | Ventura Superior Court | P68549 | 12/01/94 | |
| HERNANDEZ | Luis | E. | Los Angeles Superior Court | BC233851 | 01/31/01 | |
| HERNANDEZ | Mary | | San Bernardino Superior Court | SCVSS113578 | 06/11/04 | |
| HERRERA | Nelson | R. | Santa Clara Superior Court | 19CV342541 | 08/08/19 | |
| HERRERA | Nenebeth | T. | Santa Clara Superior Court | 19CV342541 | 08/08/19 | |
| HERRERA, SR. | Bruce | | San Joaquin Superior Court | 231249 | 01/21/92 | |
| HERRIOTT | Aliga | Z. | Los Angeles Superior Court | BD415787 | 05/02/12 | |
| HERRMANN | J.D. | | Orange County Superior Court | 769909 | 10/03/97 | |
| HICKS | Carol | Marie | Los Angeles Superior Court | BD370715 | 12/28/10 | |
| HERSHEY | Howard | | San Francisco Superior Court | CGC02405248 | 11/25/03 | |
| HEWLETT | Patricia | | San Francisco Superior Court | CGC17557112 | 07/11/17 | |
| HEX | Mark | William Thomas | Riverside Superior Court | RIP 10001440 | 03/28/03 | See also Mark William Thomas |
| HICKS | Kerry | | Ventura Superior Court | D323616 | 07/10/08 | |
| HICKS (B-80852) | Michael | | Monterey Superior Court | M93834 | 02/22/10 | |
| HICKS | Michael | | San Bernardino Superior Court | CIVRS 1208355 | 06/15/15 | |
| HILL | Carla | | San Diego Superior Court | 372015000330640UPOCTL | 01/03/17 | aka Carla Stivers |
| HILL | Richard | E. | Riverside Superior Court | INC026478 | 03/11/03 | |
| HILL | Richard | Edward | Riverside Superior Court | INC026478 | 03/11/03 | |
| HILL | Rick | | Riverside Superior Court | INC026478 | 03/11/03 | |
| HILL | Sandra | Claire | Riverside Superior Court | INC026478 | 03/11/03 | |
| HILL | Sandra | Smoka | Riverside Superior Court | INC026478 | 03/11/03 | |
| HILL | Sandra | | Riverside Superior Court | INC026478 | 03/11/03 | |
| HILTON | Courtney | | Court of Appeal Second District | B313337 | 05/20/22 | |
| HINDRA | Etta | | Los Angeles Superior Court | BC645975 | 01/22/18 | |
| HIRAMANEK | Adil | | Santa Clara Superior Court | 109FL149682 | 06/22/10 | |
| HIROSE (SOEDA) | Yumiko | | Santa Barbara Superior Court | 16CV01004 | 05/17/16 | |
| HO | Loan | Thi | Orange Superior Court | 01D001336 | 01/22/20 | AKA Lora Ho |
| HO | Lora | | Orange Superior Court | 01D001336 | 01/22/20 | AKA Loan Thi Ho |
| HO | Loan | Thi | Orange Superior Court | 01D001336 | 06/02/21 | AKA Lara Ho |
| HO | Lara | | Orange Superior Court | 01D001336 | 06/02/21 | AKA Loan Thi Ho |
| HOANG | Lan | Thi | Los Angeles Superior Court | YC057317 | 07/30/09 | |
| HOBBS | Earl | A. | Los Angeles Superior Court | NC061882 | 11/07/18 | |
| HOCKETT | John | | Humboldt Superior Court | DR990936 | 11/30/00 | |
| HOCKMUTH-NOWELL | Joyce | | Sacramento Superior Court | S36367 | 10/20/93 | |
| HOEKE, JR. | Victor | | Contra Costa Superior Court | D1205233 | 08/03/16 | |
| HOELZEL | Lucy | | Los Angeles Superior Court | LC007230 | 04/15/92 | |

**SER 461**

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| HOFFMAN | Kasey | F. | Kings Superior Court | 18C-0238 | 05/31/19 | |
| HOFFMAN | Rachel | J. | Riverside Superior Court | IND066863 | 01/14/09 | |
| HOLBURN | William | | Orange Superior Court | 100011474 | 03/03/20 | |
| HOLDEN | Yvonne | | Placer Superior Court | SCV0013925 | 11/06/02 | |
| HOLGUIN | Jonathan | | Los Angeles Superior Court | VF009588 | 06/18/18 | |
| HOLLYWOOD | Arogant | | Los Angeles Superior Court | BC607945 | 04/11/16 | aka John Walton |
| HOLMES | Michael | | Los Angeles Superior Court | 21PSCV00857 | 02/15/22 | |
| HOLMES | Robert | | Santa Clara Superior Court | 199FL088675 | 09/14/06 | |
| HOLMSTRAND | Sue | Ellen | Trinity Superior Court | 01CV106 | 02/11/02 | |
| HOLSWORTH | Susan | | Placer Superior Court | S-DR-0051013 | 03/01/22 | |
| HOLTZ | Benjamin | | San Diego Superior Court | 18FL007268N | 11/02/21 | |
| HOLTZ | Karen | Reich | San Bernardino Court | VFLVS09709 | 04/21/09 | |
| HOME EQUITY LINE PLAN | | | Alameda Superior Court | 20010017833 | 05/30/03 | |
| HONG | Juan | | Orange County Superior Court | 07CC11902 | 04/28/11 | |
| HOOD | Antonio | | Los Angeles Superior Court | BC580829 | 03/28/16 | |
| HOOK | James | Patton | Orange County Superior Court | 02CC06223 | 08/05/02 | |
| HOPKINS | Randell | Albert | San Bernardino Superior Court | FV 1018838 (CIVDS 1504364) | 06/19/15 | |
| HOPPING | Diana | Rais- | San Joaquin Superior Court | CV201611338 | 07/21/17 | |
| HOPPING | Nicholas | | San Joaquin Superior Court | CV201611338 | 07/21/17 | |
| HOPPING | Stephanie | M. | San Joaquin Superior Court | CV201611338 | 07/21/17 | |
| HORSPOOL | William | F. | Riverside Superior Court | RIC10021157 | 03/24/11 | aka William Farley Horspool |
| HORSPOOL | William | Farley | Riverside Superior Court | RIC10021157 | 03/24/11 | |
| HOSSEINI | Tahereh | McGowan | Orange County Superior Court | D349428 | 10/27/06 | |
| HOUSTON | Helen K. | | Los Angeles Superior Court | KC049471 | 03/20/07 | |
| HOUSTON | Jon | Jing | Sacramento Superior Court | 34201600028 3CUMM4GDS | 03/05/19 | |
| HOUSTON | Kelvin | Lloyd | San Joaquin Superior Court | STKCVUCR2016000 1489 | 06/09/16 | |
| HOWARD | John | | Los Angeles Superior Court | BC057750 | 11/02/93 | |
| HOWELL | Marc | DeWayne | Los Angeles Superior Court | BC608783 | 04/25/16 | |
| HOWELL | Ronnie | | Court of Appeal, 5th Dist | F055047 | 01/26/09 | |
| HOWELL | Suzanne | | Los Angeles Superior Court | C740760 | 08/04/92 | |
| HSU | John | | Alameda Superior Court | RG08428582 | 06/03/09 | |
| HUANG | Han | Jing | Sacramento Superior Court | 70001788-70001818 | 11/03/17 | |
| HUANG | Yong | Tan | Santa Clara Superior Court | 104CV028465 | 08/30/12 | |
| HUBBARD | Donald | | Sacramento Superior Court | 34201700211640 | 07/27/17 | |
| HUBBARD | Myrna | | Sacramento Superior Court | 342008000120 44CUPNGDS | 08/27/08 | |
| HUBBARD | Wendy | Elaine | Los Angeles Superior Court | BS020492 | 12/23/92 | |
| HUDSON | Marco | De Puente | Kern Superior Court | S1500CL270941 | 06/17/13 | Minute order 6/20/2013 |
| HUDSON | Marco | De Puente | Kern Superior Court | S1500CL274128LSE | 06/17/13 | Minute order 6/20/2013 |
| HUFFMAN | Susan | | Monterey Superior Court | M36567 | 09/05/97 | |
| HUFNAGEL | V. | Georges | Los Angeles Superior Court | SC046397 | 11/13/98 | aka Vicki G. Hufnagel |
| HUFNAGEL | Vicki | G. | Los Angeles Superior Court | SC046397 | 11/13/98 | aka V. Georges Hufnagel |
| HUGHES | Jonathan | Jay E. | Sonoma Superior Court | 180076 | 10/21/94 | |
| HUGHES | Regina | | Los Angeles Superior Court | BD130964 | 11/24/93 | |
| HUGHES, SR. | Phillip | E. | Los Angeles Superior Court | BC578583 | 07/13/15 | |
| HUH | Eun | Cathy | Los Angeles Superior Court | BC609613 | 09/01/16 | |
| HUMAN | Siavash | | Los Angeles Superior Court | SC034673 | 03/15/95 | |
| HUME | Edward | | Ventura Superior Court | 5620110039871 3CUBTVTA | 12/16/11 | |
| HUME | William | Snow | Orange County Superior Court | A219294 | 01/26/06 | |

SER 462

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| HUMPHREY | Barbara | | Los Angeles Superior Court | SC101482 | 06/29/09 | |
| HUMPHREY | Joyce | | Solano Superior Court | FCS048007 | 05/15/19 | |
| HUNG | Joseph | | Los Angeles Superior Court | LAM03M23891 | 01/29/04 | |
| HUNT | Barbara | Ann | Fresno Superior Court | 02CECG00387 | 03/05/02 | |
| HUNT | Irvin | D. | Los Angeles Superior Court | BC216068 | 01/31/00 | |
| HUNT | Mark | Joseph | Los Angeles Superior Court | LAM03M23891 | 01/29/04 | |
| HUNT | Mark | Joseph | Los Angeles Superior Court | LAM03M23916 | 01/29/04 | |
| HUNT, JR. | Clarence | A. | San Francisco Superior Court | 983241 | 06/22/98 | |
| HUNTER | Crystal | | Los Angeles Superior Court | BC121678 | 03/14/96 | |
| HUNTER | Lucienne | | Contra Costa Superior Court | C0400532 | 03/02/05 | |
| HUPP | Aristea | | Riverside Superior Court | RIC1515215 | 08/04/17 | |
| HUPP | Paul | | Riverside Superior Court | RIC1216945 | 01/02/14 | |
| HURST | Sammy | Earl | Orange County Superior Court | 99NC14580 | 07/20/01 | |
| HURST | Sammy | Earl | San Francisco Superior Court | 980671 | 11/22/96 | |
| HUTCHINSON | C.C. | | San Francisco Superior Court | 183518 | 09/05/02 | |
| HUTCHISON | M | Peter | Lake Superior Court | 37769 | 09/04/18 | |
| HUTTON | Dolores | Adele | Orange Superior Court | BS012979 | 04/20/93 | |
| HUYNH | Emily | | Orange Superior Court | 16D005246 | 01/29/21 | |
| HYON | Junho | | Solano Superior Court | FCS048068 | 05/11/17 | |
| HYSELL (K77684/A52101) | Douglas | William | Fresno Superior Court | 12CECG03131 | 05/15/13 | |
| HYTKEN | Kent | | San Diego Superior Court | 273080009510 7CUBCTL | 09/24/09 | |
| IBANEZ | Brenda | Patricia | Los Angeles Superior Court | 19WHFI01547 | 05/12/21 | |
| IBARRA | Adam | S. | Alameda Superior Court | RG05223164 | 12/14/05 | |
| IBRAHIM | Joseph | | Los Angeles Superior Court | BC074775 | 03/03/94 | |
| IGLESIAS DE DIOS DE LA PROFECIA | | | Los Angeles Superior Court | KC069825 | 02/13/18 | #3, El Monte, CA 91731; Familias Volunteer Programs Foundation, 8413 Cheyenne St., Downey, CA 90242, Maria De Jesus Ramirez, 3727 Gibson Rd. #3, El Monte, CA 91731, Francisca Montalvo Alvarez, 809 South Glendora Ave., West |
| IGNACIO | Tevis | R. | Santa Clara Superior Court | 197FL071025 | 10/01/98 | |
| ILAW | Miguel | | Santa Clara Superior Court | 111CV206521 | 07/26/12 | |
| INFINITY (C27692) | | | Riverside Superior Court | BLC003030 | 01/24/05 | |
| INGHAM | Leslie | | Riverside Superior Court | PSC1403189 | 09/23/14 | |
| IWUOHA | Emeka | Iwuoha | Orange County Superior Court | 01CL07180 | 03/20/02 | |
| IZMAJLOVA | Elmira | | Court of Appeal, 2nd Dist, Div 5 | B083076 | 11/01/94 | |
| JACKSON | Carlos | | Los Angeles Superior Court | BC472822 | 06/19/14 | |
| JACKSON | Christopher | | Riverside Superior Court | MCP1300789 | 06/28/18 | |
| JACKSON | Curtis | Renee | Solano Superior Court | FCS051103 | 01/23/19 | |
| JACKSON | Gillett | Welton | Los Angeles Superior Court | 07L01057 | 10/26/07 | |
| JACKSON | Martha | B. | Los Angeles Superior Court | YS020153 | 12/10/09 | aka Martha B. Alvarez |
| JACKSON | Nicole | Y. | Los Angeles Superior Court | 19STLC02275 | 12/02/21 | |
| JACKSON | Nicole | Y. | Los Angeles Superior Court | BS170641 | 12/17/21 | |
| JACKSON | Welton | | Los Angeles Superior Court | 07L01057 | 10/26/07 | |
| JACOBS | Willette | D. | Sacramento Superior Court | 06CS01584 | 06/25/10 | |
| JAHANSOUZ | Nazzee | | Orange County Superior Court | 302010004 15085 | 03/03/11 | |
| JAIME | Olivia | | San Bernardino Superior Court | CIVDS1802109 | 11/06/18 | |
| JAIME | Steve | | San Bernardino Superior Court | CIVDS1802109 | 11/06/18 | |
| JAKUBCZAK | Crystal | M. | Trinity Superior Court | 04CV019 | 06/24/04 | |
| JANOSSY | Hajnal | | Los Angeles Superior Court | LC072191 | 12/07/05 | Order states specifics. |

7/11/2022

SER 463

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| JANOSSY | Paul | | Los Angeles Superior Court | LC072191 | 12/07/05 | Order states specifics. |
| JANOUSEK | Richard | | Los Angeles Superior Court | SC062583 | 08/08/02 | |
| JARA | Miguel | | Los Angeles Superior Court | 18STCV06964 | 05/08/19 | |
| JARAMILLO | Paul | | Merced Superior Court | 9372 | 02/09/06 | |
| JARRETT, JR. | Robert | L. | Los Angeles Superior Court | BS127162 | 03/30/11 | |
| JAUCH | Cory | Ryan | Plumas Superior Court | FL0121903 | 11/15/17 | |
| JAVANBAKHSH | Parisa | | Santa Clara Superior Court | 16FL175505 | 06/08/18 | |
| JAVIDI | Massoud | | Contra Costa Superior Court | D17-05734 | 07/01/21 | |
| JAVIER | Haydee | C. | Santa Clara Superior Court | 102CV809832 | 06/13/11 | |
| JAVIER | Haydee | C. | Santa Clara Superior Court | CV 809832 | 10/23/02 | |
| JEFFERSON | Jamie | D. | Los Angeles Superior Court | BC365491 | 11/13/07 | |
| JENAN | Roger | Lewis | Tulare Trial Courts | 97181220 | 03/23/98 | |
| JENG | Larry | I. | Los Angeles Superior Court | BC187505 | 07/28/98 | |
| JENKEL | John | | Sonoma Superior Court | SCV242315 | 01/12/09 | |
| JENKINS | Ralph | Cornell | Santa Cruz Superior Court | CV174133 | 06/25/12 | |
| JENKINS | Storm | Earl | San Francisco Superior Court | CGC03416312 | 04/18/05 | |
| JHAVERI | Ashok | B. | Fresno Superior Court | 5983131 | 11/19/97 | |
| JIANG | Yvonne | | Los Angeles Superior Court | 17K05412 | 08/10/20 | |
| JIMENEZ | Maria | | Riverside Superior Court | RIC1811854 | 11/29/18 | |
| JOHN | Aleyamma | | Court of Appeal, 2nd Dist, Div 3 | B236441 | 04/18/12 | |
| JOHNSON | Andre | | Fresno Superior Court | 05CECG00654 | 07/06/05 | |
| JOHNSON | Anita | M. | Los Angeles Superior Court | 19STCV20641 | 09/12/19 | |
| JOHNSON | Anthony | | Los Angeles Superior Court | EF001794 | 02/07/11 | |
| JOHNSON | Julius | | Los Angeles Superior Court | BC537293 | 04/16/15 | a.k.a. Julius Johnson, Jr. |
| JOHNSON, JR. | Julius | | Los Angeles Superior Court | BC537293 | 04/16/15 | a.k.a. Julius Johnson |
| JOHNSON | Kelly | S. | Orange Superior Court | 30-2019-01075365 | 09/09/20 | |
| JOHNSON | Mildred | | San Diego Superior Court | SC110537 | 04/24/01 | |
| JOHNSON | Oshay | L. | Sacramento Superior Court | 34201600194612CUCRGDS | 11/08/16 | CDC # H-74683 |
| JOHNSON | Renee | | San Diego Superior Court | 37200900072155CUMMCTL | 06/17/10 | |
| JOHNSON | Renee | | San Diego Superior Court | 37201100071532CUPTEC | 12/21/11 | |
| JOHNSON | Sharon | | Los Angeles Superior Court | 18STCV09829 | 09/01/20 | filing order was filed until 09/01/20 |
| JOHNSON | Tonja | | Sacramento Superior Court | 16DV02367 | 12/02/16 | |
| JOHNSON, JR. | Warren | Nathaniel | Los Angeles Superior Court | BC349760 | 08/14/06 | |
| JOHNSON, SR. | Billy | Joe | Kern Superior Court | S1500CV278353 | 06/13/13 | |
| JOHNSTON | Mark | Alan | Butte Superior Court | 119136 | 07/31/97 | |
| JOLIVETTE | Paul | | Kern Superior Court | BCM-15-000016 | 12/09/15 | behalf of Jolivette by any person or entity identifying or |
| JOLIVETTE | Paul | Patrick | Solano Superior Court | MISC001772 | 01/21/14 | associating with Jolivette as an "agent" or "representative." |
| JONES | Annamarie | | Modoc Superior Court | FL05059 | 07/06/05 | |
| JONES | Brent | | Los Angeles Superior Court | BC460339 | 09/19/11 | Hitrapres Jones-Theophilus; Brach; Branch; B.I. |
| JONES | Brent | O. | Los Angeles Superior Court | BC460339 | 09/19/11 | Hitrapres Jones-Theophilus; Brach; Branch; B.I. |
| JONES | Darryl | | Los Angeles Superior Court | BC481990 | 10/16/12 | Order states specifics. |
| JONES | Earl | | Los Angeles Superior Court | SCC016584 | 03/23/95 | Order states specifics. |
| JONES (CDC#P85158) | Frederick | | Lassen Superior Court | 54688 | 01/10/12 | aka Hakim Ali Akbar |
| JONES | Jason | Earl | Court of Appeal, 5th Dist | F068915 | 03/03/14 | |
| JONES | Jason | Earl | Kern Superior Court | S1500CV279498DRL | 10/01/13 | |
| JONES | Jerri | L. | Los Angeles Superior Court | 19AVRO00603 | 09/20/19 | |
| JONES | Joque | C. | San Diego Superior Court | GIC752621 | 10/06/00 | |

28

Vexatious Litigant List
**BOLD** = Added names

7/1/2022

SER 464

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| JONES | Kathy | | Orange County Superior Court | SC50567 | 05/31/01 | |
| JONES | Lloyd | | Placer County Superior Court | S-CV-0043244 | 07/08/20 | |
| JONES | Marcus | | Court of Appeal, 2nd Dist, Div 5 | B166903 | 12/26/03 | |
| JONES | Yago | Blu | Los Angeles Superior Court | SC129128 | 10/18/18 | |
| JONES-THEOPHILUS | Brett | Randoff Toriano Keeffe Henry Kana-Shapel Hitrappes | Los Angeles Superior Court | BC460339 | 09/19/11 | aka's Jones-Theophilus; Brach; Toriano Keefe Kana-Shapel Hitrappes Jones-Theophilus; Brach; Branch; B.J. |
| JORDAN | James | | Santa Clara Superior Court | 112CV237692 | 07/24/13 | |
| JOSEPH (K62D45) | Alonzo | | San Diego Superior Court | 37-2019-00034482-CU-CR-CTL | 12/29/20 | |
| JOSEPH (K62D45) | Alonzo | | Lassen Superior Court | 62205 | 12/01/20 | |
| JOSEPH | Joel | D. | Los Angeles Superior Court | SC124621 | 03/11/16 | |
| JOSH | Angelo | | Los Angeles Superior Court | 21STCV00695 | 03/11/21 | AKA Angelo Yoshannah Scrigna |
| JUAREZ | Robert | | Los Angeles Superior Court | EF492 | 08/20/00 | |
| JUDGE | John | E. | Los Angeles Superior Court | SEC77515 | 04/02/92 | |
| JUDGE | Kathleen | Sean | Los Angeles Superior Court | SEC77515 | 04/02/92 | |
| JUKEBOX | Wes | | Los Angeles Superior Court | 19CHCV00298 | 12/24/19 | AKA Hope Zaragoza |
| JUSTICE | Carlvin | | Alameda Superior Court | P255524 | 09/12/07 | |
| JUSTICE | Robert | Volney | San Diego Superior Court | PN26420 | 07/29/03 | |
| KNAPP | Eric | Charles Rodney | Sacramento Superior Court | 34-2014-00166749 | 11/18/14 | |
| KAIKOW | Howard | Arthur | Los Angeles Superior Court | BC119003 | 11/09/95 | |
| KAHOOLYZADEH | Behzad | | Los Angeles Superior Court | BC285673 | 04/15/03 | |
| KAIGHN | Gregory | R. | Eastern District Court of California | 2:16-cv-02117-KJM-CKD | 04/11/17 | |
| KALAKAY | Michael | Steven | San Diego Municipal Court | 553376 | 01/07/94 | |
| KALAPOS | Elizabeth | | Los Angeles Superior Court | PC015995 | 03/10/97 | |
| KALFOUNTZOS | Nikiforos | | Sacramento Superior Court | 3420100008500 | 01/31/11 | See AMI Electric |
| KALIST | Ron | C. | Ventura Superior Court | 56201100397787CUCRVTA | 03/16/12 | |
| KALLABY | David | | Napa Superior Court | 2648992 | 10/29/10 | |
| KALLMEYER | Christine | Caroline | San Diego Superior Court | 637201 | 08/28/91 | |
| KALLMEYER, JR. | James | Gordon | San Diego Superior Court | 637201 | 08/28/91 | |
| KAN WE HELP | | | Lassen Superior Court | 36791 | 08/23/10 | See Eileen Spencer |
| KAO | Chung | | Marin Superior Court | CIV1800434 | 10/19/18 | |
| KAPELUS | Marvin | B. | Los Angeles Superior Court | LC15468 | 02/11/97 | |
| KAPELUS | Marvin | B. | Ventura Superior Court | SC014474 | 01/24/97 | |
| KARADUNIS | Rhonda | | Nevada Superior Cout | CU18083400 | 03/13/19 | |
| KARIM-PANAHI | Parviz | | Los Angeles Superior Court | BC496448 | 08/27/13 | |
| KARONIE | Doan | Gus | Los Angeles Superior Court | BC55477 | 10/09/14 | requires permission from Court prior to filing any |
| KARRES | Andrew | | Sacramento Superior Court | 01FL06813 | 11/14/12 | |
| KASSAB | Joandark | | San Diego Superior Court | 37201100092557CUCRCTL | 12/30/11 | |
| KASSAB | Steve | | San Diego Superior Court | 37201100092557CUCRCTL | 12/30/11 | |
| KATZ | Matthew | | Los Angeles Superior Court | SC079729 | 10/17/06 | |
| KAUFMAN | Kandi | (Gail) | Contra Costa Superior Court | D9804359 | 10/05/00 | |
| KAUFMAN | Lawrence | J. | Los Angeles Superior Court | BC191095 | 09/15/98 | |
| KAVALAN | Isaac | | Alameda Superior Court | HF07330620 | 12/12/13 | |
| KAY | Max | | Los Angeles Superior Court | BC674838 and 39 | 01/29/18 | aka Mansour Khayatzadeh |
| KEADING | Kenton | | Contra Costa Superior Court | P16-00402 | 05/21/19 | |
| KEITH | Joan | | San Diego Superior Court | GIE032906 | 10/19/06 | |
| KEKOA, JR. | Curtis | | Court of Appeal, 1st Dist, Div2 | A122018 | 12/08/09 | Order states specifics. |

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| KELLEY | Kathryn | Ann | Sierra Superior Court | CV07476 | 10/15/14 | |
| KELMAR | Cheryl | J. | Santa Barbara Superior Court | 1379714 | 01/17/12 | |
| KENNEDY | Sailor | | Los Angeles Superior Court | TC010027 | 05/06/98 | |
| KERBY | Donald | | Orange County Superior Court | 30201500812325 | 06/14/16 | |
| KERNS | Katherine | Schooler | San Diego Superior Court | 372008000158817PRITRNC | 05/14/13 | Also see Jane Schooler |
| KERNS | Katherine | Schooler | San Diego Superior Court | 372007000017775PRITRCTL | 05/14/13 | Also see Jane Schooler |
| KERR | Nelson | A. | Orange County Superior Court | 805925 | 08/31/99 | |
| KERR | Nelson | A. | Los Angeles Superior Court | GP011572 | 06/01/07 | Order states specifics. |
| KEVORKIAN | Antranik | | Los Angeles Superior Court | BC626405 | 02/11/19 | |
| KHAN | Sinjin | Taide Mahdi | Los Angeles Superior Court | 19TRCP00273 | 12/06/19 | FKA Christopher Joseph Mowatt |
| KHAN | Mohammad | | Napa Superior Court | 19CV000046 | 10/22/21 | |
| KHAYYATZADEH | Mansour | | Los Angeles Superior Court | BC674838 and 39 | 01/29/18 | aka Max Kay |
| KHODAVARI | Bahman | | Los Angeles Superior Court | LC096606 | 04/17/14 | |
| KHOOSHABI | Sasan | Safarzadeh | Los Angeles Superior Court | 93E09147 | 12/29/93 | |
| KIDEXEL | Brent | | Riverside Superior Court | PSC2000944 | 10/19/20 | |
| KILE | Robert | G. | Placer Municipal Court | CV29644 | 05/17/93 | |
| KIM | Ho | Jeong | Los Angeles Superior Court | BC371416 | 10/18/07 | AKA Howard [Hojeong] Kim, Hojeong Kim |
| KIM | Ho | Jeong | Los Angeles Superior Court | BC377390 | 01/11/08 | |
| KIM | Ho | Jeong | Los Angeles Superior Court | BC452503 | 04/12/12 | |
| KIM | Hojeong | | Los Angeles Superior Court | BC371416 | 08/13/15 | AKA Howard [Hojeong] Kim, Ho Jeong Kim |
| KIM | Howard | | Los Angeles Superior Court | BC371416 | 08/13/15 | AKA Hojeong Kim, Ho Jeong Kim |
| KINDER | James | M. | San Diego Superior Court | SC137653 | 05/21/03 | |
| KING | Barry | | San Bernardino Superior Court | SMCDS1101478 | 06/06/12 | |
| KING | Barry | | San Bernardino Superior Court | SMCDS1103292 | 06/06/12 | |
| KING | Barry | | San Bernardino Superior Court | SMCDS1103291 | 06/06/12 | |
| KING | Barry | | San Bernardino Superior Court | SMCDS1101528 | 06/06/12 | |
| KING | Gary | E. | San Diego Superior Court | 37-2014-00017915 | 12/18/14 | |
| KING | Jacqueline | | Sonoma Superior Court | SCV236856 | 07/10/07 | |
| KING | John | | Sonoma Superior Court | SCV241522 | 05/09/08 | |
| KING | Sharon | | Los Angeles Superior Court | BC458281 | 09/12/11 | |
| KING | Will | B. | Orange County Superior Court | 03CL02874 | 04/24/03 | |
| KINGSTON | Bradley | | San Bernardino Superior Court | FAMVS803159 | 07/31/13 | |
| KINNAMON (P-50234) | Todd | Lee | Kings Superior Court | 11CO338 | 11/05/12 | |
| KINNAMON | Todd | Lee | Kings Superior Court | 11 CV 1339 | 05/15/14 | |
| KINNEY | Charles | G. | Los Angeles Superior Court | BC374938 | 11/19/08 | |
| KINNEY | Charles | G. | Court of Appeal, 2nd Dist, Div 2 | B225643 | 12/08/11 | also Kimberly Jean Kempton |
| KINSEY | Carl | M. | Los Angeles Superior Court | BC190123 | 07/20/11 | |
| KIPKIRWA | Lazarus | | Santa Clara Superior Court | CV780435 | 11/16/99 | |
| KIRBY | Anne | Marie | Kern Superior Court | BCV15100496, BCV15100282, BCV15101073, S1500CV280734, S1500CL290999, BCS15001152, | 01/06/16 | |
| KIRKPATRICK | Kylie | Jean | Napa Superior Court | 20CV000084 | 03/05/20 | |
| KITOVER | Arkady | | San Francisco Superior Court | 400004 | 05/02/05 | |
| KITOVER | Nina | | San Francisco Superior Court | 400044 | 05/04/05 | |
| KJAHN, Sr. | Daniel | P. | Alameda Superior Court | RG16838493 | 04/05/17 | |
| KLAZ | Shelly | Panetti | Los Angeles Superior Court | BD342867 | 04/27/09 | |
| KLEIDMAN | Peter | | Los Angeles Superior Court | 19SMCV01711 | 01/13/21 | |
| KNISLEY | Franklin | R. | Court of Appeal, 2nd Dist, Div 4 | B140372 | 09/29/00 | |

Vexatious Litigant List
**BOLD** = Added names

30

7/11/2022

SER 466

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| KNOWLES | James | R. | Napa Superior Court | 20CV001335 | 08/24/21 | |
| KOBAYASHI | Yuki | | Los Angeles Superior Court | BC170895 | 11/17/00 | |
| KOBAYASHI | Yukoh | | Los Angeles Superior Court | C698162 | 10/21/92 | Limited to a specific case. |
| KOHAN | Khanbaba | | Los Angeles Superior Court | BC304625 | 03/04/04 | |
| KOHL | Barry | Steven | Court of Appeal, 2nd Dist, Div 1 | B085736 | 02/21/95 | |
| KOKLICH (V25135) | Bruce | | Fresno Superior Court | 10CECG02989 | 05/13/13 | |
| KONIECZNY | John | F. | Los Angeles Superior Court | KC019892 | 12/15/97 | |
| KOONTZ | Kenneth | Roy | Los Angeles Superior Court | YC027055 | 06/01/01 | |
| KOONTZ | Temesha | | Sacramento Superior Court | 07CP01256 | 11/26/07 | |
| KOSLOW | Stan | J. | Solano Superior Court | FFL070261 | 04/21/08 | |
| KOVACEVIC | Carmen | | San Diego Superior Court | GIN017046 | 11/12/02 | |
| KOVACIC | Niroslav | S. | San Diego Superior Court | GIC795785 | 03/07/03 | |
| KRAGE | James | A. | Los Angeles Superior Court | VC064999 | 08/31/16 | |
| KRAIN | Lawrence | S. | Orange County Superior Court | 492153 | 03/01/96 | |
| KRASHNA | Quincy | | Alameda Superior Court | RF09469528 | 06/19/18 | |
| KRAUSE | Rudi | | Orange County Superior Court | 10V000168 | 02/04/11 | |
| KRIEHN | Jess | H. | Santa Clara Superior Court | 112CV228641 | 07/09/13 | |
| KROLL | Tillman | | Los Angeles (Pasadena) Muni Ct | 91C01142 | 07/15/91 | |
| KROMANN | Dennis | | Sacramento Superior Court | 342008000203292CUDF | 07/08/09 | |
| KROPFL | Kenneth | | Court of Appeal, 2nd Dist, Div 2 | B214067 | 03/01/10 | |
| KUTSKO | Michael | J. | San Francisco Superior Court | 920844 | 12/26/91 | |
| L.E.E. | Suki | | Santa Clara Superior Court | 113CV252392 | 10/10/2014 | a.k.a. Suki Lee, Shavon Butler, Nicki Minaj, Ketara Shavon |
| | | | | 17CV04136 | 12/5/17 | Wyatt |
| LA BOURENE | Jodi | | Marin Superior Court | FL021015 | 04/11/08 | |
| LABANBKOFF | Fred | G. | Sonoma Superior Court | SCV210852 | 10/21/96 | |
| LABANBKOFF | Fred | G. | Sonoma Superior Court | 211777 | 07/01/96 | |
| LABTIS | Sado | | Santa Clara Superior Court | 1-14-CV-268799 | 12/24/14 | |
| LACAMBRA | Robert | | Orange County Superior Court | 30-2014-00706834 | 05/26/15 | |
| LACKLAND | Bobbietter | J. | Contra Costa Municipal Court | 26919 | 06/14/93 | |
| LACY | Brenda | Joyce | San Francisco Superior Court | 944947 | 10/28/92 | |
| LAFAZAN | Gwen | R. | Los Angeles Superior Court | PC023731 | 09/24/99 | |
| LAFLAMME | Donald | | Amador Superior Court | 18CVC10472 | 07/20/18 | |
| LAFRENIERE | Zakariah | | Alameda Superior Court | RG06304142 | 04/04/07 | |
| LAGRANGE | Nicole | | Los Angeles Superior Court | BF052206 | 07/25/18 | |
| LAI | Chandler | J. | Alameda Superior Court | C789020 | 11/16/10 | |
| LAI | David | | San Diego Superior Court | 709533 | 08/08/97 | |
| LAI | Van | Kim | Orange County Superior Court | 302011005277755 | 03/16/17 | |
| LAIS | Ronald | E. | Riverside Superior Court | INC046265 | 07/29/05 | |
| LAKOTA | Mathew | | Butte Superior Court | 161626 | 05/28/15 | aka Matthew M. Lakota |
| LAKOTA | Matthew | M. | Butte Superior Court | 161626 | 05/08/15 | aka Mathew Lakota |
| LAMANNA | Frank | M. | Los Angeles Superior Court | BS022137 | 08/05/93 | |
| LANCASTER | Jonathan | N. | Placer Municipal Court | SCV-0033431 | 05/18/14 | |
| LANCASTER | Walter | | Los Angeles Superior Court | BC687998 | 05/16/19 | |
| LANDRUM SR. | Iron | Mike | Riverside Superior Court | RIC1117321 | 05/31/13 | Aka Michael W. Landrum Sr. |
| LANDRUM SR. | Michael | W. | Riverside Superior Court | RIC1117321 | 05/31/13 | Aka Iron Mike Landrum Sr. |
| LANE | B. | A. | Los Angeles Superior Court | BC430728 | 06/09/10 | Aka Bryon Lane |
| LANE | Bryon | | Los Angeles Superior Court | BC430728 | 06/09/10 | Aka Byron A. Lane/B.A. Lane |
| LANE | Byron | A. | Los Angeles Superior Court | BC430728 | 06/02/10 | Order states specifics. Aka B.A. Lane/Byron Lane |

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| LANIER | James | M. | Fresno Superior Court | 14CECG00939MBS | 03/16/15 | |
| LANSER | Craig | S. | San Diego Superior Court | GIC836471 | 05/20/05 | |
| LAOLAGI | Eugenia | L. | Santa Clara Superior Court | 106CV075228 | 10/15/07 | |
| LARSON | David | Andrew | San Diego Superior Court | LC063997 | 05/16/03 | |
| LARSON | Harvey | Eugene | San Diego Superior Court | 00D11940CUPNCTL | 01/25/16 | |
| LASKEY | Laurie | Marie | Sonoma Superior Court | SCV242027 | 08/24/10 | |
| LATRONICA | Melanie | | Merced Superior Court | 149945 | 01/23/09 | aka Melanie Chantell August |
| LATRONICA | Melanie | | Merced Superior Court | 149983 | 01/23/09 | aka Melanie Chantell August |
| LATRONICA | Melanie | | Merced Superior Court | 149982 | 01/23/09 | aka Melanie Chantell August |
| LATRONICA | Melanie | | Merced Superior Court | 149981 | 01/23/09 | aka Melanie Chantell August |
| LATRONICA | Melanie | | Merced Superior Court | 149980 | 01/23/09 | aka Melanie Chantell August |
| LATRONICA | Melanie | | Merced Superior Court | 149978 | 01/23/09 | aka Melanie Chantell August |
| LATRONICA | Melanie | | Merced Superior Court | 149994 | 01/23/09 | aka Melanie Chantell August |
| LATRONICA | Melanie | | Merced Superior Court | 150444 | 01/23/09 | aka Melanie Chantell August |
| LATRONICA | Melanie | | Merced Superior Court | 150259 | 01/23/09 | aka Melanie Chantell August |
| LATRONICA | Melanie | | Merced Superior Court | 149997 | 01/23/09 | aka Melanie Chantell August |
| LATRONICA | Melanie | | Merced Superior Court | 149996 | 01/23/09 | aka Melanie Chantell August |
| LATRONICA | Melanie | | Merced Superior Court | 149995 | 01/23/09 | aka Melanie Chantell August |
| LATRONICA | Melanie | | Merced Superior Court | 149993 | 01/23/09 | aka Melanie Chantell August |
| LATRONICA | Melanie | | Merced Superior Court | 150065 | 01/23/09 | aka Melanie Chantell August |
| LATRONICA | Melanie | | Merced Superior Court | 150274 | 01/23/09 | aka Melanie Chantell August |
| LATRONICA | Melanie | | Merced Superior Court | 150275 | 01/23/09 | aka Melanie Chantell August |
| LATRONICA | Melanie | | Merced Superior Court | 150323 | 01/23/09 | aka Melanie Chantell August |
| LATRONICA | Melanie | | Merced Superior Court | 150399 | 01/23/09 | aka Melanie Chantell August |
| LATRONICA | Melanie | | Merced Superior Court | 150398 | 01/23/09 | aka Melanie Chantell August |
| LATRONICA | Melanie | | Merced Superior Court | 150459 | 01/23/09 | aka Melanie Chantell August |
| LATRONICA | Melanie | | Merced Superior Court | 151712 | 01/23/09 | aka Melanie Chantell August |
| LATRONICA | Melanie | | Merced Superior Court | 151702 | 01/23/09 | aka Melanie Chantell August |
| LATRONICA | Melanie | | Merced Superior Court | 150062 | 01/23/09 | aka Melanie Chantell August |
| LAUCHUNG | Elena | | San Francisco Superior Court | CGC-20-582354 | 08/26/21 | |
| LAUDIS | Jim | | Los Angeles Superior Court | BC616084 | 10/03/16 | |
| LAUER | Kathryn | | Orange County Superior Court | 30201500814120 | 02/08/16 | |
| LAVERING | John | C. | San Francisco Superior Court | CGC040434299 | 10/27/04 | |
| LAWRENCE | Pamella | | Los Angeles Superior Court | BC487583 | 12/12/12 | |
| LAWRENCE | Roland | H. | Los Angeles Superior Court | BC328338 | 04/13/05 | |
| LAWRIE | Matthew | | Kings Superior Court | 11CV0682 | 05/11/12 | |
| LEASON | Nikena | | San Diego Superior Court | 37201700008807CUCKCTL | 03/01/18 | |
| LEBLANC | Antoine | | San Joaquin Superior Court | STKCVUPI201700004580 STKCVUPI201700004319 | 06/27/18 | |
| LECHER | John | J. | Fresno Superior Court | 5031059 | 05/05/94 | |
| LEDBETTER | Lonnie | | Sacramento Superior Court | 95AS07056 | 11/01/96 | |
| LEE | Boschal | | Los Angeles Superior Court | GI0055619 | 08/18/16 | |
| LEE | Charlene | | Santa Clara Superior Court | 16CV295732 | 03/15/18 | |
| LEE | George | M. | Solano Superior Court | L002241 | 09/08/94 | |
| LEE | Jean | | Solano Superior Court | L002241 | 09/08/94 | |
| LEE | John | | Los Angeles Superior Court | 08K17636 | 1/2/2009 | |
| LEE | Ronnie | | Kern Superior Court | S-1500-CL-290301 | 6/26/2015 08/26/16 | Order also requires security, Second order filed 8/26/16 (same case) |

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| LEE | Mo | | Solano Superior Court | L002241 | 09/08/94 | |
| LEE | Shirley | | Santa Clara Superior Court | 106CV057385 | 08/03/07 | First order 6/1/07 |
| LEE | | | Santa Clara Superior Court | 113CV252392 | 1/10/2014 | a.k.a. Suki L.E.E., Shavon Butler., Nicki Minaj, Ketara Shavon |
| LEE | Suki | | Merced Superior Court | 17CV04136 | 12/5/17 | Wyatt |
| LEE | Peng | | Los Angeles Superior Court | 2502375 | 11/19/02 | |
| LEGAL | C. | R. | Los Angeles Superior Court | 14U01365 | 05/29/14 | Chris Ryan Legal, Sr., Chris Rosier Legal, Sr., Occupy Los Angeles, Occupy L.A. Order of 8/5/14 requires Vex. Lit to file any future pleadings only under surname "Legal." |
| LEGAL | Chris | Rozier | Los Angeles Superior Court | 14U01365 | 05/29/14 | Chris Ryan Legal, Sr., Chris Rosier Legal, Sr., Occupy Los Angeles, Occupy L.A. Order of 8/5/14 requires Vex. Lit to file any future pleadings only under surname "Legal." |
| LEGAL | Chris | Ryan | Los Angeles Superior Court | 14U01365 | 05/29/14 | Chris Ryan Legal, Sr., Chris Rosier Legal, Sr., Occupy Los Angeles, Occupy L.A. Order of 8/5/14 requires Vex. Lit to file any future pleadings only under surname "Legal." |
| LEGAL, SR. | C. | R. | Los Angeles Superior Court | 14U01365 | 05/29/14 | See also Chris Ryan Legal, Chris Rosier Legal, C.R. Legal, Sr., Chris Ryan Legal, Sr. Chris Rosier Legal, Sr., Occupy Los Angeles, Occupy L.A. Order of 8/5/14 requires Vex. Lit to file any future pleadings only under surname "Legal." Cannot file as Legal/Tillman. |
| LEGAL, SR. | Chris | Rozier | Los Angeles Superior Court | 14U01365 | 05/29/14 | Chris Ryan Legal, Sr., Chris Rosier Legal, Sr., Occupy Los Angeles, Occupy L.A. Order of 8/5/14 requires Vex. Lit to file any future pleadings only under surname "Legal." |
| LEGAL, SR. | Chris | Ryan | Los Angeles Superior Court | 14U01365 | 05/29/14 | Chris Ryan Legal, Sr., Chris Rosier Legal, Sr., Occupy Los Angeles, Occupy L.A. Order of 8/5/14 requires Vex. Lit to file any future pleadings only under surname "Legal." |
| LEGARD | Preston | Joseph | Sacramento Superior Court | 95AS05666 | 03/08/96 | |
| LEIGHTON | Lorraine | M. | San Diego Superior Court | GIC736489 | 10/23/00 | |
| LENOIR | Boewell | | Los Angeles Superior Court | BC721460 | 12/13/18 | aka Lenoir Boewell aka Boewell Lenoir Gerber |
| LENOIR | Boewell | | Los Angeles Superior Court | BC721117 | 12/13/18 | aka Lenoir Boewell aka Boewell Lenoir Gerber |
| LENOIR | Boewell | | Los Angeles Superior Court | BC721116 | 12/13/18 | aka Lenoir Boewell aka Boewell Lenoir Gerber |
| LENOIR | Boewell | | Los Angeles Superior Court | BC720881 | 12/13/18 | aka Lenoir Boewell aka Boewell Lenoir Gerber |
| LENOIR | Boewell | | Los Angeles Superior Court | BC716598 | 12/13/18 | aka Lenoir Boewell aka Boewell Lenoir Gerber |
| LENOIR | Boewell | | Los Angeles Superior Court | BC715365 | 12/13/18 | aka Lenoir Boewell aka Boewell Lenoir Gerber |
| LENOIR | Boewell | | Los Angeles Superior Court | BC715124 | 12/13/18 | aka Lenoir Boewell aka Boewell Lenoir Gerber |
| LENOIR | Boewell | | Los Angeles Superior Court | BC715034 | 12/13/18 | aka Lenoir Boewell aka Boewell Lenoir Gerber |
| LENOIR | Boewell | | Los Angeles Superior Court | BC687930 | 12/13/18 | aka Lenoir Boewell aka Boewell Lenoir Gerber |
| LENOIR | Boewell | | Los Angeles Superior Court | BC687586 | 12/13/18 | aka Lenoir Boewell aka Boewell Lenoir Gerber |
| LENOIR | Boewell | | Los Angeles Superior Court | BC662625 | 12/13/18 | aka Lenoir Boewell aka Boewell Lenoir Gerber |
| LENOIR | Boewell | | Los Angeles Superior Court | 18STLC09653 | 12/13/18 | aka Lenoir Boewell aka Boewell Lenoir Gerber |
| LENOIR | Boewell | | Los Angeles Superior Court | 18STLC05678 | 12/13/18 | aka Lenoir Boewell aka Boewell Lenoir Gerber |
| LENOIR | Boewell | | Los Angeles Superior Court | 18STLC00783 | 12/13/18 | aka Lenoir Boewell aka Boewell Lenoir Gerber |
| LENOIR | Boewell | | Los Angeles Superior Court | 18STCV04025 | 12/13/18 | aka Lenoir Boewell aka Boewell Lenoir Gerber |
| LENOIR | Boewell | | Los Angeles Superior Court | 18STCV03098 | 12/13/18 | aka Lenoir Boewell aka Boewell Lenoir Gerber |
| LENOIR | Boewell | | Los Angeles Superior Court | 18STCV03064 | 12/13/18 | aka Lenoir Boewell aka Boewell Lenoir Gerber |
| LENOIR | Boewell | | Los Angeles Superior Court | 18STCV02996 | 12/13/18 | aka Lenoir Boewell aka Boewell Lenoir Gerber |

Vexatious Litigant List
**BOLD** = Added names

SER 469

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| LENOIR | Boewrell | | Los Angeles Superior Court | 18STCV02994 | 12/13/18 | aka Lenoir Boewrell aka Boewrell Lenoir Gerber |
| LENOIR | Boewrell | | Los Angeles Superior Court | 18STCV02221 | 12/13/18 | aka Lenoir Boewrell aka Boewrell Lenoir Gerber |
| LENOIR | Boewrell | | Los Angeles Superior Court | 18STCP02745 | 12/13/18 | aka Lenoir Boewrell aka Boewrell Lenoir Gerber |
| LENOIR | Boewrell | | Los Angeles Superior Court | 18STCP02508 | 12/13/18 | aka Lenoir Boewrell aka Boewrell Lenoir Gerber |
| LENOIR | Boewrell | | Los Angeles Superior Court | 18STUD04005 | 12/13/18 | aka Lenoir Boewrell aka Boewrell Lenoir Gerber |
| LENOIR | Boewrell | | Los Angeles Superior Court | 18STUD04003 | 12/13/18 | aka Lenoir Boewrell aka Boewrell Lenoir Gerber |
| LENOIR, JR. | Harrison | | Los Angeles Superior Court | BC063627 | 11/12/92 | |
| LESSUR | Ricardo | Miller | San Diego Superior Court | GIC859968 | 04/04/06 | |
| LETWAK | Richard | T. | Orange Superior Court | 30201100497143CUIKGC | 11/03/17 | |
| LEVINE | Carol | Ann | Santa Clara Superior Court | 110CV172192 | 08/11/14 | |
| LEVINGE | Walter | Alexander | San Diego Superior Court | GIC859968 | 04/04/06 | |
| LEVY | Shalom | Ben | Los Angeles Superior Court | SC021082 | 07/13/98 | |
| LEWIS | Antoinette | | Los Angeles Superior Court | 19PSCV00620 | 11/05/19 | |
| LEWIS | Homer | T. | Los Angeles Superior Court | 19AVCV00139 | 09/12/19 | |
| LEWIS | Mildred | | Solano Municipal Court | 59141 | 08/21/91 | |
| LEWIS | Overton | M. | Orange County Superior Court | 00CL07243 | 06/20/01 | |
| LEWIS | Rosemary | | Los Angeles Superior Court | BC095072 | 03/30/95 | |
| LEVVA | Ricardo | | Solano Superior Court | MISC000577 | 04/11/01 | |
| LI | James | Hsiaosheng | Los Angeles Superior Court | GC038906 | 06/24/19 | |
| LI | Shirley | | Santa Clara Superior Court | 109CV057385 | 08/03/07 | First order 6/1/07 |
| LIBERTO | Alisia | | Orange Superior Court | 30-2020-01125033-PR-OP-CJC | 05/02/22 | |
| LIETZKE | Bill | | Los Angeles Superior Court | BC089052 | 05/23/00 | |
| LIGGINS (#0496) | Kourtney | | Los Angeles Superior Court | 17PSP700080 | 02/25/21 | |
| LIGGINS (041234352, 11-A-6) | Oriental | D. | San Bernardino Superior Court | FS804756 | 08/08/08 | |
| LILIUS | Stephen | | Los Angeles Superior Court | BD410302 | 09/23/13 | |
| LIM | Chong | S | Tulare Superior Court | VFL256212 | 02/24/22 | |
| LIM | Khor | Chin | Los Angeles Superior Court | SC112269 | 08/14/12 | |
| LIN | Suh-Jean | | Alameda Superior Court | HF11597349 | 01/08/14 | |
| LIND | Jeffrey | Cowan | Santa Barbara Superior Court | 1388465 | 06/22/12 | |
| LINDHOLM | Vernon | | Los Angeles Superior Court | YC041590 | 04/08/03 | |
| LINDOW | Robert | | Santa Clara Superior Court | 17PR180722 | 02/17/21 | |
| LINLOR | James | | San Diego Superior Court | 00049449CUICNC | 01/11/19 | |
| LINTON | Villarosa | Villamor | Los Angeles Superior Court | 19BFL00643 | 05/05/22 | |
| LIPSEY (CDC #F18039) | Christopher | | Kings Superior Court | 19C0243 | 01/10/20 | |
| LITTLEJOHN | Cynthia | | San Diego Superior Court | SDSC697107 | 01/16/98 | |
| LITTMAN | Seymour | | San Bernardino Superior Court | CIDVS1707997 | 07/24/17 | |
| LIUBAKKA | Tara | R. | Shasta Superior Court | 188757 | 11/15/18 | |
| LOCKETT | Sicory | | Los Angeles Superior Court | TC018494 | 11/10/05 | |
| LOFTON | Esther | M. | Los Angeles Superior Court | BS086123 | 02/17/04 | |
| LOGHMANI | Mohsen | | Los Angeles Superior Court | BC581625 | 05/22/17 | an individual dba L.A. Design Group |
| LOHBECK | Stephen | | Sacramento Superior Court | 342012001134620 | 10/24/13 | |
| LONG | Isabelle | C. | San Diego Superior Court | 678227R | 06/09/97 | |
| LONG | Sandra | J. | San Diego Superior Court | 678227R | 06/09/97 | |
| LONG | Thomas | | San Diego Superior Court | 678227R | 06/09/97 | |
| LOONEY | Alice | | Los Angeles Superior Court | MC005346 | 09/02/05 | Order states specifics. |
| LOONEY | Burl | C. | Los Angeles Superior Court | MC005346 | 09/02/05 | Order states specifics. |
| LOONEY | Burl | C. | Los Angeles Superior Court | MC005346 | 08/25/05 | |
| LOONEY | Judy | | Los Angeles Superior Court | MC005346 | 09/02/05 | Order states specifics. |

Vexatious Litigant List
**BOLD** = Added names

7/1/2022

SER 470

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| LOPEZ | Glenn | G. | San Diego Superior Court | 372015000020298CUCLCTL | 03/05/21 | |
| LOPEZ | Leon | G. | San Diego Superior Court | 3720161377CURICTL | 11/10/16 | |
| LOPEZ | Luis | E. | Los Angeles Superior Court | BC609928 | 11/09/17 | |
| LOPEZ | Valerie | Anne | Riverside Superior Court | RIC1904032 | 07/26/21 | |
| LORTON | Bettina | | Riverside Superior Court | PSC1903939 | 08/30/19 | aka Bettina Cameron, Sally Anne Cameron, Sally Anne |
| LOTT | Damico | | Los Angeles Superior Court | BC340942 | 04/01/08 | Amended Order 6/4/2008 & Order 9/30/08 |
| LOUDON | David | | San Diego Superior Court | 372015000026432CU09CTL | 02/26/16 | |
| LOUIE | George | | Contra Costa Superior Court | C08D0010 | 06/27/11 | |
| LOUMENA (HETTINGA) | Wylmina | E. | Santa Clara Superior Court | 105FL1127695 | 10/28/09 | |
| LOVAS | Desmond | | Orange County Superior Court | 888258 | 06/17/10 | |
| LOVE | Tiffany | L. | Los Angeles Superior Court | TS018379 | 02/10/15 | |
| LOZA | Jamie | | Fresno Superior Court | 19CECG01180 | 10/09/19 | |
| LU | Frank | | Los Angeles Superior Court | BC203137 | 11/09/99 | |
| LUCAS | Debra | J. | Stanislaus Superior Court | 425496 | 01/08/09 | |
| LUCAS | Debra | J. | Stanislaus Superior Court | 425497 | 01/08/09 | |
| LUCAS | Webster | | Los Angeles Superior Court | BC537633 | 10/01/14 | |
| LUCAS, JR. (E-91878) | Isiah | | Fresno Superior Court | 09CECL06372 | 04/19/12 | |
| LUCICH | Denise | Rachelle | Ventura Superior Court | CIV235809 | 12/04/09 | aka D'Saint Angelo, D'Sant Angelo, Fennell |
| LUCIDO | Lynda | | Stanislaus Superior Court | 387352 | 04/26/12 | |
| LUCKETT | John | | Orange County Superior Court | 00CC08289 | 07/11/00 | |
| LUCKETT | John | | Court of Appeal, 4th Dist, Div 3 | G011207 | 07/11/91 | |
| LUCAS | Gabriella | | Los Angeles Superior Court | BC569615 | 03/30/15 | |
| LUMPKIN | Margaret | | Sacramento Superior Court | 97AS02958 | 07/28/98 | |
| LUQUE | Samuel | David | Merced Superior Court | ELM43958 | 06/20/11 | |
| LUTHER | William | Earl | Orange Superior Court | 160007365 | 02/17/18 | |
| LYLES | Joseph | | Los Angeles Superior Court | BS092319 | 11/08/04 | |
| LYLES | Joseph | | Los Angeles Superior Court | BS089630 | 11/08/04 | |
| LYLES | Joseph | | Los Angeles Superior Court | BS092319 | 11/08/04 | |
| LYNBERG | Dennis | O. | San Diego Superior Court | PN237889 | 04/18/01 | |
| MACK | Bruce | | Riverside Superior Court | RIC10011245 | 02/16/11 | |
| MACK | Jamie | Yvonne | Riverside Superior Court | RIC10011245 | 02/16/11 | |
| MACK | Novelette | Arlene | Los Angeles Superior Court | BC553530 | 01/07/16 | aka Novelette Mack Woods |
| MADAN | B. | K. | Los Angeles Superior Court | NC005352 | 12/15/92 | |
| MADAN | Dave | | Los Angeles Superior Court | NC005352 | 12/15/92 | |
| MADAN | Rita | | Court of Appeal, 2nd Dist, Div 5 | B089723 | 11/28/95 | |
| MADRID | John | A. | Sacramento Superior Court | 342017002100994 | 09/11/17 | |
| MAGDALENO | Ramon | | Merced Superior Court | SCM002537 | 07/22/11 | |
| MAGDALENO | Ramon | | Merced Superior Court | SCM002363 | 06/07/11 | |
| MAGDALENO, JR. | Ramon | James | Merced Superior Court | 120848 | 09/17/01 | |
| MAGEE | J. | T. | Los Angeles Superior Court | LC026429 | 10/12/94 | Order states specifics. |
| MAGEE (CDCR No. A-92051) | Ruchell | Cinque | San Francisco Superior Court | CGC11516165 | 03/16/12 | |
| MAHDAVI | Kamal | B. | Court of Appeal, 4th Dist, Div 1 | D040432 | 07/21/03 | |
| MAILBERG | Michael | B. | San Bernardino Municipal Court | CBV23878 | 03/31/97 | |
| MAIN | Dorothy | | San Diego Superior Court | 372011001522449RIGPCTL | 04/24/19 | |
| MAKAROWSKI | Nadezhda | Weddell | Court of Appeal, 2nd Dist, Div 3 | B236142 | 01/09/13 | |
| MALLEN | John | G. | San Diego Superior Court | 717973 | 06/12/98 | |
| MANCHESTER | Michael | | Los Angeles Superior Court | SC080323 | 06/06/05 | |
| MANCHESTER | Michael | | Los Angeles Superior Court | SC081730 | 03/03/05 | |

35

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

7/1/2022

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| MANILOW | Debra | Kay | Los Angeles Superior Court | SF000544 | 08/12/99 | |
| MANKARUSE | Nagui | | Orange Superior Court | 30201600878349 | 07/12/18 | |
| MANN | David | | Los Angeles Superior Court | 20STCV06277 | 10/15/20 | |
| MANN | Layla | | San Francisco Superior Court | CGC07462274 | 06/11/07 | |
| MANN | Layla | | San Francisco Superior Court | CDC07462647 | 07/05/07 | |
| MANN | Layla | | San Francisco Superior Court | CGC07461894 | 07/05/07 | |
| MANN | Layla | | San Francisco Superior Court | CGC07462390 | 07/09/07 | |
| MANNING | Ralph | | Sacramento Superior Court | 01AS03815 | 12/14/01 | |
| MANNING | Robert | Lee, Jr. | Los Angeles Superior Court | YC071633 | 07/20/17 | |
| MANNING | Scott | | Sacramento Superior Court | 01AS03815 | 12/14/01 | |
| MANOCHEHRI | Fereshteh | | Los Angeles Superior Court | YQ023250 | 12/03/15 | |
| MANOS | Adelle | | Orange County Superior Court | 15D009551 | 07/06/16 | |
| MANTOR | Shawn | P. | Ventura Superior Court | SC021071 | 03/22/04 | |
| MANTTARI | Des | | Los Angeles Superior Court | BS016737 | 06/11/93 | |
| MANWILL, SR. | David | J. | Contra Costa Superior Court | P11-00433 | 08/06/14 | |
| MARCHUK | Frank | | Santa Clara Superior Court | 703149 | 11/25/92 | |
| MARCOUX | Paul | Andrew | Sacramento Superior Court | 12P000948 | 05/24/19 | AKA Paul Marcoux |
| MARCUS (D-87461) | Howard | | Sacramento Superior Court | 02AS00478 | 02/14/02 | |
| MARDEUSZ | Carol | | First Appellate District., Div 5 | 194243 | 12/23/98 | |
| MARDEUSZ | Frank | | San Diego Superior Court | A151819 | 06/29/18 | |
| MARGALA | Carmen | | San Diego Superior Court | GIN017046 | 11/12/02 | |
| MARIAN | Teodor | | Ventura Superior Court | CIV220016 | 01/08/04 | |
| MARIN | Mel | | San Diego Superior Court | 720715 | 04/16/99 | |
| MARIN | Mel | M. | San Diego Superior Court | 720715 | 04/16/99 | |
| MARIN | Melvin | M. | San Diego Superior Court | 720715 | 04/16/99 | |
| MARINER | Pacific | Properties dba | San Diego Superior Court | 37201200097596CLBCCTL | 02/02/17 | See also Lisa Golden |
| MARINKOVIC | Mel | M. | San Diego Superior Court | 720715 | 04/16/99 | |
| MARKES | Katherine | G. | El Dorado Superior Court | PC200S0231 | 05/09/05 | |
| MARKES | Katherine | G. | El Dorado Superior Court | PC20050230 | 05/09/05 | |
| MARKES | Katherine | G. | El Dorado Superior Court | PC20050229 | 05/09/05 | |
| MARKES | Katherine | G. | El Dorado Superior Court | PC20050228 | 05/09/05 | |
| MARKS | Rosalie | | Los Angeles Superior Court | WEC142056 | 06/02/93 | Order states specifics. |
| MAROSI | Gilbert | | Santa Clara Superior Court | 211SC008015 | 07/08/11 | |
| MAROSI | Gilbert | | Santa Clara Superior Court | 211SC008016 | 07/08/11 | |
| MAROSI | Gilbert | | Santa Clara Superior Court | 211SC008017 | 07/08/11 | |
| MAROSI | Gilbert | | Santa Clara Superior Court | 211SC008018 | 07/08/11 | |
| MAROSI | Gilbert | | Santa Clara Superior Court | 211SC008019 | 07/08/11 | |
| MAROSI | Gilbert | | Santa Clara Superior Court | 211SC008020 | 07/08/11 | |
| MAROSI | Gilbert | | Santa Clara Superior Court | 211SC008068 | 07/08/11 | |
| MARQUEZ | Teresa | Annette | Los Angeles Superior Court | BD595213 | 11/07/19 | |
| MARSHALL | Dawne | Loera Hilyard | Los Angeles Superior Court | 19CHRO01499 | 12/31/19 | AKA Dawne Loera AKA Dawne Loera Hilyard |
| MARSHALL | Jospeh | | San Diego Superior Court | 653618 | 09/21/92 | |
| MARSHALL | Joesph | | San Diego Superior Court | 653619 | 09/21/92 | |
| MARTELLO, M.D. | Jeannette | | Los Angeles Superior Court | BC589157 | 12/15/15 | |
| MARTIN | Aaron | | Fresno Superior Court | 0565596 | 08/19/04 | |
| MARTIN | Brenda | J. | Orange County Superior Court | A228299 | 04/19/10 | |
| MARTIN | Erica | | Sacramento Superior Court | 34201619418 | 03/16/21 | |
| MARTIN | Francine | DiGiorgio | Riverside Superior Court | RIV1601613 | 02/24/17 | aka Francine DiGiorgio, Francine Irene McGwire |

Vexatious Litigant List
**BOLD** = Added names

SER 472

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

7/11/2022

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| MARTIN | Malvina | | Kern Superior Court | S1501FI622897CIW | 04/24/13 | |
| MARTIN | Matthew | Shaun | Napa Superior Court | 2638293 | 09/09/09 | |
| MARTIN | Ronnie | S. | Los Angeles Superior Court | BC537705 | 08/20/14 | |
| MARTIN | Rudy | | San Francisco Superior Court | CGC-21-595118 | 03/14/22 | |
| MARTINEZ | Esteban | | Court of Appeal, 5th Dist | F056618 | 02/17/09 | |
| MARTINEZ | Petra | | Monterey Superior Court | 19CV003671 | 01/10/20 | |
| MASAOKA | Arther | | Orange County Superior Court | 799525 | 09/06/02 | |
| MASAOKA | Arther | | Orange County Superior Court | 05CC11180 | 12/12/06 | |
| MASORS | Bruce | N. | Los Angeles (Long Beach) Muni | 92S03117 | 06/30/92 | Order states specifics. |
| MASSAIAH | S. | Chuck | Los Angeles Superior Court | SC125362 | 07/18/16 | Shawky Messiah |
| MASSIAH | Sam | | Los Angeles Superior Court | BC610801 | 09/15/16 | See also Charles, Massih, S. Massih, Shawky, Shaurkry, Shoukry Messih, and Shawky Messiah |
| MASSIH | Charles | | Los Angeles Superior Court | BC464151 | 03/21/12 | Shawky Messiah |
| MASSIH | S. | | Los Angeles Superior Court | BC464151 | 03/21/12 | Messih, and Shawky Messiah |
| MASTERS | Eleanor | | San Bernardino Superior Court | VCVVSO2O667 | 10/18/00 | |
| MASTERS | Mary | | San Diego Superior Court | 732104 | 09/03/99 | |
| MASTERS | Mindy | | Los Angeles Superior Court | BC156015 | 07/25/97 | |
| MASTERS-KAY | Eleanor | | San Bernardino Superior Court | VCVVSO2O667 | 10/18/00 | |
| MATERSON | Roddney | | Sonoma Superior Court | SCV263817 | 04/26/19 | AKA Jeffrey Sheahon |
| MATELYAN | Arika | Hayes | Los Angeles Superior Court | BC565496 | 03/03/15 | a.k.a. Arika Hayes |
| MATTER | Dana | | Contra Costa Superior Court | 54370 | 01/03/00 | |
| MATUTE | Philip | | Ventura Superior Court | 56201900523337CUFRVTA | 03/14/19 | |
| MATUTE | Rowena | | Ventura Superior Court | 56201900523337CUFRVTA | 03/14/19 | |
| MAURICIO | Eurlyn | P. | San Francisco Superior Court | CGC13534229 | 03/12/14 | Order states specifics. |
| MAXEY | James | | Sacramento Superior Court | 34201800239651CUC8GOS | 06/18/18 | |
| MAXWELL | Admiranda | | Orange County Superior Court | 30201600837666PRTRGIC | 11/15/18 | |
| MAXWELL | Dwight | | San Diego Superior Court | GIC739821 | 06/30/00 | |
| MAY | Tim | | Orange County Superior Court | 30201700896496 | 05/16/17 | |
| MAZZAFERRO | Ronald | | Court of Appeal, 1st Dist, Div 5 | A131076 | 01/27/12 | Trust, Danielle Duperret, Robert Van Zandt, Paul Den Beste |
| McADORY | James | | San Diego Superior Court | 372016000006378CUPCHIC | 08/04/16 | |
| McBRIDE | Dennis | | Santa Cruz Superior Court | CV166614 | 10/14/10 | |
| MC-BRIDE RANDALL | Eileen | F. | Solano Superior Court | FFL115971 | 08/04/11 | (aka for Eileen F. Randall) |
| MC-BRIDE RANDALL | Eileen | F. | Solano Superior Court | FFL115972 | 08/04/11 | (aka for Eileen F. Randall) |
| MC-BRIDE RANDALL | Eileen | F. | Solano Superior Court | FFL116232 | 08/04/11 | (aka for Eileen F. Randall) |
| MC-BRIDE RANDALL | Eileen | F. | Solano Superior Court | FCS036979 | 08/04/11 | (aka for Eileen F. Randall) |
| MC-BRIDE RANDALL | Eileen | F. | Solano Superior Court | FCS037230 | 08/04/11 | (aka for Eileen F. Randall) |
| MC-BRIDE RANDALL | Eileen | F. | Solano Superior Court | FCS037654 | 08/04/11 | (aka for Eileen F. Randall) |
| MC-BRIDE RANDALL | Eileen | F. | Solano Superior Court | FCS037655 | 08/04/11 | (aka for Eileen F. Randall) |
| MC-BRIDE RANDALL | Eileen | F. | Solano Superior Court | FCS038020 | 08/04/11 | (aka for Eileen F. Randall) |
| McBRIEN | Karen | | Fresno Superior Court | 04CEF106982 | 03/28/13 | |
| McCALLUP | Veronica | | San Bernardino Superior Court | CIVDS1725189 | 03/11/19 | |
| McCARTY | James | | Orange County Superior Court | 07D007264 | 05/14/10 | |
| McCLENTY | Booker | | Court of Appeal, 4th Dist, Div 1 | D046363 | 06/13/06 | |
| McCOLM | Patricia | A. | San Francisco Superior Court | 965774 | 12/15/95 | |
| McCORMICK | William | Henry | Shasta Superior Court | 20017 | 07/01/94 | |
| McCOY | LaKeith | | Kern Superior Court | BCV16102728 | 03/24/17 | |
| McCREA (#P82820) | Terrence | | Kern Superior Court | BCL-19-013460 | 10/17/19 | |
| McCREARY | Bruce | C. | Placer Superior Court | SCV2621 | 12/05/94 | |

SER 473

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| McCREARY | Bruce | | Placer Superior Court | SSP000620 | 09/20/19 | |
| McCULLY | Sarah | | Los Angeles Superior Court | EF002209 | 05/11/17 | |
| McDANIEL | Tanya | Grace | Eastern District Court of California | 2:15-cv-2627-KJM-EFB PS | 08/30/17 | |
| McDONALD | Michael | S. | Los Angeles Superior Court | 04C01276 | 07/20/05 | |
| McDOUGAL | Yutz | | San Francisco Superior Court | CGC15547698 | 04/04/16 | aka Betti Bellair, Ralph Raisonheimer, Jessie Swartz, |
| McDOUGALD | Robert | V. | Sacramento Superior Court | 98AM06982 | 03/29/99 | |
| McFADDEN | Mary | | Los Angeles Superior Court | BC493938 | 01/24/14 | |
| McGARRAGH | Donna | Rae | Orange County Superior Court | D292961 | 03/06/98 | |
| McGEE | Minister | Victor | Fresno Superior Court | 02CECG01559 | 03/28/03 | |
| McGINLEY | Tammy | | Orange County Superior Court | 04D006747 | 11/21/13 | |
| McGINNIS | Brian | D. | Los Angeles Superior Court | SS022063 | 05/01/12 | |
| McGOVREN | Michael | | Alameda Superior Court | H1633870 | 06/06/94 | |
| McGWIRE | Francine | Irene | Riverside Superior Court | RIV1601613 | 02/24/17 | aka Francine DiSingio, Francine DiGiorgio Martin |
| McHENRY | Royal | Porter | Los Angeles Superior Court | BC584138 | 03/28/16 | |
| McINERNEY | Joseph | | Court of Appeal, 1st Dist, Div 1 | A053493 | 06/09/92 | |
| McINTYRE-FINLEY | Tiffany | | Solano Superior Court | FCSO55486 | 04/23/21 | |
| McINTYRE-FINLEY | Tiffany | | Solano Superior Court | FCSO55488 | 04/23/21 | |
| McKEE | Jonathan | | Santa Barbara Superior Court | 1467044 | 11/10/16 | |
| McKENZIE | Gustavo | | Kings Superior Court | 13CV0982 | 07/05/18 | Order states specifics. |
| McKENZIE | H. | | Los Angeles Superior Court | BC069389 | 06/14/93 | |
| McKENZIE | H. | | Los Angeles Superior Court | SC021139 | 06/08/93 | |
| McKENZIE | Harry | | Los Angeles Superior Court | BC069389 | 06/14/93 | |
| McKENZIE | Harry | | Los Angeles Superior Court | SC021139 | 06/08/93 | |
| McKINNEY | Ellen | | Los Angeles Superior Court | BC073228 | 04/23/93 | |
| McMAHON | Arnold | | Orange County Superior Court | 06CC09497 | 04/09/08 | |
| McMAHON | Patrick | R. | San Francisco Superior Court | 324105 | 10/24/01 | |
| McMILLAN | John | Reginald | Los Angeles Superior Court | BS039636 | 11/07/97 | |
| McNEIL | Michael | E. | Santa Cruz Superior Court | 17CV01908 | 01/22/18 | Also see Todd S. Glassey |
| McNULTY | Brian | Joseph | Orange County Superior Court | 11P001114 | 09/12/72 | |
| McPHERSON | Javanna | | Placer Superior Court | S-DR-0050425 | 10/25/19 | aka Javanna Batis |
| McWILLIAMS | Gloria | | Monterey Superior Court | 101857 | 10/24/95 | Order states specifics. |
| McZEAL | Al | | Los Angeles Superior Court | VC061819 | 02/01/13 | Also see Vein Ho |
| MEAD | Robert | McKenzie | Sacramento Superior Court | 03FL03504 | 09/24/10 | |
| MEADORS | Monica | | Contra Costa Superior Court | C0701636 | 12/21/07 | |
| MEADORS-WASHINGTON | Monica | | Contra Costa Superior Court | C0701636 | 12/21/07 | |
| MEDILL | Cary | | Los Angeles Superior Court | YC061706 | 10/23/12 | Order notes and all related cases. |
| MENDENHALL | Janice | | San Francisco Superior Court | PCN09292293 | 04/11/12 | Also see Mark A. Cato |
| MENDOZA | Miguel | | Santa Clara Superior Court | 110CP018386 | 03/05/13 | |
| MENJODH | Rata | Bey | Humboldt Superior Court | CV160696 | 11/18/16 | aka Derick C. Andrews |
| MERLO | Anthony | | Santa Clara Superior Court | 107CV089468 | 11/02/07 | |
| MERRILL | Cheryl | Ann | San Diego Superior Court | 37200900092049CUDFCTL | 08/16/10 | aka Janet Melikian-Sconiers and Janet Sconiers |
| MERRITT | David | | Santa Clara Superior Court | 111CV195455 | 10/16/02 | |
| MERRITT | David | | Santa Clara Superior Court | 112CV231277 | 07/26/13 | |
| MERRITT | Salma | | Santa Clara Superior Court | 111CV195455 | 02/08/13 | |

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| MERRITT | Salma | | Santa Clara Superior Court | 112CV231277 | 07/26/13 | |
| MESSIAH | Shawky | | Court of Appeal, 2nd Dist, Div 5 | B082269 | 05/12/95 | See also S. Chuck Massiah, Charles and S. Massih, Shawky, Shaurkry, Shoukry Messih, and Shawky Messiah |
| MESSIH | Shaurkry | | Court of Appeal, 2nd Dist, Div 5 | B082269 | 05/12/95 | See also Charles and S. Massih, Shawky, Shaurkry, Shoukry Messih, and Shawky Messiah |
| MESSIH | Shoukry | | Court of Appeal, 2nd Dist, Div 5 | B082269 | 05/12/95 | Messih, and Shawky Messiah |
| MEYERS | Joseph | | Los Angeles Superior Court | BC164725 | 07/29/97 | |
| MICHAELS | Brian | Russell | Riverside Superior Court | DVIN1901873 | 10/27/20 | |
| MIDWIFE | Mister | | Court of Appeal, 4th Dist, Div 1 | D015562 | 11/16/93 | |
| MIDWIFE | Mister | | Court of Appeal, 4th Dist, Div 1 | D017008 | 11/16/93 | |
| MILLER | Dr. Anthony | Michael | Los Angeles Superior Court | BC269238 | 07/18/02 | |
| MILLER (P-11107) | Charles | A. | Kings Superior Court | 12CO112 | 03/03/20 | |
| MILLER (CDCR#F-88264) | Charles | Lamont | San Diego Superior Court | 37200900079634CUJCRSC | 07/06/10 | |
| MILLER (CDC#F88264) | Charles | Lamont | Kern Superior Court | S1500CV264108SPC | 07/26/12 | |
| MILLER | Kimberly | D. | Stanislaus Superior Court | 426915 | 06/08/09 | |
| MILLER | Michael | Anthony | Los Angeles Superior Court | BC269238 | 07/18/02 | |
| MILLER | Ricardo | | San Diego Superior Court | GIC859968 | 04/04/06 | |
| MILLER | Ricardo | Lessur | San Diego Superior Court | GIC859968 | 04/04/06 | |
| MILLER | Richard | A. | Sonoma Superior Court | 204397 | 05/24/95 | |
| MILLER | Robert | | Ventura Superior Court | D276172 | 10/19/16 | |
| MILLER | Selina | | Orange County Superior Court | 302013647111 | 07/09/13 | |
| MILLER | William | | Los Angeles Superior Court | 18STCV07137 | 07/26/19 | |
| MILLION | Charlie | Lee | Kings Superior Court | 03CV0231 | 07/14/03 | |
| MILLS | Gregg | | San Diego Superior Court | 372013000548461CUPRNC | 01/10/14 | |
| MILSAP | Janon | | Los Angeles Superior Court | TC024299 | 09/21/10 | |
| MILSAP | Janon | | Los Angeles Superior Court | TC024298 | 10/26/10 | |
| Mimran | Roni | Yafit | Los Angeles Superior Court | SO029726 | 11/05/14 | aka Roni Yafit Mimran Pittluck |
| MINAJ | Nicki | | Santa Clara Superior Court | 113CV252392 | 1/10/2014 | a.k.a. Suki Lee, Suki L.E.E., Shavon Butler, Ketara Shavon |
| MINES, JR. | Isaiah | L | Merced Superior Court | 17CV04136 | 12/5/17 | Wyatt |
| MINI-PERSONS, INC. | | | Los Angeles (Pasadena) Muni Ct | 91CO1142 | 07/15/91 | |
| MINOR, SR. | Terrick | Deray McFadden | Los Angeles Superior Court | LC61078 | 09/13/02 | |
| MIR, M.D. | Jehan | Zeb | San Bernardino Superior Court | CIVDS 1403673 | 04/08/15 | |
| MIR, M.D. | Jehan | Zeb | Los Angeles Superior Court | TC015566 | 11/13/02 | |
| MIRANDA | David | R. | Court of Appeal, 2nd Dist, Div 2 | B14889 | 02/24/03 | |
| MIRANDA | Rafael | David | Los Angeles Superior Court | 12K07989 | 06/10/16 | aka Rafael David Miranda |
| MISH | Susan | | San Diego Superior Court | BC602982 | 10/25/17 | aka David R. Miranda |
| MISSUD | Patrick | | Santa Clara Superior Court | 679172 | 12/15/97 | |
| MITCHELL | C. | Lambert | Los Angeles Superior Court | 11S-CV-275919 | 12/15/15 | |
| MITCHELL | Cornell | | Court of Appeal, 2nd Dist, Div 1 | GC013040 | 01/31/95 | |
| MITCHELL | Héloïse | | Los Angeles Superior Court | B243004 | 09/19/13 | |
| MNYANDU | Pamela | Tinky | Los Angeles Superior Court | BC430306 | 05/02/11 | |
| MODA | Kevin | | Court of Appeal, 4th Dist, Div 3 | P5016786 | 07/21/16 | |
| MOGHADDAM | Houman | | Los Angeles Superior Court | BC608383 | 03/20/17 | aka Houman Moghaddam |
| MOGILEFSKY | Arthur | | San Luis Obispo Superior Court | G038221 | 3/11/2009 | aka Kevin Moda |
| | | | | BC608383 | 3/20/17 | |
| | | | | 20CV-0454 | 02/25/21 | |

Vexatious Litigant List
**BOLD** = Added names

7/11/2022

SER 475

**VEXATIOUS LITIGANT LIST**
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| MOHAGEN | Samara | | Orange County Superior Court | 100D06957 | 12/04/12 | |
| MOHAMMED | Salee | Amina Barnes | Los Angeles Superior Court | SS024858 | 01/22/15 | aka Salee Amina; Salee Amina Mohammad; Salee Amina; Salee Aubrein-Barnes; Salee Aubrein-Barnes Mohammed; Salee Barnes; Salee Aubrienne; |
| MOHAMMED | Salee | Aubrein-Barnes | Los Angeles Superior Court | BC570001 | 05/7/2015 | Saleeamina Mohammed; Louise Barnes |
| MOHAMMED | Salee | Aubrein-Barnes | Los Angeles Superior Court | SS024858 | 01/22/15 | Amina; Salee Amina; Salee Amina Mohammad; Salee |
| | | | Los Angeles Superior Court | BC570001 | 05/7/2015 | Amina; Salee Aubrein-Barnes, Salee Amina Barnes |
| MOHAMMED | Saleeamina | | Los Angeles Superior Court | SS024858 | 01/22/15 | Amina; Salee Amina; Salee Amina Mohammad; Salee |
| MOHAMMED EL | Mizraim | | Contra Costa Superior Court | MSC0501346 | 11/04/05 | Amina; Salee Aubrein-Barnes, Salee Amina Barnes |
| MOHIUDDIN | Ahsan | | Los Angeles Superior Court | NC054184 | 08/13/10 | |
| MOLSKI | Jarek | | Santa Barbara Superior Court | 1172370 | 09/01/05 | Order states specifics. |
| MONAGHAN | Andrew | | Los Angeles Superior Court | BC293553 | 06/30/03 | |
| MONK | Pamela | Reny | Los Angeles Superior Court | 18STRO07598 | 07/29/19 | |
| MONROE | Barbara | | Sonoma Superior Court | SCV259206 | 06/16/17 | |
| MONROE | Michael | | Fresno Superior Court | 02CECG01570 | 12/23/09 | aka Micheal Whitfield |
| MONTIEL | Yolanda | | Orange County Superior Court | 30-2018-00975896 | 09/21/18 | |
| MONTOYA | Russell | | San Bernardino Superior Court | RFLRS037141 | 10/20/08 | |
| MOON | A. | D. | Los Angeles Superior Court | BC340942 | 04/01/08 | Amended Order 6/4/2008 & Order 9/30/08 |
| MOON | Adrian | | Los Angeles Superior Court | BC340942 | 04/01/08 | Amended Order 6/4/2008 & Order 9/30/08 |
| MOON | Adrian | D. | Los Angeles Superior Court | BC340942 | 04/01/08 | Amended Order 6/4/2008 & Order 9/30/08 |
| MOON | Adrian | Damico | Los Angeles Superior Court | BC340942 | 04/01/08 | Amended Order 6/4/2008 & Order 9/30/08 |
| MOON | Keavon | | Los Angeles Superior Court | BC340942 | 04/01/08 | Amended Order 6/4/2008 & Order 9/30/08 |
| MOORE | Carlyn | | Los Angeles Superior Court | BC593242 | 05/24/16 | |
| MOORE | D. | Jerome | Los Angeles Superior Court | YC072244 | 09/14/17 | Aka Darrell Jerome Moore |
| MOORE | Darrell | Jerome | Los Angeles Superior Court | YC072244 | 09/14/17 | Aka D. Jerome Moore |
| MOORE | Gardenia | | Los Angeles Superior Court | CR025845 | 09/21/00 | Order states specifics. |
| MOORE | Ivan | Rene | Los Angeles Superior Court | BC464111 | 10/09/12 | |
| MOORE | Lawrence | | San Diego Superior Court | 709757 | 07/21/97 | |
| MOORE | Nellie | R. | San Francisco Superior Court | 856844 | 04/08/92 | Order states specifics. |
| MOORE | Teresa | | San Diego Superior Court | 37202000033934CUPTSC | 12/03/20 | #NAME? |
| MOORE (D-62389) | Thomas | Eugene | Sacramento Superior Court | 06AS05244 | 06/14/12 | |
| MOORE | Thomas | Eugene | Monterey Superior Court | M82821 | 09/13/07 | Alias for Jumah Thomas Ali-Moore |
| MOORE | William | | Santa Clara Superior Court | 104CV013148 | 04/20/04 | |
| MOORE ABDULLAH ALI | Jumah | Thomas | Monterey Superior Court | M82821 | 09/13/07 | aka Jumah Thomas Ali-Moore |
| MOORE ALI | Jumah Abdullahi | Thomas | Monterey Superior Court | M82821 | 09/13/07 | aka Jumah Thomas Ali-Moore |
| MOORE, SR. | Darrell | J. | Court of Appeal, 2nd Dist, Div 3 | B234177 | 04/18/12 | Consolidated w/B231700 |
| MORA | William | | San Francisco Superior Court | CGC-21-594417 | 05/27/22 | |
| MORALES (CDC #T-03815) | Jeffrey | Kurt | Santa Clara Superior Court | 106CV070757 | 05/29/07 | |
| MORALES | Martin | | Riverside Superior Court | RIC1811854 | 11/29/18 | |
| MORGAN | Matthew | | Alameda Superior Court | RG11580125 | 01/30/13 | (cons. RS11569163) |
| MORGAN | Richard | | Fresno Superior Court | 5041306 | 06/14/94 | |
| MORK | Sharon | | San Diego Superior Court | DN123810 SVK | 01/07/11 | aka Sharon Brown |
| MORRIS | Judy | Irving | Sacramento Superior Court | 526510 | 06/30/92 | |
| MORRIS | Kenneth | George | Sacramento Superior Court | 526510 | 06/30/92 | |
| MORRISSEY (Duncan) | Deanna | R. | Riverside Superior Court | RID218180 | 12/12/17 | |
| MOU | Karen | Chin-Ii | Santa Clara Superior Court | 112CV226909 | 06/20/17 | |

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| MOU | Sophie | Chin-li | Santa Clara Superior Court | 114CV260524 | 08/03/15 | |
| MOWATT | Christopher | | Los Angeles | YD059396 | 08/26/19 | AKA Sinjin Taidje Mahdi Kahn |
| MOYE | Malinka | | San Francisco Superior Court | CGC06450461 | 08/11/06 | |
| MUHAMMAD | Abdul | Kareem | Los Angeles Superior Court | BC36354 | 03/03/08 | |
| MUHAMMAD | Muhammad | M. | Orange Superior Court | 30201800960591 | 05/02/19 | |
| MUMFORD | Sharon | Marie | Shasta Superior Court | 138285 | 06/15/00 | |
| MURESAN | Viorel | | Los Angeles Superior Court | BC182587 | 06/30/98 | |
| MURESAN | Viorel | | Los Angeles Superior Court | BC165123 | 12/05/97 | |
| MURPHY | Dee | Thomas | Santa Barbara Superior Court | 1388465 | 06/22/12 | |
| MURPHY | Melissa | | Riverside Superior Court | RID385227DA | 05/08/14 | |
| MURPHY | Michael | | Stanislaus Superior Court | 448166 | 07/17/12 | |
| MURPHY | Theresa | | San Francisco Superior Court | CGC13536214 | 07/08/14 | |
| MURPHY, SR. | Shannon | O. | San Joaquin Superior Court | 39201200283522CLPOSTK | 08/24/12 | aka Sheetmetal & Associates |
| MURRAY | Christine | | Orange County Superior Court | A241929 | 04/23/12 | |
| MURRELL | Joyce | Ann | Santa Barbara Superior Court | 1133001 | 12/08/04 | |
| MUSLEH | Akram | | Los Angeles Superior Court | SD027807 | 08/29/18 | |
| MYERS | Anita | | San Diego Superior Court | ED19741 | 09/13/05 | |
| MYERS | Julia | Jeanette | Marin Superior Court | FL10003812 | 08/03/12 | |
| MYLES | Gerald | Lamont | Los Angeles Superior Court | BC661051 | 11/07/18 | |
| MYRON (CDCR#K80153) | James | | Kern Superior Court | S1500CV275988 | 05/06/13 | |
| NADERI | Babak | | Los Angeles Superior Court | BC2080395 | 12/03/02 | |
| NAFAL | Julian | | Santa Barbara Superior Court | 1469190 | 02/18/15 | |
| NAKAMURA | Alan | | San Bernardino Superior Court | CIVRS1000041 | 04/08/11 | |
| NARAYAN | Prakash | | Sacramento Superior Court | 34-2013-00148824 | 05/14/14 | |
| NAROG | Cory | | San Mateo Superior Court | CIV498746 | 12/27/10 | |
| NARULA | Mohan | | Ventura Superior Court | CIV145225 | 09/19/94 | |
| NATHANSON HEAD PELLETIER | Karen | Sue | Santa Barbara Superior Court | 1416889 | 10/02/13 | Also see Karen Pelletier and Karen Sue Pelletier |
| NATNAT | Felix | C. | Court of Appeal, 1st Dist, Div 5 | A126919 | 03/15/11 | |
| NAUGHTON | Peter | | Los Angeles Superior Court | BC483237 | 07/08/16 | |
| NEBORSKY | John | | San Diego Superior Court | 37201600038624CUFRCTL | 06/12/17 | |
| NELSON | Christina | D. | Calaveras Superior Court | CV34178 | 12/30/20 | |
| NELSON | Lydia | | Los Angeles Superior Court | 10U03961 | 06/14/10 | |
| NELSON | Tarza | | Los Angeles Superior Court | BC432066 | 03/11/11 | |
| NEMCIK | Tanya | | Contra Costa Superior Court | D0901592 | 06/29/16 | |
| NERO | Darren | | San Diego Superior Court | GIC757326 | 06/22/01 | |
| NETTLES (C47456) | Damous | D. | Monterey Superior Court | M65299 | 02/06/07 | |
| NEUBAUER | Theodore | | Los Angeles Superior Court | BC236899 | 11/28/01 | |
| NEUFELD | Joseph | | Marin Superior Court | CV044388 | 02/18/05 | |
| NEUTON | Laurence | A. | Los Angeles Superior Court | BP028994 | 03/23/95 | |
| NEWMAN | Michael | | Los Angeles Superior Court | 01M05459 | 05/31/01 | |
| NEWMAN | R.E. | | Los Angeles (Antelope) Muni Ct | 96C02030 | 06/23/97 | |
| NEWMAN | Susann | | Orange County Superior Court | 01CC00294 | 06/03/03 | |
| NEWMAN | Susann | | Los Angeles Superior Court | BC039283 | 08/02/96 | |
| NEWSTED | Darrin | | San Bernardino | CIVDS121174 | 06/24/13 | |
| NGO | Viet | | Los Angeles Superior Court | SWC103518 | 06/19/92 | Order states specifics. |
| NGUYEN | Anthony | | Orange Superior Court | 302014007229544 | 06/14/17 | aka Tony Nguyen |
| NGUYEN | Diem | T. | Orange Superior Court | 30-2013-00683908 | 01/09/15 | |
| NGUYEN | JACQUELINE | | Orange Superior Court | 30-2019-01101077 | 06/12/20 | aka Jacqueline Tuyet Nguyen |

Vexatious Litigant List
**BOLD** = Added names

7/1/2022

**SER 477**

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| NGUYEN | Minh | Nguyet | Orange Superior Court | 30201700958403 | 07/09/18 | see also Toan Quy Thai |
| NGUYEN | Preston | | Santa Clara Superior Court | 111CV214189 | 01/17/12 | |
| NGUYEN | Tony | | Orange Superior Court | 30201400729544 | 06/14/17 | aka Anthony Nguyen |
| NIBO | Bennie | | Los Angeles Superior Court | SC051124 | 02/23/99 | |
| NIBO | John | | Los Angeles Superior Court | SC051124 | 02/23/99 | |
| NICHOLS | Cory | | Contra Costa Superior Court | MS15-0581 | 02/25/16 | |
| NICHOLS | Heaven | | Orange Superior Court | 30201400712885 | 10/14/16 | aka Patricia Jean Nichols |
| NICHOLS (H-87217) | Joseph | | Monterey Superior Court | M115627 | 08/07/12 | |
| NICHOLS | Lerai | | San Bernardino Superior Court | VFLVS036490 | 05/18/11 | |
| NICHOLS | Patricia | Jean | Orange Superior Court | 30201400712885 | 10/14/16 | aka Heaven Nichols |
| NICULESCU-BABA | Constantin | | Los Angeles Superior Court | BC077526 | 06/11/93 | |
| NIEDERBERGER | Michael | | Orange County Superior Court | 01COD5330 | 08/10/01 | |
| NITELSHPUR | Mikhail | | San Diego Superior Court | 37-2013-000 77203-CU-WE-INC | 05/14/14 | |
| NKOP | Asuquo | | Sacramento Superior Court | 530787 | 03/12/93 | |
| NOGUES | Olga | L. | Sacramento Superior Court | 03AS04543 | 01/18/08 | |
| NORDBLAD | John | R. | Los Angeles Superior Court | MC024280 | 12/17/13 | |
| NORGAARD | Leif | | San Diego Superior Court | 724046 | 03/12/99 | |
| NORGAARD | Preben | | San Diego Superior Court | 724046 | 03/12/99 | |
| NORTEY | Yvonne | F. | Los Angeles Municipal Court | 93K09554 | 12/06/93 | |
| NORTEY | Yvonne | F. | Los Angeles Superior Court | C748558 | 03/31/93 | |
| NORTH AMERICAN TIMESHARE, INC. | | | San Francisco Superior Court | 400264 | 01/09/03 | |
| NORTY | Yvonne | F. | US DISTRICT Central Dist CA | BS020909 | 12/24/92 | |
| NORWOOD | Audrainne | | Solano Superior Court | CV0102056OT | 02/25/02 | Order states specifics. |
| NORWOOD | Gregory | LYNN | Solano Superior Court | FCS043319 | 03/23/15 | |
| NORWOOD | Gregory | | Los Angeles Superior Court | FCS043319 | 04/02/15 | |
| NOSRATI | Dalia | | Los Angeles Superior Court | BC285673 | 04/15/03 | |
| NUNN | Wesley | I. | Del Norte Superior Court | CVPT131039 | 06/05/13 | |
| NZONGOLA | Flossie | Wilson | Monterey Superior Court | 98862 | 05/20/94 | |
| O ROURKE | Albert | | San Diego Superior Court | 702236 | 11/01/96 | |
| OAK | Eugene | | Los Angeles Superior Court | BC703900 | 01/12/21 | |
| O'BRIEN | Edward | Michael | Santa Barbara Superior Court | 1371199 | 12/10/10 | Chris Ryan Legal, Sr, Chris Rosier Legal, Sr., Occupy Los Angeles, Occupy L.A. Order of 8/5/14 requires Vex. Lit to file any future pleading only under surname "Legal." |
| OCCUPY L.A. | | | Los Angeles Superior Court | 14U01365 | 05/29/14 | Chris Ryan Legal, Sr, Chris Rosier Legal, Sr., Occupy Los Angeles, Occupy L.A. Order of 8/5/14 requires Vex. Lit to file any future pleading only under surname "Legal." |
| OCCUPY LOS ANGELES | Ana | | Los Angeles Superior Court | 14U01365 | 05/29/14 | Chris Ryan Legal, Sr, Chris Rosier Legal, Sr., Occupy Los Angeles, Occupy L.A. Order of 8/5/14 requires Vex. Lit to file any future pleadings only under surname "Legal." |
| OCHOA | Ana | | Los Angeles Superior Court | BC426451 | 08/20/10 | |
| ODESA REAM COMPANY | | | Court of Appeal, 2nd Dist, Div 5 | B089723 | 11/28/95 | |
| ODIN | Yanina | | San Diego Superior Court | DN181729 | 11/04/19 | FKA Yanina Adler |
| OGUNSALU | Cornelius | Oluseyi | San Diego Superior Court | 372010000656672CUNCTL | 06/09/10 | |
| OHANESIAN | Adela | Gregory | Los Angeles Superior Court | BD398253 | 09/21/11 | aka Adela Gregory |
| OLAGUES | John | | Marin Superior Court | CIV063488 | 04/25/07 | |
| OLICK | David | R. | Contra Costa Superior Court | C9503541 | 04/22/96 | |

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| OLIVER | Anthony | Allen | San Bernardino Superior Court | SMCVS1300943 | 09/12/13 | Also see Anthony Allen Oliver |
| OLIVER | Anthony | Allen | San Bernardino Superior Court | SMCVS1300943 | 09/12/13 | Also see Anthony Oliver |
| OLIVER | Anthony | Wayne | Kern Superior Court | S1500CV284184 | 10/23/18 | |
| OLIVER | David | J. | Placer Superior Court | SDR0026742 | 12/01/11 | |
| OLSON | Margaret | | Los Angeles Superior Court | SS022027 | 06/14/12 | |
| OLSON | Shelly | Jean | Santa Cruz Superior Court | CV179290 | 01/15/16 | aka Shelly Jean Ioane |
| OMUNA | Billy | | Los Angeles Superior Court | BC106317 | 09/02/94 | |
| ONEAL (O'Neal) | Jerry | Lynn | Sacramento Superior Court | 34201100105419CUBTGDS | 01/13/12 | |
| ONEILL | Jimmie | D. | Santa Cruz Superior Court | 20PR00040 | 10/14/20 | |
| ONEILL | Nicolle | | Los Angeles Superior Court | SC095739 | 12/28/07 | |
| ONG | Howard | | Los Angeles Superior Court | GC005839 | 04/07/92 | Order states specifics. |
| ONNEFLOD | Christer | P. | Fresno Superior Court | 08CECLD00930 | 06/17/08 | Individual being added as they were wrongly removed from this list in March 2019. This litigant has been subject to a prefiling order since... |
| OPONG-MENSAH | Kofi | | Contra Costa Superior Court | C0203347 | 4/2/2004 | Individual being added as they were wrongly removed from this list in March 2019. This litigant has been subject to a prefiling order since... |
| ORBISON | Pil | | Contra Costa Superior Court | MSC16-00638 | 04/05/17 | dba Bay Area Diversified Tennis Foundation |
| ORIGUNWA | Obafemi | | Contra Costa Superior Court | D15-04890 | 09/03/20 | |
| OROZCO | Herman | | Fresno Superior Court | 21CECGG02694 | 06/07/22 | |
| ORR | Jeffrey | B. | Santa Barbara Superior Court | 1303915-BROWN | 06/28/11 | |
| ORTEGA | Ricky | John | Los Angeles Superior Court | SOD108876 | 09/22/95 | |
| ORTIZ | Jo | M. | Orange Superior Court | 30-2015-798521 | 12/01/15 | |
| ORTIZ | Jorge | L. | Orange County Superior Court | 645031 | 11/27/91 | |
| ORTIZ | Rita | | Los Angeles Superior Court | BC572124 | 04/03/15 | |
| ORTIZ | Yazmin | | Los Angeles Superior Court | SC125247 | 01/26/21 | |
| OSBORNE | Johnathan | | Riverside Superior Court | RIC532084 | 03/29/11 | |
| OSBORNE | Johnathan | | Orange County Superior Court | 302008111914 | 10/08/10 | |
| OSBURN | Christel | | Alameda Superior Court | 7108464 | 03/18/99 | |
| OSHITA | Patricia | | Los Angeles Superior Court | BD392906 | 11/18/05 | Order states specifics. |
| OSIJO | Adebowale | O. | Fresno Superior Court | 07CECGG00073 | 04/05/07 | |
| OSORIO | Francisco | | Los Angeles Superior Court | KC069825 | 02/13/19 | aka Francisco Osorio Romero |
| OTTOVICH | Hanvey | | Alameda Superior Court | HG03112816 | 12/18/15 | |
| OTTOVICH | Mark | | Alameda Superior Court | HG03112816 | 06/04/12 | |
| OTERO | Vernon | | San Bernardino | VFLVS019664 | 05/18/10 | |
| OVERTON | James | A. | San Diego Superior Court | D491976 | 06/04/08 | |
| OYAS | Daniel | | Orange Superior Court | 30-2013-00658782 | 05/28/14 | |
| OZERAN | Leon | | Los Angeles Superior Court | BC183184 | 05/05/98 | |
| PAE | San | Ok | Los Angeles Superior Court | BC609614 | 09/18/17 | |
| PAGE | Curtis | | Los Angeles Superior Court | BC292075 | 07/12/05 | Order states specifics. |
| PAIGAH | Mark | | San Diego Superior Court | GIC850391 | 12/20/05 | |
| PAIGAH | Mark | | San Diego Superior Court | GIC851379 | 12/21/05 | |
| PAINTER | Richard | | San Diego (El Cajon) Muni Court | E47053 | 12/11/91 | |
| PALAND | David | | Mendocino Superior Court | SCUKCVPO 18-70732 | 04/17/20 | |
| PALLACK | Judy | | Alameda (Berkeley-Albany) Muni | 69738 | 06/24/92 | |
| PALMER | Allan | H. | Los Angeles Superior Court | 19STCV30058 | 07/02/20 | |
| PALUMBO | Frederick | R. | San Diego Superior Court | 664820 | 03/30/94 | |
| PANEPINTO | Donna | M. | San Bernardino Superior Court | SCVSS270125 | 04/11/01 | |
| PANETTI | Shelley | | Los Angeles Superior Court | BD342867 | 04/27/09 | aka Shelley Panetti Klaz |
| PANG | Irene | | Los Angeles Superior Court | BC591022 | 03/18/16 | |
| PAOUINI | Karen | | Los Angeles Superior Court | ES007582 | 07/10/02 | |

Vexatious Litigant List
BOLD = Added names

7/1/2022

SER 479

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| PAPPAS | Phillip | Cary | Santa Clara Superior Court | 110CV167326 | 01/26/11 | |
| PARKER | Charles | Dittes | San Diego Superior Court | P177721 | 07/31/12 | |
| PARKER | Fred | D. | Orange Superior Court | 30201300653122PRLACJC | 08/07/14 | |
| PARKER | James | | Sonoma Superior Court | MCV191306 | 04/17/09 | |
| PARKS | Elizabeth | | Sacramento Superior Court | 342017219990 | 03/04/19 | |
| PARKS | Steven | Dean | Marin Superior Court | CIV1400419 | 01/30/15 | |
| PARRA | Alex | | Los Angeles Superior Court | BC210236 | 01/14/00 | |
| PARRETT | Barbara | A. | Sacramento Superior Court | 97AS05479 | 04/02/98 | |
| PARRIS | Doris | Charlene Lacy | Sacramento Superior Court | S20266 | 07/26/91 | |
| PARSON | Nicole | Lanea | Los Angeles Superior Court | No case # assigned | 04/22/13 | |
| PARVIZIAN | Syrus | | Court of Appeal, 2nd Dist, Div 2 | B247787 | 06/05/13 | |
| PATHAK | Anshu | | Los Angeles Superior Court | KC033801 | 10/19/00 | |
| PATHAK | Chetna | | Los Angeles Superior Court | KC033801 | 10/19/00 | |
| PATINO | Ana | Maria | Alameda Superior Court | RG14716249 | 05/05/15 | aka Mary Anne Uribe |
| PATTERSON | Andre | | San Francisco Superior Court | CGC12525017 | 03/28/13 | |
| PATTERSON | Teri | | Ventura Superior Court | CIV232794 | 06/27/05 | |
| PATTERSON | Vester | | Kern Superior Court | BCV1701106 | 12/12/17 | |
| PATTERSON | Vester | | Tuolumne Superior Court | CV60742 | 03/15/18 | |
| PAYNE | Derick | | Riverside Superior Court | RID203422 | 04/20/09 | Lester Payne dba DLP Transportation, DLP Transportation, Whitfield DL Payne, Whitfield Derick Lester Payne |
| PAYNE | Derick | | Court of Appeal, 2nd District | B207780 | 02/17/09 | Lester Payne dba DLP Transportation, DLP Transportation, Whitfield DL Payne, Whitfield Derick Lester Payne |
| PAYNE | Derick | | Court of Appeal, 2nd District | B210356 | 02/17/09 | Lester Payne dba DLP Transportation, DLP Transportation, Whitfield DL Payne, Whitfield Derick Lester Payne |
| PAYNE | Whitfield | Derick | Los Angeles Superior Court | BC640572 | 04/12/18 | Transportation, DLP Transportation, Whitfield DL Payne, Whitfield Derick Lester Payne |
| PAYNE | Whitfield | Derick Lester | Los Angeles Superior Court | BC640572 | 04/12/18 | Lester Payne dba DLP Transportation, DLP Transportation, Whitfield DL Payne |
| PAYNE | Whitfield Derick | Lester dba DLP Transportation | Los Angeles Superior Court | BC640572 | 04/12/18 | Transportation, Whitfield DL Payne, Whitfield Derick Lester Payne |
| PECCI | Maria | | Los Angeles Superior Court | SD031867 | 01/16/19 | |
| PEDAGAT | Hernando | R. | Santa Clara Superior Court | 110CV170623 | 08/05/10 | |
| PEGUES | Carlis | | Los Angeles Municipal Court | 96M08469 | 12/02/96 | |
| PELLETIER | Karen | | Santa Barbara Superior Court | 1416889 | 10/02/13 | Sue Pelletier |
| PELLETIER | Karen | Sue | Santa Barbara Superior Court | 1416889 | 10/02/13 | Pelletier |
| PENTA | Jason | R. | Shasta Superior Court | 21UD01002 | 04/18/22 | |
| PENTEK | Andras | | San Bernardino Superior Court | BCV055558 | 04/29/99 | |
| PEOPLE'S CHURCH | Gwendolyn | | Los Angeles (Pasadena) Muni Ct | ND045691 | 02/04/02 | |
| PEOPLES, JR. (H-63933) | Timothy | | Monterey/Sierra/Sipi Court | 91C01142 | 07/15/91 | |
| PERALTA | Con | | San Bernardino Superior Court | M1192864 | 06/12/13 | |
| PERATI | Paul | F. | Court of Appeal, 1st Dist, Div 2 | CIV051412341 | 05/23/16 | |
| PERREAULT | Katerina | | Los Angeles Superior Court | A061836 | 10/14/93 | |
| PERRY | Avram | Moshe | Los Angeles Superior Court | BP163689 | 06/18/21 | |
| PERRY | Kevin | L. | San Diego Superior Court | GIC833657 | 05/18/10 | |
| PERRY | Moshe | | Los Angeles Superior Court | PC044679 | 04/20/06 | |
| PERRY | Moshe | | Los Angeles Superior Court | PC044679 | 05/18/10 | |

SER 480

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| PERRY | Moshe | | Court of Appeal, 2nd Dist, Div 3 | B215787 | 04/22/10 | |
| PETERS | Casey | | Los Angeles Superior Court | BC361541 | 02/29/08 | |
| PETERS | David | M. | San Diego Superior Court | 37-2020-00009288-CU-BC-CTL | 01/11/21 | (Esq.) |
| PETERS | Kevin | David | Los Angeles Superior Court | BC361541 | 02/29/08 | |
| PETERS | Marilyn | | Los Angeles Superior Court | BC361541 | 02/29/08 | |
| PETERS | Martha | Jo | San Bernardino Superior Court | CIVDS1206473 | 10/02/12 | Amended from (9/24/12 order) |
| PETERS | Martha | Jo | San Bernardino Superior Court | CIVDS1206475 | 10/02/12 | Amended from (9/24/12 order) |
| PETERS | Martha | Jo | San Bernardino Superior Court | CIVDS1206476 | 10/02/12 | Amended from (9/24/12 order) |
| PETERS | Martha | Jo | San Bernardino Superior Court | CIVDS1206477 | 10/02/12 | Amended from (9/24/12 order) |
| PETERS | Russell | Warren | Santa Barbara Superior Court | 216989 | 03/07/97 | |
| PETERSEN | Suzanne | | Los Angeles Superior Court | C740760 | 08/04/92 | |
| PETERSON | James | R. | Orange Superior Court | 30-2011-00499831 | 11/12/14 | |
| PETERSON | Jillian | | Los Angeles Superior Court | 18VECV00232 | 05/29/19 | aka Jill Peterson, Jill R. Peterson, Jill Rhonda Peterson, Jillian |
| PEYTON | Lee | Edward | Ventura Superior Court | 00445884-CU-CR-VTA | 12/23/14 | |
| PHAM | Dung | | Alameda Superior Court | 2002044652 | 05/03/02 | |
| PHAN | Hung | Tan | Orange County Superior Court | 30201000375990 | 02/28/11 | |
| PICKENS | Janet | | San Francisco Superior Court | CGC07467638 | 12/05/07 | |
| PICKENS | Janet | | San Francisco Superior Court | 7467241 | 03/21/08 | |
| PICKENS-STANFORD | Janet | | San Francisco Superior Court | CGC07467638 | 12/05/07 | |
| PICKENS-STANFORD | Janet | | San Francisco Superior Court | 7467241 | 03/21/08 | |
| PIERCE | Chanshasha | | Stanislaus Superior Court | 317599 | 03/03/04 | |
| PIERCE | Ronald | E. | Court of Appeal, 5th Dist | F063915 | 01/19/12 | |
| PIERCY | David | | Los Angeles Superior Court | GS015518 | 10/04/19 | |
| PIERSON | Patricia | | Los Angeles Superior Court | SC089453 | 09/06/11 | aka Trisha Pierson |
| PIERSON | Raymond | H. | Amador Superior Court | 17CV0112 | 03/27/19 | |
| PIERSON | Trisha | | Los Angeles Superior Court | SC089453 | 09/06/11 | aka Patricia Pierson |
| PIMENTEL | Norman | L. | Fresno Superior Court | 02CECG01275 | 09/11/02 | |
| PINEDA | Oscar | Rene | Humboldt Superior Court | FL110533 | 12/21/15 | |
| PINHOLSTER (C-87601) | Scott | Lynn | Marin Superior Court | CV023120 | 04/24/07 | |
| PINON | Shayson | | Solano Superior Court | FCS053345 | 10/21/19 | |
| PITTLUCK | Roni | Yaltf Mimran | Los Angeles Superior Court | SD029726 | 11/05/14 | aka Roni Yaltf Mimran |
| PITTMAN | Randall | | Los Angeles Superior Court | BC410261 | 05/28/10 | |
| PLEITEZ | Jodi | Lee | San Bernardino Superior Court | CIVDS1616729 | 09/13/17 | |
| POET | James | Curtis | Riverside Superior Court | MCC1500004 | 03/19/15 | |
| POOLE | Atala | Alana | Kern Superior Court | S31384 | 12/12/95 | |
| POOLE | Christopher | Roland | Orange County Superior Court | 30201200517735 1CLPLCJC | 08/27/12 | |
| POPE | Karla | | Riverside Superior Court | RID205465 | 01/28/09 | |
| POPE | Ray | | Alameda Superior Court | RG11555915 | 05/06/11 | |
| POPE | Teresa | | Los Angeles Municipal Court | 96U16293 | 12/06/96 | |
| POPESCU | Virgil | | San Diego Superior Court | 709996 | 10/28/97 | |
| PORTER | Andre | Dewaine | San Diego Superior Court | 37201500026332P6GPCTL | 03/06/18 | |
| POST | Monte | Lee | Riverside Superior Court | INC011627 | 06/28/99 | |
| POTTER | D. | Sidney | Los Angeles Superior Court | BC652414 | 08/31/17 | |
| POWELL | Tomery | Artimes | Placer Superior Court | SDR0047636 | 06/15/18 | aka T.A. Darling |
| POWERS | David | Thomas | Los Angeles (Downey) Muni Ct | 92S03652 | 01/08/93 | Order states specifics. |
| POWERS | Sonie | | Riverside Superior Court | PSC1805478 | 08/22/19 | |
| POZZI | Americo | | Sonoma Superior Court | 206960 | 06/03/94 | |
| PRASAD | Melissa | Marie | Stanislaus Superior Court | 256900 | 02/01/04 | |

45

SER 481

7/11/2022

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| PRATHER | Patricia | Ann | Los Angeles Superior Court | 15M03331 | 06/11/15 | |
| PRESLEY | Tala | | Court of Appeal, 2nd Dist, Div 5 | B128598 | 01/26/99 | |
| PRIATKO | John | | San Francisco Superior Court | CGC17557663 | 11/21/17 | |
| PRIETO | Frank | | Los Angeles Superior Court | BC167231 | 06/20/97 | |
| PRIETO | Maria | | Los Angeles Superior Court | BC167231 | 06/20/97 | |
| PRICE | Immanuel | C. | Monterey Superior Court | 19CV002376 | 09/23/20 | |
| PRIME | Nicole | | Ventura Superior Court | 00520611CUPTVTA | 01/18/19 | |
| PROFESSIONAL CONCRETE WORK | | | San Francisco Superior Court | CGC10500974 | 06/08/11 | Also see David Grassi, David H. Grassi, David Hillel |
| PRUDHOMME | Ricky | | San Bernardino Superior Court | PROPS0900337 | 03/24/22 | |
| PSAROS | Georgetta | | Los Angeles Superior Court | BC182587 | 06/30/98 | |
| PULLEY | Larry | | Los Angeles Superior Court | BC137689 | 03/22/96 | |
| PURISIMA | Anton | | Los Angeles Superior Court | BC370936 | 10/24/07 | |
| PURISIMA | Anton | | San Bernardino Superior Court | SCVSS130864 | 08/07/07 | |
| PURLANTOV | Valco | | San Francisco Superior Court | 955399 | 05/11/94 | Order states specifics. |
| PUSCHENDORF | Suzette | | San Mateo Superior Court | 16FAM01872 | 06/06/18 | |
| QIN | Li | | Alameda Superior Court | RP21096806 | 12/17/21 | |
| QUADRI | Tadfeek | | Fresno Superior Court | 02CECG03037 | 01/24/06 | |
| QUIGGLE | Ellen | | San Diego Superior Court | 200986777 | 09/22/09 | Ellyn N. Quiggle |
| QUIGLEY | Rodney | J. | Tuolumne Superior Court | CV61367 | 10/06/19 | |
| QUILLINAN | Kevin | | Alameda Superior Court | RG19-008966 | 10/24/19 | |
| RABINOVICH | Aleksandr | | Contra Costa Superior Court | MSD030303038 | 08/31/09 | |
| RADCLIFF | Arthur | | Court of Appeal, 2nd Dist, Div 5 | B075205 | 12/17/93 | |
| RAFFA | Catherine | | Santa Clara Superior Court | 1-07-FL-141377 | 09/30/15 | |
| RAHGOSHAY | Mohammad | | Orange Superior Court | 09D005410 | 07/25/14 | |
| RAISER | Aaron | | San Diego Superior Court | 37-2013-00070368-CU-MM | 06/05/15 | |
| RAISONHEIMER | Ralph | | San Francisco Superior Court | CGC15547698 | 04/04/16 | aka Betti Bellair, Yutz McDougal, Jessie Swartz, Arthur |
| RAMEY (D-40605,3B-2BT-35) | Johnny | | Fresno Superior Court | 04CECG01510 | 07/28/05 | |
| RAMIREZ | Daniel | Robert | San Bernardino Superior Court | CIVDS1607520 | 09/21/16 | |
| RAMIREZ | Maria | De Jesus | Los Angeles Superior Court | KC069825 | 02/13/19 | |
| RAMIREZ | Robert | | Sacramento Superior Court | 09SC00951 | 02/04/09 | |
| RAMIREZ | Robert | | Sacramento Superior Court | 09SC00957 | 02/04/09 | |
| RAMIREZ | Robert | | Sacramento Superior Court | 98FL03172 | 10/13/05 | |
| RAMIREZ | Rosendo | E. | Sacramento Superior Court | 98FL03172 | 10/13/05 | |
| RANDALL | Charlotte | Rebel | Riverside Superior Court | 70405 | 03/08/94 | Order states specifics. |
| RANDALL | Eileen | F. | Solano Superior Court | FFL115971 | 08/04/11 | Also see Eileen F. McBride Randall |
| RANDALL | Eileen | F. | Solano Superior Court | FFL115972 | 08/04/11 | Also see Eileen F. McBride Randall |
| RANDALL | Eileen | F. | Solano Superior Court | FFL116232 | 08/04/11 | Also see Eileen F. McBride Randall |
| RANDALL | Eileen | F. | Solano Superior Court | FCS036979 | 08/04/11 | Also see Eileen F. McBride Randall |
| RANDALL | Eileen | F. | Solano Superior Court | FCS037230 | 08/04/11 | Also see Eileen F. McBride Randall |
| RANDALL | Eileen | F. | Solano Superior Court | FCS037654 | 08/04/11 | Also see Eileen F. McBride Randall |
| RANDALL | Eileen | F. | Solano Superior Court | FCS037655 | 08/04/11 | Also see Eileen F. McBride Randall |
| RANDALL | Eileen | F. | Solano Superior Court | FCS038020 | 08/04/11 | Also see Eileen F. McBride Randall |
| RANDALL | Jacinth | C. | Los Angeles Superior Court | BC715030 | 07/02/19 | |
| RANDALL | Victoria | | Riverside Superior Court | 70405 | 03/08/94 | Order states specifics. |
| RANDO | Alexa | | Santa Cruz Superior Court | CV168156 | 02/07/12 | |
| RANDOLPH | Steven | E. | Los Angeles Superior Court | PC056517 | 12/16/15 | |
| RANSOM (H-71641) | Bryan | | Kings County Superior Court | 12C0118 | 10/17/12 | |
| RASHID | Hakim | W. | Los Angeles Superior Court | 19STCV34017 | 12/17/19 | |

46

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| RAWUKA | Mary | H. | Orange County Superior Court | 522690 | 05/29/96 | Order states specifics. |
| RAY | April | S. | Los Angeles Superior Court | BC136915 | 08/06/98 | |
| RAY, JR. | Edward | Vincent | Alameda Superior Court | RG14748239 | 01/04/16 | |
| RAZAVI | Melina | | Santa Clara Superior Court | 109CV132622 | 09/08/11 | |
| READ | Marina | | Santa Barbara Superior Court | 1370083 | 01/09/14 | |
| REASE | Yoshami | S. | Alameda Superior Court | RG10532263 | 08/30/10 | |
| REBENNACK | Sherry | | San Bernardino Superior Court | VCVVS025956 | 04/16/02 | |
| REDDY | Krishna | | San Bernardino Superior Court | SCV06542 | 02/18/98 | |
| REE | Jin | | Los Angeles Superior Court | BC349526 | 01/25/07 | AKA Jin Rie, Jin Ree dba East West Institute |
| REE dba East West Institute | Jin | | Los Angeles Superior Court | BC361368 | 04/02/07 | AKA Jin Ree, Jin Rie |
| REED | Elaine | | Fresno Superior Court | 05CECG03575 | 05/04/06 | |
| REED | Mary | Dean | Los Angeles Superior Court | BC284736 | 06/25/03 | |
| REED | Michelle | K. | Sacramento Superior Court | 34200900060370 | 01/22/10 | |
| REINER | Martin | | Los Angeles Superior Court | BC593351 | 05/24/16 | |
| REINER | Wayne | R. | Orange Superior Court | 30201901063705 | 09/13/19 | |
| REISS | Jonathan | A. | Los Angeles Superior Court | SC025574 | 01/03/95 | |
| REMINGTON | Bruce | | Humboldt Superior Court | DR180552 | 12/06/18 | |
| REMMERT | Shirley | | San Mateo Superior Court | F055586 | 03/25/03 | |
| REMMERT | Shirley | V. | San Mateo Superior Court | CIV742359 | 04/17/03 | |
| REINALDO | Veronica | L. | Sacramento Superior Court | 11FL04049 | 04/18/19 | |
| RENFRO | Christopher | | Santa Clara Superior Court | VC1180080 | 03/13/19 | |
| RENNIE | Donald | A. | Los Angeles Superior Court | BC150814 | 09/30/96 | |
| REPOLLO | B. | | Santa Clara Superior Court | 18CV233749 | 03/02/20 | |
| REPOLLO | Rodolfo | | Santa Clara Superior Court | 18CV233749 | 03/02/20 | |
| REYES | Enrique | | Fresno Superior Court | 18CECG00202 | 02/05/19 | |
| REYES | Guadalupe | | Fresno Superior Court | 18CECG00202 | 02/05/19 | |
| REYES | Pablo | | Tulare Superior Court | 93159808 | 04/06/94 | |
| REYES | Roxana | | Contra Costa Superior Court | D1203214 | 11/08/17 | |
| REYES | Teresa | | Tulare Superior Court | 93159808 | 04/06/94 | |
| REYNO | Freddie | | San Diego Superior Court | 37200883493 | 06/06/11 | |
| REYNO | June | | San Diego Superior Court | 37200883493 | 06/06/11 | |
| REYNOLDS | Brian | B. | Los Angeles Superior Court | BC049660 | 03/31/92 | JCCP 2887 |
| REYNOLDS | Marylynn | | San Joaquin Superior Court | FL-DWOC-2009-00008123 | 11/05/15 | |
| RIAZATI | Manuchehr | | San Diego Superior Court | 2012-088906 | 06/20/14 | |
| RICE-DAVIS | Astarte | | Contra Costa Superior Court | PROMSP869-00547 | 01/17/08 | AKA Astarte Davis |
| RICHARDS | Alicia | Marie | Orange Superior Court | 15DO09634 | 10/23/20 | AKA Alicia Marie Remsen |
| RICHARDSON | Dorothy | Elizabeth | Fresno Superior Court | 05CEPR01355 | 05/14/14 | |
| RICHARDSON | Gregory | | Riverside Superior Court | RID1200031 | 09/05/17 | |
| RICHARDSON | Larry | D. | Sonoma Superior Court | SFL960136 | 05/06/05 | |
| RICHMAN | Robert | D. | Los Angeles Superior Court | LC074283 | 08/04/11 | |
| RICHMOND | Curtis | | San Diego Superior Court | GIN037346 | 06/14/05 | |
| RICKETTS | Donat | | Los Angeles Superior Court | 19TCV24858 | 01/26/22 | |
| RICKRODE | Chris | B. | Alameda Superior Court | 8046062 | 09/10/99 | |
| RIE | Jin | | Los Angeles Superior Court | BC349526 | 01/25/07 | AKA Jin Ree, Jin Rie dba East West Institute |
| RIE | Jin | | Los Angeles Superior Court | BC361368 | 04/02/07 | AKA Jin Ree, Jin Rie dba East West Institute |
| RIEHLE | Veronica | | Los Angeles Superior Court | YS026414 | 06/19/15 | |
| RIFKIN | Richard | | San Francisco Superior Court | FD11177397A | 09/14/12 | Order states specifics. |

Vexatious Litigant List
**BOLD** = Added names

SER 483

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| RINGGOLD | Nina | | Court of Appeal, 2nd Dist, Div 5 | B210169 | | In Case No. B233475, dated 4/3/12, this prefiling |
| RINGGOLD | Nina | | Court of Appeal, 2nd Dist, Div 2 | B217589 | 02/18/09 | order was modified that she cannot file in her name |
| RINGGOLD-LOCKHART | Justin | | Court of Appeal, 2nd Dist, Div 5 | B233475 | 07/21/09 | |
| RITCHIE | Jerrianne | | Riverside Superior Court | TEC1001 2836 | 04/03/12 | Also see Nina Ringgold, Case No. B210169, dated |
| ROBERSON | Paul | | Contra Costa Superior Court | C15-00413 | 03/23/11 | 1/21/2011 (first order), Also see Jerrianne Franklin |
| ROBERSON | Paul | | Contra Costa Superior Court | C15-00413 | 11/19/15 | |
| ROBERTS | Elaine | | Alameda Superior Court | Misc | 04/20/93 | Order states specifics. |
| ROBERTS | Sri David | Conrad | Santa Barbara Superior Court | 1166090 | 05/20/05 | |
| ROBERTS | Tina | Louise | San Diego Superior Court | 2015-28682 | 11/06/15 | |
| ROBINSON | Barbara | Stuart | Los Angeles Superior Court | NC056903 | 03/13/12 | |
| ROBINSON | Faustino | | San Diego Superior Court | 372007000845651CLCRCTL | 04/24/08 | |
| ROBINSON | Jamilah | | Contra Costa Superior Court | MSJ1400784 | 06/07/16 | |
| ROBISON | Eldrick | | Sonoma Superior Court | SCV247493 | 01/25/11 | |
| ROBY | Cheryl | | San Bernardino Superior Court | SCVSS136730 | 12/10/07 | |
| ROCHMAN | Tony | | Los Angeles Superior Court | EC044602 | 06/08/07 | |
| ROCKWELL | Richard | J. | San Diego (El Cajon) Muni Court | E87448 | 12/04/97 | |
| RODRIGUEZ | Alvaro | C. | Alameda Superior Court | HG12655093 | 04/05/13 | |
| RODRIGUEZ | Ricardo | C. | Los Angeles Superior Court | YF000946 | 03/04/09 | |
| ROESSLER | Thomas | | San Diego Superior Court | GIC859968 | 04/04/06 | |
| ROESSLER | Tom | | San Diego Superior Court | GIC859968 | 04/04/06 | |
| ROGERS | Brian | F. | Riverside Superior Court | 2012000662OCLPDEC | 09/28/12 | |
| ROGERS | John | | Riverside Superior Court | TES1101553 | 09/06/11 | |
| ROGERS | John | Patrick | Orange County Superior Court | 30201000334307 | 02/18/10 | |
| ROHAN | Brian | | Marin Superior Court | CV012426 | 12/17/01 | |
| ROLLINS | Guy | | Los Angeles Superior Court | GC029604 | 10/23/02 | |
| ROMERO | Maria | C. | San Bernardino Superior Court | CIVVS1203309 | 10/26/12 | Also see Ilich E. Vargas |
| ROMNEY | Linda | Marie | Los Angeles Municipal Court | 98E01780 | 09/29/99 | |
| ROMONSKY | Andrew | | Sacramento Superior Court | 97AS02958 | 12/10/98 | |
| RONALD MAZZAFERRO AS TRUSTEE FOR THE FIORANI LIVING TRUST, DANIELLE DUPERRET, ROBERT VAN ZANDT, PAUL DEN BESTE | | | Court of Appeal, 1st Dist, Div 5 | A131076 | 01/27/12 | Also see Ronald Mazzaferro |
| ROOS | Lorna | | Los Angeles Superior Court | BD202859 | 09/14/11 | |
| RORTY | Bruce | | Los Angeles Superior Court | 11CT33228 | 06/04/13 | |
| RORTY | Bruce | | Los Angeles Superior Court | 11CT0111 | 06/04/13 | |
| ROSE | Sai | | Humboldt Superior Court | FL170102 | 12/13/19 | AKA Steven Gasparas |
| ROSE | Sai | | Humboldt Superior Court | FL090159 | 12/13/19 | AKA Steven Gasparas |
| ROSE | Sai | | Humboldt Superior Court | DR170364 | 12/13/19 | AKA Steven Gasparas |
| ROSE | Sai | | Humboldt Superior Court | DR170574 | 12/13/19 | AKA Steven Gasparas |
| ROSE | Theresa | Christine | Contra Costa Superior Court | P0100746 | 03/15/04 | |
| ROSENBERG | Jordan | | Alameda Superior Court | RG17849292 | 05/05/18 | |
| ROSENSTIEL | Scott | Eric | Los Angeles Superior Court | BC608565 | 06/15/17 | |
| ROSETE | Ernesto | | San Diego Superior Court | 37-2021-00053146-CU-CR-CTL | 05/04/22 | aka Ernesto Aguillon |
| ROSS | Alvin | | Kings County Superior Court | 13C0086 | 09/18/15 | |
| ROSS | John | M. | San Diego Superior Court | 675145 | 06/21/94 | |
| ROSS | Robert | M. | Los Angeles Superior Court | EC023045 | 02/08/00 | |
| ROSS | Rosemary | | Los Angeles (Pasadena) Muni Ct | GC22418 | 01/28/99 | |
| ROSTAM | Joseph | Sargis | Stanislaus Superior Court | 430651 | 11/27/18 | PJ K. Hara denied the req to remove 6/12/2020 |
| ROSTLER | Susann | | Los Angeles Superior Court | BC039283 | 08/02/96 | |

48

**VEXATIOUS LITIGANT LIST**
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| ROTOLO | Tatiana | | Solano Superior Court | FCS055027 | 09/29/20 | |
| ROUSER | William | B. | Los Angeles Superior Court | MC024980 | 03/25/15 | |
| ROWE | Gary | | Los Angeles Superior Court | YD061119 | 10/17/17 | |
| ROZEK | Adam | Aaron | Orange County Superior Court | 30201000403228 | 02/04/11 | |
| ROZWOOD | S. | Benjamin | Los Angeles Superior Court | SD 023011 | 05/21/15 | |
| RU | Try | | San Francisco Superior Court | 937699 | 06/05/92 | |
| RUBANG | Gonzalo | | Solano Superior Court | FCS046367, FCS049171, FCS049559, FCS049561, FCS049599, FCS050346 | 06/19/18 | |
| RUDDER | Wayne Ricky | Elson | Los Angeles Superior Court | BC068964 | 04/14/93 | |
| RUDDLESDIN | Bruce | | Contra Costa Superior Court | C1102322 | 01/20/12 | |
| RUIZ | Daniel | Charles | San Luis Obispo Superior Court | 17CV0428 | 01/23/18 | |
| RUIZ | Walter | | Los Angeles Superior Court | VD071249 | 10/29/18 | |
| RUSSELL | Eunice | | Los Angeles Superior Court | BC063674 | 01/22/93 | |
| RUSSELL | Thomas | | San Diego Superior Court | GIC859968 | 04/04/06 | |
| RUTHER | L. | | San Francisco Superior Court | 937699 | 06/05/92 | |
| RYU | Huki | | Los Angeles Superior Court | BC705825 | 07/15/20 | AKA James Ryu |
| RYU | James | | Los Angeles Superior Court | BC705825 | 07/15/20 | AKA Huki Ryu |
| SAAI | Darrell | E. | Los Angeles Municipal Court | 95C18837 | 03/28/96 | |
| SAENZ | Robert | | Monterey Superior Court | 18CV002234 | 09/21/18 | |
| SAID | Shary | | San Diego Superior Court | 562017009200001CUMCCXC | 11/21/17 | |
| SAID | Shary | | San Diego Superior Court | 562017009115086CUMCCXC | 11/22/17 | |
| SAIGH | Terry M. | | Napa Superior Court | 26566624 | 09/12/11 | |
| SAKENTOOSI | Hashem | | San Diego Superior Court | 675007 | 07/05/94 | |
| SAKHAI | Moris | | Los Angeles Superior Court | BC575257 | 11/15/16 | |
| SALAZAR | Jose | M. | Riverside Superior Court | RIC 1213554 | 04/15/15 | |
| SALZMAN | Lawrence | | Orange County Superior Court | 05CC07899 | 09/19/05 | |
| SALES | James | | San Francisco Superior Court | CGC18570105 | 06/11/19 | |
| SAMEER | Madhu | | Fresno Superior Court | 15CECG00351 | 04/23/21 | |
| SAMPLE | Felita | | San Francisco Superior Court | CGC12523705 | 03/06/13 | |
| SANCHEZ (SIGALA) | Gloria | | Imperial Superior Court | 88527 | 03/18/05 | |
| SAND SHIP COMPANY | | | Court of Appeal, 2nd Dist, Div 5 | B089723 | 11/28/95 | |
| SANDEEN | Stephen | | Plumas Superior Court | GN F113-00204 | 04/01/15 | |
| SANDERS | Donald | R. | San Francisco Superior Court | 259017 | 05/07/03 | |
| SANDERS | Leon | | Los Angeles Superior Court | BC723341 | 01/31/19 | |
| SANDERS | Phillip | | Fresno Superior Court | 11CECG00976 | 06/08/11 | |
| SANDERS (CDCR #H80090) | Phillip | C. | Imperial Superior Court | ECU02742 | 04/17/06 | |
| SANDOVAL | Grace | L. | San Diego Superior Court | IC867785 | 09/28/06 | |
| SANDOVAL | Grace | L. | San Diego Superior Court | IC867786 | 09/28/06 | |
| SANDOVAL | Grace | L. | San Diego Superior Court | IC870765 | 09/28/06 | |
| SANDOVAL | Grace | L. | San Diego Superior Court | IC868173 | 09/28/06 | |
| SANTOS | Crystal | Marie | Santa Clara Superior Court | BD555480 | 12/15/19 | AKA Crystal Santos-Copage |
| SANTOS | Shonda | | Santa Clara Superior Court | 106F132442/DEPT74 | 05/01/12 | |
| SANTOS | Sylvia | | San Diego Superior Court | CIV477235 | 09/01/11 | |
| SARASUA | Joseph | James | San Mateo Superior Court | 372013009413RCUFRCTL | 01/16/09 | |
| SARDINHA | Manuel | | Santa Clara Superior Court | 1-02-FL-109939 | 10/22/15 | |
| SARGENT | Matt | | Santa Clara Superior Court | 107CV085893 | 02/19/08 | |
| SARKISSIAN | Tony | | Los Angeles Superior Court | 19PDFL01883 | 06/02/21 | |

Vexatious Litigant List
**BOLD** = Added names

SER 485

7/11/2022

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| SAUNDERS | Jason | | Los Angeles Superior Court | MC022017 | 03/17/11 | |
| SAY & SAY, INC. | | | Court of Appeal, 2nd Dist, Div 5 | B076762 | 12/16/93 | |
| SCALISI | Thomas | | San Bernardino Superior Court | VFLV5035658 | 07/14/11 | |
| SCHAEFER | J. | Michael | San Diego Municipal Court | 585961 | 02/04/97 | |
| SCHAFFER | A. | Michael | San Diego Superior Court | 17FL004841C | 04/27/21 | |
| SCHIEBERL | Jan | Marie | Contra Costa Superior Court | CIVMSC0903516 | 11/10/10 | |
| SCHMIDT (A23544) | Lonnie | G. | Solano Superior Court | FCS056153 | 07/20/21 | |
| SCHMIDT | Kathryn | Michelle | Orange County Superior Court | 04D004515 | 02/11/09 | |
| SCHOOLER | Jane | | San Diego Superior Court | 37200800150817PRITRNC | 05/14/13 | Also see Katherine Schooler Kerns |
| SCHOOLER | Jane | | San Diego Superior Court | 37200700101775PRITRCTL | 05/14/13 | Also see Katherine Schooler Kerns |
| SCHRUBB | Kevin | Ray | Marin Superior Court | CIV1702848 | 12/05/17 | |
| SCHULZ | Douglas | M. | San Bernardino Superior Court | SCVSS130276 | 10/21/08 | |
| SCHWARTZ | Gregory | | Los Angeles Superior Court | BD527355 | 06/03/15 | |
| SCONIERS | Janet | | Fresno Superior Court | 6433106 | 01/04/00 | aka Janet Melikian and Janet Sconiers-Melikian |
| SCONIERS-MELIKIAN | Janet | | Court of Appeal, Fifth District | 6433106 | 12/15/14 | aka Janet Melikian and Janet Sconiers |
| SCOTT | Floyd | | Monterey Superior Court | M65709 | 03/25/08 | |
| SCOTT | Manning | | Sacramento Superior Court | 01AS03815 | 12/14/01 | |
| SCOTT | Manning | R. | Sacramento Superior Court | 01AS03815 | 12/14/01 | |
| SCOTT | Ralph | | Sacramento Superior Court | 01AS03815 | 12/14/01 | |
| SCOTT | Ralph | | San Francisco Superior Court | 191581 | 03/28/03 | Order states specifics. |
| SCOTT | Ralph | M. | Sacramento Superior Court | 01AS03815 | 12/14/01 | |
| SCOTT | Ralph | Manning | Sacramento Superior Court | 01AS03815 | 12/14/01 | |
| SCRIGNA | Angelo | Yoshamah | Los Angeles Superior Court | 17STPB09759 | 01/04/18 | AKA Angelo Josh |
| SEDAGHAT | Nasser | | Court of Appeal, 2nd Dist, Div 2 | B139280 | 11/06/01 | |
| SEDLAR | Robert | | San Diego Superior Court | 3720160001733ZCLUDCTL | 01/23/17 | |
| SEGA | Jessica | | Riverside Superior Court | RIP0893978 | 01/30/09 | |
| SELINGER | David | | San Diego Superior Court | 670153 | 12/30/94 | |
| SELINGER | David | | San Diego Superior Court | 670654 | 12/30/94 | |
| SELLERS | John | | Sacramento Superior Court | 96AS07076 | 12/16/98 | |
| SELTZER | Margaret | | Orange County (Harbor) Muni Ct | Various | 08/24/94 | |
| SEMPASA | Margaret | A. | Marin Superior Court | CIV1105615 | 06/06/12 | |
| SENATOR | Evelyn | | Riverside Superior Court | RIC1713173 | 10/31/17 | |
| SENATOR | Bruce | | San Joaquin Superior Court | CV020625 | 09/15/03 | |
| SENATOR | Bruce | | San Joaquin Superior Court | CV021123 | 10/15/03 | |
| SERRATO | Sophia | | Alameda Superior Court | 2001017833 | 05/30/03 | |
| SERRATO & VRABLE | | | Alameda Superior Court | 2001017833 | 05/30/03 | |
| SERRATO-VOISENANT | Sophia | | Alameda Superior Court | 2001017833 | 05/30/03 | |
| SERVER | Ralph | | Santa Barbara Superior Court | 177107 | 08/14/92 | Order states specifics. |
| SEXTON | Michael | | San Diego Superior Court | DN188889 | 02/25/19 | |
| SEYMOUR | Jessica | | San Diego Superior Court | 3720100008582SCUMCCTL | 09/10/10 | Note AKA's |
| SEYMOUR | Jessica | M. | San Diego Superior Court | 3720100008582SCUMCCTL | 09/10/10 | |
| SEYMOUR | Jessica | Marie | San Diego Superior Court | 3720100008582SCUMCCTL | 09/10/10 | |
| SHABAZZ | Orsyndah | | Fresno Superior Court | 01CECG04365 | 01/31/02 | |
| SHADE | Ross | | Napa Superior Court | 2660735 | 06/10/13 | |
| SHADIAN | Igale | | Los Angeles Superior Court | BC603178 | 07/22/16 | |
| SHADOWSKY | Mike | | Los Angeles Superior Court | 10U03961 | 06/14/10 | |
| SHAH | Zubair | A. | San Francisco Superior Court | CCH03561183 | 04/04/06 | |

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| SHALANT | Joseph | L. | Los Angeles Superior Court | BC242816 | 02/26/02 | |
| SHALCHIAN | Fereshteh | | Los Angeles Superior Court | YQ023250 | 12/03/15 | |
| SHAO | Linda | | Santa Clara Superior Court | 112-CV-220571 | 06/16/15 | |
| SHAO | Yi | Tai | Santa Clara Superior Court | 112-CV-220571 | 06/16/15 | |
| SHARMA | Lilavati | | Court of Appeal, 2nd Dist, Div 5 | B205238 | 03/25/08 | |
| SHARMA | Narendra | | Shasta Superior Court | 183558 | 10/17/19 | |
| SHARMA | Vivek | Swaroop | San Bernardino Superior Court | FAMFS1302149 | 10/01/20 | |
| SHARP (K41609) | Anthony | A. | Sacramento Superior Court | 07AS01391 | 07/16/07 | |
| SHARP | LaMar | Ann | Sacramento Superior Court | 34201200123593 | 02/14/14 | |
| SHARPE-HASHIMOTO | Michelle | | Merced Superior Court | 100944 | 09/03/98 | See Michelle Morgan |
| SHEN | Jian | | Los Angeles Superior Court | GS011946 | 11/05/09 | |
| SHEPHARD | Charlie | | Los Angeles Superior Court | KC022591 | 05/21/97 | |
| SHERMAN | Steve | | Los Angeles Superior Court | 04A00394 | 05/06/04 | |
| SHERMAN | Steve | | Los Angeles Superior Court | PC033004 | 10/14/03 | |
| SHERMAN | Steve | | Los Angeles Superior Court | PC0330042 | 10/24/03 | |
| SHEHS | Perry | S. | San Francisco Superior Court | 903465 | 08/16/95 | |
| SHERWOOD | Raymond | | Yolo Superior Court | CV0121100 | 12/14/01 | |
| SHIEH | Anthony | | Los Angeles Superior Court | BC054981 | 12/11/92 | |
| SHIEH | Anthony | | Los Angeles Superior Court | BC059833 | 12/11/92 | |
| SHIEH | Anthony | | Court of Appeal, 2nd Dist, Div 1 | B076978 | 08/12/93 | |
| SHIEH | Frank | | Los Angeles Superior Court | BC054981 | 12/11/92 | |
| SHIEH | Frank | | Los Angeles Superior Court | BC059833 | 12/11/92 | |
| SHIEH | Frank | | Court of Appeal, 2nd Dist, Div 1 | B076978 | 08/12/93 | |
| SHIEH | L. | | Los Angeles Superior Court | BC054981 | 12/11/92 | |
| SHIEH | L. | | Court of Appeal, 2nd Dist, Div 1 | B076978 | 08/12/93 | |
| SHIEH | L. | | Los Angeles Superior Court | BC059833 | 12/11/92 | |
| SHIEH | L. | H. | Los Angeles Superior Court | BC054981 | 12/11/92 | |
| SHIEH | L. | H. | Los Angeles Superior Court | BC059833 | 12/11/92 | |
| SHIEH | L. | H. | Court of Appeal, 2nd Dist, Div 1 | B076978 | 08/12/93 | |
| SHIEH | Liang-Houh | | Los Angeles Superior Court | BC054981 | 12/11/92 | |
| SHIEH | Liang-Houh | | Los Angeles Superior Court | BC059833 | 12/11/92 | |
| SHIEH | Liang-Houh | | Court of Appeal, 2nd Dist, Div 1 | B076978 | 08/12/93 | |
| SHILOH | Kenny | J. | Los Angeles Superior Court | BC608112 | 07/07/16) aka Kennard J. Shiloh, Kenny J. Shiloh, Jr. |
| SHILOH | Kennard | J. | Los Angeles Superior Court | BC608112 | 07/07/16) aka Kenny J. Shiloh, Kenny J. Shiloh, Jr. |
| SHILOH, JR. | Kenny | J. | Los Angeles Superior Court | BC608112 | 07/07/16) aka Kenny J. Shiloh, Kennard J. Shiloh |
| SHIN | James | | Los Angeles Superior Court | 19STCV18547 | 09/11/19 | |
| SHIPP | Tonya | | Solano Superior Court | 110PR167976 | 05/03/12 | |
| SHIPP | Tonya | N. | Solano Superior Court | P41641 | 10/01/08 | |
| SHIVERS | Coyote | | Los Angeles Superior Court | BD417230 | 06/19/08 | |
| SHIVERS | Francis | | Los Angeles Superior Court | BD417230 | 06/19/08 | |
| SHIVERS | Francis | Coyote | Los Angeles Superior Court | BD417230 | 06/19/08 | |
| SHOJAEDDIN | Amir | | Orange County Superior Court | 05D003892 | 12/20/13 | |
| SHOR MAKE COMPANY | | | Court of Appeal, 1st Dist, Div 5 | B089723 | 11/28/95 | |
| SHORE | David | | Court of Appeal, 1st Dist, Div 3 | A089548 | 03/14/00 | |
| SHORTER | Lecia | L. | Los Angeles Superior Court | BC691615 | 07/03/18 | |
| SHOYINKA | Tiwalola | Oladdji | Los Angeles Superior Court | SC089606 | 09/12/06 | |
| SHU | Vincent | WC | Orange County Superior Court | 06D000979 | 09/05/08 | |
| SHULER | Randall | E. | Santa Clara Superior Court | 16DV019635 | 12/03/20 | |

7/1/2022

**SER 487**

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| SHULMAN | Carol | Lee | Los Angeles Superior Court | YC051410 | 09/29/05 | |
| SHULMAN | Carol | Lee | Los Angeles Superior Court | TC018920 | 09/07/05 | |
| SIDAROSS | Monique | S. | Los Angeles Superior Court | BC354160 | 06/23/08 | |
| SIDIAKINA | Natalia | | Sonoma Superior Court | SFL29989 | 08/16/10 | |
| SIEGEL | George | Roger | Los Angeles Superior Court | YC051420 | 09/02/08 | |
| SILVESTRE | Gloria | | Monterey Superior Court | 101857 | 10/24/95 | Order states specifics. |
| SIMMONS | Christopher | | Monterey Superior Court | M64369 | 04/19/04 | |
| SIMONSEN | Donald | A. | Santa Barbara Superior Court | 1316023 | 11/02/09 | |
| SINGH | Raghvendra | | Sonoma Municipal Court | 136120 | 06/09/95 | |
| SINGH | Raghvendra | | Sonoma Municipal Court | 136120 | 04/29/96 | |
| SINGH | Raghvendra | | Santa Clara Superior Court | FL010612 | 12/02/94 | |
| SINGH | Raj | | Sacramento Superior Court | 02AS05355 | 04/14/03 | |
| SINGH | Raj | | Sacramento Superior Court | 01AS00095 | 03/11/03 | |
| SINGH (or any alias) | Raj | | Sacramento Superior Court | 02AS02083 | 03/11/03 | |
| SINGH, Dr. | Raj | | Sacramento Superior Court | 01AS06895 | 03/25/03 | |
| SINGH | Rahul | | San Diego Superior Court | GIC880565 | 11/20/07 | |
| SINGH | Ronald | | Orange Superior Court | 02AS05355 | 04/14/03 | |
| SINGSON (H-23699) | Rog | | Monterey Superior Court | M59799 | 12/22/03 | |
| SIRICO | Kimberli | C. | Santa Clara Superior Court | 109FL151899 | 03/28/11 | |
| SISNEROS (CDCR No. F-17317) | Joseph | Carlos | San Joaquin Superior Court | STKCVUMM2019001 7274 | 11/20/20 | |
| SLADOWSKI | James | | Court of Appeal, 4th Dist. Div 3 | G013297 | 10/01/20 | |
| SIARA | Tada | | Court of Appeal, 4th Dist. Div 3 | G013981 | 07/25/95 | |
| SKERSTON | Paula | | Los Angeles Superior Court | BC096113 | 10/09/15 | |
| SKINNER | Nathan | | Santa Barbara Superior Court | 30-2015-00772438 | 12/21/04 | |
| SKISTIMAS | Alfred | | Court of Appeal, 4th Dist. Div 3 | 1046535 | 11/19/93 | |
| SKISTIMAS | Alfred | | Court of Appeal, 4th Dist. Div 3 | G013297 | 11/18/93 | |
| SLOAN | Shawn | M. | San Bernardino Superior Court | G013981 | 02/09/10 | |
| SMITH | Andrew | | Contra Costa Superior Court | VFLVS032358 | 05/05/16 | |
| SMITH | Candace | | Fresno Superior Court | MSC1500204 | 05/17/22 | |
| SMITH | Charesse | | Los Angeles Superior Court | 21CECG02584 | 11/22/19 | |
| SMITH | Daniel | Weary | Los Angeles Superior Court | BD611083 | 12/21/93 | |
| SMITH | Gregory | | San Diego Superior Court | P726341 | 11/04/09 | |
| SMITH | Jerry | | Marin Superior Court | GIC847788 | 06/10/15 | |
| SMITH | Kenneth | Ardell | Sacramento Superior Court | CV 1401048 | 05/18/15 | |
| SMITH | Kevin | | Contra Costa Superior Court | 34-2014-00163079 | 03/02/05 | |
| SMITH | Janequa | Laquay | Sacramento Superior Court | C040D532 | 06/01/21 | |
| SMITH | Michael | | San Francisco Superior Court | 20FL00669 | 06/11/09 | |
| SMITH | Michael | | Contra Costa Superior Court | CGC084771601 | 08/09/16 | |
| SMITH | Michael | D. | San Diego Superior Court | D1300512 | 05/15/03 | |
| SMITH | Michael | Walden | Riverside Superior Court | P176307 | 10/09/12 | New order w/updated address. Previous order 9/11/12 |
| SMITH | Mitchel | | Contra Costa Superior Court | RIDIND064209 | 08/09/16 | |
| SMITH | Nathan | | Los Angeles Superior Court | D1300512 | 10/21/02 | |
| SMITH | Patrick | | Los Angeles Superior Court | BC278585 | 06/29/05 | |
| SMITH | Van | | Alameda Superior Court | BC326787 | 08/25/16 | |
| SMITH, JR. | Delaney | | Los Angeles Superior Court | RG16813085 | 10/16/12 | |
| SNOWDEN | Tanisha | S. | El Dorado Superior Court | BC459413 | 09/05/01 | |
| SNYDER | Shanna | | Los Angeles Superior Court | SP20000028 | 02/26/15 | |
| SOEHNGEN | George | | Contra Costa Superior Court | BD246078 | 08/11/00 | |
| | | | | MSC0001138 | | |

Vexatious Litigant List
**BOLD** = Added names

7/11/2022

**SER 488**

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| SOHO | Sandra | | Los Angeles (Newhall) Muni Ct | 92C01027 | 03/25/93 | |
| SOKOLSKY | Mark | S. | Fresno Superior Court | 07CECG04187 | 08/25/08 | |
| SOLARTE | Emelita | | Monterey Superior Court | M82002 | 03/28/07 | |
| SOLARTE | Emilta | A. | Monterey Superior Court | M82002 | 03/28/07 | |
| SOLARTE | Emilita | Nocon | Monterey Superior Court | M82002 | 03/28/07 | |
| SOLARTE | Emelita | Nocon | Monterey Superior Court | M82002 | 03/28/07 | |
| SOMMER | Ervin | | Court of Appeal, 4th Dist., Div 1 | D059873 | 09/21/11 | |
| SOOS | Emery | | Los Angeles Superior Court | YC046341 | 07/03/03 | aka Irme Sos (Dimissed SDSC-37200800000629CUOINC) |
| SORRELLS-KLANG | Deborah | | Riverside Superior Court | INC014560 | 09/11/00 | |
| SOTO | John | M. | San Diego Superior Court | S85612 | 07/03/97 | |
| SOUTHWICK | Bradley | A. | Kern Superior Court | D352403 | 09/18/09 | See Ventura re: Southwick (in this matter only) |
| SOUTHWICK | Bradley | A. | Ventura Superior Court | 51501PT28170 | 08/30/12 | See Kern re: Southwick (in this matter only) |
| SPAHNN | Alyce | | Los Angeles Superior Court | BC661311 | 08/31/18 | aka Alyce Vrba |
| | | | Court of Appeal, 2nd Dist., Div 3 | B250477 | 5/2/2014 | |
| SPARKS | Phil | | Los Angeles Superior Court | BC514937 | 11/28/16 | |
| SPECK (D-46279) | James | W. | San Diego Superior Court | 714943 | 05/20/99 | |
| SPELL | Susan | | Los Angeles Superior Court | 20STPT00152 | 07/10/20 | Cheryl Spell; Susan S. Schlobohm; Susan VonSchlobohm; |
| SPENCER | Debra | Kay | Los Angeles Superior Court | SF000544 | 08/12/99 | Susan S.E. Vonschlobohm; Susan S. VonSchlobohm, Dr. |
| SPENCER | Eileen | | Lassen Superior Court | 36791 | 08/23/10 | also see Kan We Help |
| SPENGER | Samuel | R. | Nevada Superior Court | CU21-085425 | 12/10/21 | |
| SPENGLER | Michael | R. | Los Angeles Superior Court | BC663997 | 04/16/18 | |
| SPIDLE | Walter | C. | Los Angeles Superior Court | SC087760 | 06/29/06 | |
| SPIRTOS | Michelle | | San Bernardino Superior Court | SPRSS02211 | 12/02/03 | |
| SPRAGUE | Jerome | H. | Sacramento Superior Court | 34-2021-00308666 | 01/05/22 | and Jerome H. Sprague, Trustor for the Jerome H. Sprague |
| SRISARINGKARN | Sak | Taweesak | Riverside Superior Court | RID1800477 | 06/07/18 | Family Revocable Trust, and Jerome H. Sprague Family |
| STAFFORD | Sean | | Orange County Superior Court | 010D001923 | 01/28/05 | |
| STANFORD | Janet | | San Francisco Superior Court | CGC07467638 | 12/05/07 | |
| STANFORD | Janet | | San Francisco Superior Court | 7467241 | 03/21/08 | |
| STANWYCK | Steven | J. | Los Angeles Superior Court | BC254633 | 01/29/02 | Order states specifics. |
| STANWYCK | Steven | J. | San Francisco Superior Court | 400264 | 01/09/03 | |
| STARNES | Jeannie | | Napa Superior Court | 2644399 | 04/08/09 | |
| STEDNITZ | Denis | P. | San Diego Superior Court | D378459ENK | 10/15/97 | |
| STEELE | Vernetta | | Los Angeles | YC051620 | 06/30/06 | |
| STEFFAN | Kerry | Lee | San Diego Superior Court | DN147094 | 03/11/11 | |
| STEIN | Paul | | San Diego Superior Court | 657867 | 11/15/93 | Order states specifics. |
| STEINHART | Sally | Kathleen | Sonoma Superior Court | SCV246662 | 06/04/13 | |
| STEPHEN | Jimmie | | San Diego Superior Court | GIC879806 | 07/16/07 | |
| STEPHENS | Sharon | | Riverside Superior Court | INS072657 | 07/08/04 | |
| STEPHENS | Willie | F. | Sonoma Superior Court | SCV-265479 | 08/05/21 | |
| STERBCOW | Stacy | | Los Angeles Superior Court | BP127789 | 12/09/16 | |
| STERLING | Dan | | San Bernardino Superior Court | VFLVS014467 | 09/07/03 | |
| STERNBERG | Michael | C. | Santa Clara Superior Court | 2012-1-CP-020194 | 05/03/22 | |
| STEWART | John | Hesketh | Humboldt Superior Court | DR081020 | 11/17/16 | |
| STICH | Rodney | F. | Court of Appeal, 1st Dist, Div 2 | A062450 | 02/22/94 | |

Vexatious Litigant List
**BOLD** = Added names

7/1/2022

SER 489

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| STICKLER | Pamela | | San Diego Superior Court | GIS11389 | 03/12/03 | |
| STIGALL | Arthur | | Sacramento Superior Court | 05AS00684 | 05/16/05 | |
| STITCH | Stefan | A. | Orange County Superior Court | A219294 | 01/26/06 | |
| STIVERS | Carla | | San Diego Superior Court | 37201533064CUPOCTL | 02/01/17 | aka Carla Hill |
| STONE | New Oralean | (Oralean) | Alameda Superior Court | 6347653 | 07/09/91 | |
| STONE | Wilfred | | Alameda Superior Court | 6347653 | 07/09/91 | |
| STRAYHAND | Joseph | | Contra Costa Superior Court | D1404138 | 01/08/20 | |
| STREGE | Adam | Paul | Santa Barbara Superior Court | 15CV01198 | 11/06/15 | |
| STRETTON | D. | G. | San Diego Superior Court | GIC852556 | 02/16/06 | |
| STRETTON | Diane | Gail | San Diego Superior Court | GIC852556 | 02/16/06 | |
| STRETTON | Diane | Gail | San Diego Superior Court | GIC810354 | 10/07/05 | Order states specifics. |
| STRICKLAND | Rene | | Los Angeles Superior Court | VC039569 | 06/04/03 | |
| STRICKLAND | Rene | | Los Angeles Superior Court | VC039634 | 06/04/03 | |
| STROJNIK | Peter | | San Luis Obispo Superior Court | 20CVP0189 | 05/14/21 | |
| STROJNIK | Peter | | Santa Clara Superior Court | 20CV367614 | 12/16/20 | |
| STURGIS | Sharon | | Los Angeles Superior Court | BS115186 | 06/09/08 | MC-700 Order filed 8/29/08 w/attached case nos. |
| STURGIS | Sharon | | Los Angeles Superior Court | BS115551 | 06/26/08 | MC-700 Order filed 8/29/08 w/attached case nos. |
| STURGIS | Sharon | | Los Angeles Superior Court | BS116131 | 07/29/08 | MC-700 Order filed 8/29/08 w/attached case nos. |
| STURGIS | Sharon | | Los Angeles Superior Court | BS116229 | 08/05/08 | MC-700 Order filed 8/29/08 w/attached case nos. |
| STURGIS | Sharon | | Los Angeles Superior Court | TS010842 | 10/09/07 | MC-700 Order filed 8/29/08 w/attached case nos. |
| STURGIS | Sharon | | Los Angeles Superior Court | TS011339 | 04/10/08 | MC-700 Order filed 8/29/08 w/attached case nos. |
| STURGIS | Sharon | | Los Angeles Superior Court | TS011709 | 08/06/08 | MC-700 Order filed 8/29/08 w/attached case nos. |
| STURGIS | Sharon | | Los Angeles Superior Court | TS011712 | 08/06/08 | MC-700 Order filed 8/29/08 w/attached case nos. |
| STURIALE | Glory | | San Francisco Superior Court | 159275 | 01/22/99 | |
| SU | Chen | Cheng | Alameda Superior Court | 2002064553 | 12/30/02 | |
| SUI | Yan | | Orange County Superior Court | 30-2012-00594115 | 06/03/19 | |
| SUBA | Edit | | Los Angeles Superior Court | MA10V00339 | 03/23/11 | |
| SUBA | Edit | | Los Angeles Superior Court | SM10C04625 | 03/23/11 | |
| SUBA | Edit | | Los Angeles Superior Court | SM10C04193 | 03/23/11 | |
| SUBA | Edit | | Los Angeles Superior Court | SM10A03413 | 03/23/11 | |
| SUBA | Edit | | Los Angeles Superior Court | SC109954 | 03/23/11 | |
| SUBA | Edit | | Los Angeles Superior Court | SC110800 | 03/23/11 | |
| SUBA | Edit | | Los Angeles Superior Court | SC110292 | 03/23/11 | |
| SUBA | Edit | | Los Angeles Superior Court | SC110028 | 03/23/11 | |
| SUBA | Edit | | Los Angeles Superior Court | SC110687 | 03/23/11 | |
| SULTAN | Mohamed | | Los Angeles Superior Court | BC331180 | 08/23/05 | |
| SUN | Chen | | Solano Superior Court | L002241 | 09/08/94 | |
| SUPPES | Michele | | Santa Clara Superior Court | 20FL00408S | 09/21/21 | |
| SUVA | Danilo | | Santa Clara Superior Court | 16CV290410 | 03/30/16 | |
| SWARTZ | Jessie | | San Francisco Superior Court | CGC15547698 | 04/04/16 | aka Betti Bellair, Yutz McDougal, Ralph Raisonheimer, |
| SWARTZ | Thomas | Patrick | Calaveras Superior Court | CV30852 | 07/28/05 | |
| SWEENEY | Edwin | Scott | Sonoma Superior Court | SCV252581 | 08/28/13 | |
| SWINGLE | David | | Los Angeles Superior Court | BC595742 | 11/08/16 | aka Justin Swingle, David Justice Swingle |
| SYLVESTER | James | | Los Angeles Superior Court | BD490518 | 12/05/12 | |
| SZANTO | Peter | | Los Angeles Superior Court | BC428554 | 09/23/11 | |
| SZLOVAK | Marta | | Orange County Superior Court | 02CCI6359 | 02/04/03 | |
| SZLOVAK | Mike | | Orange County Superior Court | 02CCI6359 | 02/04/03 | |
| SZYMANSKI | Matthew | G. | Orange County Superior Court | 30201600829257CUDECJC | 04/22/16 | |

54

Vexatious Litigant List
**BOLD** = Added names

7/1/2022

SER 490

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| SZYMCZAK | Robert | Charles | San Diego Superior Court | 651556 | 03/22/93 | Order states specifics. |
| TAB | Ken | | Los Angeles Superior Court | LC065311 | 01/14/04 | |
| TAB | Kenneth | | Court of Appeal, 2nd Dist, Div 5 | B174592 | 09/24/04 | |
| TAB | Kenneth | | Los Angeles Superior Court | LC065311 | 01/14/04 | |
| TAB | Kenny | | Los Angeles Superior Court | LC065311 | 01/14/04 | |
| TAB | Kewmars | | Los Angeles Superior Court | LC065311 | 01/14/04 | |
| TABATABAY | Ken | | Los Angeles Superior Court | LC065311 | 01/14/04 | |
| TABATABAY | Kenneth | | Los Angeles Superior Court | LC065311 | 01/14/04 | |
| TABATABAY | Kenny | | Los Angeles Superior Court | LC065311 | 01/14/04 | |
| TABATABAY | Kewmars | | Los Angeles Superior Court | LC065311 | 01/14/04 | |
| TABI | Francois | | Los Angeles Superior Court | BC655079 | 06/11/19 | |
| TAGALOALAGI | Julie | T.S.S. | Orange County Superior Court | 746259 | 10/06/95 | |
| TAIMOUZADEH | Mehrdad | | Los Angeles Superior Court | LC098991 | 04/17/14 | See also Dave Zada |
| TANAKA | Jeannie | | Los Angeles Superior Court | BP117240 | 12/19/11 | |
| TANASESCU | Simona | | Orange Superior Court | 30-2019-01100016-CU-PO-CJC | 12/08/20 | |
| TANNO | Ellen | T. | Santa Clara Superior Court | 693627 | 02/21/97 | |
| TAST | Rany | | Sonoma Superior Court | SFC68337 | 03/18/16 | |
| TATE | Clarence | Demetrius | Los Angeles Superior Court | BC295135 | 11/17/03 | |
| TAYLOR | Altheia | | San Bernardino Superior Court | SMCFS1904566 | 09/27/19 | |
| TAYLOR | Freddie | Lee | Los Angeles Superior Court | BS021601 | 04/20/93 | |
| TAYLOR | Gloria | | Los Angeles Municipal Court | 96M16042 | 09/26/96 | |
| TAYLOR | Walter | James | Contra Costa Superior Court | N070046 | 09/27/07 | |
| TAYLOR | Colleen Kayette | Prince | Los Angeles (Long Beach) Muni | 93S03145 | 02/22/94 | Order states specifics. |
| TAYLOR (CDCR #D-4175) | Jeffrey | Lamont | Monterey Superior Court | M94012 | 02/18/09 | |
| TAYLOR (CDCR #D417759) | Jeffrey | Lamont | Monterey Superior Court | M91883 | 01/27/09 | |
| TAYLOR (CDCR #D417759) | Jeffrey | Lamont | Monterey Superior Court | M91594 | 01/28/09 | |
| TAYLOR (CDC #T-35161) | Krell | | Kern Superior Court | S1500CV26926ZSPC | 06/08/10 | |
| TAYLOR, JR. | John | C. | Alameda Superior Court | 71018343 | 03/04/93 | |
| TEANG | Srey | | San Joaquin Superior Court | STKCVUBT20180005289 | 03/02/21 | |
| TEECHER | June | | Los Angeles Superior Court | LC071688 | 01/14/11 | |
| TEMBLADOR | Viridiana | | San Bernardino Superior Court | FAMRS1303536 | 02/10/17 | |
| TEVIS | Larry | | El Dorado Superior Court | PC20200273 | 01/25/21 | |
| TEVIS | Larry | | El Dorado Superior Court | PC20200266 | 07/30/21 | |
| TEVIS | Nancy | | El Dorado Superior Court | PC20200273 | 01/25/21 | |
| TEVIS | Nancy | | El Dorado Superior Court | PC20200266 | 07/30/21 | |
| THAI | Toan | Quy | Orange Superior Court | 30201700958403 | 07/09/18 | see also Minh Nguyen Nguyen |
| THAKAR | Chetan | | Los Angeles Superior Court | YC064739 | 07/12/16 | aka Chetan Thaker |
| THAKER | Chetan | | Los Angeles Superior Court | YC064739 | 07/12/16 | aka Chetan Thakar |
| THAT | Dinh | Ton | Orange County Superior Court | 302010000394102 | 03/01/11 | |
| THEOPHILIUS | Brett | Jones | Orange County Superior Court | BC460339 | 09/19/11 | Hitrappes Jones-Theophilus; Brach; Branch; B.J. |
| THOMAS | Alden | A. | San Joaquin Superior Court | STKCVEU12016111578 | 06/16/17 | |
| THOMAS | Brian | Eugene | Los Angeles Superior Court | BC028379 | 01/22/92 | |
| THOMAS | Bruce | | San Diego Superior Court | 37201100057518CU8TNC | 01/31/12 | |
| THOMAS | Bruce | | San Diego Superior Court | 37201200059268CU8RNC | 08/20/13 | |
| THOMAS | Dawn | A. | Orange County Superior Court | 94D07791 | 05/27/00 | |
| THOMAS (P64423) | Edward | | Monterey Superior Court | M124658 | 02/15/14 | |
| THOMAS | Joe | | Los Angeles Superior Court | BC326279 | 03/16/05 | |
| THOMAS (T67081) | Keith | | Lassen Superior Court | 54792 | 07/30/12 | |

SER 491

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| THOMAS (T67081) | Keith | | Lassen Superior Court | No case # assigned | 03/27/13 | |
| THOMAS (CDC #T67081) | Keith | | Monterey Superior Court | M112813 | 10/20/11 | |
| THOMAS | Keith | | Los Angeles Superior Court | BC409398 | 05/24/12 | |
| THOMAS | Keith | | Lassen Superior Court | 54792 | 05/01/13 | |
| THOMAS | Mark | William | Riverside Superior Court | RIP 10001440 | 03/28/14 | Also see Mark William Thomas Hex. |
| THOMAS | Richard | E. | Alameda Superior Court | 74674 | 08/18/94 | |
| THOMAS | Tito | Ace | Los Angeles Superior Court | 19STCV23047 | 09/26/19 | |
| THOMAS, III | Mady | | Alameda Superior Court | 7969519 | 02/05/99 | |
| THOMAS, JR. | George | | Los Angeles Superior Court | BC028379 | 01/22/92 | |
| THOMAS-TURNER | Rachel | L. | Los Angeles Superior Court | BC719027 | 08/27/19 | |
| THOMPSON | Danny | J. | Los Angeles Superior Court | BP068768 | 07/28/08 | |
| THORNTON | D. | William | Los Angeles Superior Court | SC127035 | 07/20/17 | |
| THORNTON (#V64547WA-140 LOW) | William | | Kern Superior Court | S150OCV274883WDP | 04/24/12 | |
| THORNTON | William | Cecil | San Diego Superior Court | 37201100079081CUPOSC | 05/04/12 | |
| THRASHER | Donald | | Los Angeles Municipal Court | 96K07248 | 05/06/97 | |
| THREADGILL | Arthur | | Sacramento Superior Court | 05FL00525 | 04/23/08 | |
| THURMAN | Alan | Edward | Los Angeles Superior Court | BC068964 | 04/14/93 | |
| THURSDAY'S CHILD | | | Los Angeles Superior Court | LC022570 | 08/01/94 | Order states specifics. |
| TIHMC | Arthur | | San Francisco Superior Court | CGC15547698 | 04/04/16 | aka Betti Bellair, Yutz McDougal, Ralph Raisonheimer, |
| THYMES | Carl | G. | Los Angeles Superior Court | KC050601 | 09/17/07 | |
| THYMES | John | A. | Los Angeles Superior Court | BC021493 | 01/06/94 | |
| THYMES | Shirley | R. | Los Angeles Superior Court | BC021493 | 01/06/94 | |
| TIGGLE-LOCKHART | Madalene | | Riverside Superior Court | MVC1500749 | 04/07/16 | |
| TILLMAN | C. | R. | Los Angeles (Pasadena) Muni Ct | 91C01142 | 07/15/91 | |
| TILLMAN | Chris | | Los Angeles (Pasadena) Muni Ct | 91C01142 | 07/15/91 | |
| TILLMAN | Dewayne | | Los Angeles (Pasadena) Muni Ct | 91C01142 | 07/15/91 | |
| TILLMAN | Dorothea | | Los Angeles (Pasadena) Muni Ct | 91C01142 | 07/15/91 | |
| TILLMAN | Karie | | Los Angeles (Pasadena) Muni Ct | 91C01142 | 07/15/91 | |
| TILLMAN | Tina | Lechelle | Contra Costa Superior Court | D0900446 | 12/06/10 | Aka for Tina Lechelle Archie |
| TILSON | Jeffrey | L. | Los Angeles Superior Court | PC040253 | 12/18/07 | |
| TIMEHIN | Martins | | San Francisco Superior Court | 927001 | 12/30/91 | Order states specifics. |
| TIMMONS | Danny | R. | Sonoma Superior Court | SCV-251718 | 11/25/14 | |
| TOBIN | Richard | | San Diego Superior Court | 372013000668387CUFRCTL | 04/21/14 | |
| TODD | Derek | Allen | Solano Superior Court | FCS017805 | 03/15/16 | |
| TODD | Erica | | Stanislaus Superior Court | 85540 | 06/04/96 | Order states specifics. |
| TOLLEY | Michael | | Los Angeles Superior Court | BC421738 | 12/11/09 | |
| TOMAS | Veronica | Helen | Los Angeles Superior Court | KP013481 | 01/09/13 | |
| TONG | Shong | Ching | Los Angeles Superior Court | VC00672 | 10/23/93 | |
| TOP SHELF PUBLISHING, LTD | | | Alameda Superior Court | 2001017833 | 05/30/03 | |
| TORABIAN | Noushin | | Santa Barbara Superior Court | 16CV04532 | 01/20/17 | aka Noushin Fuhrer |
| TORDJMANN | Julie | | Los Angeles Superior Court | BD508855 | 06/03/15 | |
| TORRES | Angel | Alexander | Orange County Superior Court | 30200700029102 | 02/06/08 | |
| TORRICELLAS | Theresa | | Fourth District COA, Div 1 | D075251 | 08/14/19 | |
| TOSCHI | MICHAEL | ANGELO | San Mateo Superior Court | 20 CIV 01312 | 06/05/20 | |
| TOY | Edward | | Los Angeles Superior Court | 11K17053 | 05/13/13 | |
| TRESKUNOFF | Roger | | San Francisco Superior Court | GCGC08476126 | 08/11/08 | |
| TRIMMER | Stacia | | Los Angeles Superior Court | BC481990 | 10/16/12 | Order states specifics. |
| TRIPATI (#102081) | Anant | Kumar | Los Angeles Superior Court | BC343351 | 03/01/06 | |

Vexatious Litigant List
**BOLD** = Added names

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| TRIPATI (#102081) | Anant | Kumar | Los Angeles Superior Court | (BC326528) | 03/01/06 | |
| TRIPLET MUSIC ENTERPRISES, INC. | | | Los Angeles Superior Court | LC61078 | 09/13/02 | |
| TROTTER | Vivian | M. | Alameda Superior Court | 7816527 | 08/01/97 | |
| TRUE | Mark | | Orange County Superior Court | 02D002310 | 06/16/11 | |
| TSANG | Sue | | San Bernardino Superior Court | CIVDS1716618 | 04/09/18 | |
| TSEGLIN | Ilya | | Orange County Superior Court | A246780 | 04/13/17 | |
| TSEGLIN | Robert | | Orange County Superior Court | A246780 | 07/25/16 | |
| TUBB | Bryce | | Ventura Superior Court | 56201600048777CUPOVTA | 06/20/17 | |
| TUNICK | Arthur | L. | Ventura Superior Court | 56201700492043CUCIVTA | 09/05/18 | |
| TURNER | Cedric | D. | Los Angeles Superior Court | BC719027 | 08/27/19 | |
| TURNER | Hazel | Mae | Kern Superior Court | BCV16102549 | 03/02/17 | |
| TURNER | Stephen | B. | Alameda Superior Court | RG13661822 | 01/14/14 | |
| TURNER, JR. | David | B. | San Diego Superior Court | GIC652700 | 04/07/06 | |
| TYLER | Curtis | | Sacramento Superior Court | 34-2019-00248128 | 09/02/21 | |
| TYLER | Garland | Anne | Alameda Superior Court | 400264 | 09/09/03 | |
| UNITED COMPUTER SYSTEMS | | | San Francisco Superior Court | BC254633 | 01/29/02 | Order states specifics. |
| UNITED COMPUTER SYSTEMS (INC) | | | Los Angeles Superior Court | BC617469 | 04/30/07 | See Alameda BG05244910 |
| URIBE | Beatriz | R. | Los Angeles Superior Court | BC617469 | 06/09/16 | Aka Beatriz Richard Uribe, Beatriz Richaud Uribe |
| URIBE | Beatriz | Richard | Los Angeles Superior Court | BC617469 | 06/09/16 | Aka Beatriz Richaud Uribe, Beatriz R. Uribe |
| URIBE | Beatriz | Richaud | Los Angeles Superior Court | RG14716249 | 06/09/16 | Aka Beatriz Richard Uribe, Beatriz R. Uribe |
| URIBE | Mary | Anne | Alameda Superior Court | BC082195 | 05/05/15 | Aka Ana Maria Patino |
| URIBE | Nelly | | Los Angeles Superior Court | SB7062 | 09/24/93 | |
| VAHID | Hussain | D. | San Diego Superior Court | SB7062 | 07/16/99 | |
| VAHIDAHLAH | Hussain | D. | San Diego Superior Court | INV005092 | 07/16/99 | |
| VAILLETTE | Rita | | Riverside Superior Court | 15FL05281 | 07/31/09 | |
| VAKULCHIK | Vasily | | Sacramento Superior Court | RIC 1410972 | 03/17/22 | |
| VALENZUELA | Gilbert | | Riverside Superior Court | SP003706 | 05/27/15 | |
| VALI | David | Amel | Los Angeles Superior Court | CV750670 | 03/19/99 | |
| VALLADARES | Monica | A. | Santa Clara Superior Court | 21BBCV00979 | 04/04/96 | |
| VALLEJO | Eduardo | | Los Angeles Superior Court | L118011 | 04/15/22 | |
| VALLEJO | Eduardo | Enrique | Los Angeles Superior Court | 20STCV45290 | 05/24/22 | |
| VALLERO | Sharon | | Solano Superior Court | PC20180066 | 05/29/02 | |
| VAN DEN HEUVEL | Jean | Marc | El Dorado Superior Court | LC027063 | 08/10/18 | aka Jean Marc Van Den Heuval |
| VAN RUIS | Adrian | | Los Angeles Superior Court | B098357 | 10/12/95 | |
| VAN RUIS | Adrian | | Court of Appeal, 2nd Dist, Div 5 | | 04/11/96 | |
| VAN ZANDT | Robert | | Court of Appeal, 1st Dist, Div 5 | A131076 | 01/27/12 | of The Fiorani Living Trust, Danielle Duperret, Robert Van Zandt, Paul Den Beste |
| VANACIK | Michael | | Los Angeles Superior Court | 04C03139 | 12/08/09 | |
| VANDEGRIFF | Jo Anne | | Los Angeles Superior Court | SC106189 | 06/01/10 | |
| VANN | Keith | A. | Alameda Superior Court | RG13673161 | 07/12/13 | |
| VARGAS | Ilich | E. | San Bernardino Superior Court | CIVVS1203309 | 10/26/12 | also see Maria C. Romero |
| VASILEFF | Nadine | | Los Angeles Superior Court | BC027771 | 02/07/95 | |
| VEDDER | Christopher | | San Joaquin Superior Court | CV027440 | 02/22/06 | |
| VEGA | Arturo | D. | Los Angeles Superior Court | BC152435 | 02/06/97 | |
| VELASQUEZ | Rodolfo | | Alameda Superior Court | H273431 | 03/12/02 | |
| VELVIS | Melissanne | | Marin Superior Court | FL1603174 | 06/08/18 | aka Melissane Bradley, Melissanne Gallant |
| VENTURA | Joe | | San Joaquin Superior Court | 392010000247350SCSCL00 | 10/14/10 | |
| VENTURA, Jr. | Joe | | San Joaquin Superior Court | 392010000247350SCSCL00 | 10/14/10 | |

7/11/2022

SER 493

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| VENTURA, Jr. | Joseph | | San Joaquin Superior Court | 39202000247350SCSCL0D | 10/14/10 | |
| VESSELS | James | | Los Angeles Superior Court | BC619840 | 07/03/18 | |
| VIENTSKOVSKA | Natalila | | Contra Costa Superior Court | MSP21-00683 | 04/22/22 | |
| VILLALOBOS | Joseph | | Santa Clara | 19CV359275 | 07/07/20 | |
| VILLAR | Dario | Campos | San Francisco Superior Court | 982275 | 02/26/97 | |
| VIRAY | Carmelita | | San Diego Superior Court | US3326 | 03/09/01 | |
| VIRAY | Rodolfo | | San Diego Superior Court | US3326 | 03/09/01 | |
| VISHER | Ramses | | Los Angeles Superior Court | 18STRO07566 | 03/10/20 | |
| VON RODENSTEIN | K. | David | Sacramento Superior Court | 06AS02976 | 10/16/14 | |
| VON STAICH | Ivan | | San Francisco Superior Court | CPF15514508 | 03/04/16 | |
| VON TRAPP | Debra | | Orange County Superior Court | 3.020146+13 | 08/24/15 | |
| VRABEL | Sophia | | Alameda Superior Court | 2001017833 | 05/30/03 | |
| VRBA | Alyce | | Los Angeles Superior Court | BC172444 | 05/18/98 | |
| WADEL | Jack | Ruben | San Diego Superior Court | 372016000149339CUNPCTL | 07/07/17 | |
| WAGNER | Lori | | Los Angeles Superior Court | BC518877 | 07/10/14 | aka David Delman |
| WAHEED | Hakim | R. | San Bernardino Superior Court | SCV50460 | 12/22/98 | |
| WALDEN | Kenneth | | Alameda Superior Court | VG03090849 | 07/15/03 | |
| WALDEN | Kenneth | | Alameda Superior Court | VG03091722 | 07/15/03 | |
| WALDEN | Kenneth | | Contra Costa Superior Court | WS031514 | 07/29/03 | |
| WALKER | Andrew | | Los Angeles Superior Court | SC102782 | 08/12/09 | Also see Andrew Walker Feller |
| WALKER | Doris | Marree | Alameda Superior Court | RG16833855 | 12/15/16 | aka Lily Cruz |
| WALKER | Judith | | Riverside Superior Court | INC029512 | 10/25/02 | |
| WALKER | Roy | Lynn | Los Angeles Superior Court | BC029435 | 04/02/93 | |
| WALTON | John | | Los Angeles Superior Court | BC607945 | 04/11/16 | aka Arogant Hollywood |
| WANG | Chang | | Solano Superior Court | FCM159141 | 06/15/21 | aka George Wang |
| WANG | Chang | | Solano Superior Court | FCS054835 | 06/15/21 | aka George Wang |
| WANG | George | | Solano Superior Court | FCM159141 | 06/15/21 | aka Chang Wang |
| WANG | George | | Solano Superior Court | FCS054835 | 06/15/21 | aka Chang Wang |
| WANG | Julie | | San Francisco Superior Court | 457890 | 09/23/08 | |
| WANG | Kailin | | San Francisco Superior Court | FDV19814465 | 01/05/21 | |
| WANG | Loli | Victoria | Alameda Superior Court | RG07324365 | 08/14/07 | |
| WANG | Yen | | Solano Superior Court | FCS050690 | 06/15/21 | |
| WANG | Yen | | Solano Superior Court | FCS054835 | 06/15/21 | |
| WANG | Yen | | Solano Superior Court | FCM167700 | 06/15/21 | |
| WANVEER | Lloyd | Marston | San Francisco Superior Court | 964377 | 10/03/95 | |
| WANVEER | Paul | Thomas | San Francisco Superior Court | 964377 | 10/03/95 | |
| WARREN | Richard | | Los Angeles Superior Court | LC61078 | 09/13/02 | |
| WASHINGTON | Roderick | | Court of Appeal, 5th Dist | F050010 | 05/23/06 | |
| WATERS | B. | Benedict | Los Angeles Superior Court | WEC117069 | 03/30/93 | |
| WATERS | B. | Benedict | Los Angeles Superior Court | WEC127394 | 03/30/93 | |
| WATKINS | Michael | W. | San Bernardino Superior Court | VFLVS032196 | 10/20/05 | |
| WATSON | Catherine | Herrera | San Francisco Superior Court | CGC-18-572340 | 06/02/21 | |
| WATSON | Ruby | | San Diego Superior Court | 693308 | 01/26/96 | |
| WEARY | LaColya | | Los Angeles Superior Court | BC019253 | 10/31/91 | |
| WEBB | Arthur | | San Francisco Superior Court | CGC08480801 | 02/10/10 | |
| WEBB | Michael | | El Dorado Superior Court | PFL20170238 | 10/01/20 | |
| WEBBER | Victor | | Santa Clara Superior Court | 1-01-FL-102682 | 12/12/14 | |
| WEI | Claude | | San Diego Superior Court | 37201400010974CLUDCTL | 07/10/14 | |

58

7/11/2022

SER 494

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| WEINER | Lawrence | | Marin Superior Court | 153501 | 08/06/92 | |
| WEINER | Lawrence | | Marin Superior Court | CV085041 | 11/10/08 | |
| WEISS | Michael | | Orange County Superior Court | 30200900331535-PR-PW-GC | 08/16/17 | |
| WEISS | Valerie | S. | San Diego Superior Court | 695486 | 03/12/96 | |
| WEITZMAN | Arin | Karol | Alameda Superior Court | RG08417951 | 01/27/09 | |
| WELCH (J-07488) | Eugene | Everett | Amador Superior Court | 09CV5842 | 10/15/10 | |
| WELCH | Martha | M. | San Diego Superior Court | 372017000078410UCRCTL | 12/19/17 | |
| WELCH-BROWN | Gaye | | Sacramento Superior Court | 07AS01921 | 10/22/07 | |
| WELLS | Dale | Scott | Sonoma Superior Court | SFL983906 | 03/30/00 | |
| WELLS | Dale | Scott | Sonoma Superior Court | SFL951401 | 03/30/00 | |
| WELLS | Frank | | Los Angeles Superior Court | BC518694 | 07/17/14 | |
| WELLS | Lorraine | Althea | Los Angeles (Beverly Hills) Muni | 97U00788 | 10/30/98 | |
| WELLS | William | G. | Court of Appeal, 2nd Dist, Div 2 | B235019 | 12/12/12 | |
| WELSH | Joyce | L. | Contra Costa Superior Court | D0500622 | 05/17/07 | Order states specifics. |
| WELSH | Michael | | Los Angeles Superior Court | EC10390 | 01/06/93 | |
| WESCOTT | Carl | A. | San Francisco Superior Court | F014781666 | 05/01/17 | |
| WEST | Anthony | E. | Los Angeles Superior Court | BC714698 | 09/26/19 | |
| WESTIN | Bruce | | Los Angeles Superior Court | YC053041 | 01/22/07 | |
| WESTOVER | Heather | D. | El Dorado Superior Court | SC 20140146 | 11/09/15 | |
| WETZEL | John | Louis | Los Angeles Superior Court | LC018140 | 01/19/93 | |
| WHEELER | John | Frederick | Kern Superior Court | S1500CV264196 | 03/30/09 | |
| WHITAKER | Lorenzo | | Alameda Superior Court | LC100357 | 04/17/14 | |
| WHITAKER | Fred | A. | Court of Appeal, 1st Dist, Div 4 | 6873200 | 11/22/91 | |
| WHITAKER | Fred | A. | Alameda Superior Court | A057247 | 05/06/92 | |
| WHITE | Arin | | Butte Superior Court | FL041159 | 01/26/12 | |
| WHITE | Arin | | Butte Superior Court | FL040850 | 01/26/12 | |
| WHITE | Arin | | Butte Superior Court | FL041076 | 01/26/12 | |
| WHITE | Arin | | Butte Superior Court | FL039776 | 01/26/12 | |
| WHITE | David | A. | San Diego Superior Court | 723310 | 01/15/99 | |
| WHITE | Elizabeth | | San Mateo Superior Court | 17CIV01240 | 06/27/17 | Grimsley, aka Elizabeth Curry |
| WHITE | Zeddrick | F. | Los Angeles Superior Court | BC394125 | 11/25/08 | |
| WHITECLOUD | Russell | | San Diego Superior Court | GIC844015 | 04/11/06 | |
| WHITECLOUD | Russell | | San Diego Superior Court | GIC859968 | 04/04/06 | |
| WHITECLOUD III | Russell | | San Diego Superior Court | GIC859968 | 04/04/06 | |
| WHITFIELD | Michael | | Fresno Superior Court | 02CECG01570 | 12/23/09 | aka Michael Monroe |
| WHITFIELD III | Robert | O. | Los Angeles Superior Court | BC694930 | 08/22/18 | aka Robert Overtus Whitfield, III |
| WHITLOCK | Sabrina | | Alameda Superior Court | RG12646293 | 09/28/12 | |
| WHITTEN | Lara | | Court of Appeal, 2nd Dist, Div 8 | B300715 | 02/13/20 | |
| WHITTY | Frank | | San Diego Superior Court | GIC789369 | 08/01/14 | |
| WHITTY | Tazu | | San Diego Superior Court | GIC789369 | 08/01/14 | |
| WICKMAN | Karen | | Fresno Superior Court | 17CECG00045 | 09/12/17 | |
| WILCOX | Dael | | San Bernardino Superior Court | CIVDS910718 | 08/13/09 | |
| WILCOX | Dael | | Placer Superior Court | SSP0626 | 04/07/21 | |
| WILKERSON (CDC#C08082) | James | Ray | Lassen Superior Court | 42621 | 06/07/10 | (aka Adonai El-Shaddai) |
| WILLIAMS | Alvin | E. | Los Angeles Superior Court | PC056141 | 05/05/15 | |
| WILLIAMS | Bruce | C. | Santa Clara Superior Court | 21CV386099 | 01/18/22 | |
| WILLIAMS | Carroll | Dean | Ventura Superior Court | D149815 | 02/19/91 | |
| WILCOX | Carroll | Dean | Ventura Superior Court | 116826 | 08/25/92 | |

Vexatious Litigant List
**BOLD** = Added names

7/11/2022

**SER 495**

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| WILLIAMS | Carroll | Dean | Court of Appeal, 2nd Dist, Div 6 | B121833 | 12/29/98 | |
| WILLIAMS | Charles | | Shasta Superior Court | 163754 | 12/04/08 | |
| WILLIAMS | Charles | | Shasta Superior Court | 08UD499 | 12/04/08 | |
| WILLIAMS | Charles | | Shasta Superior Court | 163417 | 12/04/08 | |
| WILLIAMS | Charles | | Shasta Superior Court | 162614 | 12/04/08 | |
| WILLIAMS | Charles | | Shasta Superior Court | 163516 | 12/04/08 | |
| WILLIAMS | Charles | | Shasta Superior Court | 162576 | 12/04/08 | |
| WILLIAMS | Charles | | Shasta Superior Court | 08UD401 | 12/04/08 | |
| WILLIAMS | Charles | | Shasta Superior Court | 08UD450 | 12/04/08 | |
| WILLIAMS | Charles | | Shasta Superior Court | 156750 | 12/04/08 | |
| WILLIAMS | Charles | | Shasta Superior Court | 152927 | 12/04/08 | |
| WILLIAMS | Deborah | Ann | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda BG05244910 |
| WILLIAMS | Donald | Van | San Diego Superior Court | None | 03/29/99 | |
| WILLIAMS | Fred | Edwards | Los Angeles Superior Court | BC501374 | 03/14/14 | |
| WILLIAMS | Glenda | Faye | Alameda Superior Court | RG05213064 | 10/07/05 | |
| WILLIAMS | Joseph | L. | Alameda Superior Court | HG05195512 | 03/26/07 | |
| WILLIAMS | Joseph | L. | Alameda Superior Court | HG05198134 | 03/26/07 | |
| WILLIAMS | Joseph | L. | Alameda Superior Court | HG05235923 | 03/26/07 | |
| WILLIAMS | Joseph | L. | Alameda Superior Court | HG04173023 | 03/26/07 | |
| WILLIAMS | Joseph | L. | Alameda Superior Court | HG06270054 | 03/26/07 | |
| WILLIAMS | Joseph | L. | Alameda Superior Court | HG06284318 | 03/26/07 | |
| WILLIAMS | Joseph | L. | Alameda Superior Court | HG05219869 | 03/26/07 | |
| WILLIAMS | Joseph | L. | Alameda Superior Court | HG05239024 | 03/26/07 | |
| WILLIAMS | Joseph | L. | Alameda Superior Court | HG06271253 | 03/26/07 | |
| WILLIAMS | Joseph | L. | Alameda Superior Court | HG06273173 | 03/26/07 | |
| WILLIAMS | Joseph | L. | Alameda Superior Court | RG04169835 | 03/26/07 | |
| WILLIAMS | Joseph | L. | Alameda Superior Court | HG06273171 | 03/26/07 | |
| WILLIAMS | Joseph | L. | Alameda Superior Court | VG04164659 | 03/26/07 | |
| WILLIAMS | Joyce | | Los Angeles Superior Court | BP17046 | 01/24/94 | |
| WILLIAMS | Kim | | Orange County Superior Court | 780563 | 07/08/98 | Order states specifics. |
| WILLIAMS | Lance | | Solano Superior Court | FCS045545 | 02/28/17 | |
| WILLIAMS (CDCR No. T-54378) | Lonnie | | Los Angeles Superior Court | BC415281 | 06/13/11 | |
| WILLIAMS | Malcolm | Dellano | San Diego Superior Court | GIC768304 | 11/12/02 | |
| WILLIAMS | Mary | D. | Contra Costa Superior Court | L1300393 | 08/26/13 | |
| WILLIAMS | Matthew | | Santa Clara Superior Court | CV773268 | 04/20/99 | |
| WILLIAMS | Rachel | Marie | Riverside Superior Court | MCC11401062 | 01/20/15 | |
| WILLIAMS | Ronald | | Orange County Superior Court | 30201500797754PRTRCIC | 04/04/16 | |
| WILLIAMS | Tracy | Erwin | San Diego Superior Court | 718557 | 10/30/98 | |
| WILLIAMS (V-34099) | John | Wesley | Kern Superior Court | S1500CV702207DRL | 08/25/10 | |
| WILLIAMS (V-34099) | John | Wesley | Kern Superior Court | S1500CV702205PC | 08/25/10 | |
| WILLIAMS | Tacarra | | Los Angeles Superior Court | 20STCV42159 | 06/30/21 | AKA Tacarra Carthan |
| WILLIAMS | Tia | Ladette | Orange County Superior Court | 30201300621962 | 03/04/13 | Also see Tia Christian,Tia Ladette Christian & Tia Ladette Williams |
| WILLIAMS | Tia | Ladette | Orange County Superior Court | 30201300621962 | 03/04/13 | Also see Tia Christian,Tia Ladette Christian & Tia Ladette Williams |
| WILLIAMS GOVENS BELL | Chaledeeanika | Debora Ann | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda BG05244910 |
| WILLIAMS GOVENS BELL PROPERTY MANAGEMENT | Chaledeeanika | Debora Ann | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda BG05244910 |
| WILLIAMS GOVENS BELL TENANT IN POSSESSION | Chaledeeanika | Debora Ann | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda BG05244910 |
| WILLIAMSON | Francis | T. | Fresno Superior Court | 12CECG02638 | 04/23/13 | |
| WILLIAMSON | Francis | T. | Fresno Superior Court | 12CECG01385 | 05/07/13 | |

SER 496

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| WILLIAMSON | Ken | D. C. | Sacramento Superior Court | 05FL03304 | 06/14/10 | Order states specifics. |
| WILLIBY | Harry | H. | Contra Costa Superior Court | MSC06018810 | 01/31/07 | |
| WILMOT | Charles | H. | Kern Superior Court | 525300 | 05/10/93 | Order states specifics. |
| WILSON | Grace | | San Diego Superior Court | 37201500040237CUDFCTL | 02/07/19 | |
| WILSON | Mark | | Orange County Superior Court | 01WL00674 | 10/03/01 | |
| WILSON | Michael | Geary | Contra Costa Superior Court | MSN210157 | 04/30/21 | |
| WILSON | Nancy | | Los Angeles Superior Court | EC043405 | 12/27/06 | |
| WILSON, JR. | Harry | J. | Los Angeles Superior Court | EC043405 | 12/27/06 | |
| WILSON, JR. | Robert | C. | Court of Appeal, 2nd Dist, Div 6 | B118154 | 12/14/98 | |
| WINBORN | Alice | | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda BG05244910 |
| WINBORN | Alice | E. | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda BG05244910 |
| WINBORN | Alice | Elizabeth | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda BG05244910 |
| WINKLER | Jutta | | San Diego Municipal Court | 5902 | 01/29/93 | |
| WINSLOW | Amy | | Orange County Superior Court | 30201100494819PRTRCIC | 07/10/15 | |
| WINSTON | Alma | Triche | Sacramento Superior Court | 03AS04543 | 01/18/08 | |
| WINSTON | Charel | | Sacramento Superior Court | 03AS04543 | 01/18/08 | |
| WINTER | A. | P. | San Diego Superior Court | 686347 | 06/19/95 | |
| WISE | Jodie | Leann | San Bernardino Superior Court | NFL000666 | 11/14/05 | |
| WISE | Jodie | Staniforth | San Bernardino Superior Court | NFL000666 | 11/14/05 | |
| WISEMAN | Chester | Ray | Kern Superior Court | S-1500-CV-280814 | 12/12/14 | |
| WISTAIN | Brian | | San Bernardino Superior Court | FAMSS800712 | 02/08/17 | |
| WITTE | Thomas | M. | Sacramento Superior Court | 02PR00818 | 07/03/08 | |
| WOLFGRAM | John | E. | El Dorado Superior Court | PV940511 | 08/28/95 | |
| WOJUNSKI | Krzysztof | | Monterey Superior Court | 17CV000098 | 11/06/17 | |
| WOMACK | Robert | C. | San Diego Superior Court | 37201600029830CUMCCTL | 05/12/17 | |
| WONG | Franklin | M. | Sacramento Superior Court | 34201200123547CUPGDS | 12/04/13 | |
| WONG | Ken | | San Mateo Superior Court | CIV533450 | 08/17/16 | |
| WOOD | Michael | R. | Alameda Superior Court | H1921380 | 01/08/97 | |
| WOOD | Michael | R. | San Mateo Superior Court | 352960 | 11/09/93 | |
| WOODALL | Shawn | | San Diego Superior Court | 372032001045380CUCRCTL | 05/30/13 | |
| WOODEN | Andrea | | Los Angeles Superior Court | BC476652 | 08/03/16 | See Alameda BG05244910 |
| WOODS | Barbara | | Alameda Superior Court | RG07312218 | 04/30/07 | aka Novelette Arlene Mack |
| WOODS | Novelette | Mack | Los Angeles Superior Court | BC553530 | 01/07/16 | |
| WOODWARD | Jim | | Santa Barbara Superior Court | SB171872 | 08/16/91 | |
| WOOLEY | John | H. | Solano Superior Court | FCS018067 | 09/18/02 | Order states specifics. |
| WORMLEY | Judith | | Santa Clara Superior Court | PR134046 | 11/21/95 | |
| WORSOFF | Maya | | Los Angeles Superior Court | BD580950 | 10/16/13 | |
| WORTHY | Thomas | Allen | Riverside Superior Court | PSC1300370 | 10/11/13 | Amended |
| WORTHY | Thomas | Allen | Riverside Superior Court | INC1303322 | 10/16/13 | aka Betti Bellair, Yutz McDougal, Ralph Raisonheimer, |
| WRIGHT | Anthony | | Los Angeles Superior Court | 20STCV26931 | 01/29/21 | |
| WRIGHT | Ernestine | Alicia | Los Angeles Superior Court | 18STRO02431 | 04/11/18 | |
| WRIGHT | Franklin | H. | San Francisco Superior Court | CGC15547698 | 04/04/16 | |
| WRIGHT | Linda | | Santa Cruz Superior Court | 19CV02093 | 09/05/19 | |
| WRIGHT-JENKINS | Linda | | Los Angeles Superior Court | TC020473 | 11/13/06 | |
| WRIGHT | Raymond | | Los Angeles Superior Court | BC700212 | 10/11/18 | |

61

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| WYATT | Ketara | Shavon | Santa Clara Superior Court | 113CV252392 | 1/10/2014 | |
| WYRICK, JR. | Robert | | Merced Superior Court | 17CV04136 | 12/5/17 | a.k.a. Suki Lee, Suki L.E.E., Shavon Butler, Nicki Minaj |
| XIONG | Yee | A. | San Joaquin (Lodi) Municipal Ct | 23358 | 07/05/94 | |
| XTRA MONEY MORTGAGE | | | Merced Superior Court | 8723/87119 | 12/17/04 | |
| XU | Jennifer | | Alameda Superior Court | 2001017833 | 05/30/03 | Also see Yuanfan XU |
| XU | Yuanfan | | San Luis Obispo Superior Court | CV130030 | 04/10/13 | Also see Jennifer XU |
| YAGHOBYAN | Hasmik | | San Luis Obispo Superior Court | CV130030 | 04/10/13 | |
| YAGHOUBI | Ehsan | | Los Angeles Superior Court | BC704116 | 07/08/20 | |
| YAHVAH | Yahhthyah | | Los Angeles Superior Court | BC614746 | 10/27/16 | |
| YAKOVLEV | Alex | | San Francisco Superior Court | 20STRO06886 | 02/18/21 | |
| YALE KEET COMPANY | | | Court of Appeal, 2nd Dist, Div 5 | CGC09484709 | 04/28/09 | |
| YAMAGISHI | Renee | Shizue | Alameda Superior Court | B089723 | 11/28/95 | aka Dennis Yan |
| YAN | Demas | | San Francisco Superior Court | RG19015807 | 09/04/19 | aka Renee Shizue Ramos |
| YAN | Dennis | | San Francisco Superior Court | CGC-14-541875 | 11/13/15 | aka Demas Yan |
| YAN | Tina | | San Francisco Superior Court | CGC-14-541875 | 11/13/15 | |
| YANG | Abraham | T. | San Francisco Superior Court | CGC-19-579475 | 05/27/22 | |
| YANG | George | Guang | San Francisco Superior Court | 964214 | 12/22/94 | |
| YANG | Kevin | Jeh-Kang | Santa Clara Superior Court | 110CV161335 | 04/12/10 | |
| YANG | Kevin | Jeh-Kang | Fourth District COA, Div 2 | E046526 | 01/26/10 | |
| YANG | Lee | | Fourth District COA, Div 2 | E046886 | 01/26/10 | |
| YANG | Lee | | Fourth District COA, Div 2 | E046526 | 01/26/10 | |
| YANG | Pei-Yu | | Fourth District COA, Div 2 | E046886 | 01/26/10 | |
| YANIK | Ardas (Alex) | | Orange County Superior Court | 3020110052806 | 06/03/19 | |
| YARBROUGH | Raymond | Kent | Los Angeles Superior Court | LC107730 | 10/22/19 | |
| YATES | Fernando | | Riverside Superior Court | TEU001151 | 02/06/09 | |
| YEAGER | Charles | E. | San Diego Superior Court | GIC350045 | 10/07/05 | |
| YEAGER | F. | Joe | Sacramento Superior Court | 34203400169683CUONGDS | 03/18/16 | |
| YEAGER | Victoria | | San Diego Superior Court | GIC768358 | 12/14/01 | |
| YEARWOOD | Steven | | Sacramento Superior Court | 34203400169683CUONGDS | 03/18/16 | |
| YITREF | Ejgbayehu | | Los Angeles Superior Court | 19STCV27646 | 02/20/20 | |
| YONAN | Bryan | Alan | Orange County Superior Court | A048408 | 09/02/94 | |
| YOONESSI, M.D. | Mahmood | | San Bernardino Superior Court | CIVDS1821184 | 05/24/19 | |
| YOUNG (CDCR No. H-72370) | Eddie | | Los Angeles Superior Court | BC401785 | 10/02/09 | |
| YOUNG | Nathan | Ivan | Del Norte Superior Court | CVUJ111182 | 01/23/12 | |
| YOUNGBLOOD | Jesse | L. | Orange County Superior Court | 94D01881 | 04/02/08 | |
| YOUNGBLOOD | Jesse | Leonard | Butte Superior Court | 137608 | 09/18/06 | |
| YOVEV | Vladimir | | Butte Superior Court | 137608 | 09/18/06 | |
| YUN | Jung | Won | Los Angeles Superior Court | BC464010 | 03/15/12 | also see Peter Bolgar |
| YUNG | Kwong | Hiu | San Bernardino Superior Court | FAMVS1702658 | 09/26/18 | |
| YUSUF | Sunny | | Santa Clara Superior Court | 109CV140572 | 08/03/11 | |
| ZACHARIE | Veronica | | Los Angeles Superior Court | ED029722 | 04/25/11 | See also Mehrdad Taimouzadeh |
| ZACHARIE | Veronica | | San Diego Superior Court | 20FDV035015 | 07/27/20 | |
| ZADA | Dave | | San Diego Superior Court | 37-2019-00063656-CU-HR-SC | 03/04/22 | |
| ZAGUSTIN | Elena | | Los Angeles Superior Court | LC098991 | 04/17/14 | |
| ZAGUSTIN LIVING TRUST | | | Orange County Superior Court | 788246 | 01/12/98 | |
| ZAHORIK | Martin | | Orange County Superior Court | 788246 | 01/12/98 | |
| ZAKHARIA | Edward | | Riverside Superior Court | BLC1500031 | 05/11/15 | |
| | | | Los Angeles Superior Court | Y0015902 | 12/22/94 | AKA Randy Zane |

Vexatious Litigant List
**BOLD** = Added names

7/11/2022

7/1/2022

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| ZAMVIL | Kenneth | | Santa Clara Superior Court | 114CV265235 | 11/08/19 | |
| ZANE | Justin | R. | San Bernardino Superior Court | CIV051516660 | 04/08/16 | AKA Justin R. Zane |
| ZANE | Randy | | San Bernardino Superior Court | CIV051516660 | 04/08/16 | |
| ZAPICO | Margarita | | Ventura Superior Court | CIV233805 | 10/13/05 | |
| ZARAGOZA | Jess | | Sacramento Superior Court | 01AS02562 | 06/27/01 | |
| ZARAGOZA | Jesse | | Sacramento Superior Court | 01AS02562 | 06/27/01 | |
| ZARAGOZA | Jesus | | Sacramento Superior Court | 01AS02562 | 06/27/01 | Order states specifics. |
| ZATKO | Vladimir | | Kings Superior Court | A101 | 06/12/92 | (also see Evelyn Halimi) |
| ZAWAIDEH | Baha | | Solano Superior Court | FCS050654 | 07/26/18 | |
| ZENDEHDEL | Azita | | Los Angeles Superior Court | SC109456 | 06/29/12 | aka Azita Zendel |
| ZENDEL | Azita | | Los Angeles Superior Court | SC109456 | 06/29/12 | aka Azita Zendehdel |
| ZENZEN | Michael | Nick | Los Angeles Superior Court | BD101927 | 02/25/00 | |
| ZOGBY | Consuela | | Los Angeles Municipal Court | 92K55481 | 11/15/95 | |
| ZOGBY | Connie | | Los Angeles Municipal Court | 92K55481 | 11/15/95 | |
| **ZULLO** | **Phillip** | | **Orange County Superior Court** | **17FL000138** | **05/26/22** | |

Vexatious Litigant List
**BOLD** = Added names

**SER 499**

# EXHIBIT E

**SER 500**



**Service of Process
Transmittal**
03/28/2022
CT Log Number 541306368

TO:     Corporate Legal Services
        Charles Schwab & Co. Inc.
        9825 Schwab Way # DENR3-03-187
        Lone Tree, CO 80124-5377

RE:     **Process Served in California**

FOR:    Charles Schwab & Co., Inc.  (Domestic State: CA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Daniel David Dydzak vs. Tani Cantil-Sakauye |
| **DOCUMENT(S) SERVED:** | Summons, Affidavit, Attachment(s), Complaint |
| **COURT/AGENCY:** | Clark County District Court, NV<br>Case # A22847734C |
| **NATURE OF ACTION:** | Complaint for Damages and Equitable Relief |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, GLENDALE, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/28/2022 at 11:14 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | DANIEL DAVID DYDZAK<br>4265 Marina City Drive, Suite 407W<br>Marina del Rey, CA 90292<br>310-867-1289 |
| **REMARKS:** | Please note even though the documents are directed to CHARLES SCHWAB, our records indicate that we are agent for all entities beginning with this name and they all share the same delivery instructions. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/29/2022, Expected Purge Date: 04/03/2022<br><br>Image SOP<br><br>Email Notification,  Corporate Legal Services  tpa.info@schwab.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

Page 1 of  2 / DL

**SER 501**

 CT Corporation

**Service of Process Transmittal**
03/28/2022
CT Log Number 541306368

**TO:**   Corporate Legal Services
Charles Schwab & Co. Inc.
9825 Schwab Way # DENR3-03-187
Lone Tree, CO 80124-5377

**RE:**   **Process Served in California**

**FOR:**   Charles Schwab & Co., Inc.  (Domestic State: CA)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 2 of  2 / DL

**SER 502**



# PROCESS SERVER DELIVERY DETAILS

**Date:**                          Mon, Mar 28, 2022
**Server Name:**              Sonia Rivera

| Entity Served | CHARLES SCHWAB |
|---|---|
| Case Number | A-22-847734-C |
| Jurisdiction | CA |

| Inserts | | |
|---|---|---|
| | | |



**SER 503**

Print Form

1  **SUMM**

2

3

4

5

6                            DISTRICT COURT

7                        CLARK COUNTY, NEVADA

8     DANIEL DAVID DYDZAK,

9

10

11                    Plaintiff(s),        CASE NO. A-22-847734-C

12            -vs-                         DEPT. NO.  27

13    TANI CANTIL-SAKAUYE,

14    [ATTACHMENT]

15                         Defendant(s).

16                        **SUMMONS - CIVIL**

17   **NOTICE!  YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU**

18   **WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS.**
     **READ THE INFORMATION BELOW.**

19

20   **TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against

21   you for the relief set forth in the Complaint.

22        1.    If you intend to defend this lawsuit, within 20 days after this Summons is

23              served on you, exclusive of the day of service, you must do the following:

24              (a) File with the Clerk of this Court, whose address is shown below, a

25                  formal written response to the Complaint in accordance with the rules

26                  of the Court, with the appropriate filing fee.

27              (b) Serve a copy of your response upon the attorney whose name and

28                  address is shown below.

                                          SUMM Civil/7/23/2009

SER 504

2.    Unless you respond, your default will be entered upon application of the

Plaintiff(s) and failure to so respond will result in a judgment of default

against you for the relief demanded in the Complaint, which could result in

the taking of money or property or other relief requested in the Complaint.

3.    If you intend to seek the advice of an attorney in this matter, you should do

so promptly so that your response may be filed on time.

4.    The State of Nevada, its political subdivisions, agencies, officers,

employees, board members, commission members and legislators each

have 45 days after service of this Summons within which to file an Answer

or other responsive pleading to the Complaint.

STEVEN D. GRIERSON
CLERK OF COURT          2/14/2022

Submitted by:

By: _Robyn Rodriguez_

DANIEL DAVID DUDZAK          Deputy Clerk          Date

Robyn Rodriguez
Regional Justice Center
200 Lewis Avenue
Las Vegas, NV 89155

**NOTE: When service is by publication, add a brief statement of the object of the action. See Nevada Rules of Civil Procedure 4(b).**

2

SUMM Civil/7/23/2009

**SER 505**

**AFFIDAVIT OF SERVICE**

STATE OF        )
                     )  ss:
COUNTY OF    )

_____, being duly sworn, says: That at all times herein affiant was and is over 18 years of age, not a party to nor interested in the proceeding in which this affidavit is made. That affiant received _____ copy(ies) of the Summons and Complaint, _____ on the _____ day of _____, 20_____ and served the same on the _____ day of _____, 20_____ by:

**(Affiant must complete the appropriate paragraph)**

1.    Delivering and leaving a copy with the Defendant _____ at (state address) _____

2.    Serving the Defendant _____ by personally delivering and leaving a copy with _____, a person of suitable age and discretion residing at the Defendant's usual place of abode located at (state address) _____

    **[Use paragraph 3 for service upon agent, completing (a) or (b)]**

3.    Serving the Defendant _____ by personally delivering and leaving a copy at (state address) _____

    (a)    With _____ as _____, an agent lawfully designated by statute to accept service of process;

    (b)    With _____, pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

4.    Personally depositing a copy in a mail box of the United States Post Office, enclosed in a sealed envelope, postage prepaid (Check appropriate method):

        ☐ Ordinary mail
        ☐ Certified mail, return receipt requested
        ☐ Registered mail, return receipt requested

3

SUMM Civil/7/23/2009

**SER 506**

1      addressed to the Defendant _____ at Defendant's last known address which is

2  (state address) _____

3

4      I declare under penalty of perjury under the law of the State of Nevada that the

5  foregoing is true and correct.

6      EXECUTED this _____ day of _____, 20_____.

7

8                                 _____

9                                  Signature of person making service

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

SER 507

1

## ATTACHMENT (SUMMONS)

2

3   JORGE NAVARRETE, THOMAS LAYTON, aka TOM LAYTON, CHARLES

4   SCHWAB, DONALD F. MILES, JOHNNIE B. RAWLINSON, BARRY G.

5   SILVERMAN, WILLIAM A. FLETCHER, PETER LIND SHAW, RONALD M.

6   GEORGE, ERIC M. GEORGE, ALAN I. ROTHENBERG, 1ST CENTURY BANK, 1ST

7   CENTURY BANCSHARES, INC., EDWARD EPHRAIM SCHIFFER, SIDNEY R.

8   THOMAS, WILLIAM DATO, MAXINE M. CHESNEY, MOLLY G. DWYER,

9   GEORGE H. KING, A. WALLACE TASHIMA, FERDINAND FRANCIS

10  FERNANDEZ, KIM MCCLANE WARDLAW, WILLIAM C. CANBY, RONALD M.

11  GOULD, RICHARD C. TALLMAN, and DOES 1 through 50, inclusive,

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                              5

ATTACHMENT

Electronically Filed
2/3/2022 11:58 AM
Steven D. Grierson
CLERK OF THE COURT

1  DANIEL D. DYDZAK
   Plaintiff
2  4265 Marina City Drive, Suite 407W
   Marina del Rey, CA 90292
3  Telephone: (310) 867-1289

CASE NO: A-22-847734-C
Department 27

4

5

6

7                    **DISTRICT COURT**

8              **CLARK COUNTY, NEVADA**

9

10  DANIEL DAVID DYDZAK,                )  Case No.
                                        )  Dept. No.
11                      Plaintiff,      )
                                        )  COMPLAINT FOR DAMAGES AND
12                                      )  EQUITABLE RELIEF
                                        )
13             v.                       )
                                        )
14  TANI CANTIL-SAKAUYE, JORGE          )  DEMAND FOR JURY TRIAL
    NAVARRETE, THOMAS LAYTON, aka TOM   )
15  LAYTON, CHARLES SCHWAB, DONALD F.   )
    MILES, JOHNNIE B. RAWLINSON, BARRY  )
16  G. SILVERMAN, WILLIAM A. FLETCHER,  )
    PETER LIND SHAW, RONALD M. GEORGE,  )
17  ERIC M. GEORGE, ALAN I. ROTHENBERG, )
    1ST CENTURY BANK, 1ST CENTURY       )
18  BANCSHARES, INC., EDWARD EPHRAIM    )
    SCHIFFER, SIDNEY R. THOMAS, WILLIAM )
19  DATO, MAXINE M. CHESNEY, MOLLY C.   )
    DWYER, GEORGE H. KING, A. WALLACE   )
20  TASHIMA, FERDINAND FRANCIS          )
    FERNANDEZ, KIM MCCLANE WARDLAW,     )
21  WILLIAM C. CANBY, RONALD M. GOULD,  )
    RICHARD C. TALLMAN, and DOES 1 through )
22  50, inclusive,                      )
                                        )
23                      Defendants.     )
                                        )
24                                      )

25

26

27  COMPLAINT

28

**SER 509**

COMES NOW Plaintiff, DANIEL D. DYDZAK ("DYDZAK"), and alleges as follows:

## PRELIMINARY ALLEGATIONS

1.   Plaintiff is, and was at all times herein mentioned, an individual over eighteen years old residing in the County of Los Angeles, State of California.

2.   Plaintiff is informed and believes, and thereon alleges, that Defendant TANI CANTIL-SAKAUYE ("CANTIL-SAKAUYE") is, and at all times herein mentioned, an individual residing in the County of San Francisco, State of California.

3.   Plaintiff is informed and believes, and thereon alleges, that Defendant JORGE NAVARRETE ("NAVARRETE")  is, and was at all times herein mentioned, an individual residing in the County of  San Francisco, State of California.

4.   Plaintiff is informed and believes, and thereon alleges, that Defendant THOMAS LAYTON, aka TOM LAYTON ("LAYTON"), is, and was at all times herein mentioned, an individual residing in the County of Los Angeles, State of California.

5.   Plaintiff is informed and believes, and thereon alleges, that Defendant DONALD F. MILES ("MILES") is, and was at all times herein mentioned, an individual residing in Redding, California.

6.   Plaintiff is informed and believes, and thereon alleges, that Defendant CHARLES SCHWAB ("SCHWAB") is, and was at all times herein mentioned, an individual residing in the County of San Francisco, State of California.

7.   Plaintiff is informed and believes, and thereon alleges, that Defendant JOHNNIE B. RAWLINSON ("RAWLINSON") is, and was at all times herein mentioned, an individual residing

COMPLAINT                                    2

in the City of Las Vegas, State of California.

8.   Plaintiff is informed and believes, and thereon alleges, that Defendant BARRY G. SILVERMAN ("SILVERMAN") is, and was at all times herein mentioned, an individual residing in the City of Phoenix, State of Arizona.

9.   Plaintiff is informed and believes, and thereon alleges, that Defendant WILLIAM A. FLETCHER ("FLETCHER") is, and was at all times herein mentioned, an individual residing in the County of San Francisco, State of California.

10. Plaintiff is informed and believes, and thereon alleges, that Defendant PETER LIND SHAW ("SHAW") is, and was at all times herein mentioned, an individual residing in the County of San Francisco, State of California.

11.   Plaintiff is informed and believes, and thereon alleges, that Defendant RONALD M. GEORGE ("GEORGE") is, and was at all times herein mentioned, an individual residing in the County of San Francisco, State of California.

12.   Plaintiff is informed and believes, and thereon alleges, that Defendant ERIC M. GEORGE  ("E.GEORGE") is, and was at all times herein mentioned, an individual residing in the County of Los Angeles, State of California.

13.   Plaintiff is informed and believes, and thereon alleges, that Defendant ALAN I. ROTHENBERG ("ROTHENBERG") is, and was at all times herein mentioned, an individual residing in the County of Los Angeles, State of California.

14.   Plaintiff is informed and believes, and thereon alleges, that Defendant 1ST CENTURY BANK ("BANK") is, and was at all times herein mentioned, a legal entity, exact status unknown at this time, located and providing financial services in the County of Los Angeles, State of California. Plaintiff  will amend this Complaint accordingly at or before trial when the exact legal status and

COMPLAINT                                                    3

1  identity of Defendant BANK is ascertained.

2      15.   Plaintiff is informed and believes, and thereon alleges, that Defendant 1st CENTURY

3  BANCSHARES, INC. ("BANCSHARES") is, and was at all times herein mentioned, a corporation

4  duly organized and existing under and by virtue of the laws of the State of Delaware, engaged in

5  providing financial and banking services. Upon further information and belief,  Defendant

6  BANCSHARES' business address is, and was at all times relevant hereto, in Wilmington,

7  Delaware. Upon further information and belief, said Defendant is, and was at all times herein

8  mentioned, a holding company for Defendant BANK.

9      16.   Plaintiff is informed and believes, and thereon alleges, that Defendant EDWARD

10  EPHRAIM SCHIFFER ("SCHIFFER") is, and was at all times herein mentioned, an individual

11  residing in the County of San Francisco, State of California.

12      17.   Plaintiff is informed and believes, and thereon alleges, that Defendant SIDNEY R.

13  THOMAS ("THOMAS") is, and was at all times herein mentioned, an individual residing in

14  Billings, Montana.

15      18.   Plaintiff is informed and believes, and thereon alleges, that Defendant WILLIAM

16  DATO ("DATO") is, and was at all times herein mentioned, an individual residing in the County of

17  San Diego, State of California.

18      19.   Plaintiff is informed and believes, and thereon alleges, that Defendant MAXINE M.

19  CHESNEY ("CHESNEY") is, and was at all times herein mentioned, an individual residing in the

20  County of San Francisco, State of California.

21      20.   Plaintiff is informed and believes, and thereon alleges, that Defendant MOLLY C.

22  DWYER ("DWYER") is, and was at all times herein mentioned, an individual residing in the

23  County of San Francisco, State of California.

24      21.   Plaintiff is informed and believes, and thereon alleges, that Defendant A. WALLACE

25  TASHIMA ("TASHIMA") is, and was at all times herein mentioned, an individual residing in the

26  COMPLAINT                                    4

27

28

County of Los Angeles, State of California.

22.     Plaintiff is informed and believes, and thereon alleges, that Defendants FERDINAND FRANCIS FERNANDEZ ("FERNANDEZ") and KIM MCLANE WARDLAW ("WARDLAW") are, and were at all times herein mentioned, individuals residing in the County of Los Angeles, State of California.

23.     Plaintiff is informed and believes, and thereon alleges, that Defendant WILLIAM C. CANBY ("CANBY") is, and was at all times herein mentioned, an individual residing in the City of Phoenix, State of Arizona.

24.     Plaintiff is informed and believes, and thereon alleges, that Defendant RONALD M. GOULD ("GOULD") is, and was at all times herein mentioned, an individual residing in the City of Seattle, State of Washington.

25.     Plaintiff is informed and believes, and thereon alleges, that Defendant RICHARD C. TALLMAN ("TALLMAN") is, and was at all times herein mentioned, an individual residing in the City of Seattle, State of Washington.

26.     Plaintiff is unaware at the present time of the identities and capacities of Defendants fictitiously named and designated as DOES 1 through 50, inclusive. Plaintiff alleges that said DOE Defendants, and each of them, are responsible and liable for the wrongful and unlawful acts of the other Defendants and acted in concert with each other. Plaintiff will seek leave to amend this Complaint at or before trial to set forth their true names and capacities when ascertained. DYDZAK is entitled to appropriate monetary and equitable relief against them, according to proof.

27.     Furthermore, Plaintiff alleges that these DOE Defendants have damaged him and otherwise acted illegally and against his civil and constitutional rights, as herein alleged.

**JURISDICTION**

28.     Venue is proper in this Court because one of the parties resides in Clark County and committed wrongful acts against Plaintiff in this jurisdiction. Nevada NRS 13.040. Moreover, state courts have concurrent jurisdiction with federal courts to hear federal claims, such as violation of civil rights. Tafflin v. Levitt, 493 U.S. 455 (1990).

COMPLAINT                                    5

**FIRST CAUSE OF ACTION**

**(VIOLATION OF CIVIL RIGHTS)**

**(AGAINST DEFENDANTS CANTIL-SAKAUYE AND NAVARRETE)**

29.  Plaintiff refers to and incorporates, as though fully set forth herein, Paragraphs 1 through 28, inclusive, of the Complaint, and any and all allegations contained therein.

30.  This is a civil rights complaint for declaratory relief, equitable relief and other appropriate relief pursuant to 42 U.S.C. 1983 et seq. Plaintiff's civil rights have been violated, as alleged and described herein.

31.  On or about September 13, 2019, and continuing to the present, in Case No. S179850, Defendants CANTIL-SAKAUYE and NAVARRETE illegally conspired to not file, as required, legal pleadings, motions and papers duly submitted by DYDZAK for docket filing with the Clerk's Office of the Supreme Court of California. Furthermore, Defendant CANTIL-SAKAUYE issued a fraudulent, perjurous, void and illegal Order on September 11, 2021 in said case in conspiracy with Defendant NAVARRETE.

32.  As state actors employed as officers of the Court in California, Defendants CANTIL-SAKAUYE acted unreasonably and unlawfully so as to violate Plaintiff's constitutional and federally protected rights, as herein alleged and described.

33.  As a direct, legal and proximate result of their misconduct and unlawful, wrongful actions, as herein alleged and described. Plaintiff has sustained general damages, including, without limitation, suffering, and continuing to suffer, physical and mental pain and anguish, and severe emotional distress. Plaintiff has also suffered economic losses, according to proof. The exact amount of such general damages is unknown at this time, but will be ascertained and set forth before or at time of trial, according to proof.

34.  Plaintiff is entitled to appropriate declaratory and equitable relief, declaring that his civil and constitutional rights have been violated as aforesaid by Defendants CANTIL-SAKAUYE and

COMPLAINT                                            6

1   NAVARRETE. A Temporary Restraining Order (TRO), Preliminary Injunction and Permanent

2   injunction should issue, enjoining said Defendants from continuing to violate Plaintiff's civil and

3   constitutional rights.

4        35.    Plaintiff is also entitled to an award of punitive damages due to a showing of malice,

5   fraud and oppression by said Defendants towards DYDZAK, in the amount of $ 10,000,000.

6   
7   **SECOND CAUSE OF ACTION**

8   **(VIOLATION OF WIRETAP ACT, 18 USC 2511)**

9   **(AGAINST DEFENDANT LAYTON)**

10        36.    Plaintiff refers to and incorporates, as though fully set forth herein, Paragraphs 1

11   through 35, inclusive, of the Complaint, and any and all allegations contained therein.

12        37.    On or about September 11, 2019, and continuing to the present, Defendant LAYTON

13   has, upon reasonable information and belief, illegally interfered with and intercepted on a constant

14   basis Plaintiff's wire and electronic communications, including but not limited to telephonic

15   communications and texts with third persons, relayed on his cell phone, 310-867-1289, contrary to

16   the Federal Wiretap Act. Plaintiff is entitled to appropriate equitable relief and to recover from

17   Defendant LAYTON damages, attorney's fees, costs and penalties, as provided for in said Wiretap

18   Act pursuant to 18 USC 2511 and according to proof. LAYTON has, and had at all times relevant

19   hereto, an unsavory reputation, being known as the "bagman" and "fixer" for disgraced, disbarred

20   attorney, Thomas V. Girardi.

21   
22   **THIRD CAUSE OF ACTION**

23   .(CONSPIRACY TO UNLAWFULLY ~~INTERE~~ [TO INTERFERE] WITH THE PROCESSES OF THE COURT)

24   **(AGAINST DEFENDANTS SCHWAB, MILES, GEORGE, E.GEORGE, ROTHENBERG,**

25   **BANK, BANCSHARES, DATO)**

26   
27   COMPLAINT                           7

28

38.     Plaintiff refers to and incorporates, as though fully set forth herein, Paragraphs 1 through 37, inclusive, of the Complaint and any and all allegations contained therein.

39.     Plaintiff is informed and believes, and thereon alleges, that the above-named Defendants had improper, unethical and illegal ex parte, extra-judicial communications and contacts with Defendants CANTIL-SAKAUYE and NAVARRETE on or about September 11, 2019, and on other occasions thereafter, and continuing to the present, to affect the outcome of the California Supreme Court Case No. S179850 and harm DYDZAK, as herein alleged. Such overt acts were done as part of a conspiracy to obstruct justice and interfere with the processes of that Court.

40.     As a direct, legal and proximate result of such wrongful and illegal acts, Plaintiff has suffered general damages, according to proof. Such acts were also done with malice, fraud and oppression, entitling Plaintiff to an award of punitive damages against said Defendants, and each of them, in the amount of $ 10,000,000, jointly and severally.

### FOURTH CAUSE OF ACTION

### (VIOLATION OF CIVIL RIGHTS)

### (AGAINST DEFENDANTS DWYER AND THOMAS)

41.   Plaintiff refers to and incorporates, as though fully set forth herein, Paragraphs 1 through 40, inclusive, of the Complaint, and any and all allegations contained therein.

42.   This is a civil rights complaint for declaratory relief, equitable relief and other appropriate relief pursuant to 42 U.S.C. 1983 et seq. Plaintiff's civil rights have been violated by Defendant

COMPLAINT                                    8

DWYER illegally blocking, or causing to be blocked, his cell phone number, 310-867-1289, to the San Francisco Clerk's Office of the Ninth Circuit Court of Appeals, telephone number 415-355-8000. This blockage, upon reasonable information and belief, was done with the wrongful, unconstitutional and illegal authorization, consent, knowledge, supervision and ratification of Defendant THOMAS. It was done more than a year ago and continues to the present. Defendants DWYER and THOMAS were put on notice, administratively, and at all times relevant hereto, that DYDZAK's cell phone was unlawfully blocked, against due process, equal protection of laws and his First Amendment right to access to the courts. As of the date of this Complaint, and continuing to the present, Defendants DWYER and THOMAS have not unblocked, or taken steps to unblock, Plaintiff's cell phone to the aforesaid Ninth Circuit number, all to his damage and prejudice and against his civil and constitutional rights.

43.     Federal actors, such as Defendants DWYER and THOMAS, acing under color of federal authority can be sued for violation of civil rights Bivens v. Six Unnamed Agents, 403 U.S. 388 (1971). Since both of them were acting administratively, illegally and in bad faith, said Defendants enjoy no immunity from monetary damages. In this matter, Defendants DWYER and THOMAS, and each of them, acted unreasonably and unlawfully so as to violate Plaintiff's constitutionally and federally protected rights, as herein alleged and described.

44.     As a direct, legal and proximate result of the above-referenced Defendants' misconduct and unlawful, wrongful actions, as herein alleged and described, Plaintiff has sustained general damages, according to proof.

45.     Plaintiff is entitled to appropriate declaratory and equitable relief, declaring that his

COMPLAINT                                        9

1   civil and constitutional rights have been violated as aforesaid by Defendants DWYER and THOMAS.

2   A Temporary Restraining Order (TRO), Preliminary Injunction and Permanent Injunction should

3   issue, enjoining said Defendants from continuing to violate Plaintiff's civil and constitutional rights.

4       46.    Plaintiff is also entitled to an award of punitive damages due to a showing of malice,

5   fraud and oppression by said Defendants towards DYDZAK, in the amount of  $ 10,000,000.

6

7

8                        **FIFTH CAUSE OF ACTION**

9                        **(VIOLATION OF CIVIL RIGHTS)**

10  **(AGAINST DEFENDANTS CHESNEY, SILVERMAN, FLETCHER AND RAWLINSON)**

11

12      47.    Plaintiff refers to and incorporates, as though fully set forth herein, Paragraphs 1

13  through 46, inclusive, of the Complaint, and any and all allegations contained therein.

14      48.    The above-named Defendants, and each of them, violated Plaintiff's civil rights by the

15  following:

16

17      (1)    Defendant CHESNEY violated her oath to be fair and impartial as a federal judge in a

18  case filed in the Northern District of California U.S. District Court, DYDZAK V. USA et al

19  ["NORTHERN DISTRICT CASE"]. She was disqualified in law and fact, subject to disqualification,

20  and has biases and conflicts of interest or the appearance of same. Any and all of her Orders and

21  rulings are therefore void ab initio, including a "fraud upon the court", overbroad and void Pre-filing

22  Order against DYDZAK.

23

24      (2)    Defendant CHESNEY had the case illegally transferred to her after having, upon

25  information and belief, improper ex parte and extrajudicial communications and contacts with third

26  COMPLAINT                            10

27

28

parties and Defendant CANTIL-SAKAUYE and/or agents of said latter Defendant She had an

unethical, preexisting relationship with material witness and party, CANTIL-SAKAUYE.

(3)     As a "senior status" judge, Defendant CHESNEY was not properly, legally assigned to

hear the NORTHERN DISTRICT CASE per statutory requirements under 28 USC Section 294. She

therefore did not have jurisdiction and standing to hear and adjudicate the case, and acted in the

absence of jurisdiction. Mireles v. Waco, 502 U.S. 9 (1991).

(4)     Defendants SILVERMAN, FLETCHER and RAWLINSON, and each of them, acted

unethically, fraudulently and illegally in the appeal of the NORTHERN DISTRICT CASE (18-15673,

9th Cir.) by ruling since said Panel had a "senior status" judge, Defendant SILVERMAN, who was

not properly, legally assigned to the case. 28 USC Section 294.

(5)     Defendants SILVERMAN, FLETCHER and RAWLINSON, and each of them, violated

DYDZAK's civil rights by not ruling on four pending motions in case 18-15673, thereby obstructing

justice.

49.     At all times relevant hereto, and continuing to the present, Defendant THOMAS and

Defendant SCHIFFER, upon reasonable information and belief, knew about the aforesaid wrongful

conduct by Defendants CHESNEY, SILVERMAN, FLETCHER and RAWLINSON and have

acquiesced in the judicial corruption and misconduct at issue.

50.     With respect to the Fifth Cause of Action herein, Plaintiff is not suing Defendants

CHESNEY, SILVERMAN, FLETCHER and RAWLINSON for monetary damages, only appropriate

equitable and declaratory relief. As federal actors, acting under color of federal law, said Defendants,

and each of them, acted unreasonably and unlawfully so as to violate Plaintiff's constitutional and

federally protected rights, as herein alleged and described.

COMPLAINT                              11

51.    Plaintiff is entitled to appropriate declaratory and equitable relief, declaring that his constitutional and civil rights have been violated as aforesaid by the aforementioned Defendants. A TRO, Preliminary Injunction and Permanent Injunction should issue, enjoining said Defendants from continuing to violate Plaintiff's civil and constitutional rights.

## SIXTH CAUSE OF ACTION

## (VIOLATION OF CIVIL RIGHTS)

## (AGAINST DEFENDANTS SHAW, SCHIFFER, CANBY, GOULD AND TALLMAN)

52.    Plaintiff refers to and incorporates, as though fully set forth herein, Paragraphs 1 through 51, inclusive, of the Complaint and any and all allegations contained therein.

53.    The above-named Defendants, and each of them, violated Plaintiff's civil rights by the following:

(1)    In the Ninth Circuit case, 10-80193, In re DANIEL DAVID DYDZAK, Esq., Defendant SHAW misrepresented to DYDZAK, at all times relevant hereto, that he could make rulings and conduct an evidentiary hearing in a judicial capacity. This was a false misrepresentation and extrinsic fraud or "fraud upon the court." The Judicial Council of the United States confirmed to DYDZAK that Defendant SHAW is an inactive attorney and not a qualified federal judge. At present, and at all times relevant hereto, Defendant SHAW is and was not an Article III Judge. Thus, any and all rulings and Orders by Defendant SHAW in Case No. 10-80193 are, and were at all times herein mentioned, void ab initio and should be reversed and set aside.

(2)    Defendant SCHIFFER, as a federally licensed attorney who assisted Defendant SHAW

COMPLAINT                                    12

in the aforesaid 9th Circuit case is, and was aware at all times herein mentioned, that Defendant SHAW is not a proper federal judge but has perpetuated with Defendant SHAW that fraud upon the court.

(3)     Upon information and belief, Defendants SHAW and SCHIFFER have been "bribed" by financial incentives and illicit payments by Defendant SCHWAB to harm DYDZAK and prepare rulings against him. At the very least, these Defendants have financial conflicts of interest or the appearance of same.

(4)     Defendants CANBY, GOULD and TALLMAN acted unethically, fraudulently and illegally by doing rulings and Orders adverse to DYDZAK in Case No. 10-80193 without a proper and legal three-judge quorum, as required by 28 USC Section 46©. Furthermore, they violated the statutory requirements of 28 USC Section 294, because Defendant CANBY could not act as a "senior status" judge on the case, as he was not duly appointed pertaining thereto. As well, Defendants CANBY, GOULD and TALLMAN perpetrated a "fraud upon the court" by using Defendant SHAW as a purported judicial officer or judge when he is not a proper Article III Judge but simply an inactive attorney. At all times relevant hereto, and continuing to the present, Defendants CANBY, GOULD, TALLMAN, SHAW and SCHIFFER knew, or reasonably should have known, they the Panel was irregular and unlawful. They all further knew that Defendant SHAW is not a proper judge or judicial officer. Upon further information and believe, all of these Defendants had biases and conflicts of interest, or the appearance of same, towards Plaintiff.

(5)     At all times relevant hereto, and continuing to the present, Defendants CANBY, GOULD, TALLMAN, SHAW and SCHIFFER are acting illegally and obstructing justice by there not being rulings in the Ninth Circuit on pending motions filed in or about 2016 and 2017. Defendant

COMPLAINT                                    13

THOMAS is, and was at all times herein mentioned, aware of this situation but, administratively, does nothing about the aforesaid unlawful and fraudulent conduct. The Rule of Law means nothing to these Defendants. The fair and proper administration of justice means nothing to these Defendants.

54. Defendants CANBY, GOULD and TALLMAN are being sued in the Sixth Cause of Action for only equitable and declaratory relief. Plaintiff is not seeking monetary damages against any of these Defendants with regard to the Sixth Count of this Complaint.

55. Defendants SHAW and SCHIFFER are being sued in the Sixth Cause of Action for monetary damages, equitable and declaratory relief. As federal actors illegally acting under color of authority, they do not have absolute immunity from damages but only quasi-judicial immunity. They can be personally sued for damages because their illegal conduct offends constitutional norms and they did not, and continue to not, act reasonably and fairly towards DYDZAK. Harlow v. Fitzgerald, 457 U.S. 800 (1982). Their tortious conduct is, and was at all times herein mentioned, unpardonable and flagrantly illegal and offensive. Their conduct is criminal as well, because they have acted, and are continuing to act, to obstruct justice in harming and injuring DYDZAK. They should be held in civil and criminal contempt. Defendants CANBY, GOULD, TALLMAN and THOMAS' willing acquiescence in this criminal and civil wrongdoing is, and was at all times herein mentioned, actionable and unconscionable.

56. The above-named Defendants, and each of them, as federal actors, acted unreasonably and unlawfully, so as to violate Plaintiff's constitutional and federally protected rights, as herein alleged and described.

57. As a direct, legal and proximate result of the above-referenced Defendants' misconduct and unlawful, wrongful actions, as herein alleged and described, Plaintiff has sustained

COMPLAINT                                    14

general damages, according to proof, with respect to Defendants SHAW and SCHIFFER. With regard to all of the named Defendants herein, Plaintiff is entitled to appropriate equitable and declaratory relief, including a TRO, Preliminary Injunction and Permanent Injunction, against them.

58.    With regard to Defendants SHAW and SCHIFFER, they acted with malice, fraud and oppression towards DYDZAK. An award of punitive damages is therefore warranted against them in the amount of $ 10,000,000.

## SEVENTH CAUSE OF ACTION

## (VIOLATION OF CIVIL RIGHTS)

## (AGAINST DEFENDANTS KING, FERNANDEZ, TASHIMA AND WARDLAW)

59.    Plaintiff refers to and incorporates, as though fully set forth herein, Paragraphs 1 through 58, inclusive, of the Complaint, and any and all allegations contained therein.

60.    As federal actors, the above-named Defendants acted under color of authority to violate DYDZAK's civil and constitutional rights in IN RE DANIEL DAVID DYDZAK in the County of Los Angeles, State of California, on or about February 11, 2013, on other relevant dates, and continuing to the present.

61.    The following wrongful actions were committed by these Defendants, without limitation:

(1) In a case in the federal District Count in Los Angeles, California (D.C. No. 2:10-mc-00270-GHK), Defendant KING had, upon information and belief, improper ex parte communications and contacts to affect the outcome of this case. Defendant KING further has, and had at all times

COMPLAINT                                      15

SER 523

herein mentioned, biases and conflicts of interest, or the appearance of same, towards DYDZAK, including but not limited to taking bribes or financial incentives from Defendant SCHWAB.

(2)     Defendant KING denied as a jurist DYDZAK a fair and impartial process in the aforementioned case, and would not provide him an evidentiary hearing to contest certain disciplinary proceedings affecting DYDZAK. Same is, and was at all times herein mentioned, against, without limitation, substantive and procedural due process, equal protection of laws, and proper First Amendment access to the courts.

(3)     Upon information and belief, Defendant KING had improper, unethical and unlawful communications with Defendants GEORGE and CANTIL-SAKAUYE, so as to fraudulently and maliciously do rulings adverse to DYDZAK.

(4)     As a result of the foregoing, Defendant KING's rulings and Orders adverse to DYDZAK are, and were at all times herein mentioned, void ab initio.

(5)     In the appeal of the aforesaid District Court case, 9th Circuit Case No. 11-56028, Defendants FERNANDEZ, TASHIMA and WARDLAW, individually and as jurists, acted unlawfully and unconstitutionally towards Plaintiff by doing rulings and Orders adverse to him. In particular, they acted and are acting without a proper legal quorum as "senior status" Defendant FERNANDEZ was not duly appointed to rule in the case. Further, they have, and had at all times herein mentioned, biases and conflicts of interest, or the appearance of same towards Plaintiff, and they are willingly, unethically refusing to rule on pending motions. In particular, Defendant WARDLAW was wrongfully bribed by Defendant SCHWAB to harm DYDZAK, or has and had financial conflicts of interest involving Defendant SCHWAB or his business entities. Upon further information and belief, Defendant TASHIMA has and had financial conflicts of interest, making

COMPLAINT                                    16

SER 524

monies from the State Bar of California who dislikes DYDZAK for exposing its corruption and

judicial corruption. These Defendants, upon further information and belief, have been involved in

ongoing improper and unethical ex parte and extrajudicial communications with Defendants

ROTHENBERG, GEORGE, E.GEORGE, and CANTIL-SAKAUYE to harm and injure DYDZAK.

62.     Egregiously, and against DYDZAK's civil and constitutional rights, Defendants

FERNANDEZ, WARDLAW and TASHIMA continue to not disqualify themselves in the aforesaid

appeal despite an illegal panel. Upon information and belief, they further are involved in an illegal

cover-up of not having the Ninth Circuit Court of Appeals rule in this appeal on pending, valid

motions filed on April 1, 2016, and January 28, 2020.  This ongoing unlawful failure to rule and

obstruct justice is known, administratively, to Defendant THOMAS and Defendant SCHIFFER. who

have taken no steps to remedy the wrongful situation.

63.     Defendants KING, FERNANDEZ, WARDLAW and TASHIMA are not being sued

in this Seventh Cause of Action for monetary damages but only appropriate equitable and declaratory

relief declaring that DYDZAK's civil and constitutional rights have been violated. Due to the illegal

conduct of said Defendants, a TRO, Preliminary Injunction and Permanent Injunction should issue as

well to protect Plaintiff's civil and constitutional rights, according to proof.


**EIGHTH CAUSE OF ACTION**

**(VIOLATION OF CIVIL RIGHTS)**

**(AGAINST DEFENDANTS DATO AND CANTIL-SAKAUYE)**


64.     Plaintiff refers to and incorporates, as though fully set forth herein, Paragraphs 1

17

SER 525

through 63, inclusive, of the Complaint and any and all allegations contained therein.

65.     This is a civil rights complaint pursuant to 42 U.S.C. 1983 et seq. where appropriate declaratory and equitable relief is sought. Plaintiff's civil rights have been violated, as herein alleged.

66.     Defendant DATO is not being sued in this 8th count for monetary damages, only appropriate declaratory and equitable relief. Since Defendant CANTIL-SAKAUYE is acting in an administrative capacity as head of the Judicial Council of California, she can be sued in this cause of action for damages and equitable and declaratory relief for violating Plaintiff's civil and constitutional rights.

67.     Upon information and belief, on April 5, 2013, and continuing to the present Defendant CANTIL-SAKAUYE had improper ex parte and extrajudicial communications with Defendant DATO to cause Plaintiff to be improperly put on a Vexatious Litigant List or Pre-filing List with respect to Plaintiff's being able to file any legal cases in the State of California. Defendant DATO had no jurisdiction to act and acted in the absence of jurisdiction because of his illegal and improper contacts and communications with Defendant CANTIL-SAKAUYE. He thereby conspired with Defendant CANTIL-SAKAUYE to commit extrinsic fraud or a "fraud upon the court" in a case illegally transferred to the San Diego Superior Court from Orange County Superior Court involving DYDZAK. There were no San Diego based Defendants warranting the case being heard in that judicial territory or jurisdiction.

68.     Upon further information and belief, Defendant DATO was rewarded by Defendant CANTIL-SAKAUYE for the aforesaid extrinsic fraud by his being subsequently promoted to the San Diego Court of Appeal as a jurist. She also used her influence as well in his being appointed as a member serving on the California Commission On Judicial Performance. She did so in order that he

18

1  could protect her history of judicial corruption and malfeasance towards Plaintiff and others.

2      69.     State actors, such as Defendants DATO and CANTIL-SAKAUYE, acting under

3  color of state authority, can be sued for violation of civil rights. DYDZAK is being unfairly

4  denied access to the California courts due to the wrongful and unlawful acts of the aforesaid

5  Defendants.

6      70.   Plaintiff is entitled to an award of general damages, according to proof, against

7  Defendant CANTIL-SAKAUYE. Because of her malice, fraud and oppression towards him,

8  Plaintiff is also entitled to an award of punitive damages in the amount of $ 10,000,000.

9      71.   Appropriate equitable and declaratory relief should be granted against these

10  Defendants and the issuance of appropriate injunctive relief, according to proof.

11

12     WHEREFORE, Plaintiff prays judgment as follows:

13

14  1.  For appropriate equitable, declaratory and injunctive relief, as prayed and according to

15      proof;

16  2.  For punitive damages, as prayed and according to proof;

17  3.  For reasonable attorney's fees, according to proof;

18  4.  For costs of suit incurred hereinl and

19  5.  For such other and further relief as the Court deems proper and just in the premises.

20

21  Dated: November 28, 2021

22                                    DANIEL DAVID DYDZAK

23                                    Plaintiff

24

25

26

27

28                          19

DISTRICT COURT CIVIL COVER SHEET

CASE NO: A-22-847734-C
Department 27

_CLARK_ County, Nevada

Case No. _____
*(Assigned by Clerk's Office)*

## I. Party Information *(provide both home and mailing addresses if different)*

| Plaintiff(s) (name/address/phone): | Defendant(s) (name/address/phone): |
|---|---|
| **DANIEL DAVID DYDZAK** | **TANI CANTIL-SAKAUYE** |
| **4265 Marina City Drive, Suite 407W** | **350 McAllister St., San Francisco, CA 94102** |
| **Marina del Rey, CA 90292** | **Telephone: (415) 865-7000** |
| **Telephone: (310) 867-1289** | **[Attachment]** |
| Attorney (name/address/phone): | Attorney (name/address/phone): |
| **Not Applicable** | **Unknown** |

## II. Nature of Controversy *(please select the one most applicable filing type below)*

### Civil Case Filing Types

| Real Property | Torts | |
|---|---|---|
| **Landlord/Tenant** | **Negligence** | **Other Torts** |
| ☐ Unlawful Detainer | ☐ Auto | ☐ Product Liability |
| ☐ Other Landlord/Tenant | ☐ Premises Liability | ☐ Intentional Misconduct |
| **Title to Property** | ☐ Other Negligence | ☐ Employment Tort |
| ☐ Judicial Foreclosure | **Malpractice** | ☐ Insurance Tort |
| ☐ Other Title to Property | ☐ Medical/Dental | ☒ Other Tort |
| **Other Real Property** | ☐ Legal | |
| ☐ Condemnation/Eminent Domain | ☐ Accounting | |
| ☐ Other Real Property | ☐ Other Malpractice | |

| Probate | Construction Defect & Contract | Judicial Review/Appeal |
|---|---|---|
| **Probate** *(select case type and estate value)* | **Construction Defect** | **Judicial Review** |
| ☐ Summary Administration | ☐ Chapter 40 | ☐ Foreclosure Mediation Case |
| ☐ General Administration | ☐ Other Construction Defect | ☐ Petition to Seal Records |
| ☐ Special Administration | **Contract Case** | ☐ Mental Competency |
| ☐ Set Aside | ☐ Uniform Commercial Code | **Nevada State Agency Appeal** |
| ☐ Trust/Conservatorship | ☐ Building and Construction | ☐ Department of Motor Vehicle |
| ☐ Other Probate | ☐ Insurance Carrier | ☐ Worker's Compensation |
| **Estate Value** | ☐ Commercial Instrument | ☐ Other Nevada State Agency |
| ☐ Over $200,000 | ☐ Collection of Accounts | **Appeal Other** |
| ☐ Between $100,000 and $200,000 | ☐ Employment Contract | ☐ Appeal from Lower Court |
| ☐ Under $100,000 or Unknown | ☐ Other Contract | ☐ Other Judicial Review/Appeal |
| ☐ Under $2,500 | | |

| Civil Writ | | Other Civil Filing |
|---|---|---|
| **Civil Writ** | | **Other Civil Filing** |
| ☐ Writ of Habeas Corpus | ☐ Writ of Prohibition | ☐ Compromise of Minor's Claim |
| ☐ Writ of Mandamus | ☐ Other Civil Writ | ☐ Foreign Judgment |
| ☐ Writ of Quo Warrant | | ☐ Other Civil Matters |

*Business Court filings should be filed using the Business Court civil coversheet.*

**November 28, 2021**
Date

Signature of initiating party or representative

*See other side for family-related case filings.*

1   ATTACHMENT

2   (CIVIL COVER SHEET)

3

4   Defendant JORGE NAVARRETE

5   350 McAllister St.

6   San Francisco, CA 94102

7   Telephone: (415) 865-7000

8

9   Defendant THOMAS LAYTON

10   1951 Ravista Lane

11   La Canada Flintfridge, CA 91011

12   Telephone: Unknown2

13

14   Defendant CHARLES SCHWAB

15   211 Main Street

16   San Francisco, CA 94105

17   Telephone: (866) 855-9102

18   Defendant DONALD F. MILES

19   6328 Quail Creek Rd.

20   Redding, CA 96002

21   Telephone: Unknown

22

23   Defendant JOHNNIE B. RAWLINSON

24   333 Las Vegas Blvd.

25   Las Vegas, NV 89101

26   Telephone: Unknown

27

28   CIVIL COVER SHEET                2

1     Defendant BARRY G. SILVERMAN

2     401 West Washington St.

3     Phoenix, Arizona 85003

4     Telephone: Unknown

5

6     Defendant WILLIAM A. FLETCHER

7     95 Seventh St.

8     San Francisco, CA 94119

9     Telephone: (415) 355-8000

10

11    Defendant PETER LIND SHAW

12    95 Seventh St.

13    San Francisco, CA 94119

14    Telephone: (415) 355-8000

15

16    Defendant RONALD M. GEORGE

17    1333 Jones St.

18    Suite 706

19    San Francisco, CA 94109

20    Telephone: (415) 314-1896

21    Defendant ERIC M. GEORGE

22    2121 Avenue of the Stars

23    Suite 2800

24    Los Angeles, CA 90067

25    Telephone: (310) 274-7100

26

27

28            3

1    Defendant ALAN I ROTHENBERG

2    1875 Century Park East

3    Ste 1400

4    Los Angeles, CA 90067

5    Telephone: (310) 270-9501

6

7    Defendant 1ST CENTURY BANK

8    1875 Century Park East

9    Suite 100

10   Los Angeles, CA 90067

11   Telephone: (310) 270-9500

12

13   Defendant 1ST CENTURY BANCSHARES, INC.

14   1875 Century Park East

15   Suite 1400

16   Los Angeles, CA 90067

17   Telephone: (310) 270-9500

18   Defendant EDWARD EPHRAIM SCHIFFER

19   95 Seventh St.

20   San Francisco, CA 94119

21   Telephone: (415) 355-7935

22

23   Defendant SIDNEY R. THOMAS

24   2601 2nd Avenue North

25   Billings, MT 59101

26   Telephone: Unknown

27

28                        4

1    Defendant WILLIAM DATO

2    750 B Street

3    Suite 300

4    San Diego, CA 92101

5    Telephone: (619) 744-0760

6

7    Defendant MAXINE M. CHESNEY

8    455 Golden Gate Avenue

9    San Francisco, CA 94102

     Telephone: (415) 522-2000

10

11

12   Defendant MOLLY C. DWYER

13   95 Seventh Street

14   San Francisco, CA 94119

15   Telephone: (415) 355-8000

16

17   Defendant GEORGE H. KING

18   555 W. 5th St., 32nd Floor

19   Los Angeles, CA 90013

20   Telephone: (213) 253-9706

21   Defendant A. WALLACE TASHIMA

22   125 S. Grand Ave.

23   Pasadena, CA 91105

24   Telephone: (213) 894-3570

25

26

27                              5

28

1  Defendant FERDINAND FRANCIS FERNANDEZ

2  125 S. Grand Ave.

3  Pasadena, CA 91105

4  Telephone: (213) 894-3570

5

6  Defendant KIM MCCLANE WARDLAW

7  125 S. Grand Ave.

8  Pasadena, CA 91105

9  Telephone: (213) 894-3570

10

11  Defendant WILLIAM C. CANBY

12  401 West Washington St.

13  Phoenix, Arizaona 85003

14  Telephone: Unknown

15

16  Defendant RONALD M. GOULD

17  1010 Fifth Avenue

18  Seattle, WA 98104

19  Telephone: Unknown

20  Defendant RICHARD C. TALLMAN

21  1010 Fifth Avenue

22  Seattle, WA  98104

23  Telephone: Unknown

24

25

26

27

28                          6

1

Daniel David Dydzak
Plaintiff

2

4265 Marina City Drive, Suite 407W

3

Marina del Rey, CA 90292

4

Telephone: (310) 867-1289
Email: ddydzak@yahoo.com

5

6

_____ FILED          _____ RECEIVED
_____ ENTERED       _____ SERVED ON
           COUNSEL/PARTIES OF RECORD

JUL 2 0 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

7

8

## UNITED STATES DISTRICT COURT

9

## DISTRICT OF NEVADA

10

**Case No. 2:22-cv-01008-APG-VCF**

11

**Assigned to Hon. Andrew P. Gordon**

12

13

DANIEL DAVID DYDZAK,

Plaintiff,

14

v.

15

16

TANI CANTIL-SAKAUYE, et al.,

17

Defendants.

**PLAINTIFF'S OPPOSITION AND
RESPONSE TO MOTION TO DISMISS
BY DEFENDANTS ERIC GEORGE,
RONALD M. GEORGE AND ALAN I.
ROTHENBERG; MEMORANDUM OF
POINTS AND AUTHORITIES THERETO;
PLAINTIFF'S OPPOSITION AND
RESPONSE TO REQUEST FOR JUDICIAL
NOTICE**

18

**Hearing Requested**

19

20

21

22

23

24

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF

25

RECORD:

26

COMES NOW Plaintiff, DANIEL DAVID DYDZAK ("DYDZAK"), and

27

opposes and responds to the meritless and unsupportable Motion to Dismiss Plaintiff's

28

DYDZAK V. CANTIL-SAKAUYE

Complaint by Defendants ERIC GEORGE, RONALD M. GEORGE and ALAN I.
ROTHENBERG (collectively "GEORGE DEFENDANTS").

    Plaintiff further responds to the Request for Judicial Notice.

Dated: June 18, 2022                Respectfully Submitted,

                              DANIEL DAVID DYDZAK

                                 Plaintiff

SER 535

## MEMORANDUM OF POINTS AND AUTHORITIES

### I

## THIS HONORABLE COURT HAS SUBJECT MATTER AND PERSONAL JURISDICTION OVER GEORGE DEFENDANTS

Plaintiff is the one bringing the lawsuit. He elects the venue when there is a proper jurisdictional basis therefor. There are several Defendants in this case, residing in various jurisdictions such as Nevada, California, Arizona and Washington.

In this case, Defendant RAWLINSON is, and was at all times relevant to this litigation, a resident of the State of Nevada (Paragraph 7 of the Complaint). This lawsuit was properly and jurisdictionally filed in Clark County, Nevada. Venue is proper in Las Vegas, Nevada, because venue exists where any of the defendants reside. NRS 13.040. Thereafter, the case was removed by certain Defendants.

Defendant RAWLINSON, with various other federal Defendants, was served with process the day after President's Day by an adult over eighteen years old. Various other federal Defendants were served on other dates. Plaintiff will address this issue in another pleading with more detail in the future.

There is proper subject matter jurisdiction in this case, because the Fifth Cause of Action for Violation of Civil Rights includes Defendant RAWLINSON, residing in Clark County, Nevada (Paragraphs 47-51 of the Complaint). The Nevada Court had concurrent jurisdiction to hear federal claims (Paragraph 28 of the Complaint). Tafflin v. Levitt, 493 U.S. 455 (1990). Thereafter, the case was removed by certain Defendants to federal court.

Under Nevada law, the district courts have original jurisdiction over all matters excluded from the jurisdiction of the justice and municipal courts and appellate jurisdiction in cases arising from these courts. Morrison v. Beach City LLC, 991 P.2d 982 (2000).

Certain federal Defendants were entitled to remove the case to federal court under diversity of citizenship grounds.

DYDZAK V. CANTIL-SAKAUYE                                3

GEORGE DEFENDANTS allege that they do not belong as parties, because they allegedly have no connection to the State of Nevada. This is inaccurate. Defendant RAWLINSON was part of an illegally constituted Appellate panel in the Ninth Circuit involving a case emanating from the U.S. District Court of the Norther District of California where GEORGE DEFENDANTS were named as parties and whereby Defendant CHESNEY was involved [Defendant CHESNEY was served a long time ago by a registered process server and has not yet appeared]. So they do have a connection to the State of Nevada. And Plaintiff can elect his forum when there are many parties from different states.

GEORGE DEFENDANTS do have minimum contacts with the State of Nevada, so that maintenance of the suit against them does not offend traditional notions of fair play and substantial justice. International Shoe v. Washington, 326 U.S. 310 (1945). GEORGE DEFENDANTS did tortious acts towards DYDZAK having foreseeability liability, producing consequences in the State of Nevada. Hess v. Pawlowski, 274 U.S. 352 (1927).

The "minimum contacts" doctrine recognizes the power of the sovereign state of Nevada to exercise jurisdiction where a sufficient connection exists with a nonresident. I.e., commonly referred to as a "long-arm" statute. Nevada has a long-arm statute, and it is interpreted broadly to reach the outer limits of federal constitutional due process. See Welburn v. Eighth Jud. Dist. Ct. of State, 806 P.2d 1045 (1991).

III

THE COMPLAINT MORE THAN SUFFICIENTLY ALLEGES A CAUSE OF ACTION AGAINST GEORGE DEFENDANTS

The Third Cause of Action for Conspiracy to Unlawfully Interfere with the Processes of the Court is more than sufficiently pled to withstand this Motion to Dismiss. Therefore, the Motion to Dismiss should be denied with prejudice as to the moving Defendants. Or leave to amend should be granted to Plaintiff.

DYDZAK V. CANTIL-SAKAUYE                    4

1    No-one is above the Rule of Law, not even the President of the United States.

2    See <u>U.S. v. Nixon</u>, 418 U.S. 683 (1974). This Court has to do the right thing, give

3    DYDZAK his day in court and allow him to pursue his more than sufficiently alleged

4    causes of action.

5    The Due Process Clause, guaranteed by the 5th and 14th Amendments, requires

6    that there be fairness in state proceedings and activities related thereto. This is a

7    cornerstone of the American judicial system. This federal District Court cannot ignore

8    tainted state proceedings and state actor misconduct. Nor can it ignore illegal actions by

9    the GEORGE DEFENDANTS as private individuals.

10    The law favors a trial on the merits.

11    The moving papers offer no persuasive authority why his lawsuit should not

12    be allowed to proceed. Certainly, DYDZAK has a right of redress in this case. As

13    Chief Justice Marshall stated in <u>Marbury v. Madison</u>, 5 U.S. 137 (1803): "The

14    Government of the United States has been emphatically termed a government of

15    laws and not of men. It will certainly cease to deserve this high appellation if the

16    laws furnish no remedy for the violation of vested legal rights."

17    The Motion to Dismiss does NOT adequately address at all why DYDZAK

18    cannot sue moving Defendants in the Third Cause of Action. This count is

19    adequately pled. DYDZAK has alleged the requisite elements for a conspiracy to

20    commit the underlying tort. E.g., conspiracy to commit violation of civil rights, 42

21    USC 1985; CA CACI No. 3600 (CA Jury Instructions); <u>Pettitt v. Levy</u> (1972) 28

22    Cal.App.3d 484, 491.

23    Plaintiff has already sufficiently stated causes of action through "notice"

24    pleading—a short and plain statement of the claim showing Plaintiff is entitled to relief,

25    See Fed.R.Civ.P. 8(a)(2).

26    IV

27    **THIS LAWSUIT IS NOT IN BAD FAITH NOR FRIVOLOUS; THEREFORE,**

28    **THIS COURT, EXERCISING ITS INDEPENDENT JURISDICTION AND**

DYDZAK V. CANTIL-SAKAUYE                    5

**AUTHORITY, SHOULD NOT CONSIDER UNLAWFUL, "RIGGED" PREFILING ORDERS EMANATING FROM OTHER COURTS**

With regard to the federal judge Coughenour pre-filing Order, this Order is subject to numerous pending appeal motions in the Ninth Circuit Court of Appeals, which have not been deliberately ruled upon for years. The purported Coughenour "political" Order is not final and still being appealed in the 9th Circuit Court of Appeals.

An Order that is not final should not been given any weight or collateral estoppel effect. Griggs v. Provident Consumer Discount Co., 459 U.S. 56 (1982).

The Coughenour Order was apparently, unethically not drafted by this jurist, but, upon reasonable information and belief, fraudulently and illegally by a disgraced, former staff attorney, Lydia Yurchuk, with the Central District of CA U.S. District Court. This is so, even though that entire Court (and roster of judges) were disqualified from hearing DYDZAK's lawsuit by Order of then Chief Judge Kozinski of the 9th Circuit. Clearly, a staff attorney with the Central District of CA should not have been working on the Order with Judge Coughenour of the State of Washington when the Central District Judges were all disqualified by then Chief Judge Kozinski. When Plaintiff brought this issue up in certain of his pleadings,  attorney Lydia Yurtchuk was apparently "fired" or took an early retirement on inactive status. She no longer worked for the Central District of California federal Court. The Coughenour Order is restricted to the Central District of California, which has a political animus towards DYDZAK, and there was "fraud upon the court" towards him with respect to that Order. So that purported pre-filing Order should be disavowed and disregarded by this U.S. District Court in its ruling process.

As for the purported pre-filing Order of  California Judge Dato, as set forth in the 8th Cause of Action in the Complaint, that purported pre-filing Order should not be given any weight and regard by this Honorable Court. It is DYDZAK's legitimate position that this Order is invalid/void and marked by extrinsic fraud. That pre-filing Order came about several years ago when Judge Dato was a Superior Court Judge, and

DYDZAK V. CANTIL-SAKAUYE                    6

SER 539

the subject case was illegally transferred to him in San Diego even though there were no San Diego-based Defendants therein. It is a bogus, rigged pre-filing Order, deliberately meant to harm DYDZAK's right of redress to the Courts in California. When Judge Dato made the Order, he was "rewarded" by Defendant CANTIL-SAKAUYE, using her influence, with a subsequent appointment to the California Court of Appeal. Unfortunately, further, Judge Dato has covered up the corruption of Defendant CANTIL-SAKAUYE towards Plaintiff by sitting on the California Commission on Judicial Performance and protecting her unethical conduct towards DYDZAK. She got him appointed to that position, upon reasonable information and belief, to protect herself. Moreover, Judge DATO's credibility is undermined as well by his history of disreputable conduct. He was associated for many years with convicted, disbarred, fraudster class-action attorney Bill Lerach of San Diego. Sources advise DYDZAK that  Judge DATO should have been indicted with Bill Lerach for criminal conduct at that time but never was.

A Nevada Court has independent jurisdiction over whether a litigant is vexatious. NRS 155.165; Jones v. State ex rel. Dept. of Motor Vehicles & Public Safety, 121 Nev. 44, 110 P.3d 30 (2005). Clearly, this lawsuit has merit and should be allowed to proceed.  Likewise, this federal lawsuit is not frivolous and should be allowed to proceed.

This lawsuit is not contesting Plaintiff's illegal disbarment in the State of California. The Cause of Action against GEORGE DEFENDANTS is sufficiently pled and no pre-filing Order applies to the new claims against them that have never been litigated before. DYDZAK has a right of redress to the Courts, not to be "politically" shut down.

With respect to the Request for Judicial Notice, the pleadings proferred are not relevant to the new claims asserted in this lawsuit against the GEORGE DEFENDANTS.  The Request for Judicial Notice should be denied with prejudice. At the pleading stage, the allegations of the Complaint are liberally construed and regarded as true. See F.R.Evidence, Rule 201.

DYDZAK V. CANTIL-SAKAUYE                    7

## V. **CONCLUSION**

For the reasons set forth herein, and in the interests of justice and equity, the Motion to Dismiss Plaintiff's Complaint by GEORGE DEFENDANTS should be denied with prejudice. Said Defendants should be ordered to answer forthwith. The Request for Judicial Notice is not relevant at the pleading stage, since the averments and allegations are taken and presumed to be true, pending discovery. Leave to amend should be liberally granted, if the Court so requires same. See F.R.C.P. , Rule 15.

It is to be noted that the allegations of corruption and misconduct in Plaintiff's lawsuit is so pervasive that Defendant SCHWAB, although duly served, has not responded to the lawsuit and is in default. A default motion will be filed shortly as to Defendant SCHWAB.

It is no surprise that the Georges and Mr. Rothenberg would collude to harm DYDZAK. On one occasion, after suing Mr, Rothenberg on behalf of former legal clients. the latter said to Plaintiff: "I'm going to get you." And Defendant RONALD M. GEORGE once telephonically stated to Plaintiff: "Nobody cares what you have to say." This astonishingly referred, upon information and belief, to his influence and ex parte contacts with certain persons to harm DYDZAK.

This federal court has jurisdiction over ancillary or supplemental claims over GEORGE DEFENDANTS in addition to the federal causes of action.

Plaintiff has tried repeatedly to settle this case, to no avail. Hence, he has no choice but to litigate and have appropriate rulings from this U.S. District Court. As always, Plaintiff is open to reasonable resolution.

Dated: June 18, 2022                    Respectfully Submitted,

DANIEL DAVID DYDZAK

Plaintiff

**CERTIFICATE/PROOF OF SERVICE**

I, JIM LANE, hereby declare that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the County of Los Angeles, State of California, and that my business address is 4265 Marina City Drive, Suite 407W, Marina del Rey, CA 90292.

On July 18, 2022, I served a true and correct copy of the following document or pleading on the interested parties or their counsel of record:

PLAINTIFF'S OPPOSITION AND RESPONSE TO MOTION TO DISMISS BY DEFENDANTS ERIC GEORGE, RONALD M. GEORGE AND ALAN I.ROTHENBERG; MEMORANDUM OF POINTS AND AUTHORITIES THERETO; PLAINTIFF'S OPPOSITION AND RESPONSE TO REQUEST FOR JUDICIAL NOTICE

[X] [BY U.S. MAIL] On this same day, I mailed the interested parties or their counsel of record the above-described document or pleading by regular United States mail to their respective service or mailing addresses.

OLSON CANNON GORMLEY & STOBERSKI       MARQUIS AURBACH

9950 WEST CHEYENE AVENUE                10001 PARK RUN DRIVE

LAS VEGAS, NEVADA 89129                 LAS VEGAS, NEVADA 89145


HINSHAW & CULBERTSON, LLP               PATRICK A. ROSE, ESQ.

350 SOUTH GRAND AVE, STE 3600           U.S. ATTORNEY OFFICE

LOS ANGELES, CA 90071                   501 LAS VEGAS BLVD. SO.

                                        SUITE 1100

                                        LAS VEGAS, NEVADA 89101

SER 542

1  ERIC M. GEORGE

2  RONALD M. GEORGE

3  ALAN I. ROTHENBERG

4  c/o 2121 AVENUE OF THE STARS

5  SUITE 3000

6  LOS ANGELES, CA 90067

7

8      I declare under penalty of perjury under the laws of the United States of America that the

9  foregoing is true and correct, and that this Declaration was executed on July 18, 2022,

10  at  Los Angeles, California.

11  _____

12  JIM LANE

13  Declarant

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE                                    10

XRAYED US MARSHALS SERVICE

Daniel O. Dadzele
4/265 Marina City Drive
#407W
Marina del Rey, CA 90292

FILED
ENTERED
RECEIVED
COUNSEL/PARTIES OF RECORD
SERVED ON

JUL 20 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY:                                    DEPUTY

TO:
Clerks Office (Rm 1334)
U.S. District Court
Lloyd D. George US Courthouse
333 Las Vegas Blvd So.
Las Vegas, Nevada
89101

FIRST CLASS

US POSTAGE PAID
90292
MARINA DEL REY, CA
JUL 17 '22
AMOUNT
$1.68
R2304M116858-02

SER 544

1

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
Michael Ayers, Esq. (NV Bar No. 10851)

2

michael.ayers@qpwblaw.com
Clark Vellis, Esq. (NV Bar No. 5533)

3

clark.vellis@qpwblaw.com
200 S. Virginia Street, 8th Floor

4

Reno, Nevada 89501
Telephone: 775-322-4697

5

Facsimile: 775-322-4698
*Attorneys for Defendant MIDFIRST BANK*

6

*(incorrectly named as 1ST CENTURY BANK*
*and/or 1ST CENTURY BANCSHARES INC.)*

7

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

| | |
|---|---|
| DANIEL DAVID DYDZAK,<br><br>                    Plaintiff,<br><br>          v.<br><br>TANI CANTIL SAKAIJYE; JORGE NAVARRETE; THOMAS LAYTON, aka TOM LAYTON; CHARLES SCHWAB; DONALD F. MILES; JOHNNIE B. RAWLINGSON; BARRY G. SILVERMAN; WILLIAM A. FLETCHER; PETER LIND SHAW; RONALD M. GEORGE; ERIC M. GEORGE; ALAN I. ROTHENBERG; 1ST CENTURY BANK; 1ST CENTURY BANCSHARES, INC; EDWARD EPHRAIM SCHIFFER; SIDNEY R. THOMAS, WILLIAM DATO; MAXINE M. CHESNEY; MOLLY C. DWYER; GEORGE H. KING; A. WALLACE TASHIMA; FERDINAND FRANCIS FERNANDEZ; KIM MCCLANE WARDLAW; WILLIAM C. CANBY; RONALD M. GOULD; RICHARD C. TALLMAN; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No.:   2:22-cv-01008-APG-VCG<br><br>**MOTION TO DISMISS OF DEFENDANT MIDFIRST BANK** |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

          Defendant MidFirst Bank (incorrectly named as 1ST CENTURY BANK and/or 1ST

25

CENTURY BANCSHARES INC.)[1] ("MidFirst") by and through its attorneys of record, the law

26

27

[1] Neither 1st Century Bank nor 1st Century Bancshares, Inc. exist as a separate legal entity.  1st Century Bancshares Inc. was the holding company of 1st Century Bank.  In 2016, 1st Century Bancshares Inc. was merged into MidFirst Bank's holding company and 1st Century Bank was merged into MidFirst Bank.  1st Century Bank now operates as a division of MidFirst Bank.

28

1052658\311189500.v1

**SER 545**

1   firm of Quintairos, Prieto, Wood & Boyer, P.A., hereby respectfully requests that this Court

2   dismiss all claims against it articulated in the Complaint on file (ECF No. 1-2). This matter

3   should be dismissed, pursuant to Fed. R. Civ. Proc., Rule 12(b)(2) and 12(b)(6) for the following

4   reasons:

5        1) Plaintiff is subject to a March 19, 2018 order out of the Northern District of California

6   prohibiting him from pursuing any suit in *any* federal court "arising out of, or related to his

7   disbarment" without leave of court. Fed. R. Civ. Proc., Rule 12(b)(6).

8        2) Plaintiff's substantive allegations do not satisfy the pleading requirements under

9   *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) and *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 556

10  (2007). Fed. R. Civ. Proc., Rule 8, 12(b)(6).

11       3) Plaintiff has not established subject matter jurisdiction over this matter, or personal

12  jurisdiction over MidFirst. Fed. R. Civ. Proc., Rule 12(b)(1), (2).

13       Therefore, based on the Memorandum of Points and Authorities below, the exhibits

14  attached hereto and incorporated hereto by reference, together with the pleadings and papers on

15  file herein and any oral argument that may be adduced at a hearing of this matter, the Court

16  should grant this Motion without leave to amend.

17              **MEMORANDUM OF POINTS AND AUTHORITIES**

18  **I.      INTRODUCTION**

19       This lawsuit is one of a seemingly endless series of frivolous suits filed by Daniel Dydzak

20  ("Dydzak" or "Plaintiff") either challenging his 2010 disbarment in California, or else suing and

21  attacking the judges, judicial officers, public officials, and other individuals who have been

22  involved in various lawsuits he filed – most arising in one way or another from his disbarment.

23  Plaintiff, who has been designated a vexatious litigant in both state and federal courts, has

24  included as defendants in these lawsuits many individuals and companies that have no rational

25  connection to Dydzak's disbarment - MidFirst is one.

26       This matter should be dismissed for the following reasons, each of which is sufficient in

27  and of itself.

28

First, Plaintiff is a registered vexatious litigant who is subject to a March 19, 2018 order from the Northern District of California prohibiting him from pursuing any suit in **any** federal court "arising out of, or related to his disbarment" without leave of court. (See *infra* n.3). Plaintiff does not have leave of court to pursue this suit, and does not allege he does.

Second, Plaintiff's totally unsupported, specious, and frankly inconceivable allegations of conspiracy against MidFirst (i.e., that MidFirst and others had ex parte contacts with judicial officers then handling the appeal of his disbarment) do not even come close to satisfying the pleading standards under *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) and *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 556 (2007).

Third, Plaintiff cannot establish subject matter jurisdiction, nor has he established personal jurisdiction over MidFirst.

For all of these reasons, the Complaint should be dismissed without leave to amend.

## II.   STATEMENT OF RELEVANT FACTS

### A.   UNDERLYING FACTS

On December 2, 2009, the State Bar of California recommended that Dydzak be disbarred.   https://apps.calbar.ca.gov/courtDocs/04-O-14383-1.pdf.   He was subsequently disbarred, effective June 11, 2010. https://apps.calbar.ca.gov/attorney/Licensee/Detail/121857.

Plaintiff filed a petition for writ of review on April 1, 2010. On May 12, 2010, the California Supreme Court denied Plaintiff's petition for writ of review and ordered him disbarred from the practice of law in California. On May 24, 2010, Plaintiff filed a petition for writ of certiorari with the U. S. Supreme Court. On October 4, 2010, the U.S. Supreme Court denied Plaintiff's petition for writ of certiorari. On January 11, 2012, Plaintiff filed a motion in the California Supreme Court to reopen his disciplinary case due to fraud upon the court and to reverse and set aside the disbarment order. On February 15, 2012, the California Supreme Court denied Plaintiff's motion to reopen his disciplinary case and set aside the disbarment order.

Six years later, on March 1, 2018, Plaintiff filed a second motion in the California Supreme Court to reopen his disciplinary case and set aside the disbarment order. On May 9,

2018, the California Supreme Court denied Plaintiff's second motion to reopen his disciplinary case and set aside the disbarment order. From May 14, 2018, and over the next year, Plaintiff filed several more motions to reopen his disciplinary case or for other relief, including a motion for an order to show cause, filed on April 22, 2019. On September 11, 2019, the California Supreme Court denied Plaintiff's motion for an order to show cause and stated "[t]his matter is now final. The court will no longer consider challenges to petitioner's disbarment." *See* California Supreme Court, Case No. S179850.[2]

In the meantime, Plaintiff initiated multiple lawsuits, challenging various adverse judicial rulings Plaintiff had received in various cases he previously had filed, naming multiple judges, justices, judicial officers, clerks, the husband of a judge, and other individuals and entities (similarly to the present case), including 1st Century Bank (to which MidFirst is the successor entity by merger). The tortuous history of these lawsuits need not be related in detail here, but are discussed at some length in *Dydzak v. United States*, 2018 U.S. Dist. LEXIS 44805, *3-9 (N.D. Cal. 2018).[3] All such actions were ultimately dismissed, and Plaintiff appealed those dismissals, with the 9th Circuit ultimately ruling that such appeals were frivolous. *Dydzak v. Chen*, 2019 U.S. App. LEXIS 119639 (9th Cir. 2019) ("Upon a review of the record, we conclude this appeal is frivolous."); *Dydzak v. United States*, 2018 U.S. App. LEXIS 105029 (9th Cir.

---

[2] The Supreme Court proceedings are available on the Court of Appeal website at: https://appellatecases.courtinfo.ca.gov/search/case/dockets.cfm?dist=0&doc_id=1932723&doc_no=S179850&request_token=NiIwLSEmPkw4WzAtSCM9TElJQEA0UDxfJCBOJz9TMCAgCg%3D%3D.

[3] *Dydzak v. United States*, 2018 U.S. Dist. LEXIS 44805, (N.D. Cal. Mar. 19, 2018) (attached hereto as **Exhibit 1**), *Dydzak v. United States*, 2018 U.S. Dist. LEXIS 44842 (N.D. Cal. 2018) (attached hereto as **Exhibit 2**) and www.courts.ca.gov/documents/vexlit.pdf (applicable page attached hereto as **Exhibit 3**). The Court may take judicial notice of these. Fed. R. Evid. 201(b); *Harris v. Cty. of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) ("We may take judicial notice of undisputed matters of public record, including documents on file in federal or state courts") (citation omitted); *see also Trigueros v. Adams*, 658 F.3d 983, 987 (9th Cir. 2011) (stating that the court "may take [judicial] notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue") (citation omitted); *Baker v. Firstcom Music*, 2021 U.S. Dist. LEXIS 250351, *6 (C.D. Cal. 2021) (granting request for judicial notice of vexatious litigant list because it is "'capable of accurate and ready determination,' as it was prepared by the Administrative Office of the California Courts"); *Rupert v. Bond*, 2013 U.S. Dist. LEXIS 134318, at *5 (N.D. Cal. 2013) (accord).

2018) ("Upon a review of the record and the response to the court's January 11, 2018 order, we conclude this appeal is frivolous.")

Plaintiff was declared a vexatious litigant multiple times – including by Central District of California, the Los Angeles Superior Court, and the San Diego Superior Court. *See e.g.*, https://www.courts.ca.gov/documents/vexlit.pdf (listing Dydzak as a vexatious litigant); *Dydzak v. United States*, 2018 U.S. Dist. LEXIS 44842, *5, fn. 3 (N.D. Cal. 2018). On March 19, 2018, Judge Maxine Chesney of the Northern District of California, ruled as follows as to Plaintiff:

> Plaintiff is hereby PROHIBITED from initiating any further litigation in this *or any other federal court* raising any claim based on, *arising out of, or related to his disbarment* or alleging that orders entered in lawsuits previously filed by him related to the same were rigged, fixed, or otherwise unlawful or illegitimate, without prior authorization from the federal court in which he seeks to initiate such litigation.

*Dydzak*, 2018 U.S. Dist. LEXIS 44842, at *5 (emphasis added).

## B. **THIS ACTION**

This action arises out of Plaintiff's disbarment. In particular, in the Third Cause of Action ("Conspiracy to Unlawfully Interfere With the Processes of the Court") Plaintiff claims that MidFirst (and others) "had improper, unethical and illegal ex parte, extra-judicial communications and contacts with Defendants CANTIL-SAKAUYE and NAVARRETTE on or about September 11, 2019, and on other occasions thereafter, and continuing to the present, to affect the outcome of the California Supreme Case No. S179850 and harm Dydzak." Compl., ¶ 39 (ECF No. 1-2). As noted above, California Supreme Case No. S179850 is a proceeding pertaining to Dydzak's disbarment. Hon. Tani Cantil-Sakauye is the Chief Justice of the California Supreme Court. Jorge E. Navarrete is Court Administrator and Clerk of the Supreme Court. Plaintiff does not offer any allegations indicating how this matter has any connection to Nevada, what part MidFirst played in this alleged conspiracy, or why.

/ / /

/ / /

/ / /

III.   **LEGAL ARGUMENT**

A.   **PLAINTIFF IS BARRED FROM PURSUING THIS ACTION WITHOUT LEAVE OF COURT**

The Northern District of California has issued an order prohibiting Plaintiff from initiating any further litigation in "this or any other federal court" arising from or related to his disbarment without court approval.

Where a district court issues an order barring a plaintiff from pursuing litigation in any federal court, that ruling is binding outside of the district where it was issued. *Justice v. Luna*, 2016 U.S. Dist. LEXIS 164557, *2-3 (E.D. Cal. 2016) (dismissing action by vexatious litigant where another district issued vexatious litigant order prohibiting plaintiff "from filing any new civil actions in any federal court of the United States, without first obtaining leave of that court.") As explained in *Justice v. Luna*,

> A court may dismiss a complaint filed by a vexatious litigant that violates an injunctive order entered by another court. *See Dantzler v. United States Equal Emp't Opportunity Comm'n*, 810 F. Supp. 2d 312, 319 (D.D.C. 2011); *see also In re Fillbach*, 223 F.3d 1089, 1090 (9th Cir. 2000) (noting court has authority to dismiss where litigant filed in one district court to avoid a vexatious litigant order in another court); *Justice v. Koskinen*, 109 F. Supp. 3d 142, 147 (D.D.C. 2015) ("It is well-settled that a court may dismiss a complaint filed by a vexatious litigant that violates an injunctive order entered by another court.") (citation omitted).

This is true even where another party removed the action to federal court. *Dantzler v. United States EEOC*, 810 F. Supp. 2d 312, 319 (D.D.C. 2011); *see Whitehead v. Twentieth Century Fox Film Corp.*, 2005 U.S. Dist. LEXIS 18893, 2005 WL 3275905, at *1 (D.D.C. Aug. 29, 2005) (dismissing the plaintiff's claim that was filed in state court to avoid a prior injunction issued in federal court, thereby violating the "intent and spirit" of the injunctive order); *Martin-Trigona v. Shaw*, 986 F.2d 1384, 1387 (11th Cir. 1993) (concluding that the "district court was within its authority in dismissing" a suit for failure to comply with another jurisdiction's pre-filing injunction, and noting that the pre-filing injunction had been enforced "by various courts around the country").

Thus, for example, in *Jemzura v. Mikoll*, 2001 U.S. Dist. LEXIS 13550 (N.D.N.Y. 2001), a district court issued an order barring the plaintiffs from filing lawsuits pertaining to certain topics in the Northern District of New York without making various certifications, and without seeking leave of court. *Id*. at *4. Like Plaintiff in the present case, the *Jemzura* plaintiffs did not initiate their claim in federal court, but rather in state court. However, when defendants removed the case to the Northern District of New York, the trial court dismissed the case, finding that it fell "squarely" within the parameters of the vexatious litigant prohibition. As noted in *Dantzler v. United States EEOC*, 810 F. Supp. 2d 312, 319 (D.D.C. 2011), "[a] litigant should not be allowed to intentionally circumvent the spirit and intent of an injunction barring future filings by simply filing a new complaint in another court or jurisdiction." *Id.*

Here, Plaintiff is specifically barred from pursing litigation in any "federal court raising any claim based on, arising out of, or related to his disbarment" without "prior authorization from the federal court in which he seeks to initiate such litigation." This lawsuit, centering on alleged conspiracies pertaining to Dydzak's disbarment proceedings (*see* California Supreme Court, Case No. S179850) falls squarely within the parameters of the Northern District of California's injunction. Plaintiff has not alleged he is authorized to pursue this suit, and it is clear he has not been so authorized. Plaintiff has been deemed a vexatious litigant in both California state and federal courts. *See e.g.*, https://www.courts.ca.gov/documents/vexlit.pdf.  His attempt to take advantage of *Nevada's* courts to give a new lease on life to his long-discredited claims should not stand and runs contrary to the spirit and intent of the injunction issued by the Northern District of California. For this reason alone, this matter should be dismissed with prejudice.

## B.  AS TO MIDFIRST, PLAINTIFF HAS FAILED TO ASSERT CLAIMS FOR WHICH RELIEF CAN BE GRANTED

In addition, it is clear that, as to MidFirst (and all of the other Defendants, in fact), Plaintiff has not come close to asserting allegations sufficient to satisfy pleading requirements.

In considering a Rule 12(b)(6) motion to dismiss, a complaint "must plead 'enough facts to state a claim to relief that is plausible on its face.'" *Cousins v. Lockyer*, 568 F.3d 1063, 1067

1    (9th Cir. 2009). A complaint "must plead 'enough facts to state a claim to relief that is plausible

2    on its face.'" *Id.* "A claim has facial plausibility when the plaintiff pleads factual content that

3    allows the court to draw the reasonable inference that the defendant is liable for the misconduct

4    alleged." *Ashcroft*, 556 U.S. at 678; *see also Twombly*, 550 U.S. at 556. The plausibility standard

5    "asks for more than sheer possibility that a defendant acted unlawfully." *Id.* A claim that is

6    possible but is not supported by enough facts to "nudge [it] across the line from conceivable to

7    plausible . . . must be dismissed." *Twombly*, 550 U.S. at 570.

8          The sole claim against MidFirst (Third Cause of Action) is for "Conspiracy to Interfere

9    with the Processes of the Court." An actionable civil conspiracy "consists of a combination of

10   two or more persons who, by some concerted action, intend to accomplish an unlawful objective

11   for the purpose of harming another, and damage results from the act or acts." *Consol. Generator-*

12   *Nevada v. Cummins Engine Co.*, 114 Nev. 1304, 1311 (1998).

13         However, as explained in *Dydzak v. United States*, 2017 U.S. Dist. LEXIS 180458, *11

14   (N.D. Cal. 2017), when addressing equally specious and unsupported allegations of conspiracy

15   by the same plaintiff, "it is not sufficient to merely allege a conspiracy." Rather,

16           a complaint must include "enough factual matter (taken as true) to suggest than
17           an agreement was made." *Twombly*, 550 U.S. at 556. The standard "calls for
             enough fact to raise a reasonable expectation that discovery will reveal evidence
18           of an illegal agreement." *Id.* Courts should not "permit factfinders to infer
             conspiracies when such inferences are implausible." *Stanislaus Food Prods. Co.*
19           *v. USS-POSCO Industries*, 803 F.3d 1084, 1089 (9th Cir. 2015) (citation and
             quotation omitted); *see also Burns v. County of King*, 883 F.2d 819, 821 (9th Cir.
20           1989) (a plaintiff "must state specific facts to support the existence of the claimed
             conspiracy" to state a claim for conspiracy to violate one's constitutional rights).
21           "Conclusory allegations" that private parties conspired with government officials
             to deprive a plaintiff of their civil rights are insufficient to state a claim. *See*
22           *Simmons v. Sacramento County Sup. Ct.*, 318 F.3d 1156 (9th Cir. 2003); *see also*
             *Bhardwaj v. Pathak*, 668 Fed.Appx. 763, 765 (9th Cir. 2016) (affirming dismissal
23           of claims that judge, attorneys, and court reporter conspired to tamper with
             hearing transcripts as "highly implausible, vague, and conclusory as to the
             existence of a conspiracy").

24

25   *Id.*; *see also Rozario v. Richards*, 2015 U.S. Dist. LEXIS 190466, *16 (C.D. Cal. 2015)

26   ("inconceivable conjecture does not pass the *Iqbal-Twombly* threshold and cannot support a

27   claim for civil conspiracy."); *Little v. Washington*, 2012 U.S. Dist. LEXIS 47120, *6 (W.D.

28

1052658/311189500.v1

SER 552

Wash. 2012) (dismissing complaint that "does not contain specific factual allegations from which the court could conclude that Defendants entered into a civil conspiracy.")

Here, Plaintiff simply asserts without more that he is "informed and believes" that "Defendants" (including MidFirst) "had improper, unethical and illegal ex parte, extra-judicial communications and contacts with Defendants CANTIL-SAKAUYE and NAVARRETTE on or about September 11, 2019, and on other occasions thereafter, and continuing to the present, to affect the outcome of the California Supreme Case No. S179850 and harm Dydzak." Compl., ¶ 39 (ECF No. 1-2). Plaintiff does not explain how MidFirst (among others) achieved this feat, why any of the Defendants would have engaged in it, or any of the other details needed to make this "highly implausible, vague, and conclusory" allegation of conspiracy plausible. Again, Plaintiff must allege sufficient facts to "nudge" his claim "across the line from conceivable to plausible" or his case "must be dismissed." *Twombly*, 550 U.S. at 570. At this point, Plaintiff's claims are not even conceivable, let alone plausible. Therefore, even if Plaintiff had established personal jurisdiction, and had not been prohibited from pursuing this action, this matter would still be subject to dismissal.

C. **PLAINTIFF FAILS TO ESTABLISH SUBJECT MATTER JURISDICTION OVER THIS LAWSUIT, OR PERSONAL JURISDICTION OVER MIDFIRST**

As discussed at length in briefs filed by other parties in this matter (*see e.g.*, Dato's Motion to Dismiss, ECF No. 14, at pages 9-10), this Court has no subject matter jurisdiction over this suit, which is little more than an attempt to relitigate Dydzak's California disbarment in Nevada. As discussed in *Clark v. State of Washington,* 366 F. 2d 678 (9th Cir. 1966), a lower federal court has no subject matter jurisdiction to consider a collateral attack of a decision by a state court to disbar an attorney. *See also*, *Dist. Of Columbia Ct. of App. v. Feldman*, 460 U.S. 462, 482 n. 16 (1983) ("[O]rders of a state court relating to the admission, discipline, and disbarment of members of its bar may be reviewed only by the Supreme Court of the United States on certiori to the state court, and not by means of an original action in a lower federal

court.") (citations omitted). Likewise, under the Rooker-Feldman doctrine, lower federal courts are without jurisdiction to consider constitutional claims that are "inextricably intertwined" with questions pending before the state courts. *Gulda v. North Strabane Township*, 146 F.3d 168 (3d Cir. 1998); *Plyler v. Moore*, 129 F. 3d 728 (4ᵗʰ Cir. 1997). As this entire action is nothing more than a collateral attack on the California disbarment of Dydzak, this Court has no jurisdiction over the subject matter of this action.

Dydzak also has not established personal jurisdiction over MidFirst. As explained recently in *Jardine v. Yamada & Sons, Inc.*, 2022 U.S. Dist. LEXIS 118339 (D. Nev. July 1, 2022), "[t]here are two types of personal jurisdiction: general and specific." *Id.* (citation omitted). General jurisdiction exists where a business entity's principal place of business is, or where it is incorporated, or else through continuous and systematic contacts. *Id.* at *3. Plaintiff makes no allegations as to this with respect to 1ˢᵗ Century or Bancshares, or as to MidFirst.[4] Compl., ¶¶ 14-15; (ECF Nos. 1-2).

Specific jurisdiction depends upon the three-prong minimum contacts test, which must satisfy all three of the following: (a) the non-resident defendant must purposefully directed its activities to the forum, (b) plaintiff's claims must have arisen out of or relate to the defendants' forum-related activities, and (c) the exercise of jurisdiction must be reasonable. *Jardine*, *supra* at *4. Here, Plaintiff does not even attempt to satisfy any of these elements. Crucially, nothing in this case is alleged to have arisen out of any activity by MidFirst in Nevada. Indeed, this case has nothing to do with Nevada; the allegations, such as they are, are that MidFirst (and many others) had *ex parte* contacts with **California** judges pertaining to a **California** action (i.e., California Supreme Court Case No. S179850). The only tenuous relationship this case has to Nevada, according to the allegations, is that "one of the parties" (Plaintiff does not say which) resides in Nevada. Compl., ¶ 28 (ECF No. 1-2); *see Jardine*, *supra* at *5 ("[m]ere 'bare bones' assertions of minimum contacts with the forum or legal conclusions unsupported by specific

---

[4] In fact, MidFirst is a federally chartered savings association with its headquarters in Oklahoma.

factual allegations will not satisfy a plaintiff's pleading burden.") As such, the Complaint establishes no basis for personal jurisdiction over MidFirst.

## IV.     **CONCLUSION**

For the foregoing reasons, MidFirst's motion to dismiss should be sustained. Leave to amend should be denied, since amendment would be futile. *Bryant v. BNSF Ry.*, 725 Fed. Appx. 572, 573 (9th Cir. 2018) ("The district court properly dismissed without leave to amend because amendment would have been futile.")

Dated this 20th day of July, 2022.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.


By:      /s/ Michael Ayers
         Michael Ayers, Esq.
         (NV Bar No. 10851)
         michael.ayers@qpwblaw.com
         Clark Vellis, Esq.
         (NV Bar No. 5533)
         clark.vellis@qpwblaw.com
         200 S. Virginia Street, 8th Floor
         Reno, Nevada 89501
         Telephone: 775-322-4697
         Facsimile: 775-322-4698
         *Attorneys for Defendant MIDFIRST BANK (incorrectly named as 1ST CENTURY BANK and/or 1ST CENTURY BANCSHARES INC.)*

1052658\311189500.v1

**SER 555**

1

## <u>CERTIFICATE OF SERVICE</u>

2

     I hereby certify that on this date, the foregoing was electronically filed with the Clerk of

3

the Court using the CM/ECF System and through that service, a copy was sent with e-notice to

4

all parties.

5

     Dated:  July 20, 2022

6

7

                           */s/ Christine L. Miller*

                           An Employee of QUINTAIROS, PRIETO,

8

                           WOOD & BOYER, P.A.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SER 556**

## INDEX OF EXHIBITS

| Exhibit No. | Exhibit Description | No. of Pages |
|---|---|---|
| 1 | *Dydzak v. United States,* 2018 U.S. Dist. LEXIS 44805 (N.D. Cal. Mar. 19, 2018) | 5 |
| 2 | *Dydzak v. United States*, 2018 U.S. Dist. LEXIS 44842 (N.D. Cal. March 19, 2018) | 2 |
| 3 | Vexatious Litigant List | 1 |

# EXHIBIT 1

*Dydzak v. United States*, 2018 U.S. Dist.
LEXIS 44805, (N.D. Cal. Mar. 19, 2018)

## EXHIBIT 1

## *Dydzak v. United States*

United States District Court for the Northern District of California

March 19, 2018, Decided; March 19, 2018, Filed

Case No. 17-cv-04360 MMC; Case No. 17-cv-06843-MMC

**Reporter**
2018 U.S. Dist. LEXIS 44805 *; 2018 WL 1400248

DANIEL D. DYDZAK, Plaintiff, v. UNITED STATES OF AMERICA, et al., Defendants.DANIEL D. DYDZAK, Plaintiff, v. EDWARD M. CHEN, et al., Defendants.

**Subsequent History:** Motion denied by *Dydzak v. Chen, 2018 U.S. Dist. LEXIS 53801 (N.D. Cal., Mar. 29, 2018)*

Motion granted by, Dismissed by, in part *Dydzak v. Chen, 2018 U.S. Dist. LEXIS 53807 (N.D. Cal., Mar. 29, 2018)*

Motion granted by, Dismissed by, in part *Dydzak v. Chen, 2018 U.S. Dist. LEXIS 54015 (N.D. Cal., Mar. 29, 2018)*

Later proceeding at *Dydzak v. Chen, 2018 U.S. Dist. LEXIS 53802 (N.D. Cal., Mar. 29, 2018)*

Dismissed by *Dydzak v. Chen, 2018 U.S. Dist. LEXIS 67173 (N.D. Cal., Apr. 20, 2018)*

Appeal dismissed by *Dydzak v. Chen, 2018 U.S. App. LEXIS 29591 (9th Cir. Cal., July 20, 2018)*

Appeal dismissed by, Motion denied by *Dydzak v. Chen, 2019 U.S. App. LEXIS 11963 (9th Cir. Cal., Apr. 23, 2019)*

Motion denied by, Request denied by *Dydzak v. Chen, 2019 U.S. App. LEXIS 33217 (9th Cir. Cal., Nov. 5, 2019)*

**Prior History:** *Dydzak v. United States, 2017 U.S. Dist. LEXIS 150396 (N.D. Cal., Sept. 15, 2017)*

**Counsel:** [*1] Daniel D. Dydzak, Plaintiff (3:17-cv-04360-MMC), Pro se, Maina Del Rey, CA.

For Charles Schwab, Defendant (3:17-cv-04360-MMC): Kenneth G. Hausman, LEAD ATTORNEY, Arnold & Porter LLP, San Francisco, CA.

For Tani Canti-Sakauye, Defendant (3:17-cv-06843-MMC): John P. Devine, Office of the Attorney General, San Francisco, CA.

For State Bar of California, Defendant (3:17-cv-04360-MMC): Sean T. Strauss, State Bar of California, San Francisco, CA.

Daniel D. Dydzak, Plaintiff (3:17-cv-06843-MMC), Pro se, Maina Del Rey, CA.

For Eric M. George, Alan Rothenberg, 1st Century Bank, N.A., Defendants (3:17-cv-06843-MMC): Edward F. Donohue, LEAD ATTORNEY, Hinshaw & Culbertson LLP, San Francisco, CA; Radhika V Thanedar, Hinshaw and Culbertson LLP, San Francisco, CA United Sta.

For William Wardlaw, Defendant (3:17-cv-06843-MMC): Geoffrey T. Holtz, LEAD ATTORNEY, Morgan, Lewis & Bockius LLP, San Francisco, CA.

For State Bar of California, Defendant (3:17-cv-06843-MMC): Sean T. Strauss, LEAD ATTORNEY, State Bar of California, San Francisco, CA.

For United States, Amicus (3:17-cv-06843-MMC): Sara Winslow, LEAD ATTORNEY, United States Attorney's Office, Northern District of California, San Francisco, CA.

**Judges:** MAXINE M. [*2] CHESNEY, United States District Judge.

**Opinion by:** MAXINE M. CHESNEY

## Opinion

### ORDER FINDING NO BASIS FOR DISQUALIFICATION

Before the Court is plaintiff Daniel D. Dydzak's request, filed March 15, 2018, by which said plaintiff asks the Court to "Disqualify Herself as Federal Judge on This Pending Litigation on Her Own Motion" (hereinafter, "Request"). Having read and considered the Request,

Michael Newman

2018 U.S. Dist. LEXIS 44805, *2

the Court rules as follows.[1]

## BACKGROUND

Presently pending before the undersigned are two cases filed by plaintiff. Although plaintiff's Request was filed in only one of the two cases, the Court has considered the matters raised therein to the extent applicable to both.

The Court next summarizes the procedural history of the two cases.

### A. Dydzak v. United States, et al., Case No. C-17-4360 ("Dydzak I")

On August 1, 2017, plaintiff filed Dydzak I, in which he named the following twenty-six defendants: the United States of America, the Chief Justice of the California Supreme Court, the former Chief Justice of the California Supreme Court, the Chief Judge of the Ninth Circuit Court of Appeals, three judges of the Ninth Circuit Court of Appeals, two district judges of the Northern District of California, four district judges of the [*3] Central District of California, a district judge for the District of Columbia, a district judge for the Western District of Washington, a district judge for the Eastern District of California, the Clerk of the Ninth Circuit Court of Appeals, the Clerk of the Central District of California, three attorneys in private practice, the husband of a district court judge, a management consulting firm, a bank, a holding company, and financial executive Charles Schwab.

The complaint consisted of twenty-eight causes of action, which, in general, challenged adverse judicial rulings plaintiff received in various cases he previously had filed. (See, e.g., Dydzak I Compl. ¶ 65 (alleging state and federal judges, after assertedly receiving "favorable financial treatment" from Charles Schwab, issued "rulings and judgments adverse to [plaintiff]"); ¶ 162 (alleging decision issued by Ninth Circuit panel was improper because one of judges had "a pro-government bias against [plaintiff]").)

The matter was assigned to United States District Judge Edward M. Chen, who, on September 15, 2017, directed plaintiff to show cause why the complaint should not be dismissed. Specifically, Judge Chen directed plaintiff [*4] to show cause why (1) specified claims should not be dismissed for failure to comply with a vexatious litigant order issued by the Central District of California and affirmed by the Ninth Circuit, (2) his claims against judges and clerks of court were not barred by, respectively, judicial immunity and quasi-judicial immunity, (3) his claims against the United States were not barred by sovereign immunity, and (4) his claims otherwise failed to state any claim upon which relief could be granted.

On September 25, 2017, plaintiff filed a motion to disqualify Judge Chen, the asserted grounds being that (1) Judge Chen had bank accounts with a non-party bank that had been a client of Charles Schwab, (2) two named defendants had "involvement in promoting him" to the position of district judge (see Doc. No. 19 at 5:1-4), (3) he had attended legal conferences and other law-related events where he interacted with some of the judges named as defendants and with other judges who, according to plaintiff, were potential witnesses, (4) he had issued rulings adverse to plaintiff in the case, and (5) he had issued, in cases in which plaintiff was not a party, rulings with which plaintiff did not agree. [*5] By order filed October 6, 2017, Judge Chen denied the motion to disqualify, finding no cognizable basis for disqualification had been shown.

On October 13, 2017, plaintiff filed a second motion to disqualify Judge Chen, the asserted grounds being (1) Judge Chen had attended conferences and events in addition to those identified in the first motion, at which time he interacted with certain of the named judicial defendants and with others who, according to plaintiff, were potential witnesses, and (2) he was responsible for the blocking of plaintiff's telephone calls to the Northern District. By order filed October 17, 2017, Judge Chen denied the second motion to disqualify, finding the first of the above-referenced grounds was not a cognizable basis for disqualification and that second ground was not supported by an affidavit and was wholly lacking in specificity.

On October 26, 2017, Judge Chen conducted a hearing on the above-referenced order to show cause why the action should not be dismissed, as well as on a motion to dismiss that had been filed by one of the defendants. On October 31, 2017, Judge Chen issued an order dismissing the complaint in its entirety, and the Clerk of Court [*6] closed the file. That same date, Judge Chen issued an order directing plaintiff to show cause

---

[1] The Court is also in receipt of and has considered a letter from plaintiff, filed March 16, 2018, in which he reiterates his request for disqualification.

2018 U.S. Dist. LEXIS 44805, *6

(hereinafter, "OSC"), no later than November 30, 2017, why he should not be declared a vexatious litigant.

On November 13, 2017, plaintiff filed a third motion to disqualify Judge Chen, repeating some of the assertions made in his prior motions to disqualify and, in addition, challenging the manner in which the October 26 hearing had been conducted. By order filed December 14, 2017, Judge Chen denied plaintiff's third motion to disqualify, finding the motion was made for purposes of delaying resolution of the vexatious litigant issue, lacked a supporting affidavit, and failed to identify any cognizable basis for disqualification. Lastly, in that same order, Judge Chen stated he had become aware that he had been named as a defendant in a new action filed by plaintiff. Although Judge Chen found such circumstance did not require recusal, he nonetheless sua sponte recused himself, noting that, with the exception of the vexatious litigant issue, all proceedings in the case had concluded and, consequently, reassignment would not constitute a needless burden on the district court.

Thereafter, the matter [*7] was reassigned to United States District Judge William H. Orrick III. On January 8, 2018, Judge Orrick, noting plaintiff had not responded to the OSC, sua sponte extended, to January 29, 2018, the deadline for plaintiff to file a response. On January 26, 2018, plaintiff filed a motion to disqualify Judge Orrick, and, on February 7, 2018, Judge Orrick recused himself.[2]

On February 8, 2018, the matter was reassigned to the undersigned.

**B. Dydzak v. Chen, et al., Case No. 17-6843 ("Dydzak II")**

On November 29, 2017, the day before plaintiff's initial deadline to respond to the OSC in Dydzak I, plaintiff filed Dydzak II. In his new action, plaintiff names the following thirty-seven defendants: the Chief Justice of the California Supreme Court, the former Chief Justice of the California Supreme Court, the Chief Judge of the Ninth Circuit Court of Appeals, eleven judges of the Ninth Circuit Court of Appeals, an Appellate Commissioner of the Ninth Circuit Court of Appeals, four district judges of the Northern District of California, including Judge Chen, five district judges of the Central District of California, the Clerk of the Ninth Circuit Court of Appeals, the husband of a Ninth Circuit judge, [*8]

the husband of a district court judge, the State Bar of California, four attorneys in private practice, a bank, a holding company, a Special Agent of the Federal Bureau of Investigation, a former deputy sheriff of the Los Angeles Sheriff's Department, and Charles Schwab.[3]

The complaint consists of eleven causes of action, in which plaintiff's claims are, again, based in general on the theory that he is entitled to relief because, according to plaintiff, adverse judicial rulings he received were improper. (See, e.g., Dydzak II Compl. ¶ 75 (challenging Judge Chen's orders denying plaintiff's motions to disqualify); ¶ 162 (alleging plaintiff had been denied "fair and impartial judicial proceedings" by specified Ninth Circuit judges).)

As in Dydzak I, the complaint also names as defendants Does 1 through 10, each of whom, according to plaintiff, "participated or acted in concert with the other named [d]efendants, and each of them" and is "liable in some manner" for the acts alleged. (See Dydzak I Compl. ¶ 30; Dydzak Compl. II ¶ 39). On December 14, 2017, the matter was assigned to United States District Judge Richard Seeborg. Less than three weeks later, plaintiff, on January 2, 2018, [*9] filed a notice, purporting to have "discovered" that "the true identity and name" of "Doe 1" is Judge Seeborg. Thereafter, on January 25, 2018, plaintiff filed another notice, in this instance purporting to have "discovered" that "the true identity and name" of "Doe 2" is Judge Orrick; the notice was filed four days before the deadline to show cause set by Judge Orrick in Dydzak I. On February 12, 2018, four days after Dydzak I had been reassigned to the undersigned, plaintiff filed a third notice, this time purporting to have "discovered" that "the true identity and name" of "Doe 3" is the undersigned.

On February 13, 2018, the Court granted defendant State Bar of California's request for an order finding Dydzak I and Dydzak II are related cases within the meaning of Civil Local Rule 3-12(a).[4] Thereafter, the Clerk of Court reassigned Dydzak II to the undersigned.

---

[2] The record does not indicate the basis for the recusal.

[3] Sixteen of the above defendants were named as well in Dydzak I.

[4] At the time of such ruling, the Court was unaware of plaintiff's notice substituting the undersigned for "Doe 3," as the notice was entered on the docket by the Clerk of Court on February 14, 2018, the day after the Court issued its order.

Michael Newman

## DISCUSSION

In his Request, plaintiff argues disqualification is proper in light of the substitution of the undersigned for a "Doe" defendant in Dydzak II.[5] The Court considers whether disqualification is warranted in light of such substitution.[6]

Under 28 U.S.C. § 455, a judge "shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned," see 28 U.S.C. § 455(a), as well as where the judge is "a party to the proceeding," see 28 U.S.C. § 455(b)(5)(i). "A judge is not disqualified," however, "merely because a litigant sues or threatens to sue him." See Ronwin v. State Bar of Arizona, 686 F.2d 692, 701 (9th Cir. 1981) (internal quotation, citation, and alteration omitted) (stating, "[s]uch an easy method for obtaining disqualification should not be encouraged or allowed"); see also United States v. Studley, 783 F.2d 934, 940 (9th Cir. 1986) (holding "[a] judge is not disqualified by a litigant's suit or threatened suit against him"). The Ninth Circuit has applied this principle both in cases in which the litigant named the assigned judge as a defendant in another case, see, e.g., Studley, 783 F.2d at 940; Ronwin, 686 F.2d at 701, and in cases in which the assigned judge is named in the case pending before him, see, e.g., Gabor v. Seligmann, 222 Fed. Appx. 577, 578 (9th Cir. 2007).

In such cases, district courts have found disqualification is not warranted where the plaintiff's allegations against the sued judge pertained to prior rulings in the case, see, e.g., Springer v. Hunt, 2017 U.S. Dist. LEXIS 123786, 2017 WL 3380675, at *2-4 (D. Haw. August 4, 2017) (finding no basis to recuse, where, after adverse ruling, plaintiff added assigned judge as defendant), and where the plaintiff has made no specific allegations

against the assigned judge, see, e.g., Sharp v. Montana, 2014 U.S. Dist. LEXIS 10330, 2014 WL 824820, at *5 and n.1 (D. Mont. March 3, 2014) (finding no basis for disqualification where plaintiffs added assigned judge as defendant [**11] and made "no specific allegations" against him). Here, the Dydzak II complaint includes no factual allegations against the undersigned, only the wholly conclusory assertion that "Doe 3" has "participated or acted in concert with the other named [d]efendants, and each of them" and is "liable in some manner." (See Dydzak II Compl. ¶ 39).

Moreover, where a party files a lawsuit against a judge to gain an advantage, such as to delay proceedings, recusal is not warranted. See In re Hipp, 5 F.3d 109, 116-17 (5th Cir. 1993) (affirming order finding no basis for recusal, where defendant filed civil lawsuit against judge assigned to criminal case in order to "gain a continuance" of scheduled trial date). Here, it is readily apparent that plaintiff's intent in adding the undersigned and other judges as parties to Dydzak II is to delay the determination as to whether he should be declared a vexatious litigant. Plaintiff filed Dydzak II and named Judge Chen as a defendant thereto shortly after Judge Chen, in Dydzak I, issued the OSC directing plaintiff to show cause why plaintiff should not be declared a vexatious litigant. Next, plaintiff substituted Judge Orrick for a "Doe" defendant in Dydzak II shortly after Dydzak I was reassigned to [**12] Judge Orrick and he ordered plaintiff to respond to said OSC. More recently, shortly after Dydzak I was reassigned to the undersigned, plaintiff substituted the undersigned for a "Doe" defendant in Dydzak II. Were this Court to find disqualification warranted based upon such substitution, the instant related cases would be reassigned to yet another district judge, and it takes no great guesswork to predict the next "Doe" defendant to be "discovered."

In sum, the Court finds the following analysis by the Eastern District of California applicable to the instant actions:

> Normally, when a judge is sued, and is also assigned to the case, the required action is to simply recuse oneself and have another judge decide the matter. [28 U.S.C.] § 455(b)(5)(i). Indeed, the statutory section heading provides that the judge 'shall recuse himself.' However, when vexatious litigants sue multiple judges on multiple occasions, and use the court only for spite purposes naming whomever they please, especially highly placed government officials and judges, for whatever preposterous allegations they determine

---

[5] In the Request, plaintiff also asserts, without explanation, that the Court should consider whether disqualification is appropriate on the additional grounds that the Court "was not properly assigned to the case, and has 'senior' status, a jurisdictional bar." (See Request at 2:8-9.) As plaintiff has not identified any impropriety as to the assignment and there is no authority jurisdictionally barring senior district judges from hearing cases, disqualification is not warranted on those grounds.

[6] To the extent plaintiff, in his Request, also asks the Court to stay the case in light of "settlement discussions with certain defendants" and an "offer" he made to one of the defendants (see Request at 2:24-25), the Court having considered the asserted grounds therefor, the proposed stay is hereby DENIED.

to allege, an assigned, but sued judge, has the duty to say, 'enough is enough.' The Supreme Court has recognized that although [*13] the use of 'shall' in a statute is normally mandatory, there will be situations where 'practical necessity' permits the use of discretion even in the presence of a 'shall.' _Town of Castle Rock, Colo. v. Gonzalez, 545 U.S. 748, 761-62, 125 S.Ct. 2796, 2806, 162 L.Ed.2d 658 (2005)_[.]

See _Mellow v. Sacramento County, 2008 U.S. Dist. LEXIS 112452, 2008 WL 2169447, at *2 (E.D. Cal. May 23, 2008)_.

Here, as in <u>Mellow</u>, enough is enough:

> The present situation demonstrates that if courts are not simply to be abused on the whim of litigants, a judge has discretion not to recuse when the facts of the situation allow for no other conclusion [than] that the courts are being abused. Any other ruling permits ever expansive suits against judges where the judge in the present proceeding is added to the next lawsuit for spite purposes, and so on and so on. This action, and others filed by [the plaintiff], have that very real potential. The recusal statutes do not have to be applied to their illogical extreme.

<u>See id.</u>

## CONCLUSION

For all of the reasons stated above, the Court finds no basis exists to warrant disqualification under _§ 455_.

**IT IS SO ORDERED.**

Dated: March 19, 2018

/s/ Maxine M. Chesney

MAXINE M. CHESNEY

United States District Judge

End of Document

Michael Newman

**SER 563**

EXHIBIT 2

*Dydzak v. United States*, 2018 U.S. Dist.
LEXIS 44842 (N.D. Cal. 2018)

EXHIBIT 2

## *Dydzak v. United States*

United States District Court for the Northern District of California

March 19, 2018, Decided; March 19, 2018, Filed

Case No. 17-cv-04360-MMC

**Reporter**

2018 U.S. Dist. LEXIS 44842 *

DANIEL D. DYDZAK, Plaintiff, v. UNITED STATES OF AMERICA, et al., Defendants.

**Prior History:** *Dydzak v. United States, 2017 U.S. Dist. LEXIS 150396 (N.D. Cal., Sept. 15, 2017)*

**Counsel:** [*1] Daniel D. Dydzak, Plaintiff, Pro se, Maina Del Rey, CA.

For Charles Schwab, Defendant: Kenneth G. Hausman, LEAD ATTORNEY, Arnold & Porter LLP, San Francisco, CA.

For Tani Canti-Sakauye, Defendant: John P. Devine, Office of the Attorney General, San Francisco, CA.

For State Bar of California, Defendant: Sean T. Strauss, State Bar of California, San Francisco, CA.

**Judges:** MAXINE M. CHESNEY, United States District Judge.

**Opinion by:** MAXINE M. CHESNEY

## Opinion

### ORDER FINDING PLAINTIFF TO BE A VEXATIOUS LITIGANT; PREFILING ORDER

By order filed October 31, 2017 (hereinafter, "Order to Show Cause"), the Court[1] directed plaintiff Daniel D. Dydzak to show cause why he should not be declared a vexatious litigant and, as such, subject to pre-filing requirements as set forth therein. On December 21, 2017, plaintiff filed an objection to the Order to Show Cause. Having fully considered the matter, the Court rules as follows.

Before a district court may issue an order finding a

litigant to be vexatious and imposing pre-filing restrictions, such court "must: (1) give [the] litigant[ ] notice and an opportunity to oppose the order before it is entered; (2) compile an adequate record for appellate review, including a listing of all the cases [*2] and motions that led the district court to conclude that a vexatious litigant order was needed; (3) make substantive findings of frivolousness or harassment; and (4) tailor the order narrowly so as to closely fit the specific vice encountered." See *Ringgold-Lockhart v. County of Los Angeles, 761 F.3d 1057, 1062 (9th Cir. 2014)* (internal quotations, citation, and alteration omitted).

Here, the Order to Show Cause provided plaintiff with an opportunity to oppose issuance of a vexatious litigant order, and plaintiff has taken such opportunity. In his objection, plaintiff first asserts the Court lacks jurisdiction to impose a vexatious litigant order because the above-titled action has been dismissed (see Order, filed October 31, 2017) (hereinafter, "Order of Dismissal") and he has filed a notice of appeal from the Order of Dismissal. Plaintiff is incorrect. See *Ringgold-Lockhart, 761 F.3d at 1062 n.2* (rejecting as "without merit" argument that "filing a notice of appeal divest[s] the district court of jurisdiction to issue [a] vexatious litigant order"). Plaintiff also contends the Order to Show Cause is "void," for the asserted reason that Judge Chen, who, as noted above, issued said order, should have been disqualified from hearing the above-titled action. Such contention likewise is unpersuasive. ( [*3] See Document Nos. 24, 32, 45 (denying plaintiff's motions to disqualify).)

Next, the Order to Show Cause lists the cases and motions that led the Court to find issuance of a vexatious litigant order is warranted, specifically (1) four filings and one oral motion in the above-titled action (see Order to Show Cause at 2:2-10); (2) five filings in Dydzak v. Schwab, Civil Case No. 16-4799, a prior action filed in this district (see Order to Show Cause at 2:11-19); (3) five cases filed by plaintiff in the Central District of California (see Order to Show Cause at 1:26-27), which cases formed the basis for an order, issued

---

[1] The Order to Show Cause was issued by Judge Edward M. Chen, after which the above-titled action was, on February 8, 2018, reassigned to the undersigned.

Michael Newman

2018 U.S. Dist. LEXIS 44842, *3

in that district and affirmed by the Ninth Circuit Court of Appeals, finding plaintiff to be a vexatious litigant (see Req. for Judicial Notice, filed September 8, 2017, Ex. A) (see id. Ex. B); (4) plaintiff's appeal from the Central District's dismissal of his complaint filed in Dydzak v. Schwarzenegger (see Order to Show Cause at 2:27), which appeal the Ninth Circuit found frivolous (see Order of Dismissal at 4:15 - 5:8);[2] and (5) the complaint filed in Dydzak v. Alexander (see Order to Show Cause at 1:28), a case dismissed by the Central District, which found plaintiff's [*4] claims to be "the latest in a long list of frivolous lawsuits" (see Order Dismissing Complaint, filed June 1, 2016, in Dydzak v. Alexander, at 1:19; see also Order of Dismissal, filed in the instant action, at 5:11-13).

Further, the Order to Show Cause made "substantive findings of frivolousness or harassment," see Ringgold-Lockhart, 761 F.3d at 1064, specifically, that plaintiff has engaged in a "pattern of harassing behavior and frivolous filings" (see Order to Show Cause at 2:20-21). The Order of Dismissal, which was incorporated by reference in the Order to Show Cause, identifies frivolous and/or harassing claims made in the instant action (see Order of Dismissal at 8-18), as well as frivolous and/or harassing claims made in five prior cases filed by plaintiff (see id. at 2-6). The Order of Dismissal makes clear that plaintiff has manifested a pattern in which, after a case is dismissed, he names the judge assigned to that dismissed case as a defendant in one or more of his subsequent lawsuits. (See id.)[3]

Lastly, the Order to Show Cause is narrowly tailored, as it will prevent plaintiff "only from filing the type of claims [he] has been filing vexatiously." See Ringgold-Lockhart, 761 F.3d at 1066 (internal quotation and citation omitted); (see also [*5] Order to Show Cause at 3:1-5).

Accordingly, for the reasons stated above and in the

Order to Show Cause, the Court finds plaintiff is a vexatious litigant, and hereby imposes the following pre-filing conditions:

1. Plaintiff is hereby PROHIBITED from initiating any further litigation in this or any other federal court raising any claim based on, arising out of, or related to his disbarment or alleging that orders entered in lawsuits previously filed by him related to the same were rigged, fixed, or otherwise unlawful or illegitimate, without prior authorization from the federal court in which he seeks to initiate such litigation.

2. Plaintiff is hereby REQUIRED to provide security in the amount of $5000 for each defendant against whom he seeks to proceed with court authorization in the future.

**IT IS SO ORDERED**.

Dated: March 19, 2018

/s/ Maxine M. Chesney

MAXINE M. CHESNEY

United States District Judge

---

End of Document

---

[2] In the Order to Show Cause, plaintiff was advised that his "history of meritless litigation is described in greater detail in the Court's concurrently-issued order of dismissal" (see Order to Show Cause at 1:16-17), and that the basis for the Order to Show Cause was based in part on the contents of the Order of Dismissal (see id. at 2:20 - 3:7).

[3] Additionally, the Order to Show Cause identifies several other courts, specifically, the Central District of California, the Los Angeles Superior Court, and the San Diego Superior Court, in which plaintiff has been found to be a vexatious litigant. (See Order to Show Cause at 2:25-28.)

Michael Newman

**SER 566**

EXHIBIT 3

# Vexatious Litigant List

# EXHIBIT 3

VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through July 1, 2022)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| DUNCAN | Deirdra | | Los Angeles Superior Court | BC527041 | 08/10/15 | Deirdra Bonita Duncan. |
| DUNCAN | Deirdra | | Los Angeles Superior Court | BC527041 | 08/10/15 | Deirdra Bonita Duncan. |
| DUNCAN | Deirdra | B. | Los Angeles Superior Court | BC527041 | 08/10/15 | Deirdra Bonita Duncan. |
| DUNCAN | Deirdra | Bonita | Los Angeles Superior Court | BC527041 | 08/10/15 | Deirdra B. Duncan |
| DUNCAN | Larry | C. | Los Angeles Superior Court | BC424915 | 02/15/11 | |
| DUNCAN | Renee | | Alameda Superior Court | RG13664130 | 08/07/13 | |
| DUNCAN | Roger | | Fresno Superior Court | 18CECG02381 | 07/15/19 | of The Fiorani Living Trust, Danielle Duperret, Robert Van Zandt, Paul Den Beste. |
| DUPERRET | Danielle | | Court of Appeal, 1st Dist, Div 5 | A131076 | 01/27/12 | of The Fiorani Living Trust, Danielle Duperret, Robert Van Zandt, Paul Den Beste. |
| DUPLANTIS | Kathy | | Riverside Superior Court | INV005092 | 07/31/09 | |
| DUPRE | Donald | | Court of Appeal, 2nd Dist, Div 5 | B069055 | 07/26/93 | |
| DURRUTHY | Juan | R. | San Diego Superior Court | D002427 3CUPCTL | 01/18/19 | |
| DURRUTHY | Juana | | San Diego Superior Court | D002427 3CUPCTL | 01/18/19 | |
| DURSTON | Ernest | A. | San Bernardino Superior Court | VCVO17060 | 01/03/06 | |
| DYOZAK | Daniel | | San Diego Superior Court | 302012005580 31 | 04/05/13 | |
| DYMITS | Lee | | Court of Appeal, 1st Dist, Div 5 | A075028 | 03/20/97 | |
| D'ZESSATI | Eileen | Bradley | Sacramento Superior Court | 97AS03786 | 06/04/98 | |
| EARDLEY | Jon | | Los Angeles Superior Court | BC379528 | 09/08/09 | |
| EARLS | Marl-Lynne | | Santa Clara Superior Court | 192P-LO27294 | 08/30/11 | |
| EAST | Ebone | Lerry | San Bernardino Superior Court | CIVDS1302660 | 06/18/13 | |
| EATON | Grace | Sylvia &ackeley | San Diego Superior Court | 00018882-CU-PO-CTL | 09/11/15 | |
| EBERWEIN (Note on his own, see la Ms. Giguera using name) | Robert | | Alameda Superior Court | RG07312218 | 04/30/07 | See Alameda RG05244910 |
| EDMUNDS | Ginny | | San Diego Superior Court | D537320 | 03/07/13 | also see Ginny Caldwell |
| EDWARDS | Cherie | Ann | Humboldt Superior Court | DR081204 | 09/07/09 | |
| EDWARDS | William | E. | San Diego Superior Court | N72330 | 07/22/97 | |
| EHRINGER | Orion | | Sierra Superior Court | 7527 | 05/28/15 | |
| EICHHORN JR. | Adam | | Los Angeles Superior Court | BC295091 | 08/29/03 | |
| EL DELON | Eileen | | San Diego Superior Court | GIC760144 | 02/14/01 | See SCSD GIC758829 & GIC758748 |
| ELAMIN | Eman | | Orange Superior Court | 14726400 | 06/14/17 | |
| ELEBYANY | Adham | | San Diego Superior Court | DN187058 | 12/12/19 | |
| ELIAS | Nikolaos | Sotirios | Los Angeles (Pasadena) Muni Ct | 93M05279 | 11/23/94 | |
| ELKINS | Cynthia | | San Diego Superior Court | 37-2019-00047418-CL-CO-CL | 02/28/20 | |
| ELNAGGAR | Badria | | Orange Superior Court | 14726400 | 06/14/17 | |
| EL-SHADDAI (CCCAFCOR082) | Adonai | | Lassen Superior Court | 42621 | 06/07/10 | aka James Ray Wilkerson |
| EMERSON | Judy | | Orange County Superior Court | 302010003860 31 | 04/13/11 | |
| ENG | Martin | | San Francisco Superior Court | CGC10496656 | 11/09/10 | |
| ERDE | Shmuel | | Los Angeles Superior Court | SC090068 | 03/03/10 | |
| ERENYI | Leslie | | Los Angeles Superior Court | GC004063 | 11/19/93 | |
| ERGUR | Koray | | San Francisco Superior Court | CGC21592041 | 02/09/22 | |
| ESPINOSA | Darrel | L. | Colusa Superior Court | CV20390 | 11/09/98 | |
| ESPINOZA | Lorenzo | | Orange Superior Court | 05D006540 | 04/29/19 | |
| ESTILLORE | Gloria | | Fresno Superior Court | 16CECG03525 | 09/12/17 | |
| ESTRELLA | Lucia | | Tulare Superior Court | VCU214944 | 03/14/07 | |
| ESTRELLA | Lucia | | Tulare Superior Court | VCU214278 | 03/14/07 | |
| ESTRELLA | Lucia | G. | Tulare Superior Court | VCU218563 | 03/14/07 | |
| ETLUN | Walter | A. | Humboldt Superior Court | DR980054 | 08/06/98 | |
| EVANS | Allen | | San Diego Superior Court | 717594 | 02/09/98 | |
| EVANS | Brian | Lee | San Luis Obispo Superior Court | CV050145 | 05/19/05 | |

16

7/1/2022

Vexatious Litigant List
BOLD = Added names

**SER 568**